1  SUSAN S. MUCK (CSB NO. 126930)
   smuck@fenwick.com
2  JENNIFER BRETAN (CSB NO. 233475)
   jbretan@fenwick.com
3  MATTHEW MEYERHOFER (CSB NO. 268559)
   mmeyerhofer@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, California 94104
   Telephone:   (415) 875-2300
6  Facsimile:   (415) 281-1350

7  DEBORAH KANG (CSB NO. 288143)
   dkang@fenwick.com
8  Silicon Valley Center, 801 California Street
   Mountain View, California 94041
9  Phone:   (650) 988-8500
10 Fax:     (650) 938-5200

11 Attorneys for Defendants Imperva, Inc.,
   Shlomo Kramer and Terrence J. Schmid

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VISWANATH V. SHANKAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMPERVA, INC., SHLOMO KRAMER and TERRENCE J. SCHMID,<br><br>Defendants. | Case No. CV 14-01680 PJH<br><br>**DECLARATION OF SUSAN S. MUCK IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:   May 13, 2015<br>Time:   9:00 a.m.<br>Judge: Hon. Phyllis J. Hamilton<br>Date Action Filed: April 11, 2014 |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Susan S. Muck, hereby declare:

1. I am an attorney admitted to practice before this Court and a partner at the law firm of Fenwick & West LLP which represents defendants Imperva, Inc. ("Imperva" or the "Company"), Shlomo Kramer and Terrence J. Schmid in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Imperva's Form 8-K filed with the SEC on or about May 2, 2013.

3. Attached hereto as **Exhibit B** is a true and correct copy of relevant excerpts from Imperva's Form 10-Q for the quarter ended March 31, 2013, filed with the SEC on or about May 9, 2013.

4. Attached hereto as **Exhibit C** is a true and correct copy of Imperva's Form 8-K filed with the SEC on or about August 7, 2013.

5. Attached hereto as **Exhibit D** is a true and correct copy of relevant excerpts from Imperva's Form 10-Q for the quarter ended June 30, 2013, filed with the SEC on or about August 8, 2013.

6. Attached hereto as **Exhibit E** is a true and correct copy of Imperva's Form 8-K filed with the SEC on or about November 5, 2013.

7. Attached hereto as **Exhibit F** is a true and correct copy of relevant excerpts from Imperva's Form 10-Q for the quarter ended September 30, 2013, filed with the SEC on or about November 12, 2013.

8. Attached hereto as **Exhibit G** is a true and correct copy of relevant excerpts of Imperva's Form 8-K filed with the SEC on or about February 6, 2014.

9. Attached hereto as **Exhibit H** is a true and correct copy of relevant excerpts from Imperva's Form 10-K for the fiscal year ended December 31, 2013, filed with the SEC on or about February 28, 2014.

10. Attached hereto as **Exhibit I** is a true and correct copy of a table reflecting the daily closing stock prices for Imperva common stock from January 2, 2013 to January 5, 2015

1  (obtained from the Nasdaq website - *http://www.nasdaq.com/symbol/impv/historical*).

2  11. Attached hereto as **Exhibit J** is a true and correct copy of Imperva's Form 8-K, filed with the Securities and Exchange Commission ("SEC") on or about February 7, 2013.

4  12. Attached hereto as **Exhibit K** is a true and correct copy of Imperva's Form 8-K filed with the SEC on or about April 9, 2014.

6  13. Attached hereto as **Exhibit L** is a true and correct copy of Imperva's Form 8-K filed with the SEC on or about July 31, 2014.

8  14. Attached hereto as **Exhibit M** is a true and correct copy of Imperva's Form 8-K filed with the SEC on or about October 30, 2014.

10  15. Attached hereto as **Exhibit N** is a true and correct copy of Imperva's February 6, 2014 Earnings Call transcript for the fourth quarter of fiscal year 2013.

12  16. Attached hereto as **Exhibit O** is a true and correct copy of relevant excerpts from Imperva's Form 10-K for the fiscal year ended December 31, 2011, filed with the SEC on or about March 28, 2012.

15  17. Attached hereto as **Exhibit P** is a true and correct copy of relevant excerpts of Imperva's Form 8-K filed with the SEC on or about February 11, 2014.

17  18. Attached hereto as **Exhibit Q** is a true and correct copy of relevant excerpts of Imperva's Form 8-K filed with the SEC on or about February 21, 2014.

19  19. Attached hereto as **Exhibit R** is a true and correct copy of relevant excerpts of Imperva's Definitive Proxy Statement, Schedule 14A, filed with the SEC on or about March 31, 2014.

22  20. Attached hereto as **Exhibit S** is a true and correct copy of Shlomo Kramer's Form 4 filed with the SEC on or about April 2, 2014.

24  21. Attached hereto as **Exhibit T** is a true and correct copy of Shlomo Kramer's Form 4 filed with the SEC on or about April 7, 2014.

26  //

27  //

28  //

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed at San Francisco, California on January 6, 2015.

Dated: January 6, 2015

FENWICK & WEST LLP

By: /s/ *Susan S. Muck*
   Susan S. Muck, Esq.

Attorneys for Defendants Imperva, Inc.,
Shlomo Kramer and Terrence J. Schmid

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| MUCK DECL. ISO DEFS.' MOT. TO DISMISS AMENDED COMPLAINT | 3 | CASE NO. CV 14-01680 PJH |