# Exhibit A

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

---

## FORM 8-K

---

### CURRENT REPORT PURSUANT TO
### SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

**Date of report: May 2, 2013**
**(Date of earliest event reported)**

---

# Imperva, Inc.
**(Exact Name of Registrant as Specified in Its Charter)**

---

**Delaware**
(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| **001-35338** | **03-0460133** |
| (Commission File Number) | (IRS Employer Identification No.) |
| **3400 Bridge Parkway, Suite 200** | |
| **Redwood Shores, California** | **94065** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(650) 345-9000**
(Registrant's Telephone Number, Including Area Code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02.    Results of Operations and Financial Condition.**

On May 2, 2013, Imperva, Inc. ("Imperva") issued a press release announcing its financial results for the first quarter ended March 31, 2013 and providing its business outlook. A copy of the press release is attached as Exhibit 99.01 to this Current Report on Form 8-K.

The information in Item 2.02 of this Current Report, including Exhibit 99.01 to this Current Report, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained in this Item 2.02 and in the accompanying Exhibit 99.01 shall not be incorporated by reference into any registration statement or other document filed by Imperva with the Securities and Exchange Commission, whether made before or after the date of this Current Report, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01.    Financial Statements and Exhibits.**

(d)    Exhibits.

| Number | Description |
|--------|-------------|
| 99.01 | Press release issued by Imperva, Inc., dated May 2, 2013. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By: /s/ Terrence J. Schmid

Terrence J. Schmid
Chief Financial Officer

Date: May 2, 2013

## EXHIBIT INDEX

| Number | Description |
| --- | --- |
| 99.01 | Press release issued by Imperva, Inc., dated May 2, 2013. |

Exhibit 99.01

## Imperva Announces First Quarter 2013 Financial Results

- *Total revenue of $28.6 million during the first quarter, up 33% year-over-year*
- *First quarter services revenue growth of 52% was driven by the 205% increase in subscription revenue*
- *New customers increased 66% year-over-year to 148 during the first quarter*
- *GAAP EPS loss of $0.25; Non-GAAP EPS loss of 0.13*
- *Total deferred revenue at March 31, 2013 increased 33% year-over-year to $46.6 million*

**Redwood Shores, Calif. – May 2, 2013** – Imperva, Inc. (NYSE: IMPV), a pioneer and leader of a new category of business security solutions for critical applications and high-value business data in the data center, today announced financial results for the first quarter ended March 31, 2013.

"The investments being made to our global sales and support infrastructure are beginning to pay off, evidenced by the 66% year-over-year increase in new customers during the first quarter," stated Shlomo Kramer, President and Chief Executive Officer of Imperva. "Our results highlight the underlying strength of our technology, our comprehensive, fully-integrated solution, and our global footprint as we accelerated our investments in the business to take advantage of the demand we are seeing worldwide. Looking forward, we see numerous growth opportunities to expand our geographic reach and introduce additional products to enhance our offering and extend our leadership position."

### First Quarter 2013 Financial Highlights

- **Revenue:** Total revenue for the first quarter of 2013 was $28.6 million, an increase of 33% compared to $21.5 million in the first quarter of 2012. Within total revenue, product revenue was $14.2 million, an increase of 17% compared to the first quarter of 2012. Services revenue increased 52% year-over-year to $14.4 million and accounted for 50% of total revenue, up from 44% in the first quarter of 2012. Within services revenue, overall subscription revenue grew 205% to $2.0 million, compared to the first quarter of 2012. Combined product and subscriptions revenue, a leading indicator of the strength of our business, grew 27% to $16.2 million, compared to the first quarter of 2012.

- **Operating Profit (Loss):** Operating loss as reported in accordance with U.S. generally accepted accounting principles (GAAP) was $(6.0) million for the first quarter compared to a loss of $(3.2) million during the first quarter in 2012. GAAP results included stock-based compensation expense of $2.9 million for the first quarter of 2013 and $0.7 million for the first quarter of 2012. Non-GAAP operating loss for the first quarter was $(3.1) million, compared to a loss of $(2.5) million during the same period in 2012, excluding the above mentioned charges.

- **Net Profit (Loss)**: GAAP net loss attributable to Imperva stockholders for the first quarter was $(6.1) million, or $(0.25) per share based on 23.9 million weighted average diluted shares outstanding. This compares to GAAP net loss attributable to Imperva stockholders of $(3.3) million, or $(0.15) per share based on 22.3 million weighted average shares outstanding in the prior-year period.

Non-GAAP net loss attributable to Imperva stockholders for the first quarter of 2013 was $(3.2) million, or $(0.13) per share based on 23.9 million weighted average diluted shares outstanding, excluding the above mentioned charges. This compares to non-GAAP net loss attributable to Imperva stockholders of $(2.6) million, or $(0.12) per share based on 22.3 million weighted average diluted shares outstanding in the prior-year period.

Both GAAP and non-GAAP profit and loss per share attributable to Imperva stockholders for the first quarter ended March 31, 2013 adjust for the loss attributable to Imperva's non-controlling interest in Incapsula.

- **Balance Sheet**: As of March 31, 2013, Imperva had cash, cash equivalents and investments of $109.9 million. Total deferred revenue of $46.6 million increased 33% compared to $35.2 million as of March 31, 2012.

## First Quarter and Recent Operating Highlights

- During the first quarter of 2013, Imperva added 148 new customers, up 66% compared to the first quarter of last year. Imperva now has over 2,400 customers in more than 60 countries around the world.

- During the first quarter of 2013, Imperva booked 64 deals with a value over $100,000, compared to 57 deals in the first quarter of last year.

- Imperva announced the release of SecureSphere 10.0, unveiled ThreatRadar Community Defense, the first cross-site information security intelligence service and enriched its File and Database Security products with SecureSphere Directory Services Monitoring (DSM), which provides the ability to audit, alert and report changes made in Active Directory.

- Imperva announced that it extended the fraud prevention capabilities of the Imperva SecureSphere Web Application Firewall and ThreatRadar Fraud Prevention to include integration with ReputationManager from iovation, a provider of device reputation protection against online fraud and abuse.

- Imperva announced it was named to CRN's 2013 Partner Program Guide and was awarded a 5-Star partner rating.

## Business Outlook

The following forward-looking statements reflect expectations as of May 2, 2013. Results may be materially different and could be affected by the factors detailed in this press release and in recent Imperva SEC filings.

<u>Second Quarter Expectations – Ending June 30, 2013</u>

Imperva expects total revenue for the second quarter of 2013 to be in the range of $31.0 million to $31.5 million, representing growth in the range of 26% to 28% compared to the same period in 2012. The company expects in the second quarter of 2013 non-GAAP gross margins of approximately 80%. Further, Imperva expects in the second quarter of 2013 non-GAAP operating loss to be in the range of $(0.5) million to $(1.0) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(0.75) million to $(1.25) million, or a loss of $(0.03) to $(0.05) per share, which excludes stock-based compensation expense.

Imperva expects total revenue for 2013 to be in the range of $133.0 million to $137.0 million, or up 28% to 31% compared to 2012. Imperva expects 2013 non-GAAP gross margins of approximately 80%. Further, the company expects 2013 non-GAAP operating profit to be in the range of $1.0 million to $3.0 million and non-GAAP net profit attributable to Imperva stockholders to be in the range of $0.5 million to $2.5 million, or $0.02 to $0.09 per share, which excludes stock-based compensation expense. Imperva expects capital expenditures for the full year to be in the range of $2.5 million to $3.5 million. Finally, the company expects to continue to generate positive cash flows from operations in 2013.

## Quarterly Conference Call

Imperva will host a conference call today at 2:00 p.m. Pacific Time (5:00 p.m. Eastern Time) to review the company's financial results for the first quarter ended March 31, 2013. To access this call, dial 888.801.6497 for the U.S. and Canada or 913.312.1403 for international callers with conference ID #6284652. A live webcast of the conference call will be accessible from the investors page of Imperva's website at www.imperva.com, and a recording will be archived and accessible at www.imperva.com. An audio replay of this conference call will also be available through May 16, 2013, by dialing 877.870.5176 for the U.S. and Canada, or 858.384.5517 for international callers and entering passcode #6284652.

## Non-GAAP Financial Measures

Imperva reports all financial information required in accordance with U.S. generally accepted accounting principles (GAAP). To supplement the Imperva unaudited condensed consolidated financial statements presented in accordance with GAAP, Imperva uses certain non-GAAP measures of financial performance. The presentation of these non-GAAP financial measures is not intended to be considered in isolation from, as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and may be different from non-GAAP financial measures used by other companies. In addition, these non-GAAP measures have limitations in that they do not reflect all of the amounts associated with the results of Imperva operations as determined in accordance with GAAP. The non-GAAP financial measures used by Imperva include historical non-GAAP net loss and non-GAAP basic and diluted loss per share. These non-GAAP financial measures exclude stock-based compensation from the Imperva unaudited condensed consolidated statement of operations.

For a description of these items, including the reasons why management adjusts for them, and reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial measures, please see the section of the accompanying tables titled "Use of Non-GAAP Financial Information" as well as the related tables that precede it. Imperva may consider whether other significant non-recurring items that arise in the future should also be excluded in calculating the non-GAAP financial measures it uses.

Imperva believes that these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provide meaningful supplemental information regarding the performance of Imperva by excluding certain items that may not be indicative of the company's core business, operating results or future outlook. Imperva management uses, and believes that investors benefit from referring to, these non-GAAP financial measures in assessing operating results of Imperva, as well as when planning, forecasting and analyzing future periods. These non-GAAP financial measures also facilitate comparisons of the performance of Imperva to prior periods.

**Forward Looking Statements**

This press release contains forward-looking statements, including without limitation those regarding Imperva's "Business Outlook" ("Second Quarter Expectations – Ending June 30, 2013" and "Full Year Expectations – Ending December 31, 2013"); Imperva's belief that quarterly and annual combined product and subscriptions revenue are a leading indicator of the strength of its business; the company's belief that the investments being made to its global sales and support infrastructure will pay off; Imperva's beliefs regarding worldwide demand and that its investments in its business, the underlying strength of its technology, its comprehensive, fully-integrated solution, and its global footprint will enable it to take advantage of such demand; and the company's belief that there are numerous growth opportunities to expand its geographic reach and introduce additional products to enhance its offering and extend its leadership position. These forward-looking statements are subject to material risks and uncertainties that may cause actual results to differ substantially from expectations. Investors should consider important risk factors, which include: the risk that demand for our business security solutions may not increase and may decrease; the risk that we may not timely introduce new products or versions of our products and that they may not be accepted by the market; the risk that competitors may be perceived by customers to be better positioned to help handle business security threats and protect their businesses from major risk; the risk that the growth of Imperva may be lower than anticipated; and other risks detailed under the caption "Risk Factors" in the company's Form 10-K filed with the Securities and Exchange Commission, or the SEC, on March 15, 2013 and the company's other SEC filings. You can obtain copies of the company's SEC filings on the SEC's website at www.sec.gov.

The foregoing information represents the company's outlook only as of the date of this press release, and Imperva undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, new developments or otherwise.

**About Imperva**

Imperva is a pioneer and leader of a new category of business security solutions for critical applications and high-value business data in the data center. Imperva's award-winning solutions protect against data theft, insider abuse, and fraud while streamlining regulatory compliance by monitoring and controlling data usage and business transactions across the data center, from storage in a database or on a file server to consumption through applications. With over 2,400 end-user customers in more than 60 countries and thousands of organizations protected through cloud-based deployments, securing your business with Imperva puts you in the company of the world's leading organizations. For more information, visit www.imperva.com, follow us on Twitter or visit our blog.

© 2013 Imperva, Inc. All rights reserved. Imperva and the Imperva logo are trademarks of Imperva, Inc.

###

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Statements of Operations**

(On a GAAP basis)

(In thousands, except per share amounts)

(Unaudited)

| | For the Three Months Ended | |
|---|---|---|
| | March 31, 2013 | March 31, 2012 |
| Net revenue: | | |
| Products and license | $ 14,154 | $ 12,052 |
| Services | 14,431 | 9,466 |
| Total net revenue | 28,585 | 21,518 |
| Cost of revenue[(1)]: | | |
| Products and license | 1,876 | 1,854 |
| Services | 4,415 | 2,733 |
| Total cost of revenue | 6,291 | 4,587 |
| Gross profit | 22,294 | 16,931 |
| Operating expenses[(1)]: | | |
| Research and development | 6,358 | 4,993 |
| Sales and marketing | 17,547 | 11,596 |
| General and administrative | 4,383 | 3,493 |
| Total operating expenses | 28,288 | 20,082 |
| Loss from operations | (5,994) | (3,151) |
| Other expense, net | (47) | (70) |
| Loss before provision for income taxes | (6,041) | (3,221) |
| Provision for income taxes | 154 | 153 |
| Net loss | (6,195) | (3,374) |
| Add: Loss attributable to noncontrolling interest | 136 | 103 |
| Net loss attributable to Imperva, Inc. stockholders | $ (6,059) | $ (3,271) |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.25) | $ (0.15) |
| Shares used in computing net loss per share of common stock, basic and diluted | 23,905 | 22,304 |
| (1) Stock-based compensation expense as included in above: | | |
| Cost of revenue | $ 211 | $ 55 |
| Research and development | 667 | 127 |
| Sales and marketing | 1,334 | 261 |
| General and administrative | 641 | 225 |
| Total stock-based compensation expense | $ 2,853 | $ 668 |

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Balance Sheets**

(In thousands)

(Unaudited)

| | As of March 31, 2013 | As of December 31, 2012 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 66,154 | $ 59,201 |
| Short-term investments | 43,724 | 43,126 |
| Restricted cash | 596 | 591 |
| Accounts receivable, net | 24,299 | 35,576 |
| Inventory | 315 | 328 |
| Deferred tax assets | 609 | 597 |
| Prepaid expenses and other current assets | 5,083 | 4,356 |
| Total current assets | **140,780** | **143,775** |
| Property and equipment, net | 5,400 | 5,515 |
| Severance pay fund | 3,307 | 3,150 |
| Restricted cash | 753 | 753 |
| Other assets | 772 | 764 |
| **Total assets** | **$ 151,012** | **$ 153,957** |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 2,783 | $ 3,789 |
| Accrued compensation and benefits | 10,060 | 9,258 |
| Accrued and other current liabilities | 3,547 | 4,323 |
| Deferred revenue | 32,999 | 33,609 |
| Total current liabilities | **49,389** | **50,979** |
| Other liabilities | 2,491 | 2,638 |
| Deferred revenue | 13,650 | 12,682 |
| Accrued severance pay | 3,695 | 3,427 |
| **Total liabilities** | **69,225** | **69,726** |
| **Stockholders' equity:** | | |
| Common stock | 2 | 2 |
| Additional paid-in capital | 161,670 | 157,989 |
| Accumulated deficit | (79,576) | (73,517) |
| Accumulated other comprehensive income (loss) | 931 | 861 |
| **Total Imperva, Inc. stockholders' equity** | **83,027** | **85,335** |
| Noncontrolling interest | (1,240) | (1,104) |
| **Total stockholders' equity** | **81,787** | **84,231** |
| **Total liabilities and stockholders' equity** | **$ 151,012** | **$ 153,957** |

# IMPERVA, INC. AND SUBSIDIARIES

## Condensed Consolidated Statements of Cash Flows

(In thousands)

(Unaudited)

| | For the Three Months Ended | |
|---|---|---|
| | March 31, 2013 | March 31, 2012 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (6,195) | $ (3,374) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 626 | 411 |
| Stock-based compensation | 2,853 | 668 |
| Amortization of premiums/accretion of discounts on short-term investments | 186 | 76 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 11,277 | 6,280 |
| Inventory | 13 | 117 |
| Prepaid expenses and other assets | (598) | (14) |
| Accounts payable | (1,006) | (1,114) |
| Accrued compensation and benefits | 802 | (925) |
| Accrued and other liabilities | (714) | (1,359) |
| Severance pay, net | 111 | 326 |
| Deferred revenue | 358 | 2,226 |
| Deferred tax assets | (12) | (15) |
| Other | (10) | (4) |
| Net cash provided by operating activities | 7,691 | 3,299 |
| **Cash flows from investing activities:** | | |
| Purchase of short-term investments | (18,400) | (34,903) |
| Proceeds from sales/maturities of short-term investments | 17,631 | 925 |
| Net purchases of property and equipment | (511) | (244) |
| Change in other assets | — | (300) |
| Change in restricted cash | (5) | 100 |
| Net cash used in investing activities | (1,285) | (34,422) |
| **Cash flows from financing activities:** | | |
| Proceeds from issuance of common stock | 630 | 103 |
| Net cash provided by financing activities | 630 | 103 |
| Effect of exchange rate changes on cash | (83) | (37) |
| **Net increase (decrease) in cash and cash equivalents** | 6,953 | (31,057) |
| **Cash and cash equivalents at beginning of period** | $ 59,201 | $ 96,025 |
| **Cash and cash equivalents at end of period** | $ 66,154 | $ 64,968 |

# IMPERVA, INC. AND SUBSIDIARIES

(Reconciliation of GAAP to Non-GAAP Measures)
(In thousands, except per share amounts)
(Unaudited)

| | For the Three Months Ended | |
|---|---|---|
| | March 31, 2013 | March 31, 2012 |
| GAAP operating loss | $ (5,994) | $ (3,151) |
| Plus: | | |
| Stock-based compensation expense | 2,853 | 668 |
| Non-GAAP operating loss | $ (3,141) | $ (2,483) |
| GAAP net loss attributable to Imperva, Inc. stockholders | $ (6,059) | $ (3,271) |
| Plus: | | |
| Stock-based compensation expense | 2,853 | 668 |
| Non-GAAP net loss | $ (3,206) | $ (2,603) |
| Weighted average shares outstanding, basic and diluted | 23,905 | 22,304 |
| Non-GAAP net loss, basic and diluted | $ (0.13) | $ (0.12) |

**Use of Non-GAAP Financial Information**

In addition to the reasons stated above, which are generally applicable to each of the items Imperva excludes from its non-GAAP financial measures, Imperva believes it is appropriate to exclude or give effect to certain items for the following reasons:

*Stock-Based Compensation:* When evaluating the performance of its consolidated results, Imperva does not consider stock-based compensation charges. Likewise, the Imperva management team excludes stock-based compensation expense from its operating plans. In contrast, the Imperva management team is held accountable for cash-based compensation and such amounts are included in its operating plans. Further, when considering the impact of equity award grants, Imperva places a greater emphasis on overall stockholder dilution rather than the accounting charges associated with such grants.

Imperva excludes stock based compensation charges from its non-GAAP financial measures primarily because they are non cash expenses that it does not consider part of ongoing operating results when assessing the performance of its business, and the exclusion of these expenses facilitates the comparison of results and business outlook for future periods with results for prior periods in order to better understand the long term performance of its business.

**Investor Relations Contact Information**

Seth Potter
646.277.1230
IR@imperva.com
Seth.Potter@icrinc.com

# Exhibit B

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

_____

# FORM 10-Q

_____

**(Mark One)**

☒   **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Quarterly Period Ended March 31, 2013**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Transition Period from _____ to _____**

**Commission File Number 001-35338**

_____

# Imperva, Inc.
**(Exact name of the Registrant as Specified in its Charter)**

_____

| | |
|---|---|
| **Delaware** | **03-0460133** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification No.)** |

**3400 Bridge Parkway, Suite 200**
**Redwood Shores, California 94065**
**(Address of Principal Executive Offices, including Zip Code)**

**(650) 345-9000**
**(Registrant's Telephone Number, including Area Code)**

_____

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Sections 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   YES ☒   NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   YES ☒   NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Shares of Imperva, Inc. common stock, $0.0001 par value per share, outstanding as of May 1, 2013: 24,519,277 shares.

**IMPERVA, INC.**

**FORM 10-Q**

**Quarterly Period Ended March 31, 2013**

**TABLE OF CONTENTS**

**PART I. FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Financial Statements | 2 |
| | Condensed Consolidated Balance Sheets as of March 31, 2013 and December 31, 2012 | 2 |
| | Condensed Consolidated Statements of Operations for the three months ended March 31, 2013 and 2012 | 3 |
| | Condensed Consolidated Statements of Comprehensive Loss for the three months ended March 31, 2013 and 2012 | 4 |
| | Condensed Consolidated Statements of Stockholders' Equity for the three months ended March 31, 2013 and 2012 | 5 |
| | Condensed Consolidated Statements of Cash Flows for the three months ended March 31, 2013 and 2012 | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 20 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 31 |
| Item 4. | Disclosure Controls and Procedures | 31 |

**PART II. OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 32 |
| Item 1A. | Risk Factors | 32 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 49 |
| Item 3. | Defaults on Senior Securities | 50 |
| Item 4. | Mine Safety Disclosures | 50 |
| Item 5. | Other Information | 50 |
| Item 6. | Exhibits | 50 |
| Signatures | | 51 |

**PART I. FINANCIAL INFORMATION**

**Item 1. Financial Statements**

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Balance Sheets**

**(In thousands, except share and per share data)**

| | March 31 2013 | December 31, 2012 |
|---|---|---|
| | Unaudited | * |
| **ASSETS** | | |
| CURRENT ASSETS: | | |
| Cash and cash equivalents | $ 66,154 | $ 59,201 |
| Short-term investments | 43,724 | 43,126 |
| Restricted cash | 596 | 591 |
| Accounts receivable, net of allowance for doubtful accounts of $374 and $412 as of March 31, 2013 and December 31, 2012, respectively | 24,299 | 35,576 |
| Inventory | 315 | 328 |
| Deferred tax assets | 609 | 597 |
| Prepaid expenses and other current assets | 5,083 | 4,356 |
| Total current assets | 140,780 | 143,775 |
| Property and equipment, net | 5,400 | 5,515 |
| Severance pay fund | 3,307 | 3,150 |
| Restricted cash | 753 | 753 |
| Other assets | 772 | 764 |
| TOTAL ASSETS | $ 151,012 | $ 153,957 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| CURRENT LIABILITIES: | | |
| Accounts payable | $ 2,783 | $ 3,789 |
| Accrued compensation and benefits | 10,060 | 9,258 |
| Accrued and other current liabilities | 3,547 | 4,323 |
| Deferred revenue | 32,999 | 33,609 |
| Total current liabilities | 49,389 | 50,979 |
| Other liabilities | 2,491 | 2,638 |
| Deferred revenue | 13,650 | 12,682 |
| Accrued severance pay | 3,695 | 3,427 |
| TOTAL LIABILITIES | 69,225 | 69,726 |
| Commitments and Contingencies (Note 7) | | |
| STOCKHOLDERS' EQUITY: | | |
| Preferred stock, $0.0001 par value - 5,000,000 shares authorized, no shares issued and outstanding as of March 31, 2013 and December 31, 2012, respectively | — | — |
| Common stock, $0.0001 par value - 145,000,000 shares authorized, 24,517,584 and 24,296,076 shares issued and outstanding as of March 31, 2013 and December 31, 2012, respectively | 2 | 2 |
| Additional paid-in capital | 161,670 | 157,989 |
| Accumulated deficit | (79,576) | (73,517) |
| Accumulated other comprehensive income | 931 | 861 |
| TOTAL IMPERVA, INC. STOCKHOLDERS' EQUITY | 83,027 | 85,335 |
| Noncontrolling interest | (1,240) | (1,104) |
| TOTAL STOCKHOLDERS' EQUITY | 81,787 | 84,231 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 151,012 | $ 153,957 |

(*)   The Condensed Consolidated Balance Sheet as of December 31, 2012 has been derived from the audited consolidated financial statements at that date but does not include all of the information and footnotes required by generally accepted accounting principles for complete financial statements.

The accompanying notes are an integral part of these condensed consolidated financial statements.

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Statements of Operations**

**(In thousands, except share and per share data)**

**(Unaudited)**

| | Three months ended March 31, | |
|---|---|---|
| | 2013 | 2012 |
| Net revenue: | | |
|     Products and license | $ 14,154 | $ 12,052 |
|     Services | 14,431 | 9,466 |
|         Total net revenue | 28,585 | 21,518 |
| Cost of revenue: | | |
|     Products and license | 1,876 | 1,854 |
|     Services | 4,415 | 2,733 |
|         Total cost of revenue | 6,291 | 4,587 |
| Gross profit | 22,294 | 16,931 |
| Operating expenses: | | |
|     Research and development | 6,358 | 4,993 |
|     Sales and marketing | 17,547 | 11,596 |
|     General and administrative | 4,383 | 3,493 |
|         Total operating expenses | 28,288 | 20,082 |
| Loss from operations | (5,994) | (3,151) |
| Other income (expense), net | (47) | (70) |
| Loss before provision for income taxes | (6,041) | (3,221) |
| Provision for income taxes | 154 | 153 |
| Net loss | (6,195) | (3,374) |
| Loss attributable to noncontrolling interest | 136 | 103 |
| Net loss attributable to Imperva, Inc. stockholders | $ (6,059) | $ (3,271) |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.25) | $ (0.15) |
| Shares used in computing net loss per share of common stock, basic and diluted | 23,905,027 | 22,303,997 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

**Changes in Internal Control over Financial Reporting**

Regulations under the Exchange Act require public companies, including our company, to evaluate any change in our "internal control over financial reporting" as such term is defined in Rule 13a-15(f) and Rule 15d-15(f) of the Exchange Act. In connection with their evaluation of our disclosure controls and procedures as of the end of the period covered by this Quarterly Report on Form 10-Q, our chief executive officer and chief financial officer did not identify any changes in our internal control over financial reporting during the three months covered by this Quarterly Report that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

## PART II. OTHER INFORMATION

**Item 1. Legal Proceedings**

From time to time, we may be subject to legal proceedings and claims in the ordinary course of business. We do not believe we are a party to any currently pending legal proceedings the outcome of which will have a material adverse effect on our operations or financial position. However, we have received, and may in the future continue to receive, claims from third parties asserting, among other things, infringement of their intellectual property rights. Future litigation may be necessary to defend ourselves, our channel partners and our customers by determining the scope, enforceability and validity of third-party proprietary rights or to establish our proprietary rights. Further, the ultimate outcome of any litigation is uncertain and, regardless of outcome, litigation can have an adverse impact on us because of defense costs, potential negative publicity, diversion of management resources and other factors. Accordingly, there can be no assurance that existing or future legal proceedings arising in the ordinary course of business or otherwise will not have a material adverse effect on our business, consolidated financial position, results of operations or cash flows.

**Item 1A. Risk Factors**

**Risks Related to Our Business**

***We have a history of losses, we may not become profitable and our revenue growth may not continue.***

We have incurred net losses in each fiscal year since our inception, including net losses attributable to our stockholders of $12.0 million in 2010, $10.3 million in 2011, $7.4 million in 2012 and $6.1 million in the three months ended March 31, 2013. As a result, we had an accumulated deficit of $79.6 million at March 31, 2013. We may not become profitable in the future if we fail to increase revenue and manage our expenses, or if we incur unanticipated liabilities. Revenue growth may slow or revenue may decline for a number of possible reasons, including slowing demand for our products or services, increasing competition, a decrease in the growth of, or decline in, our overall market, or our failure to capitalize on growth opportunities or introduce new products and services. In addition, we have incurred, and anticipate that we will continue to incur, significant legal, accounting and other expenses relating to being a public company. If our revenues do not increase at a rate to proportionally offset these expected increases in operating expenses, our operating margins will suffer. Further, in future periods, our revenues could decline and, accordingly, we may not be able to achieve profitability and our losses may increase. Even if we do achieve profitability, we may not be able to sustain or increase profitability on a consistent basis. Any failure by us to achieve, maintain or increase profitability and continue our revenue growth could cause the price of our common stock to materially decline.

***Our quarterly operating results are likely to vary significantly and to be unpredictable, which could cause the trading price of our stock to decline.***

Our revenues and operating results could vary significantly from period to period as a result of a variety of factors, many of which are outside of our control. As a result, comparing our revenues and operating results on a period-to-period basis may not be meaningful, and you should not rely on our past results as an indication of our future performance. We may not be able to accurately predict our future revenues or results of operations. We base our current and future expense levels on our operating plans and sales forecasts, and our operating costs are relatively fixed in the short-term. As a result, we may not be able to reduce our costs sufficiently to compensate for an unexpected shortfall in revenues, and even a small shortfall in revenues could disproportionately and adversely affect financial results for that quarter. In addition, we recognize revenues from sales to some customers or resellers when cash is received, which may be delayed because of changes or issues with those customers or resellers. If our revenues or operating results fall below the expectations of investors or any securities analysts that cover our stock, the price of our common stock could decline substantially.

In addition to other risk factors listed in this section, factors that may individually or cumulatively affect our operating results from period to period include:

- the level of demand for our products and services, and the timing of orders from our channel partners and end-user customers, who we refer to in this Quarterly Report on Form 10-Q as our customers;

- the timing of sales and shipments of products during a quarter, which may depend on many factors such as inventory and logistics and our ability to ship new products on schedule and accurately forecast inventory requirements;

- the mix of products sold, the mix of revenue between products and services and the degree to which products and services are bundled and sold together for a package price;

- the budgeting, procurement and work cycles of our customers, which may result in seasonal variation as our business and the market for solutions such as ours matures;

- changes in customer renewal rates for our services;

- general economic conditions, both domestically and in our foreign markets, and economic conditions specifically affecting industries in which our customers participate;

- the timing of satisfying revenue recognition criteria for our sales, particularly where we accrue the associated commission expense in a different period, which may be affected by both the mix of sales by our channel partners and the extent to which we bring on new resellers and distributors, including, for example, establishing vendor-specific objective evidence of fair value, or VSOE, for new products and maintaining VSOE for maintenance and services;

- future accounting pronouncements or changes in our accounting policies; and

- increases or decreases in our expenses caused by fluctuations in foreign currency exchange rates, particularly the Israeli shekel, since a significant portion of our expenses are incurred and paid in the Israeli shekel and other currencies besides the U.S. dollar.

***Reliance on a concentration of shipments at the end of the quarter could cause our revenue to fall below expected levels, resulting in a decline in our stock price.***

Historically, we have received a significant majority of a quarter's sales orders and generated a significant majority of a quarter's revenue during the last two weeks of the quarter. The fact that so many orders arrive at the end of a quarter means that our revenue may move from one quarter to the next if we cannot fulfill all of the orders and satisfy all of the revenue recognition criteria under our accounting policies before the quarter ends.

This pattern is a result of customer buying habits and the efforts of our sales force and channel partners to meet or exceed quarterly quotas. If expected revenue at the end of any quarter is delayed because anticipated purchase orders fail to materialize, our logistics partners' fail to ship products on time, we fail to manage our inventory properly, we fail to release new products on schedule, or for any other reason, then our revenue for that quarter could fall below our expectations or those of securities analysts and investors, resulting in a decline in our stock price.

***We rely on third party channel partners to generate a majority, and to fulfill substantially all, of our revenue, and if we fail to expand and manage our distribution channels, our revenues could decline and our growth prospects could suffer.***

Historically our channel partners have originated more than 35%, and fulfilled almost 85%, of our sales, and we expect that channel sales will represent a substantial portion of our revenues for the foreseeable future. Our ability to expand our distribution channels depends in part on our ability to educate our channel partners about our products and services, which are complex. Our agreements with our channel partners are generally non-exclusive and many of our channel partners have more established relationships with our competitors. If our channel partners choose to place greater emphasis on products and services of their own or those offered by our competitors, our ability to grow our business and sell our products may be adversely affected. If our channel partners do not effectively market and sell our products and services, or if they fail to meet the needs of our customers, then our ability to grow our business and sell our products may be adversely affected. The loss of one or more of our larger channel partners, who may cease marketing our products with limited or no notice, and our possible inability to replace them could adversely affect our sales. Our failure to recruit additional channel partners, or any reduction or delay in their sales of our products and services or conflicts between channel sales and our direct sales and marketing activities could materially and adversely affect our results of operations.

***We face intense competition, especially from larger, better-known companies and we may lack sufficient financial or other resources to maintain or improve our competitive position.***

The market for business security products is intensely competitive and we expect competition to intensify in the future. Our competitors include companies such as Akamai Technologies, Inc., Citrix Systems, Inc., F5 Networks, Inc., International Business Machines Corporation ("IBM"), McAfee, Inc. (a subsidiary of Intel Corporation), Oracle Corporation, Symantec Corporation and other point solution security vendors.

Many of our existing and potential competitors may have substantial competitive advantages such as:

- greater name recognition and longer operating histories;

- larger sales and marketing budgets and resources and the capacity to leverage their sales efforts and marketing expenditures across a broader portfolio of products;

- broader distribution networks and more established relationships with distributors;

- wider geographic presence;

- access to larger customer bases;

- greater customer support resources;

- greater resources to make acquisitions;

- greater resources to develop and introduce products that compete with our products;

- lower labor and development costs; and

- substantially greater financial, technical and other resources.

As a result, they may be able to adapt more quickly and effectively to new or emerging technologies and changing opportunities, standards or customer requirements. In addition, these companies could reduce, the price of their competing products, resulting in intensified pricing pressures within our market. Further, some of our larger competitors have substantially broader product offerings and leverage their relationships based on other products or incorporate functionality into existing products in a manner that discourages customers from purchasing our products. Customers may elect to accept a bundled product offering from our competitors, even if it has more limited functionality than our product offering, instead of adding the additional appliances required to implement our offering. The consolidation in our industries, such as IBM's acquisition of Guardium, Inc., Oracle's acquisition of Secerno, Ltd. and McAfee's acquisition of Sentrigo, Inc., increases the likelihood of competition based on integration or bundling, particularly where their products and offerings are effectively integrated, and we believe that consolidation in our industry may increase the competitive pressures we face on all our products. If we are unable to sufficiently differentiate our products from the integrated or bundled products of our competitors, such as by offering enhanced functionality, performance or value, we may see a decrease in demand for those products, which would adversely affect our business, operating results and financial condition. Further, it is possible that continued industry consolidation may impact customers' perceptions of the viability of smaller or even medium-sized software firms and consequently customers' willingness to purchase from such firms. Similarly, if customers seek to concentrate their software purchases in the product portfolios of a few large providers, we may be at a competitive disadvantage notwithstanding the superior performance that we believe our products can deliver. Larger competitors are also often in a better position to withstand any significant reduction in capital spending by customers, and will therefore not be as susceptible to economic downturns.

Also, many of our smaller competitors that specialize in providing protection from a single type of business security threat may deliver these specialized business security products to the market more quickly than we can or may introduce innovative new products or enhancements before we do. Conditions in our markets could change rapidly and significantly as a result of technological advancements or continuing market consolidation.

We may not compete successfully against our current or potential competitors. Companies competing with us may introduce products that have greater performance or functionality, are easier to implement or use, or incorporate technological advances that we have not yet developed or implemented. Our current and potential competitors may also establish cooperative relationships among themselves or with third parties that may further enhance their resources. In addition, companies competing with us may price their products more competitively than ours, or have an entirely different pricing or distribution model. Increased competition could result in fewer customer orders, price reductions, reduced operating margins and loss of market share. Further, we may be required to make substantial additional investments in research, development, marketing and sales in order to respond to competition, and we cannot assure you that we will be able to compete successfully in the future.

***We operate in an evolving market that has not yet reached widespread adoption and where new or existing technologies that may be perceived to address the risks in different ways could gain wide adoption and supplant some or all of our products and services, making analysis of trends or predictions about our business difficult and potentially weakening our sales and our financial result.***

We are in a new, rapidly evolving category in the security industry that focuses on securing our customers' high-value business data. We offer database, file and web application security in an integrated, modular business security solution. Because we depend in part on the market's acceptance of our products and customers may choose to acquire technologies that are not directly comparable to ours, it is difficult to evaluate trends that may affect our business, including how large the business security market will be and what products customers will adopt. For example, organizations that use other security products, such as network firewalls, security information and event management ("SIEM") products or data loss prevention ("DLP") solutions, may believe that these security solutions sufficiently protect access to sensitive data. Therefore, they may continue spending their IT security budgets on these products and may not adopt our business security solutions in addition to such products. If customers do not recognize the benefit our business security solution offers in addition to existing security products, then our revenue may not grow quickly or may decline, and our stock price could decline.

The introduction of products and services embodying new technologies could render some or all of our existing products and services obsolete or less attractive to customers. Other business security technologies exist or could be developed in the future, and our business could be materially negatively affected if such technologies are widely adopted. We may not be able to successfully anticipate or adapt to changing technology or customer requirements on a timely basis, or at all. Currently less than 30% of our customers have purchased more than one of our product families. Even if customers purchase our products, they may not make repeat purchases or purchase other elements of our SecureSphere Business Security Suite, which may be exacerbated by the rapid evolution of our market. If we are unable to entice customers to buy products from multiple product families, then our revenue may not grow quickly or may decline, and our stock price could decline. If we fail to keep up with technological changes or to convince our customers and potential customers of the value of our solutions even in light of new technologies, our business, financial condition and results of operations could be materially and adversely affected.

In addition, because of our rapidly evolving market, any predictions about our future revenue may not be as accurate as they would be if we operated in a more established market.

***If we do not successfully anticipate market needs and opportunities or changes in the legal, regulatory and industry standard landscape and make timely enhancements to our products and develop new products that meet those needs developments, we may not be able to compete effectively and our ability to generate revenues will suffer.***

The business security market is characterized by rapid technological advances, changes in customer requirements, including customer requirements driven by changes to legal, regulatory and self-regulatory compliance mandates, frequent new product introductions and enhancements and evolving industry standards in computer hardware and software technology. Customers and industry analysts expect speedy introduction of software to respond to new threats, requirements and risks and to add new functionality, and we may be unable to meet these expectations. As a result, we must continually change and improve our products in response to changes in operating systems, application software, computer and communications hardware, networking software, data center architectures, programming tools and computer language technology. Moreover, the technology in our products is especially complex because it needs to effectively identify and respond to methods of attack and theft, while minimizing the impact on database, file system and web application performance. In addition, our products must successfully interoperate with products from other vendors.

We cannot guarantee that we will be able to anticipate future market needs and opportunities or be able to develop product enhancements or new products to meet such needs or opportunities in a timely manner or at all. Since developing new products or new versions of, or add-ons to, existing products is complex, the timetable for their commercial release is difficult to predict and may vary from our historical experience, which could result in delays in their introduction from anticipated or announced release dates. We may not offer updates as rapidly as new threats affect our customers or our newly developed products or enhancements may have defects, errors or failures. If we do not quickly respond to the rapidly changing and rigorous needs of our customers by developing and introducing on a timely basis new and effective products, upgrades and services that can respond adequately to new security threats, our competitive position, business and growth prospects will be harmed.

Even if we are able to anticipate, develop and commercially introduce enhancements and new products, there can be no assurance that we will be successful in developing sufficient market awareness of them or that such enhancements or new products will achieve widespread market acceptance. For example, while the majority of our current revenues are derived from the sales of our SecureSphere appliances, we are now offering cloud-based business security services through Incapsula. The market for cloud-based business security solutions is relatively new and it is uncertain whether Incapsula's services will gain market acceptance. In addition, diversifying our product offerings will require significant investment and planning, will bring us more directly into competition with software providers that may be better established or have greater resources than we do, will require additional investment of time and resources in the development and training of our channel and strategic partners and will entail significant risk of failure.

Further, one factor that drives demand for our products and services is the legal, regulatory and industry standard framework in which our customers operate, and we expect that will continue for the foreseeable future. For example, many of our customers purchase our web application security products to help them comply with the security standards developed and maintained by the Payment Card Industry ("PCI") Security Standards Council (the "PCI Council"), which apply to companies that process or store credit card information. Laws, regulations and industry standards are subject to drastic changes that, particularly in the case of industry standards, may arrive with little or no notice, and these could either help or hurt the demand for our products. If we are unable to adapt our products and services to changing regulatory standards in a timely manner, or if our products fail to expedite our customers' compliance initiatives, our customers may lose confidence in our products and could switch to products offered by our competitors. In addition, if regulations and standards related to business security are changed in a manner that makes them less onerous, our customers may view government and industry regulatory compliance as less critical to their businesses, and our customers may be less willing to purchase our products and services. In either case, our sales and financial results would suffer.

If we fail to anticipate market requirements or fail to develop and introduce product enhancements or new products to meet those needs in a timely manner, it could cause us to lose customers and such failure could substantially decrease or delay market acceptance and sales of our present and future products, which would significantly harm our business, financial condition and results of operations.

***Real or perceived errors, failures or bugs in our products, particularly those that result in our customers experiencing security breaches, could adversely affect our reputation and business could be harmed.***

Our products and services are very complex and have contained and may contain undetected defects or errors, especially when first introduced or when new versions are released. Defects in our products may impede or block network traffic or cause our products or services to fail to help secure high-value business data. Defects in our products may lead to product returns and require us to implement design changes or software updates.

Any defects or errors in our products, or the perception of such defects or errors, could result in:

- expenditure of significant financial and product development resources in efforts to analyze, correct, eliminate or work around errors or defects;

- loss of existing or potential customers or channel partners;

- delayed or lost revenue;

- delay or failure to attain market acceptance;

- delay in the development or release of new products or services;

- negative publicity, which will harm our reputation;

- warranty claims against us, which could result in an increase in our provision for doubtful accounts;

- an increase in collection cycles for accounts receivable or the expense and risk of litigation; and

- harm to our results of operations.

Data thieves are sophisticated, often affiliated with organized crime and operate large scale and complex automated attacks. In addition, their techniques change frequently and generally are not recognized until launched against a target. If we fail to identify and respond to new and complex methods of attack and to update our products to detect or prevent such threats in time to protect our customers' high-value business data, our business and reputation will suffer.

36

In addition, many of our end-user customers use our products in applications that are critical to their businesses and may have a greater sensitivity to defects in our products than to defects in other, less critical, software products. An actual or perceived security breach or theft of the sensitive data of one of our customers, regardless of whether the breach is attributable to the failure of our products or services, could adversely affect the market's perception of our security products. Despite our best efforts, there is no guarantee that our products will be free of flaws or vulnerabilities, and even if we discover these weaknesses we may not be able to correct them promptly, if at all. Our customers may also misuse our products, which could result in a breach or theft of business data.

Although we have limitation of liability provisions in our standard terms and conditions of sale, they may not fully or effectively protect us from claims as a result of federal, state or local laws or ordinances or unfavorable judicial decisions in the United States or other countries. The sale and support of our products also entail the risk of product liability claims. We maintain insurance to protect against certain claims associated with the use of our products, but our insurance coverage may not adequately cover any claim asserted against us. In addition, even claims that ultimately are unsuccessful could result in our expenditure of funds in litigation and divert management's time and other resources.

***False detection of security breaches or false identification of malicious sources could adversely affect our business.***

Our business security products may falsely detect threats that do not actually exist. For example, our ThreatRadar product relies on information on attack sources aggregated from third-party data providers who monitor global malicious activity originating from anonymous proxies, specific IP addresses, botnets and phishing sites. If the information from these data providers is inaccurate, the potential for false positives increases. These false positives, while typical in the industry, may impair the perceived reliability of our products and may therefore adversely impact market acceptance of our products. If our products and services restrict access to important databases, files or applications based on falsely identifying users or traffic as an attack or otherwise unauthorized, this could adversely affect customers' businesses. Any such false identification of users or traffic could result in negative publicity, loss of customers and sales, increased costs to remedy any problem and costly litigation.

***Delays or interruptions in the manufacturing and delivery of SecureSphere appliances by our sole source manufacturer may harm our business.***

Our hardware appliances are built by a single manufacturer. Our reliance on a sole manufacturer, particularly a foreign manufacturer, involves several risks, including a potential inability to obtain an adequate supply of appliances and limited control over pricing, quality and timely delivery of products. In addition, replacing this manufacturer may be difficult and could result in an inability or delay in obtaining products. In addition, if or for other reasons, we may be unable to fulfill customer orders and our operating results may fluctuate from period to period, particularly if a disruption occurs near the end of a fiscal period.

Our manufacturer's ability to timely manufacture and ship our appliances in large quantities depends on a variety of factors. The manufacturer relies on a limited number of sources for the supply of functional components, such as semiconductors, printed circuit boards and hard disk drives. Functional component supply shortages or delays could prevent or delay the manufacture and shipment of appliances and, in the event of shortages or delays, we may not be able to procure alternative functional components on similar pricing terms, if at all. In addition, contractual restrictions or claims for infringement of intellectual property rights may restrict our manufacturer's use of certain components. These restrictions or claims may require our manufacturer to utilize alternative components or obtain additional licenses or technologies, and may impede its ability to manufacture and deliver appliances on a timely or cost-effective basis. If at some point, the manufacturer is no longer financially viable, we may lose our source of supply with little or no notice or recourse. Further, even if quality products are timely manufactured, delays in shipping may occur, resulting in delayed satisfaction of a primary revenue recognition criterion.

In the event of an interruption from this manufacturer, we may not be able to develop alternate or secondary sources in a timely manner. If we are unable to buy our appliances in quantities sufficient to meet our requirements on a timely basis, we will not be able to deliver products to our channel partners and customers, which would seriously affect present and future sales.

***A failure to manage excess inventories or inventory shortages could result in decreased revenue and gross margins and harm our business.***

We purchase products from our manufacturing partner outside of and in advance of reseller or customer orders, which we hold in inventory and resell. If we fail to accurately predict demand and as a result our manufacturers maintain insufficient hardware inventory or excess inventory, we may be unable to timely deliver ordered products or may have substantial inventory expense. Because our channel partners do not purchase our products in advance of customer orders, we may face additional difficulty in accurately forecasting demand for our hardware products. There is a risk we may forecast incorrectly and may be unable to sell excess products ordered from our manufacturing partner. Inventory levels in excess of customer demand may result in inventory write-downs, and the sale of excess inventory at discounted prices could significantly impair our brand image and have an adverse effect on our financial condition and results of operations.

Conversely, if we underestimate demand for our products or if our manufacturing partner fails to supply products we require at the time we need them, we may experience inventory shortages. Inventory shortages might delay shipments to resellers, distributors and customers or cause us to lose sales. Further, as the size of individual orders increases, the risk that we may be unable to cause delivery of unforecasted orders also increases, particularly near the end of quarterly periods. These shortages may diminish the loyalty of our channel partners or customers.

The difficulty in forecasting demand also makes it difficult to estimate our future financial condition and results of operations from period to period. A failure to accurately predict the level of demand for our products could adversely affect our net revenues and net income, and we are unlikely to forecast such effects with any certainty in advance.

***We have operations outside of the United States and a significant portion of our customers and suppliers are located outside of the United States, which subjects us to a number of risks associated with conducting international operations.***

We market and sell our products throughout the world and have personnel in many parts of the world. In addition, we have sales offices and research and development facilities outside the United States and we conduct, and expect to continue to conduct, a significant amount of our business with companies that are located outside the United States, particularly in Israel, Asia and Europe. We also source our components for our products from various geographical regions and ship components from a foreign production facility. Therefore, we are subject to risks associated with having international sales and worldwide operations, including:

- challenges caused by distance, language and cultural differences;

- multiple and conflicting laws and regulations, including complications due to unexpected changes in these laws and regulations;

- trade and foreign exchange restrictions;

- foreign currency exchange fluctuations and foreign exchange controls;

- economic, social or political instability in foreign markets;

- greater difficulty in enforcing contracts, accounts receivable collection and longer collection periods;

- changes in regulatory requirements;

- difficulties and costs of staffing and managing foreign operations;

- the uncertainty and limitation of protection for intellectual property rights in some countries;

- costs of compliance with foreign laws and regulations and the risks and costs of non-compliance with such laws and regulations;

- costs of complying with U.S. and foreign laws and regulations, including import and export control laws, tariffs, trade barriers, economic sanctions and other regulatory or contractual limitations on our ability to sell our products in certain foreign markets, and the risks and costs of non-compliance;

- heightened risks of unfair or corrupt business practices in certain geographies and of improper or fraudulent sales arrangements that may impact financial results and result in restatements of, and irregularities in, financial statements;

- the potential that our operations in the U.S. may limit the acceptability of our products to some foreign governments, and vice versa;

- the potential for acts of terrorism, hostilities or war;

- management communication and integration problems resulting from cultural differences and geographic dispersion; and

- multiple and possibly overlapping tax structures.

Our product and service sales may be subject to foreign governmental regulations, which vary substantially from country to country and change from time to time. Failure to comply with these regulations could adversely affect our business. Violations of laws or key control policies by our employees, contractors, channel partners or agents could result in delays in revenue recognition, financial reporting misstatements, fines, penalties or the prohibition of the importation or exportation of our products and services and could have a material adverse effect on our business and results of operations.

*A portion of our revenue is generated by sales to government entities, which are subject to a number of challenges and risks.*

Sales to U.S. and foreign federal, state and local governmental agency customers have accounted for approximately 12% of our bookings in each of the years ended December 31, 2011 and 2010, 11% of our bookings for the year ended December 31, 2012 and 8% of our bookings for the three months ended March 31, 2013, and we may in the future increase sales to government entities. Sales into government entities are subject to a number of risks. Selling to government entities can be highly competitive, expensive and time consuming, often requiring significant upfront time and expense without any assurance that we will complete a sale. Accordingly:

- changes in fiscal or contracting policies or decreases in available government funding, including as a result of the recent sequestration by the U.S. federal government;

- changes in government programs or applicable requirements;

- the adoption of new laws or regulations or changes to existing laws or regulations;

- changes in political or social attitudes with respect to security issues; and

- potential delays or changes in the government appropriations process, including actions such as spending freezes implemented to address political or fiscal policy concerns,

could cause governments and governmental agencies to delay or refrain from purchasing the products and services that we offer in the future or otherwise have an adverse effect on our business, financial condition and results of operations.

Most of our sales to government entities have been made indirectly through our channel partners. Government entities may have contractual or other legal rights to terminate contracts with our distributors and resellers for convenience or due to a default, and any such termination may adversely impact our results of operations.

In addition, for purchases by the U.S. federal government, we must comply with laws and regulations relating to U.S. federal government contracting, which affect how we and our channel partners do business in connection with U.S. federal agencies. These laws and regulations may impose added costs on our business, and failure to comply with these or other applicable regulations and requirements, including non-compliance in the past, could lead to claims for damages from our channel partners, penalties, termination of contracts and suspension or debarment from government contracting for a period of time. Any such damages, penalties, disruption or limitation in our ability to do business with the U.S. federal government may adversely impact our results of operations.

*Our business in countries with a history of corruption and transactions with foreign governments increase the risks associated with our international activities.*

As we operate and sell internationally, we are subject to the U.S. Foreign Corrupt Practices Act, or the FCPA, and other laws that prohibit improper payments or offers of payments to foreign governments and their officials and political parties for the purpose of obtaining or retaining business. We have operations, deal with and make sales to governmental customers in countries known to experience corruption, particularly certain emerging countries in Africa, East Asia, Eastern Europe, South America and the Middle East. Our activities in these countries create the risk of unauthorized payments or offers of payments by one of our employees, consultants, sales agents or channel partners that could be in violation of various anti-corruption laws, even though these parties may not be under our control. While we have implemented safeguards to prevent these practices by our employees, consultants, sales agents and channel partners, our existing safeguards and any future improvements may prove to be less than effective, and our employees, consultants, sales agents or channel partners may engage in conduct for which we might be held responsible. Violations of the FCPA may result in severe criminal or civil sanctions, including suspension or debarment from U.S. government contracting, and we may be subject to other liabilities, which could negatively affect our business, operating results and financial condition.

*We rely significantly on revenue from maintenance and support which may decline and, because we recognize revenue from such services over the term of the relevant service period, downturns or upturns in sales are not immediately reflected in full in our operating results.*

Our maintenance and support revenue accounted for 33% of our total revenue for 2010, 31% of our total revenue for 2011, 32% of our total revenue for 2012 and 35% of our total revenue for the three months ended March 31, 2013. Sales of new or renewal of such services contracts may decline or fluctuate as a result of a number of factors, including customers' level of satisfaction with our products and services, the prices of our products and services, the prices of products and services offered by our competitors or reductions in our customers' spending levels. If our sales of new or renewal services contracts decline, our revenue or revenue growth may decline and our business will suffer. In addition, we recognize service revenue ratably over the term of the relevant service period, which is typically one to three years but has been as long as five years. As a result, much of the revenue we report each quarter is the recognition of deferred revenue from services contracts entered into during previous quarters. Consequently, a decline in new or renewal services contracts in any one quarter will not be fully reflected in revenue in that quarter, but will negatively affect our revenue in future quarters. Accordingly, the effect of significant downturns in new or renewed sales of our services would not be reflected in full in our results of operations until future periods.

*If we are unable to increase sales to larger customers, our results of operations may suffer.*

We continuously seek to increase sales of our products to large enterprises, managed security service providers and government entities. Sales to large enterprises, service providers and government entities involve risks that may not be present, or are present to a lesser extent, with sales to small to mid-sized entities. These risks include:

- preexisting relationships with larger, entrenched providers of security solutions who have access to key decision makers within the organization and who also have the ability to bundle competing products with a broader product offering;

- increased purchasing power and leverage held by large customers in negotiating contractual arrangements with us;

- more stringent requirements in our support service contracts, including stricter support response times, and increased penalties for any failure to meet support requirements; and

- longer sales cycles and the associated risk that substantial time and resources may be spent on a potential customer who elects not to purchase our products and services.

In addition, product purchases by enterprises, managed security service providers, cloud hosting providers and government entities are frequently subject to budget constraints, multiple approvals, and unplanned administrative, processing and other delays. Large enterprises, managed security service providers, cloud hosting providers and government entities typically have longer implementation cycles; require greater product functionality and scalability and a broader range of services; demand that vendors take on a larger share of risks; sometimes require acceptance provisions that can lead to a delay in revenue recognition; and expect greater payment flexibility from vendors. All these factors can add risk to doing business with these customers. If our sales expectations for a large customer do not materialize in a particular quarter or at all, then our business, financial condition and results of operations could be materially and adversely affected.

*If our existing and potential customers migrate to hosted, cloud-based data centers that do not deploy our products, our revenues could suffer.*

The majority of our current sales are made through a model in which our channel partners sell our business security solutions to large enterprise customers that operate their own data centers and have the ability to choose the business security solutions and configurations to fit their environment. If our large enterprise customers and potential customers choose to outsource the hosting of their data centers to large, multi-tenancy hosting providers like Rackspace Hosting, Inc. and Amazon.com, Inc., they may not be able to choose what business security solutions are deployed in these hosted environments, and our current sales model may not be effective. Although we work with large hosting services providers, like Rackspace Hosting, Inc. and Savvis, Inc., to integrate our business security solutions into their hosting environments so that our solutions may be offered to their hosting customers, we cannot guarantee that all such hosting service providers will adopt our solutions, offer them as a choice to their customers or promote our solutions over those of our competitors. Even if these large hosting services providers integrate our business security solutions into their hosting environments and promote our solutions, they may be able to negotiate larger discounts than individual enterprise customers and, consequently, the average selling price of our products may decrease and our revenue would suffer. Alternatively, they may offer services based on our competitors' products at lower cost or bundled with other services that we do not offer, and their customers may choose those services even if they would otherwise chose our products if making a decision on a stand-alone basis.

*If our customers are not satisfied with our technical support or professional services, they may choose not to purchase our products and services or to renew maintenance contracts, either of which would adversely impact our business and results of operations.*

Our business relies on our customers' satisfaction with the technical support and professional consulting services we provide to support our products. If we fail to provide technical support services that are responsive, satisfy our customers' expectations and resolve issues that they encounter with our products and services, then they may elect not to purchase or renew annual maintenance and support contracts and they may choose not to purchase additional products and services from us. Accordingly, our failure to provide satisfactory technical support or professional services could have a material and adverse effect on our business and results of operations.

*We are exposed to fluctuations in currency exchange rates, which could negatively affect our financial condition and results of operations.*

Our functional and reporting currency is the U.S. dollar and we generate a majority of our revenue in U.S. dollars. However, in 2011, 2012 and the three months ended March 31, 2013, we incurred approximately 37%, 41% and 40%, respectively, of our expenses outside of the United States in foreign currencies, primarily Israeli shekels, principally with respect to salaries and related personnel expenses associated with our Israeli operations. The exchange rate between the U.S. dollar and foreign currencies has fluctuated substantially in recent years and may continue to fluctuate substantially in the future. We expect that a majority of our revenues will continue to be generated in U.S. dollars for the foreseeable future and that a significant portion of our expenses, including personnel costs, as well as capital and operating expenditures, will continue to be denominated in Israeli shekels. The results of our operations may be adversely affected by foreign exchange fluctuations.

We use forward foreign exchange contracts to hedge or mitigate the effect of changes in foreign exchange rates on our operating expenses denominated in certain foreign currencies. However, this strategy might not eliminate our exposure to foreign exchange rate fluctuations and involves costs and risks of its own, such as cash expenditures, ongoing management time and expertise, external costs to implement the strategy and potential accounting implications. Additionally, our hedging activities may contribute to increased losses as a result of volatility in foreign currency markets.

*Our business and operations have experienced rapid growth, and if we do not appropriately manage any future growth, or are unable to improve our systems and processes, our operating results will be negatively affected.*

We have experienced rapid growth over the last several years. For example, we grew from 315 employees as of December 31, 2010 to 383 employees as of December 31, 2011, to 474 employees as of December 31, 2012 and then to 515 employees as of March 31, 2013. This growth has placed, and will continue to place, a strain on our employees, management systems and other resources. Managing our growth will require significant expenditures and allocation of valuable management resources. We rely heavily on information technology systems to help manage critical functions, such as order processing, revenue recognition, financial forecasts and inventory and supply chain management. To manage any future growth effectively, we must continue to improve our information technology and financial infrastructure, operating and administrative systems and controls, and continue to manage headcount, capital and processes in an efficient manner. We may not be able to successfully implement improvements to these systems and processes in a timely or efficient manner. For instance, in the third quarter of 2011, we completed the implementation of NetSuite, an on-demand enterprise resource planning ("ERP") system, replacing our prior ERP system. We have a limited operating history using NetSuite and may encounter difficulties using NetSuite to manage critical functions of our business.

In addition, we rely heavily on hosted, Software-as-a-Service ("SaaS") technologies from third parties in order to operate critical functions of our business, including ERP services from NetSuite and customer relationship management ("CRM") services from salesforce.com, Inc. If these services become unavailable due to extended outages or interruptions or because they are no longer available on commercially reasonable terms or prices, our expenses could increase, our ability to manage our finances could be interrupted and our processes for managing sales of our products and services and supporting our customers could be impaired until equivalent services, if available, are identified, obtained and integrated; all of which could harm our business.

Also, our systems and processes may not prevent or detect all errors, omissions or fraud. Our failure to improve our systems and processes, or their failure to operate in the intended manner, may result in our inability to manage the growth of our business and to accurately forecast our revenue, expenses and earnings, or to prevent certain losses. Our productivity and the quality of our products and services may also be adversely affected if we do not integrate and train our new employees quickly and effectively. Any future growth would add complexity to our organization and require effective coordination across our organization. If we fail to achieve the necessary level of efficiency in our organization as it grows or otherwise fail to manage any future growth effectively, we could incur in increased costs, and loss of customer and investor confidence in our internal systems and processes, any of which could result in harm to our business, results of operations and financial condition or a decline in our stock price.

*Assertions by third parties of infringement or other violations by us of their intellectual property rights could result in significant costs and substantially harm our business and operating results.*

Patent and other intellectual property disputes are common in the IT security industry. Some companies in the IT security industry, including some of our competitors, own large numbers of patents, copyrights, trademarks and trade secrets, which they may use to assert claims against us. This disparity between our patent portfolio and the patent portfolios of our most significant competitors may increase the risk that they may sue us for patent infringement and may limit our ability to counterclaim for patent infringement or settle through patent cross-licenses. In addition, there are also patent holding companies or other adverse patent owners who are solely or primarily in the business of building portfolios of patents and asserting them against operating companies, often with little merit, and who have no relevant product revenues and against whom potential assertions our patents (and potential patents) may provide little or no deterrence. Third parties have asserted and may in the future assert claims of infringement, misappropriation or other violations of intellectual property rights against us. For example, in May 2010, F5 Networks, Inc., an IT infrastructure company that competes with us in the web application firewall market, filed a lawsuit against us alleging patent infringement. In June 2010, we filed a counterclaim alleging patent infringement by F5 Networks, Inc. In February 2011, we entered into a settlement and license agreement with F5 Networks, Inc., which dismissed the litigation. Third parties may also assert such claims against our customers or channel partners whom we typically indemnify against claims that our products infringe, misappropriate or otherwise violate the intellectual property rights of third parties. As the numbers of products and competitors in our market increase and overlaps occur, claims of infringement, misappropriation and other violations of intellectual property rights may increase. Also, to the extent we hire personnel from competitors, we may be subject to allegations that they have been improperly solicited or divulged proprietary or other confidential information.

We cannot assure you that we are not infringing or otherwise violating any third-party intellectual property rights. Further, any claim of infringement, misappropriation or other violation of intellectual property rights by a third party, even those without merit, could be asserted against us, cause us to incur substantial costs defending against the claim and could distract our management from our business. An adverse outcome of a dispute may require us to pay substantial damages, including treble damages, if we are found to have willfully infringed a third party's patents or copyrights; cease making, licensing or using solutions that are alleged to infringe or misappropriate the intellectual property of others; expend additional development resources to attempt to redesign our products or services or otherwise to develop non-infringing technology, which may not be successful; enter into potentially unfavorable royalty or license agreements in order to obtain the right to use necessary technologies or intellectual property rights; and indemnify our customers and partners. Royalty or licensing agreements, if required or desirable, may be unavailable on terms acceptable to us, or at all, and may require significant royalty payments and other expenditures. In addition, some licenses may be non-exclusive, and therefore our competitors may have access to the same technology licensed to us. Any of these events could seriously harm our business, financial condition and results of operations.

*We rely on the availability of licenses to third-party software and other intellectual property, the loss of which could increase our costs and delay software shipments.*

Many of our products and services include software or other intellectual property licensed from third parties, and we also use software and other intellectual property licensed from third parties in our business. This exposes us to risks over which we may have little or no control. For example, a licensor may have errors or defects in its products that harm our business, may have difficulties keeping up with technological changes or may stop supporting the software or other intellectual property that it licenses to us. Also, it will be necessary in the future to renew licenses, expand the scope of existing licenses or seek new licenses, relating to various aspects of these products and services, or otherwise relating to our business, which may result in increased license fees. In addition, a direct or indirect licensor may assert that we or our customers are in breach of the terms of a license, which could, among other things, give such licensor the right to terminate a license or seek damages from us, or both. Moreover, the inclusion in our products and services of software or other intellectual property licensed from third parties on a nonexclusive basis could limit our ability to differentiate our products from those of our competitors.

Licensed software may not continue to be available on commercially reasonable terms, or at all. While we believe that there are currently adequate replacements for third-party software, any loss of the right to use any of this software could result in delays in producing or delivering our software until equivalent technology is identified and integrated, which delays could harm our business. Our business would be disrupted if any of the software we license from others or functional equivalents of this software were either no longer available to us or no longer offered to us on commercially reasonable terms. In either case, we would be required to either redesign our products to function with software available from other parties or to develop these components ourselves, which would result in increased costs and could result in delays in our product shipments and the release of new product offerings. Furthermore, we might be forced to limit the features available in our current or future products. If we fail to maintain or renegotiate any of these software licenses, we could face significant delays and diversion of resources in attempting to license and integrate a functional equivalent of the software. Any of these events could have a material adverse effect on our business, financial condition and results of operations.

*Some of our products contain "open source" software, and any failure to comply with the terms of one or more of these open source licenses could negatively affect our business.*

Certain of our products are distributed with software licensed under "open source" licenses. Some of these licenses contain requirements that we make available source code for modifications or derivative works we create based upon the open source software, and that we license these modifications or derivative works under the terms of a particular open source license or subject to certain license requirements. If we combine our proprietary software with open source software in a certain manner, we could, under certain provisions of the open source licenses, be required to release the source code of our proprietary software. In addition to risks related to license requirements, usage of open source software can subject us to greater risks than use of third-party commercial software, as licensors of open source software generally do not provide warranties or any indemnification for infringement of third party intellectual property rights. We have established processes to help alleviate these risks, including a review process for screening requests from our development organization for the use of open source software, but we cannot be sure that all open source software is submitted for approval prior to use in our products. In addition, open source license terms may be ambiguous and many of the risks associated with use of open source software cannot be eliminated, and could, if not properly addressed, negatively affect our business. If we were found to have inappropriately used open source software, we might be required to re-engineer our products, to release proprietary source code, to discontinue the sale of our products in the event re-engineering could not be accomplished on a timely basis or to take other remedial action that may divert resources away from our development efforts, any of which could adversely affect our business, operating results and financial condition. Disclosing the source code of our proprietary software could make it easier for malicious third parties to discover vulnerabilities in our business security products and allow our competitors to create similar products with decreased development effort and time. Any of these events could have a material adverse effect on our reputation, business, financial condition and results of operations.

*Failure to protect our proprietary technology and intellectual property rights could substantially harm our business and operating results.*

Our success depends, in part, on our ability to protect proprietary methods and technologies that we develop under the intellectual property laws of the United States and other countries, so that we can prevent others from using our inventions and proprietary information. We attempt to protect our intellectual property under patent, trademark, copyright and trade secret laws, and through a combination of confidentiality procedures, contractual provisions and other methods, all of which offer only limited protection. If we fail to protect our intellectual property rights adequately, our competitors might gain access to our technology, and our business might be harmed. In addition, defending our intellectual property rights might entail significant expenses. Any of our patents, copyrights, trademarks or other intellectual property rights may be challenged by others or invalidated through administrative process or litigation. We have nine issued patents and nine patent applications pending in the United States. Our issued patents, which are limited in number compared to some of our competitors, may not provide us with any competitive advantages or may be challenged by third parties, and our patent applications may never be granted at all. Additionally, the process of obtaining patent protection is expensive and time-consuming, and we may not be able to prosecute all necessary or desirable patent applications at a reasonable cost or in a timely manner. Further, for strategic and other reasons we may choose not to seek patent protection for certain innovations and may choose not to pursue patent protection in certain jurisdictions. Even if issued, there can be no assurance that our patents will adequately protect our intellectual property, as the legal standards relating to the validity, enforceability and scope of protection of patent and other intellectual property rights are uncertain.

Any patents that are issued may subsequently be invalidated or otherwise limited, enabling other companies to better develop products that compete with ours, which could adversely affect our competitive business position, business prospects and financial condition. In addition, issuance of a patent does not guarantee that we have a right to practice the patented invention. Patent applications in the U.S. are typically not published until 18 months after filing, or in some cases not at all, and publications of discoveries in industry-related literature lag behind actual discoveries. We cannot be certain that we were the first to make the inventions claimed in our issued patents or pending patent applications or otherwise used in our products, that we were the first to file for protection in our patent applications, or that third parties do not have blocking patents that could be used to prevent us from marketing or practicing our patented products or technology. Effective patent, trademark, copyright and trade secret protection may not be available to us in every country in which our products and services are available. The laws of some foreign countries may not be as protective of intellectual property rights as those in the United States, and mechanisms for enforcement of intellectual property rights may be inadequate. Accordingly, despite our efforts, we may be unable to prevent third parties from infringing upon or misappropriating our intellectual property.

We might be required to spend significant resources to monitor and protect our intellectual property rights. We may initiate claims or litigation against third parties for infringement of our proprietary rights or to establish the validity of our proprietary rights. Any litigation, whether or not it is resolved in our favor, could result in significant expense to us and divert the efforts of our technical and management personnel, which may adversely affect our business, operating results and financial condition.

43

***Confidentiality agreements with partners, employees, consultants and others may not adequately prevent disclosure of trade secrets and other proprietary information.***

In order to protect our proprietary technology, processes and methods, we rely in part on confidentiality agreements and other restrictions with our customers, partners, employees, consultants and others. These agreements may not effectively prevent disclosure of confidential information and may not provide an adequate remedy in the event of unauthorized disclosure of confidential information. Despite our efforts to protect our proprietary technology, processes and methods, unauthorized parties may attempt to misappropriate, reverse engineer or otherwise obtain and use them. We may be unable to determine the extent of any unauthorized use or infringement of our products, technologies or intellectual property rights In addition, others may independently discover trade secrets and proprietary information, and in these cases we would not be able to assert any trade secret rights against those parties. Moreover, policing unauthorized use of our technologies, products and intellectual property is difficult, expensive and time-consuming, particularly in foreign countries where the laws may not be as protective of intellectual property rights as those in the United States and where mechanisms for enforcement of intellectual property rights may be weak. Costly and time-consuming litigation could be necessary to enforce and determine the scope of our proprietary rights, and failure to obtain or maintain trade secret protection could adversely affect our competitive business position.

***Conditions in Israel may limit our ability to develop and sell our products. This could result in a decrease of our revenues.***

Our principal research and development facilities are located in Israel. Since the establishment of the State of Israel in 1948, a number of armed conflicts have taken place between Israel and its neighboring countries, as well as incidents of civil unrest, and a number of state and non-state actors have publicly committed to its destruction. Political, economic and military conditions in Israel could directly affect our operations. We could be adversely affected by any major hostilities involving Israel, including acts of terrorism or any other hostilities involving or threatening Israel, the interruption or curtailment of trade between Israel and its trading partners, a significant increase in inflation or a significant downturn in the economic or financial condition of Israel. Any on-going or future violence between Israel and the Palestinians, armed conflicts, terrorist activities, tension along the Israeli borders or with other countries in the region, including Iran, or political instability in the region could disrupt international trading activities in Israel and may materially and negatively affect our business and could harm our results of operations.

Certain countries, as well as certain companies and organizations, continue to participate in a boycott of Israeli firms, firms with large Israeli operations and others doing business with Israel and Israeli companies. We are also precluded from marketing our products to certain of these countries due to United States regulatory restrictions. In addition, such boycott, restrictive laws, policies or practices may change over time in unpredictable ways, and could, individually or in the aggregate, have a material adverse affect on our business in the future.

Some of our employees in Israel, including one of our executive officers, are obligated to perform annual military reserve duty in the Israel Defense Forces, depending on their age and position in the armed forces. Furthermore, they may be called to active reserve duty at any time under emergency circumstances for extended periods of time. For example, in 2012, approximately 50 of our employees in Israel were called for active reserve duty, each serving for an average of approximately one and one half weeks. Our operations could be disrupted by the absence, for a significant period, of one or more of our executive officers or key employees due to military service, and any significant disruption in our operations could harm our business.

***If we are unable to hire, retain and motivate qualified personnel, our business would suffer.***

We depend on the continued contributions of our senior management and other key employees to execute on our business plan, and to identify and pursue new opportunities and product innovations. The loss of services of senior management or other key employees, particularly Shlomo Kramer, one of our founders and our President and Chief Executive Officer; Amichai Shulman, one of our founders and our Chief Technology Officer; and Terrence J. Schmid, our Chief Financial Officer and Treasurer, could significantly delay or prevent the achievement of our development and strategic objectives.

Our future success depends, in part, on our ability to continue to attract and retain highly skilled technical, managerial, finance and other personnel, particularly in our sales and marketing, research and development and professional service departments. Any of our employees may terminate their employment at any time. Competition for highly skilled personnel is frequently intense, especially in the San Francisco Bay Area and in Tel Aviv, Israel, the locations in which we have a substantial presence and need for highly-skilled personnel. We may be unable to attract and retain suitably qualified individuals who are capable of meeting our growing technical, operational and managerial requirements, on a timely basis or at all, and we may be required to pay increased compensation in order to do so. If we are unable to attract and retain the qualified personnel we need to succeed, our business would suffer.

Volatility or lack of performance in our stock price may also affect our ability to attract and retain our key employees. Many of our senior management personnel and other key employees have become, or will soon become, vested in a substantial amount of stock or stock options. Employees may be more likely to leave us if the shares they own or the shares underlying their vested options have significantly appreciated in value relative to the original purchase prices of the shares or the exercise prices of the options, or if the exercise prices of the options that they hold are significantly above the market price of our common stock. If we are unable to retain our employees, our business, operating results and financial condition would be harmed.

### *Our internal network system and website may be subject to intentional disruption that could adversely impact our reputation and future sales.*

Because we are a leading provider of business security products, "hackers" and others may try to access our data or compromise our systems. Similarly, experienced computer programmers may attempt to penetrate our network security or the security of our website and cause interruptions of our services. Because the techniques used by such computer programmers to access or sabotage networks change frequently and may not be recognized until launched against a target, we may be unable to anticipate these techniques. The theft and/or unauthorized use or publication of our trade secrets and other confidential business information as a result of such an event could adversely affect our competitive position, reputation, brand and future sales of our products, and could impair our ability to operate our business, including our ability to provide subscription or maintenance and support services to our customers. We could suffer monetary and other losses and reputational harm in the event of such incidents.

### *Outages, interruptions or delays in hosting services could impair the delivery of our cloud-based security services and harm our business.*

We operate infrastructure that supports our ThreatRadar and Security Operations Center ("SOC") services and use third party hosting facilities for certain ThreatRadar services. Despite precautions taken within our own internal network and at these third party facilities, the occurrence of a natural disaster or an act of terrorism or other unanticipated problems could result in lengthy interruptions in our services.

The cloud-based security services that we provide through our majority owned subsidiary, Incapsula, are operated from a network of third party facilities that host the software and systems that operate these security services. Any damage to, or failure of, our internal systems or systems at third party hosting facilities could result in outages or interruptions in our cloud-based services. Outages or interruptions in our cloud-based security services may cause our customers and potential customers to believe our cloud-based security services are unreliable, cause us to issue credits or pay penalties, cause customers to terminate their subscriptions and adversely affect our renewal rates and our ability to attract new customers, ultimately harming our business and revenue.

### *Our success in acquiring and integrating other businesses, products or technologies could impact our financial position.*

In order to remain competitive, we may seek to acquire additional businesses, products or technologies, any of which could be material to our business, operating results and financial condition. The environment for acquisitions in the markets in which we operate is very competitive and acquisition candidate purchase prices will likely exceed what we would prefer to pay, but may choose to pay in order to make an acquisition. Furthermore, we may not find suitable acquisition candidates, and acquisitions we complete may be unsuccessful. Achieving the anticipated benefits of future acquisitions will depend in part upon whether we can integrate acquired operations, products and technology in a timely and cost-effective manner.

Acquisitions involve many risks, including the following:

- an acquisition may negatively impact our results of operations because it may require us to incur charges and substantial debt or liabilities, may cause adverse tax consequences, substantial depreciation or deferred compensation charges, may result in acquired in-process research and development expenses or in the future may require the amortization, write-down or impairment of amounts related to deferred compensation, goodwill and other intangible assets, or may not generate sufficient financial return to offset acquisition costs;

- we may encounter difficulties or unforeseen expenditures in integrating the business, technologies, products, personnel or operations of any company that we acquire, particularly if key personnel of the acquired company decide not to work for us;

- an acquisition and integration process is complex, expensive and time consuming, and may disrupt our ongoing business, divert resources, increase our expenses and distract our management;

- an acquisition may result in a delay or reduction of customer purchases for both us and the company acquired due to customer uncertainty about continuity and effectiveness of service from either company;

- we may encounter difficulties in, or may be unable to, successfully sell any acquired products; and

- an acquisition may involve the entry into geographic or business markets in which we have little or no prior experience.

If we are unable to effectively execute acquisitions, our business, financial condition and results of operations could be adversely affected.

***We are subject to governmental export and import controls that could subject us to liability or impair our ability to compete in international markets.***

Our products incorporate encryption technology and may be exported outside the U.S. only if we obtain an export license or qualify for an export license exception. Compliance with applicable regulatory requirements regarding the export of our products may prevent our customers with international operations from deploying our products throughout their global systems or, in some cases, prevent the export of our products to some countries altogether. Further, various countries regulate the import of encryption technology and our appliance-based products and have enacted laws that could limit our ability to distribute products, could create delays in the introduction of our products in those countries or could limit our customers' ability to implement our products in those countries. Any new export or import restrictions, new legislation or shifting approaches in the enforcement or scope of existing regulations, or in the countries, persons or technologies targeted by such regulations, could result in decreased use of our products by existing customers with international operations, declining adoption of our products by new customers with international operations and decreased revenues. If we, or our channel partners, fail to comply with export and import regulations, we may be denied export privileges, be subjected to fines or other penalties and our products may be denied entry into other countries, as well as potentially suffering reputational harm.

Furthermore, U.S. export control laws and economic sanctions prohibit the shipment of certain products to U.S. embargoed or sanctioned countries, governments and persons. While we take precautions to prevent our product from being shipped to U.S. sanctions targets, our products could be shipped to those targets by our channel partners despite our efforts. Any such shipment could have negative consequences including government investigations, penalties and reputational harm. Any change in economic sanctions or related legislation, shift in the enforcement or scope of existing regulations, or change in the countries, governments, persons or technologies targeted by such regulations, could result in decreased use of our products by, or in our decreased ability to export or sell our products to, existing or potential customers with international operations. Any limitation on our ability to export or sell our products would likely adversely affect our business, financial condition and results of operations.

***Changes in our provision for income taxes or adverse outcomes resulting from examination of our income tax returns could adversely affect our results.***

We are subject to income taxation in the United States and numerous foreign jurisdictions. Determining our provision for income taxes requires significant management judgment. In addition, our provision for income taxes is subject to volatility and could be adversely affected by many factors, including, among other things, changes to our operating or holding structure, changes in the amounts of earnings in jurisdictions with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities and changes in tax laws. We are subject to ongoing tax examinations in various jurisdictions. Tax authorities may disagree with our intercompany charges, cross-jurisdictional transfer pricing or other matters and assess additional taxes. While we regularly assess the likely outcomes of these examinations to determine the adequacy of our provision for income taxes, there can be no assurance that the outcomes of such examinations will not have a material impact on our operating results and cash flows.

Significant judgment is required to determine the recognition and measurement attributes prescribed in Accounting Standards Codification ("ASC") 740-25 (formerly referred to as Financial Interpretation No. 48, "Accounting for Uncertainty in Income Taxes-an interpretation of FASB Statement No. 109"). In addition, ASC 740-25 applies to all income tax positions, including the potential recovery of previously paid taxes, which if settled unfavorably could adversely impact our provision for income taxes or additional paid-in capital. In addition, we are subject to the continuous examination of our income tax returns by the U.S. Internal Revenue Service and other tax authorities. We regularly assess the likelihood of adverse outcomes resulting from these examinations to determine the adequacy of our provision for income taxes. There can be no assurance that the outcomes from these continuous examinations will not have an adverse effect on our results of operations.

46

*Our business is subject to the risks of earthquakes, fire, power outages, floods and other catastrophic events, and to interruption by manmade problems such as terrorism.*

A significant natural disaster, such as an earthquake, fire or a flood, or a significant power outage could have a material adverse impact on our business, financial condition and results of operations. Our corporate headquarters are located in the San Francisco Bay Area, a region known for seismic activity, on land reclaimed from the bay that is susceptible to high liquefaction risk in the case of an earthquake. In addition, natural disasters could affect our manufacturing vendors or logistics providers' ability to perform services such as manufacturing products on a timely basis and assisting with shipments on a timely basis. In the event our service providers' information technology systems or manufacturing or logistics abilities are hindered by any of the events discussed above, shipments could be delayed, resulting in missing financial targets, such as revenue and shipment targets, for a particular quarter. Further, if a natural disaster occurs in a region from which we derive a significant portion of our revenue, customers in that region may delay or forego purchases of our products, which may materially and adversely impact our results of operations for a particular period. In addition, acts of terrorism could cause disruptions in our business or the business of our manufacturer, logistics providers, partners, customers or the economy as a whole. Given our typical concentration of sales at each quarter end, any disruption in the business of our manufacturer, logistics providers, partners or customers that impacts sales at the end of our quarter could have a significant adverse impact on our quarterly results. All of the aforementioned risks may be augmented if the business continuity plans for us and our suppliers prove to be inadequate. To the extent that any of the above results in delays or cancellations of customer orders, or the delay in the manufacture, deployment or shipment of our products, our business, financial condition and results of operations would be adversely affected.

## Risks Related to Ownership of our Common Stock

*Market volatility may affect our stock price and the value of your investment*

The trading prices of the securities of technology companies have been highly volatile. The market price of our common stock may fluctuate significantly in response to a number of factors, most of which we cannot predict or control, including:

- announcements of new products, services or technologies, commercial relationships, acquisitions, strategic partnerships, joint ventures, capital commitments or other events by us or our competitors;

- fluctuations in operating performance and in stock market prices and trading volumes of securities of other technology companies generally, or those in our industry in particular;

- general market conditions and overall price and volume fluctuations in U.S. equity markets;

- actual or anticipated variations in our operating results, or the operating results of our competitors;

- the financial and other projections we may provide to the public, any changes in these projections or our failure to meet these projections or changes in our financial guidance or securities analysts' estimates of our financial performance;

- failure of securities analysts to maintain coverage of us, changes in financial or other estimates by any securities analysts who follow us, or our failure to meet these estimates or the expectations of our investors;

- ratings or other changes by any securities analysts who follow our company or our industry;

- sales of large blocks of our common stock, including sales by our executive officers, directors and significant stockholders;

- rumors and market speculation involving Imperva or other companies in our industry; and

- lawsuits threatened or filed against us and changing legal or regulatory developments in the United States and other countries.

In addition, the stock market in general, and the New York Stock Exchange in particular, have experienced substantial price and volume volatility that is often seemingly unrelated to the operating performance of particular companies. These broad market fluctuations may cause the trading price of our common stock to decline. In the past, securities class action litigation has often been brought against a company after a period of volatility in the market price of its common stock. We may become involved in this type of litigation in the future. Any securities litigation claims brought against us could result in substantial expenses and the diversion of our management's attention from our business.

***If we fail to maintain an effective system of disclosure controls and procedures and internal controls over financial reporting, our ability to produce accurate financial statements or comply with applicable regulations could be impaired.***

As a public company, we are subject to the reporting requirements of the Exchange Act, the Sarbanes-Oxley Act of 2002 (the "Sarbanes-Oxley Act"), and the rules and regulations of the New York Stock Exchange. We expect that the requirements of these rules and regulations will continue to increase our legal, accounting and financial compliance costs, make some activities more difficult, time-consuming and costly and place strains on our personnel, systems and resources.

The Sarbanes-Oxley Act requires, among other things, that we maintain effective disclosure controls and procedures and internal control over financial reporting. We are continuing to develop and refine our disclosure controls and other procedures that are designed to ensure that information required to be disclosed by us in the reports that we file with the SEC is recorded, processed, summarized and reported within the time periods specified in SEC's rules and forms. Our current controls and any new controls that we develop may become inadequate because of changes in conditions, and the degree of compliance with the policies or procedures may deteriorate. In addition, weaknesses in our internal controls over financial reporting may be discovered in the future. Our filings with the SEC are subject to periodic review by the SEC, and our auditors are subject to periodic review by the Public Company Accounting Oversight Board (PCAOB). Any failure to develop or maintain effective controls over financial reporting, any difficulties encountered in their implementation or improvement, or any issues that emerge as a result of regulatory review, could harm our operating results or cause us to fail to meet our reporting obligations and may result in a revision or restatement of our prior period financial statements. Any failure to implement and maintain effective internal controls also could adversely affect the results of periodic management evaluations and annual independent registered public accounting firm attestation reports regarding the effectiveness of our internal control over financial reporting that we are required to include in our annual reports filed with the SEC under Section 404 of the Sarbanes-Oxley Act. Ineffective disclosure controls and procedures and internal control over financial reporting could also cause investors to lose confidence in our reported financial and other information, which would likely have a negative effect on the trading price of our common stock.

In order to maintain and improve the effectiveness of our disclosure controls and procedures and internal control over financial reporting, we have expended, and anticipate that we will continue to expend, significant resources and provide significant management oversight, which involve substantial accounting-related costs. Any failure to maintain the adequacy of our internal controls, or consequent inability to produce accurate financial statements on a timely basis, could increase our operating costs and could materially impair our ability to operate our business. In the event that we are not able to continue to demonstrate compliance with Section 404 of the Sarbanes-Oxley Act in a timely manner, that our internal controls are perceived as inadequate or that we are unable to produce timely or accurate financial statements, investors may lose confidence in our operating results and our stock price could decline. In addition, if we are unable to continue to meet these requirements, we may not be able to remain listed on the New York Stock Exchange.

We also have implemented elements of a disaster recovery/business continuity plan for our accounting and related information technology systems but we have not yet implemented a complete disaster recovery/business continuity plan. If the elements that we have developed and plan to develop in the future prove inadequate in the circumstances of a particular disaster or other business continuity event our ability to maintain timely accounting and reporting may be materially impaired.

***If securities or industry analysts do not publish research or publish inaccurate or unfavorable research about our business, our stock price and trading volume could decline.***

The trading market for our common stock will depend in part on the research and reports that securities or industry analysts publish about us or our business. If we do not establish and maintain adequate research coverage or if one or more of the analysts who covers us downgrades our stock or publishes inaccurate or unfavorable research about our business, our stock price would likely decline. If one or more of these analysts ceases coverage of our company or fails to publish reports on us regularly, demand for our stock could decrease, which could cause our stock price and trading volume to decline.

***We do not intend to pay dividends on our common stock so any returns will be limited to the value of our stock.***

We have never declared or paid any cash dividend on our common stock. We currently anticipate that we will retain future earnings for the development, operation and expansion of our business and do not anticipate declaring or paying any cash dividends for the foreseeable future. Any return to stockholders will therefore be limited to the value of their stock.

***Anti-takeover provisions in our charter documents and under Delaware law could make an acquisition of us, which may be beneficial to our stockholders, more difficult and may prevent attempts by our stockholders to replace or remove our current management.***

Provisions in our restated certificate of incorporation and amended and restated bylaws may delay or prevent an acquisition of us or a change in our management. These provisions include:

- authorizing "blank check" preferred stock, which could be issued by the board without stockholder approval and may contain voting, liquidation, dividend and other rights superior to our common stock, which would increase the number of outstanding shares and could thwart a takeover attempt;

- a classified board of directors whose members can be dismissed only for cause;

- the prohibition on actions by written consent of our stockholders;

- the limitation on who may call a special meeting of stockholders;

- the establishment of advance notice requirements for nominations for election to our board of directors or for proposing matters that can be acted upon at stockholder meetings; and

- the requirement of at least 75% of the outstanding capital stock to amend any of the foregoing second through fifth provisions.

In addition, because we are incorporated in Delaware, we are governed by the provisions of the anti-takeover provisions of the Delaware General Corporation Law, which may discourage, delay or prevent a change in control by prohibiting us from engaging in a business combination with an interested stockholder for a period of three years after the person becomes an interested stockholder, even if a change of control would be beneficial to our existing stockholders. Although we believe these provisions collectively provide for an opportunity to obtain greater value for stockholders by requiring potential acquirers to negotiate with our board of directors, they would apply even if an offer rejected by our board were considered beneficial by some stockholders. In addition, these provisions may frustrate or prevent any attempts by our stockholders to replace or remove our current management by making it more difficult for stockholders to replace members of our board of directors, which is responsible for appointing the members of our management.

Further, as of May 1, 2013 our directors and executive officers, together with their affiliates, beneficially own in the aggregate 17.9% of our outstanding common stock (including options exercisable by those holders within 60 days of that date). Holders that together with their affiliates, hold 5% or more of our outstanding common stock, but who are not affiliated with our directors and executive officers, beneficially own in the aggregate an additional 16.4% of our outstanding common stock as of May 1, 2013, based on information in their public filings. As a result, our directors and officers and their affiliates, collectively, or our largest stockholders, acting together, may be able to impede a merger, consolidation or sale of all or substantially all of our assets.

***Our ability to use our net operating loss carryforwards may be subject to limitation and may result in increased future tax liability to us.***

Generally, a change of more than 50% in the ownership of a corporation's stock, by value, over a three-year period constitutes an ownership change for U.S. federal income tax purposes. An ownership change may limit a company's ability to use its net operating loss carryforwards attributable to the period prior to such change. We have not performed a detailed analysis to determine whether an ownership change under Section 382 of the Internal Revenue Code has occurred after each of our previous private placements of preferred stock or after the issuance of shares of common stock in connection with our initial public offering. In the event we have undergone an ownership change under Section 382, if we earn net taxable income, our ability to use our pre-change net operating loss carryforwards to offset U.S. federal taxable income may become subject to limitations, which could potentially result in increased future tax liability to us.

## Item 2. Unregistered Sales of Equity Securities and Use of Proceeds

### Use of Proceeds from Public Offering of Common Stock

The Form S-1 Registration Statement (Registration No. 333-175008) relating to our IPO was declared effective by the SEC on November 8, 2011, and the offering of our common stock commenced on November 9, 2011. J.P. Morgan Securities LLC and Deutsche Bank Securities Inc. acted as joint book-running managers for the offering, and RBC Capital Markets, LLC, Lazard Capital Markets LLC and Pacific Crest Securities, Inc. acted as co-managers of the offering. The offering of 5,000,000 shares of our common stock has been completed.

The net proceeds to us of our IPO after deducting $6.9 million of underwriters' discounts and $5.8 million of offering expenses were $86.2 million. In January 2012, we invested $3.5 million of the net proceeds to us resulting from our IPO in Incapsula, our majority owned subsidiary, and received in exchange an additional 4,375,000 shares of Incapsula's Series A-1 Preferred Stock. We expect to use the remaining net proceeds for working capital and general corporate purposes, including acquisitions. Although we may also use a portion of the net proceeds for acquisition of complementary businesses, technologies or other assets, we have no present understandings, commitments or agreements to enter into any acquisitions.

Our management will retain broad discretion in the allocation and use of the net proceeds of our IPO, and investors will be relying on the judgment of our management regarding the application of the net proceeds. Pending specific utilization of the net proceeds as described above, we have invested the net proceeds of the offering in short-term, interest-bearing obligations. The goal with respect to the investment of the net proceeds will be capital preservation and liquidity so that such funds are readily available to fund our operations.

**Item 3. Defaults Upon Senior Securities**

Not applicable.

**Item 4. Mine Safety Disclosures**

Not applicable.

**Item 5. Other Information**

Not applicable.

**Item 6. Exhibits**

See Exhibit Index.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**IMPERVA, INC.**

Date: May 9, 2013

By: /s/ Shlomo Kramer

Shlomo Kramer
President and Chief Executive Officer
(Principal Executive Officer)

Date: May 9, 2013

By: /s/ Terrence J. Schmid

Terrence J. Schmid
Chief Financial Officer
(Principal Financial Officer)

51

# Exhibit C

8-K 1 d581137d8k.htm FORM 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

---

## FORM 8-K

---

### CURRENT REPORT
### PURSUANT TO SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

### Date of report: August 7, 2013
### (Date of earliest event reported)

---

# Imperva, Inc.
#### (Exact Name of Registrant as Specified in Its Charter)

---

**Delaware**
(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| **001-35338** | **03-0460133** |
| (Commission File Number) | (IRS Employer Identification No.) |

| | |
|---|---|
| **3400 Bridge Parkway, Suite 200** | |
| **Redwood Shores, California** | **94065** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(650) 345-9000**
(Registrant's Telephone Number, Including Area Code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02. Results of Operations and Financial Condition.**

On August 7, 2013, Imperva, Inc. ("Imperva") issued a press release announcing its financial results for the second quarter ended June 30, 2013 and providing its business outlook. A copy of the press release is attached as Exhibit 99.01 to this Current Report on Form 8-K.

The information in Item 2.02 of this Current Report, including Exhibit 99.01 to this Current Report, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained in this Item 2.02 and in the accompanying Exhibit 99.01 shall not be incorporated by reference into any registration statement or other document filed by Imperva with the Securities and Exchange Commission, whether made before or after the date of this Current Report, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01. Financial Statements and Exhibits.**

(d) Exhibits.

| Number | Description |
| --- | --- |
| 99.01 | Press release issued by Imperva, Inc., dated August 7, 2013. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By:  /s/   Terrence J. Schmid
       Terrence J. Schmid
       Chief Financial Officer

Date: August 7, 2013

## EXHIBIT INDEX

| Number | Description |
| --- | --- |
| 99.01 | Press release issued by Imperva, Inc., dated August 7, 2013. |

EX-99.01 2 d581137dex9901.htm EX-99.01

**Exhibit 99.01**

### Imperva Announces Second Quarter 2013 Financial Results

- *Total revenue of $31.3 million during the second quarter, up 28% year-over-year*
- *Second quarter services revenue growth of 49% was driven by the 156% year-over-year increase in subscription revenue*
- *New customers increased 46% year-over-year to 185 during the second quarter*
- *The number of deals valued over $100,000 up 36% year-over-year*
- *Total deferred revenue at June 30, 2013 increased 32% year-over-year to $48.3 million*

**Redwood Shores, Calif. – August 7, 2013** – Imperva, Inc. (NYSE: IMPV), a pioneer and leader of a new category of business security solutions for critical applications and high-value data in the data center, today announced financial results for the second quarter ended June 30, 2013.

"The second quarter was highlighted by the 46% year-over-year growth in new customers and 36% increase in deals valued over $100,000," stated Shlomo Kramer, President and Chief Executive Officer of Imperva. "While we continued to see strong demand for our fully integrated solution, performance in Europe and South America was impacted by sales execution challenges in these regions. Looking forward, we have already taken steps to reaccelerate growth and remain confident in our ability to grow global market share due to the continued strong pipeline of opportunities worldwide."

**Second Quarter 2013 Financial Highlights**

- **Revenue:** Total revenue for the second quarter of 2013 was $31.3 million, an increase of 28% compared to $24.6 million in the second quarter of 2012. Within total revenue, product revenue was $15.7 million compared to $14.0 million during the second quarter of 2012. Services revenue increased 49% year-over-year to $15.7 million and accounted for 50% of total revenue, up from 43% in the second quarter of 2012. Within services revenue, overall subscription revenue grew 156%, to $2.5 million, compared to the second quarter of 2012. Combined product and subscriptions revenue, a leading indicator of the strength of our business, was $18.2 million compared to $15.0 million during the second quarter of 2012.

- **Operating Profit (Loss):** Operating loss as reported in accordance with U.S. generally accepted accounting principles (GAAP) was $(5.7) million for the second quarter compared to a loss of $(1.4) million during the second quarter in 2012. GAAP results included stock-based compensation expense of $3.6 million for the second quarter of 2013 and $1.2 million for the second quarter of 2012. Non-GAAP operating loss for the second quarter was $(2.1) million, compared to a loss of $(0.3) million during the same period in 2012, excluding the above mentioned charges.

- **Net Profit (Loss)**: GAAP net loss attributable to Imperva stockholders for the second quarter was $(5.9) million, or $(0.24) per share based on 24.2 million weighted average diluted shares outstanding. This compares to GAAP net loss attributable to Imperva stockholders of $(1.5) million, or $(0.07) per share based on 22.6 million weighted average shares outstanding in the prior-year period.

Non-GAAP net loss attributable to Imperva stockholders for the second quarter of 2013 was $(2.3) million, or $(0.10) per share based on 24.2 million weighted average diluted shares outstanding, excluding the above mentioned charges. This compares to non-GAAP net loss attributable to Imperva stockholders of $(0.4) million, or $(0.02) per share based on 22.6 million weighted average diluted shares outstanding in the prior-year period.

Both GAAP and non-GAAP profit and loss per share attributable to Imperva stockholders for the second quarter ended June 30, 2013 adjust for the loss attributable to Imperva's non-controlling interest in Incapsula.

- **Balance Sheet**: As of June 30, 2013, Imperva had cash, cash equivalents and investments of $110.4 million. Total deferred revenue of $48.3 million increased 32% compared to $36.5 million as of June 30, 2012.

## Second Quarter and Recent Operating Highlights

- During the second quarter of 2013, Imperva added 185 new customers, up 46% compared to the second quarter of last year. Imperva now has over 2,600 customers in more than 75 countries around the world.

- During the second quarter of 2013, Imperva booked 76 deals with a value over $100,000, an increase of 36% compared to 56 deals in the second quarter of last year.

## Business Outlook

The following forward-looking statements reflect expectations as of August 7, 2013. Results may be materially different and could be affected by the factors detailed in this press release and in recent Imperva SEC filings.

Third Quarter Expectations – Ending September 30, 2013

Imperva expects total revenue for the third quarter of 2013 to be in the range $34.0 million to $35.0 million, representing growth in the range of 29% to 33% compared to the same period in 2012. The company expects in the third quarter of 2013 non-GAAP gross margins of approximately 80%. Further, Imperva expects in the third quarter of 2013 non-GAAP operating loss to be in the range of $(0.5) million to $(1.0) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(1.0) million to $(1.5) million, or a loss of $(0.04) to $(0.06) per share, which excludes stock-based compensation expense.

Full Year Expectations – Ending December 31, 2013

Imperva expects total revenue for 2013 to be in the range of $135.0 million to $137.0 million, or up 30% to 31% compared to 2012. Imperva expects 2013 non-GAAP gross margins of approximately 80%. Further, the company expects 2013 non-GAAP operating loss to be in the range of $(1.5) million to $(2.5) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(2.0) million to $(3.0) million, or a loss of $(0.06) to $(0.10) per share, which excludes stock-based compensation expense. Imperva expects capital expenditures for the full year to be in the range of $2.5 million to $3.5 million. Finally, the company expects to continue to generate positive cash flows from operations in 2013.

**Quarterly Conference Call**

Imperva will host a conference call today at 2:00 p.m. Pacific Time (5:00 p.m. Eastern Time) to review the company's financial results for the second quarter ended June 30, 2013. To access this call, dial 888.293.6960 📞 for the U.S. and Canada or 719-457-2716 📞 for international callers with conference ID #6020963. A live webcast of the conference call will be accessible from the investors page of Imperva's website at www.imperva.com, and a recording will be archived and accessible at www.imperva.com. An audio replay of this conference call will also be available through August 21, 2013, by dialing 877.870.5176 📞 for the U.S. and Canada, or 858.384.5517 📞 for international callers and entering passcode #6020963.

**Non-GAAP Financial Measures**

Imperva reports all financial information required in accordance with U.S. generally accepted accounting principles (GAAP). To supplement the Imperva unaudited condensed consolidated financial statements presented in accordance with GAAP, Imperva uses certain non-GAAP measures of financial performance. The presentation of these non-GAAP financial measures is not intended to be considered in isolation from, as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and may be different from non-GAAP financial measures used by other companies. In addition, these non-GAAP measures have limitations in that they do not reflect all of the amounts associated with the results of Imperva operations as determined in accordance with GAAP. The non-GAAP financial measures used by Imperva include historical non-GAAP net loss and non-GAAP basic and diluted loss per share. These non-GAAP financial measures exclude stock-based compensation from the Imperva unaudited condensed consolidated statement of operations.

For a description of these items, including the reasons why management adjusts for them, and reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial measures, please see the section of the accompanying tables titled "Use of Non-GAAP Financial Information" as well as the related tables that precede it. Imperva may consider whether other significant non-recurring items that arise in the future should also be excluded in calculating the non-GAAP financial measures it uses.

Imperva believes that these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provide meaningful supplemental information regarding the performance of Imperva by excluding certain items that may not be indicative of the company's core business, operating results or future outlook. Imperva management uses, and believes that investors benefit from referring to, these non-GAAP financial measures in assessing operating results of Imperva, as well as when planning, forecasting and analyzing future periods. These non-GAAP financial measures also facilitate comparisons of the performance of Imperva to prior periods.

**Forward Looking Statements**

This press release contains forward-looking statements, including without limitation those regarding Imperva's "Business Outlook" ("Third Quarter Expectations – Ending September 30, 2013" and "Full Year Expectations – Ending December 31, 2013"); Imperva's belief that the steps it has taken, including to address sales execution challenges in Europe and South America, will result in reacceleration of growth in these regions; and Imperva's belief that the worldwide pipeline of opportunities will enable it to grow global market share. These forward-looking statements are subject to material risks and uncertainties that may cause actual results to differ substantially from expectations.

Investors should consider important risk factors, which include: the risk that demand for our business security solutions may not increase and may decrease; the risk that we may not timely introduce new products or versions of our products and that they may not be accepted by the market; the risk that competitors may be perceived by customers to be better positioned to help handle business security threats and protect their businesses from major risk; the risk that the growth of Imperva may be lower than anticipated; and other risks detailed under the caption "Risk Factors" in the company's Form 10-Q filed with the Securities and Exchange Commission, or the SEC, on May 9, 2013 and the company's other SEC filings. You can obtain copies of the company's SEC filings on the SEC's website at www.sec.gov.

The foregoing information represents the company's outlook only as of the date of this press release, and Imperva undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, new developments or otherwise.

**About Imperva**

Imperva is a pioneer and leader of a new category of business security solutions for critical applications and high-value data in the data center. Imperva's award-winning solutions protect against data theft, insider abuse, and fraud while streamlining regulatory compliance by monitoring and controlling data usage and business transactions across the data center, from storage in a database or on a file server to consumption through applications. With over 2,600 end-user customers in more than 75 countries and thousands of organizations protected through cloud-based deployments, securing your business with Imperva puts you in the company of the world's leading organizations. For more information, visit www.imperva.com, follow us on Twitter or visit our blog.

© *2013 Imperva, Inc. All rights reserved. Imperva and the Imperva logo are trademarks of Imperva, Inc.*

###

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Statements of Operations**
(On a GAAP basis)
(In thousands, except per share amounts)
(Unaudited)

| | For the Three Months Ended | | For the Six Months Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2013 | June 30, 2012 | June 30, 2013 | June 30, 2012 |
| Net revenue: | | | | |
| Products and license | $ 15,671 | $ 14,044 | $ 29,825 | $ 26,096 |
| Services | 15,668 | 10,510 | 30,099 | 19,976 |
| Total net revenue | 31,339 | 24,554 | 59,924 | 46,072 |
| Cost of revenue[1]: | | | | |
| Products and license | 2,446 | 2,274 | 4,322 | 4,128 |
| Services and support | 5,098 | 3,139 | 9,513 | 5,872 |
| Total cost of revenue | 7,544 | 5,413 | 13,835 | 10,000 |
| Gross profit | 23,795 | 19,141 | 46,089 | 36,072 |
| Operating expenses[1]: | | | | |
| Research and development | 6,646 | 4,925 | 13,004 | 9,918 |
| Sales and marketing | 18,281 | 11,926 | 35,828 | 23,522 |
| General and administrative | 4,597 | 3,739 | 8,980 | 7,232 |
| Total operating expenses | 29,524 | 20,590 | 57,812 | 40,672 |
| Loss from operations | (5,729) | (1,449) | (11,723) | (4,600) |
| Other expense, net | (55) | 11 | (102) | (59) |
| Loss before provision for income taxes | (5,784) | (1,438) | (11,825) | (4,659) |
| Provision for income taxes | 261 | 227 | 415 | 380 |
| Net loss | (6,045) | (1,665) | (12,240) | (5,039) |
| Add: Loss attributable to noncontrolling interest | 130 | 132 | 266 | 235 |
| Net loss attributable to Imperva, Inc. stockholders | $ (5,915) | $ (1,533) | $ (11,974) | $ (4,804) |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.24) | $ (0.07) | $ (0.50) | $ (0.21) |
| Shares used in computing net loss per share of common stock, basic and diluted | 24,171 | 22,583 | 24,039 | 22,443 |
| (1)   Stock-based compensation expense as included in above: | | | | |
| Cost of revenue | $ 255 | $ 104 | $ 468 | $ 159 |
| Research and development | 720 | 260 | 1,386 | 387 |
| Sales and marketing | 1,643 | 439 | 2,976 | 700 |
| General and administrative | 974 | 363 | 1,615 | 588 |
| Total stock-based compensation expense | $ 3,592 | $ 1,166 | $ 6,445 | $ 1,834 |

# IMPERVA, INC. AND SUBSIDIARIES

## Condensed Consolidated Balance Sheets
### (In thousands)
### (Unaudited)

| | As of June 30, 2013 | As of December 31, 2012 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 70,021 | $ 59,201 |
| Short-term investments | 40,362 | 43,126 |
| Restricted cash, current | 33 | 591 |
| Accounts receivable, net | 27,087 | 35,576 |
| Inventory | 368 | 328 |
| Deferred tax assets | 615 | 597 |
| Prepaid expenses and other current assets | 4,663 | 4,356 |
| Total current assets | 143,149 | 143,775 |
| Property and equipment, net | 5,448 | 5,515 |
| Severance pay fund | 3,535 | 3,150 |
| Restricted cash | 1,252 | 753 |
| Other assets | 772 | 764 |
| **Total assets** | **$154,156** | **$ 153,957** |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,773 | $ 3,789 |
| Accrued compensation and benefits | 10,608 | 9,258 |
| Accrued and other current liabilities | 3,822 | 4,323 |
| Deferred revenue | 33,826 | 33,609 |
| Total current liabilities | 52,029 | 50,979 |
| Other liabilities | 2,349 | 2,638 |
| Deferred revenue | 14,477 | 12,682 |
| Accrued severance pay | 3,877 | 3,427 |
| **Total liabilities** | **72,732** | **69,726** |
| **Stockholders' equity:** | | |
| Common stock | 2 | 2 |
| Additional paid-in capital | 167,764 | 157,989 |
| Accumulated deficit | (85,491) | (73,517) |
| Accumulated other comprehensive income (loss) | 556 | 861 |
| **Total Imperva, Inc. stockholders' equity** | **82,831** | **85,335** |
| Noncontrolling interest | (1,407) | (1,104) |
| **Total stockholders' equity** | **81,424** | **84,231** |
| **Total liabilities and stockholders' equity** | **$154,156** | **$ 153,957** |

## IMPERVA, INC. AND SUBSIDIARIES

### Condensed Consolidated Statements of Cash Flows
#### (In thousands)
#### (Unaudited)

| | For the Six Months Ended | |
| --- | --- | --- |
| | June 30, 2013 | June 30, 2012 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (12,240) | $ (5,039) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 1,269 | 850 |
| Stock-based compensation | 6,445 | 1,834 |
| Amortization of premiums/accretion of discounts on short-term investments | 383 | 197 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 8,489 | 2,548 |
| Inventory | (40) | 59 |
| Prepaid expenses and other assets | (404) | (793) |
| Accounts payable | (16) | (1,114) |
| Accrued compensation and benefits | 1,350 | 966 |
| Accrued and other liabilities | (390) | (496) |
| Severance pay, net | 65 | 301 |
| Deferred revenue | 2,012 | 3,548 |
| Deferred tax assets | (18) | — |
| Other | (8) | (4) |
| Net cash provided by operating activities | 6,897 | 2,857 |
| **Cash flows from investing activities:** | | |
| Purchase of short-term investments | (27,026) | (41,256) |
| Proceeds from sales/maturities of short-term investments | 29,361 | 2,310 |
| Net purchases of property and equipment | (1,202) | (885) |
| Change in other assets | — | (350) |
| Change in restricted cash | 59 | 99 |
| Net cash provided by (used in) investing activities | 1,192 | (40,082) |
| **Cash flows from financing activities:** | | |
| Proceeds from issuance of common stock, net of repurchases | 2,893 | 1,087 |
| Net cash provided by financing activities | 2,893 | 1,087 |
| Effect of exchange rate changes on cash | (162) | (32) |
| **Net increase (decrease) in cash and cash equivalents** | **10,820** | **(36,170)** |
| **Cash and cash equivalents at beginning of period** | **$ 59,201** | **$ 96,025** |
| **Cash and cash equivalents at end of period** | **$ 70,021** | **$ 59,855** |

**IMPERVA, INC. AND SUBSIDIARIES**

(Reconciliation of GAAP to Non-GAAP Measures)
(In thousands, except per share amounts)
(Unaudited)

| | For the Three Months Ended | | For the Six Months Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2013 | June 30, 2012 | June 30, 2013 | June 30, 2012 |
| GAAP operating loss | $ (5,729) | $ (1,449) | $ (11,723) | $ (4,600) |
| Plus: | | | | |
| Stock-based compensation expense | 3,592 | 1,166 | 6,445 | 1,834 |
| Non-GAAP operating loss | $ (2,137) | $ (283) | $ (5,278) | $ (2,766) |
| GAAP net loss attributable to Imperva, Inc. stockholders | $ (5,915) | $ (1,533) | $ (11,974) | $ (4,804) |
| Plus: | | | | |
| Stock-based compensation expense | 3,592 | 1,166 | 6,445 | 1,834 |
| Non-GAAP net loss | $ (2,323) | $ (367) | $ (5,529) | $ (2,970) |
| Weighted average shares outstanding, basic and diluted | 24,171 | 22,583 | 24,039 | 22,443 |
| Non-GAAP net loss, basic and diluted | $ (0.10) | $ (0.02) | $ (0.23) | $ (0.13) |

### Use of Non-GAAP Financial Information

In addition to the reasons stated above, which are generally applicable to each of the items Imperva excludes from its non-GAAP financial measures, Imperva believes it is appropriate to exclude or give effect to certain items for the following reasons:

*Stock-Based Compensation:* When evaluating the performance of its consolidated results, Imperva does not consider stock-based compensation charges. Likewise, the Imperva management team excludes stock-based compensation expense from its operating plans. In contrast, the Imperva management team is held accountable for cash-based compensation and such amounts are included in its operating plans. Further, when considering the impact of equity award grants, Imperva places a greater emphasis on overall stockholder dilution rather than the accounting charges associated with such grants.

Imperva excludes stock based compensation charges from its non-GAAP financial measures primarily because they are non cash expenses that it does not consider part of ongoing operating results when assessing the performance of its business, and the exclusion of these expenses facilitates the comparison of results and business outlook for future periods with results for prior periods in order to better understand the long term performance of its business.

### Investor Relations Contact Information

Seth Potter
646.277.1230
IR@imperva.com
Seth.Potter@icrinc.com

# Exhibit D

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM 10-Q

---

**(Mark One)**

☒  **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

### For the Quarterly Period Ended June 30, 2013

### OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

### For the Transition Period from _____ to _____

### Commission File Number 001-35338

---

# Imperva, Inc.
### (Exact name of the Registrant as Specified in its Charter)

---

| **Delaware** | **03-0460133** |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

### 3400 Bridge Parkway, Suite 200
### Redwood Shores, California 94065
##### (Address of Principal Executive Offices, including Zip Code)

### (650) 345-9000
##### (Registrant's Telephone Number, including Area Code)

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Sections 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   YES ☒   NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   YES ☒   NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Shares of Imperva, Inc. common stock, $0.0001 par value per share, outstanding as of August 1, 2013: 24,752,983 shares.

**IMPERVA, INC.**

**FORM 10-Q**

**Quarterly Period Ended June 30, 2013**

**TABLE OF CONTENTS**

**PART I. FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Financial Statements | 2 |
| | Condensed Consolidated Balance Sheets as of June 30, 2013 and December 31, 2012 | 2 |
| | Condensed Consolidated Statements of Operations for the three and six months ended June 30, 2013 and 2012 | 3 |
| | Condensed Consolidated Statements of Comprehensive Loss for the three and six months ended June 30, 2013 and 2012 | 4 |
| | Condensed Consolidated Statements of Stockholders' Equity for the six months ended June 30, 2013 and 2012 | 5 |
| | Condensed Consolidated Statements of Cash Flows for the six months ended June 30, 2013 and 2012 | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 22 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 35 |
| Item 4. | Controls and Procedures | 36 |

**PART II. OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 37 |
| Item 1A. | Risk Factors | 37 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 52 |
| Item 3. | Defaults Upon Senior Securities | 52 |
| Item 4. | Mine Safety Disclosures | 52 |
| Item 5. | Other Information | 52 |
| Item 6. | Exhibits | 52 |
| Signatures | | 53 |

# PART I. FINANCIAL INFORMATION

Item 1.　　Financial Statements

## IMPERVA, INC. AND SUBSIDIARIES

### Condensed Consolidated Balance Sheets
### (In thousands, except share and per share data)

| | June 30, 2013 Unaudited | December 31, 2012 * |
|---|---|---|
| **ASSETS** | | |
| CURRENT ASSETS: | | |
| Cash and cash equivalents | $ 70,021 | $ 59,201 |
| Short-term investments | 40,362 | 43,126 |
| Restricted cash | 33 | 591 |
| Accounts receivable, net of allowance for doubtful accounts of $234 and $412 as of June 30, 2013 and December 31, 2012, respectively | 27,087 | 35,576 |
| Inventory | 368 | 328 |
| Deferred tax assets | 615 | 597 |
| Prepaid expenses and other current assets | 4,663 | 4,356 |
| Total current assets | 143,149 | 143,775 |
| Property and equipment, net | 5,448 | 5,515 |
| Severance pay fund | 3,535 | 3,150 |
| Restricted cash | 1,252 | 753 |
| Other assets | 772 | 764 |
| TOTAL ASSETS | $154,156 | $153,957 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| CURRENT LIABILITIES: | | |
| Accounts payable | $ 3,773 | $ 3,789 |
| Accrued compensation and benefits | 10,608 | 9,258 |
| Accrued and other current liabilities | 3,822 | 4,323 |
| Deferred revenue | 33,826 | 33,609 |
| Total current liabilities | 52,029 | 50,979 |
| Other liabilities | 2,349 | 2,638 |
| Deferred revenue | 14,477 | 12,682 |
| Accrued severance pay | 3,877 | 3,427 |
| TOTAL LIABILITIES | 72,732 | 69,726 |
| Commitments and Contingencies (Note 7) | | |
| STOCKHOLDERS' EQUITY: | | |
| Preferred stock, $0.0001 par value—5,000,000 shares authorized, no shares issued and outstanding as of June 30, 2013 and December 31, 2012 | — | — |
| Common stock, $0.0001 par value—145,000,000 shares authorized, 24,744,486 and 24,296,076 shares issued and outstanding as of June 30, 2013 and December 31, 2012, respectively | 2 | 2 |
| Additional paid-in capital | 167,764 | 157,989 |
| Accumulated deficit | (85,491) | (73,517) |
| Accumulated other comprehensive income | 556 | 861 |
| TOTAL IMPERVA, INC. STOCKHOLDERS' EQUITY | 82,831 | 85,335 |
| Noncontrolling interest | (1,407) | (1,104) |
| TOTAL STOCKHOLDERS' EQUITY | 81,424 | 84,231 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $154,156 | $153,957 |

(\*)　The Condensed Consolidated Balance Sheet as of December 31, 2012 has been derived from the audited consolidated financial statements at that date but does not include all of the information and footnotes required by generally accepted accounting principles for complete financial statements.

The accompanying notes are an integral part of these condensed consolidated financial statements.

2

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Statements of Operations**

**(In thousands, except per share data)**

**(Unaudited)**

| | Three months ended June 30, | | Six months ended June 30, | |
|---|---|---|---|---|
| | 2013 | 2012 | 2013 | 2012 |
| Net revenue: | | | | |
| Products and license | $ 15,671 | $ 14,044 | $ 29,825 | $ 26,096 |
| Services | 15,668 | 10,510 | 30,099 | 19,976 |
| Total net revenue | 31,339 | 24,554 | 59,924 | 46,072 |
| Cost of revenue: | | | | |
| Products and license | 2,446 | 2,274 | 4,322 | 4,128 |
| Services | 5,098 | 3,139 | 9,513 | 5,872 |
| Total cost of revenue | 7,544 | 5,413 | 13,835 | 10,000 |
| Gross profit | 23,795 | 19,141 | 46,089 | 36,072 |
| Operating expenses: | | | | |
| Research and development | 6,646 | 4,925 | 13,004 | 9,918 |
| Sales and marketing | 18,281 | 11,926 | 35,828 | 23,522 |
| General and administrative | 4,597 | 3,739 | 8,980 | 7,232 |
| Total operating expenses | 29,524 | 20,590 | 57,812 | 40,672 |
| Loss from operations | (5,729) | (1,449) | (11,723) | (4,600) |
| Other income (expense), net | (55) | 11 | (102) | (59) |
| Loss before provision for income taxes | (5,784) | (1,438) | (11,825) | (4,659) |
| Provision for income taxes | 261 | 227 | 415 | 380 |
| Net loss | (6,045) | (1,665) | (12,240) | (5,039) |
| Loss attributable to noncontrolling interest | 130 | 132 | 266 | 235 |
| Net loss attributable to Imperva, Inc. stockholders | $ (5,915) | $ (1,533) | $ (11,974) | $ (4,804) |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.24) | $ (0.07) | $ (0.50) | $ (0.21) |
| Shares used in computing net loss per share of common stock, basic and diluted | 24,171 | 22,583 | 24,039 | 22,443 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

3

# PART II. OTHER INFORMATION

**Item 1.**      **Legal Proceedings**

From time to time, we may be subject to legal proceedings and claims in the ordinary course of business. We do not believe we are a party to any currently pending legal proceedings the outcome of which will have a material adverse effect on our operations or financial position. However, we have received, and may in the future continue to receive, claims from third parties asserting, among other things, infringement of their intellectual property rights. Future litigation may be necessary to defend ourselves, our channel partners and our customers by determining the scope, enforceability and validity of third-party proprietary rights or to establish our proprietary rights. Further, the ultimate outcome of any litigation is uncertain and, regardless of outcome, litigation can have an adverse impact on us because of defense costs, potential negative publicity, diversion of management resources and other factors. Accordingly, there can be no assurance that existing or future legal proceedings arising in the ordinary course of business or otherwise will not have a material adverse effect on our business, consolidated financial position, results of operations or cash flows.

**Item 1A.**      **Risk Factors**

**Risks Related to Our Business**

> *We have a history of losses, we may not become profitable and our revenue growth may not continue.*

We have incurred net losses in each fiscal year since our inception, including net losses attributable to our stockholders of $12.0 million in 2010, $10.3 million in 2011, $7.4 million in 2012 and $12.0 million in the six months ended June 30, 2013. As a result, we had an accumulated deficit of $85.5 million at June 30, 2013. We may not become profitable in the future if we fail to increase revenue and manage our expenses, or if we incur unanticipated liabilities. Revenue growth may slow or revenue may decline for a number of possible reasons, including slowing demand for our products or services, increasing competition, a decrease in the growth of, or decline in, our overall market, or our failure to capitalize on growth opportunities or introduce new products and services. In addition, we have incurred, and anticipate that we will continue to incur, significant legal, accounting and other expenses relating to being a public company. If our revenues do not increase at a rate to proportionally offset these expected increases in operating expenses, our operating margins will suffer. Further, in future periods, our revenues could decline and, accordingly, we may not be able to achieve profitability and our losses may increase. Even if we do achieve profitability, we may not be able to sustain or increase profitability on a consistent basis. Any failure by us to achieve, maintain or increase profitability and continue our revenue growth could cause the price of our common stock to materially decline.

> *Our quarterly operating results are likely to vary significantly and to be unpredictable, which could cause the trading price of our stock to decline.*

Our revenues and operating results could vary significantly from period to period as a result of a variety of factors, many of which are outside of our control. As a result, comparing our revenues and operating results on a period-to-period basis may not be meaningful, and you should not rely on our past results as an indication of our future performance. We may not be able to accurately predict our future revenues or results of operations. We base our current and future expense levels on our operating plans and sales forecasts, and our operating costs are relatively fixed in the short-term. As a result, we may not be able to reduce our costs sufficiently to compensate for an unexpected shortfall in revenues, and even a small shortfall in revenues could disproportionately and adversely affect financial results for that quarter. In addition, we recognize revenues from sales to some customers or resellers when cash is received, which may be delayed because of issues with those customers or resellers. If our revenues or operating results fall below the expectations of investors or any securities analysts that cover our stock, the price of our common stock could decline substantially.

In addition to other risk factors listed in this section, factors that may individually or cumulatively affect our operating results from period to period include:

- the level of demand for our products and services, and the timing of orders from our channel partners and end-user customers, whom we refer to in this Quarterly Report on Form 10-Q as our customers;

- the timing of sales and shipments of products during a quarter, which may depend on many factors such as inventory and logistics and our ability to ship new products on schedule and accurately forecast inventory requirements;

- the mix of products sold, the mix of revenue between products and services and the degree to which products and services are bundled and sold together for a package price;

- the budgeting, procurement and work cycles of our customers, which may result in seasonal variation as our business and the market for solutions such as ours mature;

- changes in customer renewal rates for our services;

- general economic conditions, both domestically and in our foreign markets, and economic conditions specifically affecting industries in which our customers participate;

- the timing of satisfying revenue recognition criteria for our sales, particularly where we accrue the associated commission expense in a different period, which may be affected by the mix of sales by our channel partners, the extent to which we bring on new resellers and distributors and establishing vendor-specific objective evidence of fair value, or VSOE, for new products and maintaining VSOE for maintenance and services;

- future accounting pronouncements or changes in our accounting policies; and

- increases or decreases in our expenses caused by fluctuations in foreign currency exchange rates, since a significant portion of our expenses are incurred and paid in the Israeli shekel and other currencies besides the U.S. dollar.

***Reliance on a concentration of shipments at the end of the quarter could cause our revenue to fall below expected levels, resulting in a decline in our stock price.***

Historically, we have received a significant majority of a quarter's sales orders and generated a significant majority of a quarter's revenue during the last two weeks of the quarter. The fact that so many orders arrive at the end of a quarter means that our revenue may move from one quarter to the next if we cannot fulfill all of the orders and satisfy all of the revenue recognition criteria under our accounting policies before the quarter ends.

This pattern is a result of customer buying habits and the efforts of our sales force and channel partners to meet or exceed quarterly quotas. If expected revenue at the end of any quarter is delayed because anticipated purchase orders fail to materialize, our logistics partners fail to ship products on time, we fail to manage our inventory properly, we fail to release new products on schedule, or for any other reason, then our revenue for that quarter could fall below our expectations or those of securities analysts and investors, resulting in a decline in our stock price.

***We rely on third party channel partners to generate a significant portion, and to fulfill a substantial majority, of our revenue, and if we fail to expand and manage our distribution channels, our revenues could decline and our growth prospects could suffer.***

Historically our channel partners have originated more than 35%, and fulfilled almost 85%, of our sales, and we expect that channel sales will represent a substantial portion of our revenues for the foreseeable future. Our ability to expand our distribution channels depends in part on our ability to educate our channel partners about our products and services, which are complex. Our agreements with our channel partners are generally non-exclusive and many of our channel partners have more established relationships with our competitors. If our channel partners choose to place greater emphasis on products and services of their own or those offered by our competitors, our ability to grow our business and sell our products may be adversely affected. If our channel partners do not effectively market and sell our products and services, or if they fail to meet the needs of our customers, then our ability to grow our business and sell our products may be adversely affected. The loss of one or more of our larger channel partners, who may cease marketing our products with limited or no notice, and our possible inability to replace them could adversely affect our sales. Our failure to recruit additional channel partners, or any reduction or delay in their sales of our products and services or conflicts between channel sales and our direct sales and marketing activities could materially and adversely affect our results of operations.

***We face intense competition, especially from larger, better-known companies and we may lack sufficient financial or other resources to maintain or improve our competitive position.***

The market for business security products is intensely competitive and we expect competition to intensify in the future. Our competitors include companies such as Akamai Technologies, Inc., Citrix Systems, Inc., F5 Networks, Inc., International Business Machines Corporation ("IBM"), McAfee, Inc., Oracle Corporation, Symantec Corporation and other point solution security vendors.

Many of our existing and potential competitors may have substantial competitive advantages such as:

- greater name recognition and longer operating histories;

- larger sales and marketing budgets and resources and the capacity to leverage their sales efforts and marketing expenditures across a broader portfolio of products;

- broader distribution networks and more established relationships with distributors;

- wider geographic presence;

- access to larger customer bases;

- greater customer support resources;

- greater resources to make acquisitions;

- greater resources to develop and introduce products that compete with our products;

- lower labor and development costs; and

- substantially greater financial, technical and other resources.

As a result, they may be able to adapt more quickly and effectively to new or emerging technologies and changing opportunities, standards or customer requirements. In addition, these companies could reduce the price of their competing products, resulting in intensified pricing pressures within our market. Further, some of our larger competitors have substantially broader product offerings and leverage their relationships based on other products or incorporate functionality into existing products in a manner that discourages customers from purchasing our products. Customers may elect to accept a bundled product offering from our competitors, even if it has more limited functionality than our product offering, instead of adding the additional appliances required to implement our offering. The consolidation in our industry, such as IBM's acquisition of Guardium, Inc., Oracle's acquisition of Secerno, Ltd. and McAfee's acquisition of Sentrigo, Inc., increases the likelihood of competition based on integration or bundling, particularly where their products and offerings are effectively integrated, and we believe that consolidation in our industry may increase the competitive pressures we face on all our products. If we are unable to sufficiently differentiate our products from the integrated or bundled products of our competitors, such as by offering enhanced functionality, performance or value, we may see a decrease in demand for those products, which would adversely affect our business, operating results and financial condition. Further, it is possible that continued industry consolidation may impact customers' perceptions of the viability of smaller or even medium-sized software firms and consequently customers' willingness to purchase from such firms. Similarly, if customers seek to concentrate their software purchases in the product portfolios of a few large providers, we may be at a competitive disadvantage notwithstanding the superior performance that we believe our products can deliver. Larger competitors are also often in a better position to withstand any significant reduction in capital spending by customers, and will therefore not be as susceptible to economic downturns.

Also, many of our smaller competitors that specialize in providing protection from a single type of business security threat may deliver these specialized business security products to the market more quickly than we can or may introduce innovative new products or enhancements before we do. Conditions in our markets could change rapidly and significantly as a result of technological advancements.

We may not compete successfully against our current or potential competitors. Companies competing with us may introduce products that have greater performance or functionality, are easier to implement or use, or incorporate technological advances that we have not yet developed or implemented. Our current and potential competitors may also establish cooperative relationships among themselves or with third parties that may further enhance their resources. In addition, companies competing with us may price their products more competitively than ours, or have an entirely different pricing or distribution model. Increased competition could result in fewer customer orders, price reductions, reduced operating margins and loss of market share. Further, we may be required to make substantial additional investments in research, development, marketing and sales in order to respond to competition, and we cannot assure you that we will be able to compete successfully in the future.

***We operate in an evolving market that has not yet reached widespread adoption and where new or existing technologies that may be perceived to address the risks in different ways could gain wide adoption and supplant some or all of our products and services, making analysis of trends or predictions about our business difficult and potentially weakening our sales and our financial results.***

We are in a new, rapidly evolving category in the security industry that focuses on securing our customers' high-value business data. We offer database, file and web application security in an integrated, modular business security solution. Because we depend in part on the market's acceptance of our products and customers may choose to acquire technologies that are not directly comparable to ours, it is difficult to evaluate trends that may affect our business, including how large the business security market will be and what products customers will adopt. For example, organizations that use other security products, such as network firewalls, security information and event management ("SIEM") products or data loss prevention ("DLP") solutions, may believe that these security solutions sufficiently protect access to sensitive data. Therefore, they may continue spending their IT security budgets on these products and may not adopt our business security solutions in addition to such products. If customers do not recognize the benefit our business security solution offers in addition to other security products, then our revenue may not grow quickly or may decline, and our stock price could decline.

The introduction of products and services embodying new technologies could render some or all of our existing products and services obsolete or less attractive to customers. Other business security technologies exist or could be developed in the future, and our business could be materially negatively affected if such technologies are widely adopted. We may not be able to successfully anticipate or adapt to changing technology or customer requirements on a timely basis, or at all. Currently less than 30% of our customers have purchased more than one of our product families. Even if customers purchase our products, they may not make repeat purchases or purchase other elements of our SecureSphere Business Security Suite, which may be exacerbated by the rapid evolution of our market. If we are unable to entice customers to buy products from multiple product families, then our revenue may not grow quickly or may decline, and our stock price could decline. If we fail to keep up with technological changes or to convince our customers and potential customers of the value of our solutions even in light of new technologies, our business, financial condition and results of operations could be materially and adversely affected.

In addition, because of our rapidly evolving market, any predictions about our future revenue may not be as accurate as they would be if we operated in a more established market.

***If we do not successfully anticipate market needs and opportunities or changes in the legal, regulatory and industry standard landscape and make timely enhancements to our products and develop new products that meet those needs, we may not be able to compete effectively and our ability to generate revenues will suffer.***

The business security market is characterized by rapid technological advances, changes in customer requirements, including customer requirements driven by changes to legal, regulatory and self-regulatory compliance mandates, frequent new product introductions and enhancements and evolving industry standards in computer hardware and software technology. Customers and industry analysts expect speedy introduction of software and new functionality to respond to new threats, requirements and risks and we may be unable to meet these expectations. As a result, we must continually change and improve our products in response to changes in operating systems, application software, computer and communications hardware, networking software, data center architectures, programming tools and computer language technology. Moreover, the technology in our products is especially complex because it needs to effectively identify and respond to methods of attack and theft, while minimizing the impact on database, file system and web application performance. In addition, our products must successfully interoperate with products from other vendors.

We cannot guarantee that we will be able to anticipate future market needs and opportunities or be able to develop product enhancements or new products to meet such needs or opportunities in a timely manner or at all. Since developing new products or new versions of, or add-ons to, existing products is complex, the timetable for their commercial release is difficult to predict and may vary from our historical experience, which could result in delays in their introduction from anticipated or announced release dates. We may not offer updates as rapidly as new threats affect our customers or our newly developed products or enhancements may have defects, errors or failures. If we do not quickly respond to the rapidly changing and rigorous needs of our customers by developing and introducing on a timely basis new and effective products, upgrades and services that can respond adequately to new security threats, it our competitive position, business and growth prospects will be harmed.

Even if we are able to anticipate, develop and commercially introduce enhancements and new products, there can be no assurance that we will be successful in developing sufficient market awareness of them or that such enhancements or new products will achieve widespread market acceptance. For example, while the majority of our current revenues are derived from the sales of our SecureSphere appliances, we are now offering cloud-based business security services through Incapsula. The market for cloud-based business security solutions is relatively new and it is uncertain whether Incapsula's services will gain market acceptance. In addition, diversifying our product offerings will require significant investment and planning, will bring us more directly into competition with software providers that may be better established or have greater resources than we do, will require additional investment of time and resources in the development and training of our channel and strategic partners and will entail a significant risk of failure.

Further, one factor that drives demand for our products and services is the legal, regulatory and industry standard framework in which our customers operate, and we expect that will continue for the foreseeable future. For example, many of our customers purchase our web application security products to help them comply with the security standards developed and maintained by the Payment Card Industry ("PCI") Security Standards Council (the "PCI Council"), which apply to companies that process or store credit card information. Laws, regulations and industry standards are subject to drastic changes that, particularly in the case of industry standards, may arrive with little or no notice, and these could either help or hurt the demand for our products. If we are unable to adapt our products and services to changing regulatory standards in a timely manner, or if our products fail to expedite our customers' compliance initiatives, our customers may lose confidence in our products and could switch to products offered by our competitors. In addition, if regulations and standards related to business security are changed in a manner that makes them less onerous, our customers may view government and industry regulatory compliance as less critical to their businesses, and our customers may be less willing to purchase our products and services. In either case, our sales and financial results would suffer.

***Real or perceived errors, failures or bugs in our products, particularly those that result in our customers experiencing security breaches, could adversely affect our reputation and business could be harmed.***

Our products and services are very complex and have contained and may contain undetected defects or errors, especially when first introduced or when new versions are released. Defects in our products may impede or block network traffic or cause our products or services to fail to help secure high-value business data. Defects in our products may lead to product returns and require us to implement design changes or software updates.

Any defects or errors in our products, or the perception of such defects or errors, could result in:

- expenditure of significant financial and product development resources in efforts to analyze, correct, eliminate or work around errors or defects;

- loss of existing or potential customers or channel partners;

- delayed or lost revenue;

- delay or failure to attain market acceptance;

- delay in the development or release of new products or services;

- negative publicity, which will harm our reputation;

- warranty claims against us, which could result in an increase in our provision for doubtful accounts;

- an increase in collection cycles for accounts receivable or the expense and risk of litigation; and

- harm to our results of operations.

Data thieves are sophisticated, often affiliated with organized crime and operate large scale and complex automated attacks. In addition, their techniques change frequently and generally are not recognized until launched against a target. If we fail to identify and respond to new and complex methods of attack and to update our products to detect or prevent such threats in time to protect our customers' high-value business data, our business and reputation will suffer.

In addition, many of our end-user customers use our products in applications that are critical to their businesses and may have a greater sensitivity to defects in our products than to defects in other, less critical, software products. An actual or perceived security breach or theft of the sensitive data of one of our customers, regardless of whether the breach is attributable to the failure of our products or services, could adversely affect the market's perception of our security products. Despite our best efforts, there is no guarantee that our products will be free of flaws or vulnerabilities, and even if we discover these weaknesses we may not be able to correct them promptly, if at all. Our customers may also misuse our products, which could result in a breach or theft of business data.

Although we have limitation of liability provisions in our standard terms and conditions of sale, they may not fully or effectively protect us from claims as a result of federal, state or local laws or ordinances or unfavorable judicial decisions in the United States or other countries. The sale and support of our products also entail the risk of product liability claims. We maintain insurance to protect against certain claims associated with the use of our products, but our insurance coverage may not adequately cover all claims asserted against us. In addition, even claims that ultimately are unsuccessful could result in our expenditure of funds in litigation and divert management's time and other resources.

***False detection of security breaches or false identification of malicious sources could adversely affect our business.***

Our business security products may falsely detect threats that do not actually exist. For example, our ThreatRadar product relies on information on attack sources aggregated from third-party data providers who monitor global malicious activity originating from anonymous proxies, specific IP addresses, botnets and phishing sites. If the information from these data providers is inaccurate, the potential for false positives increases. These false positives, while typical in the industry, may impair the perceived reliability of our products and may therefore adversely impact market acceptance of our products. If our products and services restrict access to important databases, files or applications based on falsely identifying users or traffic as an attack or otherwise unauthorized, this could adversely affect customers' businesses. Any such false identification of users or traffic could result in negative publicity, loss of customers and sales, increased costs to remedy any problem and costly litigation.

***Delays or interruptions in the manufacturing and delivery of SecureSphere appliances by our sole source manufacturer may harm our business.***

Our hardware appliances are built by a single manufacturer. Our reliance on a sole manufacturer, particularly a foreign manufacturer, involves several risks, including a potential inability to obtain an adequate supply of appliances and limited control over pricing, quality and timely delivery of products. In addition, replacing this manufacturer may be difficult and could result in an inability or delay in obtaining products. As a result, we may be unable to fulfill customer orders and our operating results may fluctuate from period to period, particularly if a disruption occurs near the end of a fiscal period.

Our manufacturer's ability to timely manufacture and ship our appliances in large quantities depends on a variety of factors. The manufacturer relies on a limited number of sources for the supply of functional components, such as semiconductors, printed circuit boards and hard disk drives. Functional component supply shortages or delays could prevent or delay the manufacture and shipment of appliances and, in the event of shortages or delays, we may not be able to procure alternative functional components on similar pricing terms, if at all. In addition, contractual restrictions or claims for infringement of intellectual property rights may restrict our manufacturer's use of certain components. These restrictions or claims may require our manufacturer to utilize alternative components or obtain additional licenses or technologies, and may impede its ability to manufacture and deliver appliances on a timely or cost-effective basis. If at some point, the manufacturer is no longer financially viable, we may lose our source of supply with little or no notice or recourse. Further, even if quality products are timely manufactured, delays in shipping may occur, resulting in delayed satisfaction of a primary revenue recognition criterion.

In the event of an interruption from this manufacturer, we may not be able to develop alternate or secondary sources in a timely manner. If we are unable to buy our appliances in quantities sufficient to meet our requirements, we will not be able to deliver products to our channel partners and customers, which would seriously affect present and future sales.

***A failure to manage excess inventories or inventory shortages could result in decreased revenue and gross margins and harm our business.***

We purchase products from our manufacturing partner outside of and in advance of reseller or customer orders and hold products in inventory. If we fail to accurately predict demand and as a result our manufacturer maintains insufficient hardware inventory or excess inventory, we may be unable to timely deliver ordered products or may have substantial inventory expense. Because our channel partners do not purchase our products in advance of customer orders, we may face additional difficulty in accurately forecasting demand for our hardware products. There is a risk we may forecast incorrectly and may be unable to sell excess products ordered from our manufacturing partner. Inventory levels in excess of customer demand may result in inventory write-downs, and the sale of excess inventory at discounted prices could significantly impair our brand image and have an adverse effect on our financial condition and results of operations.

Conversely, if we underestimate demand for our products or if our manufacturing partner fails to supply products we require at the time we need them, we may experience inventory shortages. Inventory shortages might delay shipments to resellers, distributors and customers or cause us to lose sales. Further, as the size of individual orders increases, the risk that we may be unable to deliver unforecasted orders also increases, particularly near the end of quarterly periods. These shortages may diminish the loyalty of our channel partners or customers.

The difficulty in forecasting demand also makes it difficult to estimate our future financial condition and results of operations from period to period. A failure to accurately predict the level of demand for our products could adversely affect our net revenues and net income, and we are unlikely to forecast such effects with any certainty in advance.

***We have operations outside of the United States and a significant portion of our customers and suppliers are located outside of the United States, which subjects us to a number of risks associated with conducting international operations.***

We market and sell our products throughout the world and have personnel in many parts of the world. In addition, we have sales offices and research and development facilities outside the United States and we conduct, and expect to continue to conduct, a significant amount of our business with companies that are located outside the United States, particularly in Israel, Asia and Europe. We also source our components for our products from various geographical regions and ship components from a foreign production facility. Therefore, we are subject to risks associated with having international sales and worldwide operations, including:

- challenges caused by distance, language, cultural differences and the competitive environment;

- multiple and conflicting laws and regulations, including complications due to unexpected changes in these laws and regulations;

- trade and foreign exchange restrictions;

- foreign currency exchange fluctuations and foreign exchange controls;

- economic, social or political instability in foreign markets;

- greater difficulty in enforcing contracts, accounts receivable collection and longer collection periods;

- changes in regulatory requirements;

- difficulties and costs of staffing and managing foreign operations or relationships with channel partners;

- the uncertainty and limitation of protection for intellectual property rights in some countries;

- costs of complying with U.S. and foreign laws and regulations, including import and export control laws, tariffs, trade barriers, economic sanctions and other regulatory or contractual limitations on our ability to sell our products in certain foreign markets, and the risks and costs of non-compliance or complaints of non-compliance;

- heightened risks of unfair or corrupt business practices, actual or claimed, in certain geographies and of improper or fraudulent sales arrangements that may impact financial results and result in restatements of, and irregularities in, financial statements;

- the potential that our operations in the U.S. may limit the acceptability of our products to some foreign governments, and vice versa;

- the potential for acts of terrorism, hostilities or war;

- management communication and integration problems resulting from cultural differences and geographic dispersion; and

- multiple and possibly overlapping tax structures.

Our product and service sales may be subject to foreign governmental regulations, which vary substantially from country to country and change from time to time. Failure to comply with these regulations could adversely affect our business. Violations of laws or key control policies by our employees, contractors, channel partners or agents could result in delays in revenue recognition, financial reporting misstatements, fines, penalties or the prohibition of the importation or exportation of our products and services and could have a material adverse effect on our business and results of operations.

***A portion of our revenue is generated by sales to government entities and such sales are subject to a number of challenges and risks.***

Sales to U.S. and foreign federal, state and local governmental agency customers have accounted for approximately 12% of our bookings in each of the years ended December 31, 2011 and 2010, 11% of our bookings for the year ended December 31, 2012 and 9% of our bookings for the six months ended June 30, 2013, and we may in the future increase sales to government entities. Sales into government entities are subject to a number of risks. Selling to government entities can be highly competitive, expensive and time consuming, often requiring significant upfront time and expense without any assurance that we will complete a sale. Accordingly:

- changes in fiscal or contracting policies or decreases in available government funding, including as a result of the recent sequestration by the U.S. federal government;

- changes in government programs or applicable requirements;

- the adoption of new laws or regulations or changes to existing laws or regulations;

- changes in political or social attitudes with respect to security issues; and

- potential delays or changes in the government appropriations process, including actions such as spending freezes implemented to address political or fiscal policy concerns,

could cause government and governmental agencies to delay or refrain from purchasing the products and services that we offer in the future or otherwise have an adverse effect on our business, financial condition and results of operations.

Most of our sales to government entities have been made indirectly through our channel partners. Government entities may have contractual or other legal rights to terminate contracts with our distributors and resellers for convenience or due to a default, and any such termination may adversely impact our results of operations.

In addition, for purchases by the U.S. federal government, we must comply with laws and regulations relating to U.S. federal government contracting, which affect how we and our channel partners do business in connection with U.S. federal agencies. These laws and regulations may impose added costs on our business, and failure to comply with these or other applicable regulations and requirements, including non-compliance in the past, could lead to claims for damages from our channel partners, penalties, termination of contracts and suspension or debarment from government contracting for a period of time. Any such damages, penalties, disruption or limitation in our ability to do business with the U.S. federal government may adversely impact our results of operations.

***Our business in countries with a history of corruption and transactions with foreign governments increase the risks associated with our international activities.***

As we operate and sell internationally, we are subject to the U.S. Foreign Corrupt Practices Act, or the FCPA, and other laws that prohibit improper payments or offers of payments to foreign governments and their officials and political parties for the purpose of obtaining or retaining business. We have operations, deal with and make sales to governmental customers in countries known to experience corruption, particularly certain emerging countries in Africa, East Asia, Eastern Europe, South America and the Middle East. Our activities in these countries create the risk of unauthorized payments or offers of payments by one of our employees, consultants, sales agents or channel partners that could be in violation of various anti-corruption laws, even though these parties may not be under our control. While we have implemented safeguards to prevent these practices by our employees, consultants, sales agents and channel partners, our existing safeguards and any future improvements may prove to be less than effective, and our employees, consultants, sales agents or channel partners may engage in conduct for which we might be held responsible. Violations of the FCPA may result in severe criminal or civil sanctions, including suspension or debarment from U.S. government contracting, and we may be subject to other liabilities, which could negatively affect our business, operating results and financial condition.

***We rely significantly on revenue from maintenance and support which may decline and, because we recognize revenue from such services over the term of the relevant service period, downturns or upturns in sales are not immediately reflected in full in our operating results.***

Our maintenance and support revenue accounted for 33% of our total revenue for 2010, 31% of our total revenue for 2011, 32% of our total revenue for 2012 and 35% of our total revenue for the six months ended June 30, 2013. Sales of new or renewal of such services contracts may decline or fluctuate as a result of a number of factors, including customers' level of satisfaction with our products and services, the prices of our products and services, the prices of products and services offered by our competitors or reductions in our customers' spending levels. If our sales of new or renewal services contracts decline, our revenue or revenue growth may decline and our business will suffer. In addition, we recognize service revenue ratably over the term of the relevant service period, which is typically one to three years but has been as long as five years. As a result, much of the revenue we report each quarter is the recognition of deferred revenue from services contracts entered into during previous quarters. Consequently, a decline in new or renewal services contracts in any one quarter will not be fully reflected in revenue in that quarter, but will negatively affect our revenue in future quarters. Accordingly, the effect of significant downturns in new or renewed sales of our services would not be reflected in full in our results of operations until future periods.

***If we are unable to increase sales to larger customers, our results of operations may suffer.***

We continuously seek to increase sales of our products to large enterprises, managed security service providers and government entities. Sales to large enterprises, service providers and government entities involve risks that may not be present, or are present to a lesser extent, with sales to small to mid-sized entities. These risks include:

- preexisting relationships with larger, entrenched providers of security solutions who have access to key decision makers within the organization and who also have the ability to bundle competing products with a broader product offering;

- increased purchasing power and leverage held by large customers in negotiating contractual arrangements with us;

- more stringent requirements in our support service contracts, including stricter support response times, and increased penalties for any failure to meet support requirements; and

- longer sales cycles and the associated risk that substantial time and resources may be spent on a potential customer who elects not to purchase our products and services.

In addition, product purchases by enterprises, managed security service providers, cloud hosting providers and government entities are frequently subject to budget constraints, multiple approvals, and unplanned administrative, processing and other delays. Large enterprises, managed security service providers, cloud hosting providers and government entities typically have longer implementation cycles; require greater product functionality and scalability and a broader range of services; demand that vendors take on a larger share of risks; sometimes require acceptance provisions that can lead to a delay in revenue recognition; and expect greater payment flexibility from vendors. All these factors can add risk to doing business with these customers. If our sales expectations for a large customer do not materialize in a particular quarter or at all, then our business, financial condition and results of operations could be materially and adversely affected.

### *If our existing and potential customers migrate to hosted, cloud-based data centers that do not deploy our products, our revenues could suffer.*

The majority of our current sales are made through a model in which our channel partners sell our business security solutions to large enterprise customers that operate their own data centers and have the ability to choose the business security solutions and configurations to fit their environment. If our large enterprise customers and potential customers choose to outsource the hosting of their data centers to large, multi-tenancy hosting providers like Rackspace Hosting, Inc. and Amazon.com, Inc., they may not be able to choose what business security solutions are deployed in these hosted environments, and our current sales model may not be effective. Although we work with large hosting services providers, like Rackspace Hosting, Inc. and Savvis, Inc., to integrate our business security solutions into their hosting environments so that our solutions may be offered to their hosting customers, we cannot guarantee that all such hosting service providers will adopt our solutions, offer them as a choice to their customers or promote our solutions over those of our competitors. Even if these large hosting services providers integrate our business security solutions into their hosting environments and promote our solutions, they may be able to negotiate larger discounts than individual enterprise customers and, consequently, the average selling price of our products may decrease and our revenue would suffer. Alternatively, they may offer services based on our competitors' products at lower cost or bundled with other services that we do not offer, and their customers may choose those services even if they would otherwise choose our products if making a decision on a stand-alone basis.

### *If our customers are not satisfied with our technical support or professional services, they may choose not to purchase our products and services or to renew maintenance contracts, either of which would adversely impact our business and results of operations.*

Our business relies on our customers' satisfaction with the technical support and professional consulting services we provide to support our products. If we fail to provide technical support services that are responsive, satisfy our customers' expectations and resolve issues that they encounter with our products and services, then they may elect not to purchase or renew annual maintenance and support contracts and they may choose not to purchase additional products and services from us. Accordingly, our failure to provide satisfactory technical support or professional services could have a material and adverse effect on our business and results of operations.

### *We are exposed to fluctuations in currency exchange rates, which could negatively affect our financial condition and results of operations.*

Our functional and reporting currency is the U.S. dollar and we generate a majority of our revenue in U.S. dollars. However, in 2011, 2012 and the six months ended June 30, 2013, we incurred approximately 37%, 41% and 36%, respectively, of our expenses outside of the United States in foreign currencies, primarily Israeli shekels, principally with respect to salaries and related personnel expenses associated with our Israeli operations. The exchange rate between the U.S. dollar and foreign currencies has fluctuated substantially in recent years and may continue to fluctuate substantially in the future. We expect that a majority of our revenues will continue to be generated in U.S. dollars for the foreseeable future and that a significant portion of our expenses, including personnel costs, as well as capital and operating expenditures, will continue to be denominated in Israeli shekels. The results of our operations may be adversely affected by foreign exchange fluctuations.

We use forward foreign exchange contracts to hedge or mitigate the effect of changes in foreign exchange rates on our operating expenses denominated in certain foreign currencies. However, this strategy might not eliminate our exposure to foreign exchange rate fluctuations and involves costs and risks of its own, such as cash expenditures, ongoing management time and expertise, external costs to implement the strategy and potential accounting implications. Additionally, our hedging activities may contribute to increased losses as a result of volatility in foreign currency markets.

***Our business and operations have experienced rapid growth, and if we do not appropriately manage any future growth, or are unable to improve our systems and processes, our operating results will be negatively affected.***

We have experienced rapid growth over the last several years. For example, we grew from 315 employees as of December 31, 2010 to 383 employees as of December 31, 2011, to 474 employees as of December 31, 2012 and then to 545 employees as of June 30, 2013. This growth has placed, and will continue to place, a strain on our employees, management systems and other resources. Managing our growth will require significant expenditures and allocation of valuable management resources. We rely heavily on information technology systems to help manage critical functions, such as order processing, revenue recognition, financial forecasts and inventory and supply chain management. To manage any future growth effectively, we must continue to improve our information technology and financial infrastructure, operating and administrative systems and controls, and continue to manage headcount, capital and processes in an efficient manner. We may not be able to successfully implement improvements to these systems and processes in a timely manner.

In addition, we rely heavily on hosted, Software-as-a-Service ("SaaS") technologies from third parties in order to operate critical functions of our business, including ERP services from NetSuite and customer relationship management ("CRM") services from salesforce.com, inc. If these services become unavailable due to extended outages or interruptions or because they are no longer available on commercially reasonable terms or prices, our expenses could increase, our ability to manage our finances could be interrupted and our processes for managing sales of our products and services and supporting our customers could be impaired until equivalent services, if available, are identified, obtained and integrated; all of which could harm our business.

Also, our systems and processes may not prevent or detect all errors, omissions or fraud. Our failure to improve our systems and processes, or their failure to operate in the intended manner, may result in our inability to manage the growth of our business and to accurately forecast our revenue, expenses and earnings, or to prevent certain losses. Our productivity and the quality of our products and services may also be adversely affected if we do not integrate and train our new employees quickly and effectively. Any future growth would add complexity to our organization and require effective coordination across our organization. If we fail to achieve the necessary level of efficiency in our organization as it grows or otherwise fail to manage any future growth effectively, we could incur increased costs, and experience a loss of customer and investor confidence in our internal systems and processes, any of which could result in harm to our business, results of operations and financial condition.

***Assertions by third parties of infringement or other violations by us of their intellectual property rights could result in significant costs and substantially harm our business and operating results.***

Patent and other intellectual property disputes are common in the IT security industry. Some companies in the IT security industry, including some of our competitors, own large numbers of patents, copyrights, trademarks and trade secrets, which they may use to assert claims against us. This disparity between our patent portfolio and the patent portfolios of our most significant competitors may increase the risk that they may sue us for patent infringement and may limit our ability to counterclaim for patent infringement or settle through patent cross-licenses. In addition, there are also patent holding companies or other patent owners who are solely or primarily in the business of building portfolios of patents and asserting them against operating companies, often with little merit, and who have no relevant product revenues and against whom potential assertions our patents (and potential patents) may provide little or no deterrence. Third parties have asserted and may in the future assert claims of infringement, misappropriation or other violations of intellectual property rights against us. For example, in May 2010, F5 Networks, Inc., an IT infrastructure company that competes with us in the web application firewall market, filed a lawsuit against us alleging patent infringement. In June 2010, we filed a counterclaim alleging patent infringement by F5 Networks, Inc. In February 2011, we entered into a settlement and license agreement with F5 Networks, Inc., which dismissed the litigation. Third parties may also assert such claims against our customers or channel partners whom we typically indemnify against claims that our products infringe, misappropriate or otherwise violate the intellectual property rights of third parties. As the numbers of products and competitors in our market increase and overlaps occur, claims of infringement, misappropriation and other violations of intellectual property rights may increase. Also, to the extent we hire personnel from competitors, we may be subject to allegations that they have been improperly solicited or have divulged proprietary or other confidential information.

We cannot assure you that we are not infringing or otherwise violating any third-party intellectual property rights. Further, any claim of infringement, misappropriation or other violation of intellectual property rights by a third party, even those without merit, could be asserted against us, cause us to incur substantial costs defending against the claim and could distract our management from our business. An adverse outcome of a dispute may require us to pay substantial damages, including treble damages, if we are found to have willfully infringed a third party's patents or copyrights; cease making, licensing or using solutions that are alleged to infringe or misappropriate the intellectual property of others; expend additional development resources to attempt to redesign our products or services or otherwise to develop non-infringing technology, which may not be successful; enter into potentially unfavorable royalty or license agreements in order to obtain the right to use necessary technologies or intellectual property rights; and indemnify our customers and partners. Royalty or licensing agreements, if required or desirable, may be unavailable on terms acceptable to us, or at all, or may require significant royalty payments and other expenditures. In addition, some licenses may be non-exclusive, and therefore our competitors may have access to the same technology licensed to us. Any of these events could seriously harm our business, financial condition and results of operations.

*We rely on the availability of licenses to third-party software and other intellectual property, the loss of which could increase our costs and delay software shipments.*

Many of our products and services include software or other intellectual property licensed from third parties, and we also use software and other intellectual property licensed from third parties in our business. This exposes us to risks over which we may have little or no control. For example, a licensor may have errors or defects in its products that harm our business, may have difficulties keeping up with technological changes or may stop supporting the software or other intellectual property that it licenses to us. Also, it will be necessary in the future to renew licenses, expand the scope of existing licenses or seek new licenses, relating to various aspects of these products and services, or otherwise relating to our business, which may result in increased license fees. In addition, a direct or indirect licensor may assert that we or our customers are in breach of the terms of a license, which could, among other things, give such licensor the right to terminate a license or seek damages from us, or both. Moreover, the inclusion in our products and services of software or other intellectual property licensed from third parties on a nonexclusive basis could limit our ability to differentiate our products from those of our competitors.

Licensed software may not continue to be available on commercially reasonable terms, or at all. While we believe that there are currently adequate replacements for third-party software, any loss of the right to use any of this software could result in delays in producing or delivering our software until equivalent technology is identified and integrated, which delays could harm our business. Our business would be disrupted if any of the software we license from others or functional equivalents of this software were either no longer available to us or no longer offered to us on commercially reasonable terms. In either case, we would be required to either redesign our products to function with software available from other parties or to develop these components ourselves, which would result in increased costs and could result in delays in our product shipments and the release of new product offerings. Furthermore, we might be forced to limit the features available in our current or future products. If we fail to maintain or renegotiate any of these software licenses, we could face significant delays and diversion of resources in attempting to license and integrate a functional equivalent of the software. Any of these events could have a material adverse effect on our business, financial condition and results of operations.

*Some of our products contain "open source" software, and any failure to comply with the terms of one or more of these open source licenses could negatively affect our business.*

Certain of our products are distributed with software licensed under "open source" licenses. Some of these licenses contain requirements that we make available source code for modifications or derivative works we create based upon the open source software, and that we license these modifications or derivative works under the terms of a particular open source license or subject to certain license requirements. If we combine our proprietary software with open source software in a certain manner, we could, under certain provisions of the open source licenses, be required to release the source code of our proprietary software. In addition to risks related to license requirements, usage of open source software can subject us to greater risks than use of third-party commercial software, as licensors of open source software generally do not provide warranties or any indemnification for infringement of third party intellectual property rights. We have established processes to help alleviate these risks, including a review process for screening requests from our development organization for the use of open source software, but we cannot be sure that all open source software is submitted for approval prior to use in our products. In addition, open source license terms may be ambiguous and many of the risks associated with use of open source software cannot be eliminated, and could, if not properly addressed, negatively affect our business. If we were found to have inappropriately used open source software, we might be required to re-engineer our products, to release proprietary source code, to discontinue the sale of our products in the event re-engineering could not be accomplished on a timely basis or to take other remedial action that may divert resources away from our development efforts, any of which could adversely affect our business, operating results and financial condition. Disclosing the source code of our proprietary software could make it easier for malicious third parties to discover vulnerabilities in our business security products and allow our competitors to create similar products with decreased development effort and time. Any of these events could have a material adverse effect on our reputation, business, financial condition and results of operations.

*Failure to protect our proprietary technology and intellectual property rights could substantially harm our business and operating results.*

Our success depends, in part, on our ability to protect proprietary methods and technologies that we develop under the intellectual property laws of the United States and other countries, so that we can prevent others from using our inventions and proprietary information. We attempt to protect our intellectual property under patent, trademark, copyright and trade secret laws, and through a combination of confidentiality procedures, contractual provisions and other methods, all of which offer only limited protection. If we fail to protect our intellectual property rights adequately, our competitors might gain access to our technology, and our business might be harmed. In addition, defending our intellectual property rights might entail significant expenses. Any of our patents, copyrights, trademarks or other intellectual property rights may be challenged by others or invalidated through administrative process or litigation. We have 11 issued patents and 13 patent applications pending in the United States. Our issued patents, which are limited in number compared to some of our competitors, may not provide us with any competitive advantages or may be challenged by third parties, and our patent applications may never be granted at all. Additionally, the process of obtaining patent protection is expensive and time-consuming, and we may not be able to prosecute all necessary or desirable patent applications at a reasonable cost or in a timely manner. Further, for strategic and other reasons we may choose not to seek patent protection for certain innovations and may choose not to pursue patent protection in certain jurisdictions. Even if issued, there can be no assurance that our patents will adequately protect our intellectual property, as the legal standards relating to the validity, enforceability and scope of protection of patent and other intellectual property rights are uncertain.

46

Any patents that are issued may subsequently be invalidated or otherwise limited, enabling other companies to better develop products that compete with ours, which could adversely affect our competitive business position, business prospects and financial condition. In addition, issuance of a patent does not guarantee that we have a right to practice the patented invention. Patent applications in the U.S. are typically not published until 18 months after filing, or in some cases not at all, and publications of discoveries in industry-related literature lag behind actual discoveries. We cannot be certain that we were the first to make the inventions claimed in our issued patents or pending patent applications or otherwise used in our products, that we were the first to file for protection in our patent applications, or that third parties do not have blocking patents that could be used to prevent us from marketing or practicing our patented products or technology. Effective patent, trademark, copyright and trade secret protection may not be available to us in every country in which our products and services are available. The laws of some foreign countries may not be as protective of intellectual property rights as those in the United States, and mechanisms for enforcement of intellectual property rights may be inadequate. Accordingly, despite our efforts, we may be unable to prevent third parties from infringing upon or misappropriating our intellectual property.

We might be required to spend significant resources to monitor and protect our intellectual property rights. We may initiate claims or litigation against third parties for infringement of our proprietary rights or to establish the validity of our proprietary rights. Any litigation, whether or not it is resolved in our favor, could result in significant expense to us and divert the efforts of our technical and management personnel, which may adversely affect our business, operating results and financial condition.

***Confidentiality agreements with partners, employees, consultants and others may not adequately prevent disclosure of trade secrets and other proprietary information.***

In order to protect our proprietary technology, processes and methods, we rely in part on confidentiality agreements and other restrictions with our customers, partners, employees, consultants and others. These agreements may not effectively prevent disclosure of confidential information and may not provide an adequate remedy in the event of unauthorized disclosure of confidential information. Despite our efforts to protect our proprietary technology, processes and methods, unauthorized parties may attempt to misappropriate, reverse engineer or otherwise obtain and use them. We may be unable to determine the extent of any unauthorized use or infringement of our products, technologies or intellectual property rights. In addition, others may independently develop identical or substantially similar technology and in these cases we would not be able to assert any trade secret rights against those parties. Moreover, policing unauthorized use of our technologies, products and intellectual property is difficult, expensive and time-consuming, particularly in foreign countries where the laws may not be as protective of intellectual property rights as those in the United States and where mechanisms for enforcement of intellectual property rights may be weak. Costly and time-consuming litigation could be necessary to enforce and determine the scope of our proprietary rights, and failure to obtain or maintain trade secret protection could adversely affect our competitive business position.

***Conditions in Israel may limit our ability to develop and sell our products. This could result in a decline in revenues.***

Our principal research and development facilities are located in Israel. Since the establishment of the State of Israel in 1948, a number of armed conflicts have taken place between Israel and its neighboring countries, as well as incidents of civil unrest, and a number of state and non-state actors have publicly committed to its destruction. Political, economic and military conditions in Israel could directly affect our operations. We could be adversely affected by any major hostilities involving Israel, including acts of terrorism or any other hostilities involving or threatening Israel, the interruption or curtailment of trade between Israel and its trading partners, a significant increase in inflation or a significant downturn in the economic or financial condition of Israel. Any on-going or future violence between Israel and the Palestinians, armed conflicts, terrorist activities, tension along the Israeli borders or with other countries in the region, including Iran, or political instability in the region could disrupt international trading activities in Israel and may materially and negatively affect our business and could harm our results of operations.

Certain countries, as well as certain companies and organizations, continue to participate in a boycott of Israeli firms, firms with large Israeli operations and others doing business with Israel and Israeli companies. In addition, such boycott, restrictive laws, policies or practices may change over time in unpredictable ways, and could, individually or in the aggregate, have a material adverse affect on our business in the future.

Some of our employees in Israel, including one of our executive officers, are obligated to perform annual military reserve duty in the Israel Defense Forces, depending on their age and position in the armed forces. Furthermore, they may be called to active reserve duty at any time under emergency circumstances for extended periods of time. For example, in 2012, approximately 50 of our employees in Israel were called for active reserve duty, each serving for an average of approximately one and one half weeks. Our operations could be disrupted by the absence, for a significant period, of one or more of our executive officers or key employees due to military service, and any significant disruption in our operations could harm our business.

***If we are unable to hire, retain and motivate qualified personnel, our business would suffer.***

We depend on the continued contributions of our senior management and other key employees to execute on our business plan, and to identify and pursue new opportunities and product innovations. The loss of services of senior management or other key employees, particularly Shlomo Kramer, one of our founders and our President and Chief Executive Officer; Amichai Shulman, one of our founders and our Chief Technology Officer; and Terrence J. Schmid, our Chief Financial Officer and Treasurer, could significantly delay or prevent the achievement of our development and strategic objectives.

47

Our future success depends, in part, on our ability to continue to attract and retain highly skilled technical, managerial, finance and other personnel, particularly in our sales and marketing, research and development and professional service departments. Any of our employees may terminate their employment at any time. Competition for highly skilled personnel is frequently intense, especially in the San Francisco Bay Area and in Tel Aviv, Israel, the locations in which we have a substantial presence and need for highly-skilled personnel. We may be unable to attract and retain suitably qualified individuals who are capable of meeting our growing technical, operational and managerial requirements, on a timely basis or at all, and we may be required to pay increased compensation in order to do so. If we are unable to attract and retain the qualified personnel we need to succeed, our business will suffer.

Volatility or lack of performance in our stock price may also affect our ability to attract and retain our key employees. Many of our senior management personnel and other key employees have become, or will soon become, vested in a substantial amount of stock or stock options. Employees may be more likely to leave us if the shares they own or the shares underlying their vested options have significantly appreciated in value relative to the original purchase prices of the shares or the exercise prices of the options, or if the exercise prices of the options that they hold are significantly above the market price of our common stock. If we are unable to retain our employees, our business, operating results and financial condition will be harmed.

### *Our internal network system and website may be subject to intentional disruption that could adversely impact our reputation and future sales.*

Because we are a leading provider of business security products, "hackers" and others may try to access our data or compromise our systems. Similarly, experienced computer programmers may attempt to penetrate our network security or the security of our website and cause interruptions of our services. Because the techniques used by such computer programmers to access or sabotage networks change frequently and may not be recognized until launched against a target, we may be unable to anticipate these techniques. The theft and/or unauthorized use or publication of our trade secrets and other confidential business information as a result of such an event could adversely affect our competitive position, reputation, brand and future sales of our products, and could impair our ability to operate our business, including our ability to provide subscription or maintenance and support services to our customers. We could suffer monetary and other losses and reputational harm in the event of such incidents.

### *Outages, interruptions or delays in hosting services could impair the delivery of our cloud-based security services and harm our business.*

We operate infrastructure that supports our ThreatRadar and Security Operations Center ("SOC") services and use third party hosting facilities for certain ThreatRadar services. Despite precautions taken within our own internal network and at these third party facilities, the occurrence of a natural disaster or an act of terrorism or other unanticipated problems could result in lengthy interruptions in our services.

The cloud-based security services that we provide through our majority-owned subsidiary, Incapsula, are operated from a network of third party facilities that host the software and systems that operate these security services. Any damage to, or failure of, our internal systems or systems at third party hosting facilities could result in outages or interruptions in our cloud-based services. Outages or interruptions in our cloud-based security services may cause our customers and potential customers to believe our cloud-based security services are unreliable, cause us to issue credits or pay penalties, cause customers to terminate their subscriptions and adversely affect our renewal rates and our ability to attract new customers, ultimately harming our business and revenue.

### *Our success in acquiring and integrating other businesses, products or technologies could impact our financial position.*

In order to remain competitive, we may seek to acquire additional businesses, products or technologies, any of which could be material to our business, operating results and financial condition. The environment for acquisitions in the markets in which we operate is very competitive and acquisition candidate purchase prices will likely exceed what we would prefer to pay, but may choose to pay in order to make an acquisition. Furthermore, we may not find suitable acquisition candidates, and acquisitions we complete may be unsuccessful. Achieving the anticipated benefits of future acquisitions will depend in part upon whether we can integrate acquired operations, products and technology in a timely and cost-effective manner.

Acquisitions involve many risks, including the following:

- an acquisition may negatively impact our results of operations because it may require us to incur charges and substantial debt or liabilities, may cause adverse tax consequences, substantial depreciation or deferred compensation charges, may result in acquired in-process research and development expenses or in the future may require the amortization, write-down or impairment of amounts related to deferred compensation, goodwill and other intangible assets, or may not generate sufficient financial return to offset acquisition costs;

- we may encounter difficulties or unforeseen expenditures in integrating the business, technologies, products, personnel or operations of any company that we acquire, particularly if key personnel of the acquired company decide not to work for us;

- an acquisition and integration process is complex, expensive and time consuming, and may disrupt our ongoing business, divert resources, increase our expenses and distract our management;

- an acquisition may result in a delay or reduction of customer purchases for both us and the company acquired due to customer uncertainty about continuity and effectiveness of service from either company;

48

- we may encounter difficulties in, or may be unable to, successfully sell any acquired products; and

- an acquisition may involve the entry into geographic or business markets in which we have little or no prior experience.

If we are unable to effectively execute acquisitions, our business, financial condition and results of operations could be adversely affected.

### *We are subject to governmental export and import controls that could subject us to liability or impair our ability to compete in international markets.*

Our products incorporate encryption technology and may be exported outside the U.S. only if we obtain an export license or qualify for an export license exception. Compliance with applicable regulatory requirements regarding the export of our products may prevent our customers with international operations from deploying our products throughout their global systems or, in some cases, prevent the export of our products to some countries altogether. Further, various countries regulate the import of encryption technology and appliance-based products and have enacted laws that could limit our ability to distribute products, could create delays in the introduction of our products in those countries or could limit our customers' ability to implement our products in those countries. Any new export or import restrictions, new legislation or shifting approaches in the enforcement or scope of existing regulations, or in the countries, persons or technologies targeted by such regulations, could result in decreased use of our products by existing customers with international operations, declining adoption of our products by new customers with international operations and decreased revenues. If we, or our channel partners, fail to comply with export and import regulations, we may be denied export privileges, be subjected to fines or other penalties, be unable to sell our products in certain countries and we may potentially suffer reputational harm.

Furthermore, U.S. export control laws and economic sanctions prohibit the shipment of certain products to U.S. embargoed or sanctioned countries, governments and persons. While we take precautions to prevent our product from being shipped to U.S. sanctions targets, our products could be shipped to those targets by our channel partners despite our efforts. Any such shipment could have negative consequences including government investigations, penalties and reputational harm. Any change in economic sanctions or related legislation, shift in the enforcement or scope of existing regulations, or change in the countries, governments, persons or technologies targeted by such regulations, could result in decreased use of our products by, or in our decreased ability to export or sell our products to, existing or potential customers with international operations. Any limitation on our ability to export or sell our products would likely adversely affect our business, financial condition and results of operations.

### *Changes in our provision for income taxes or adverse outcomes resulting from examination of our income tax returns could adversely affect our results.*

We are subject to income taxation in the United States and numerous foreign jurisdictions. Determining our provision for income taxes requires significant management judgment. In addition, our provision for income taxes is subject to volatility and could be adversely affected by many factors, including, among other things, changes to our operating or holding structure, changes in the amounts of earnings in jurisdictions with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities and changes in tax laws. We are subject to ongoing tax examinations in various jurisdictions. Tax authorities may disagree with our intercompany charges, cross-jurisdictional transfer pricing or other matters and assess additional taxes. While we regularly assess the likely outcomes of these examinations to determine the adequacy of our provision for income taxes, there can be no assurance that the outcomes of such examinations will not have a material impact on our operating results and cash flows.

Significant judgment is required to determine the recognition and measurement attributes prescribed in Accounting Standards Codification ("ASC") 740-25 (formerly referred to as Financial Interpretation No. 48, "Accounting for Uncertainty in Income Taxes-an interpretation of FASB Statement No. 109"). In addition, ASC 740-25 applies to all income tax positions, including the potential recovery of previously paid taxes, which if settled unfavorably could adversely impact our provision for income taxes or additional paid-in capital. In addition, we are subject to the continuous examination of our income tax returns by the U.S. Internal Revenue Service and other tax authorities. We regularly assess the likelihood of adverse outcomes resulting from these examinations to determine the adequacy of our provision for income taxes. There can be no assurance that the outcomes from these continuous examinations will not have an adverse effect on our results of operations.

### *Our business is subject to the risks of earthquakes, fire, power outages, floods and other catastrophic events, and to interruption by manmade problems such as terrorism.*

A significant natural disaster, such as an earthquake, fire or a flood, or a significant power outage could have a material adverse impact on our business, financial condition and results of operations. Our corporate headquarters are located in the San Francisco Bay Area, a region known for seismic activity, on land reclaimed from the bay that is susceptible to high liquefaction risk in the event of an earthquake. In addition, natural disasters could affect our manufacturing vendors or logistics providers' ability to perform services such as manufacturing products on a timely basis and assisting with shipments on a timely basis. In the event our service providers' information technology systems or manufacturing or logistics abilities are hindered by any of the events discussed above, shipments could be delayed, resulting in missing financial targets, such as revenue and shipment targets, for a particular quarter. Further, if a natural disaster occurs in a region from which we derive a significant portion of our revenue, customers in that region may delay or

49

forego purchases of our products, which may materially and adversely impact our results of operations for a particular period. In addition, acts of terrorism could cause disruptions in our business or the business of our manufacturer, logistics providers, partners, customers or the economy as a whole. Given our typical concentration of sales at each quarter end, any disruption in the business of our manufacturer, logistics providers, partners or customers that impacts sales at the end of our quarter could have a significant adverse impact on our quarterly results. All of the aforementioned risks may be augmented if the business continuity plans for us and our suppliers prove to be inadequate. To the extent that any of the above results in delays or cancellations of customer orders, or the delay in the manufacture, deployment or shipment of our products, our business, financial condition and results of operations would be adversely affected.

## Risks Related to Ownership of our Common Stock

### *Market volatility may affect our stock price and the value of your investment*

The trading prices of the securities of technology companies have been highly volatile. The market price of our common stock may fluctuate significantly in response to a number of factors, most of which we cannot predict or control, including:

- announcements of new products, services or technologies, commercial relationships, acquisitions, strategic partnerships, joint ventures, capital commitments or other events by us or our competitors;

- fluctuations in operating performance and in stock market prices and trading volumes of securities of other technology companies generally, or those in our industry in particular;

- general market conditions and overall price and volume fluctuations in U.S. equity markets;

- actual or anticipated variations in our operating results, or the operating results of our competitors;

- the financial and other projections we may provide to the public, any changes in these projections or our failure to meet these projections or changes in our financial guidance or securities analysts' estimates of our financial performance;

- failure of securities analysts to maintain coverage of us, changes in financial or other estimates by any securities analysts who follow us, or our failure to meet these estimates or the expectations of our investors;

- ratings or other changes by any securities analysts who follow our company or our industry;

- sales of large blocks of our common stock, including sales by our executive officers, directors and significant stockholders;

- rumors and market speculation involving Imperva or other companies in our industry; and

- lawsuits threatened or filed against us and changing legal or regulatory developments in the United States and other countries.

In addition, the stock market in general, and the New York Stock Exchange in particular, have experienced substantial price and volume volatility that is often seemingly unrelated to the operating performance of particular companies. These broad market fluctuations may cause the trading price of our common stock to decline. In the past, securities class action litigation has often been brought against a company after a period of volatility in the market price of its common stock. We may become involved in this type of litigation in the future. Any securities litigation claims brought against us could result in substantial expenses and the diversion of our management's attention from our business.

### *If we fail to maintain an effective system of disclosure controls and procedures and internal controls over financial reporting, our ability to produce accurate financial statements or comply with applicable regulations could be impaired.*

As a public company, we are subject to the reporting requirements of the Exchange Act, the Sarbanes-Oxley Act of 2002 (the "Sarbanes-Oxley Act"), and the rules and regulations of the New York Stock Exchange. We expect that the requirements of these rules and regulations will continue to increase our legal, accounting and financial compliance costs, make some activities more difficult, time-consuming and costly and place strains on our personnel, systems and resources.

The Sarbanes-Oxley Act requires, among other things, that we maintain effective disclosure controls and procedures and internal control over financial reporting. We are continuing to develop and refine our disclosure controls and other procedures that are designed to ensure that information required to be disclosed by us in the reports that we file with the SEC is recorded, processed, summarized and reported within the time periods specified in SEC's rules and forms. Our current controls and any new controls that we develop may become inadequate because of changes in conditions, and the degree of compliance with the policies or procedures may deteriorate. In addition, weaknesses in our internal controls over financial reporting may be discovered in the future. Our filings with the SEC are subject to periodic review by the SEC, and our auditors are subject to periodic review by the Public Company Accounting Oversight Board (PCAOB). Any failure to maintain effective controls over financial reporting, any difficulties encountered in the implementation of additional controls or the improvement of existing controls, or any issues that emerge as a result of regulatory review, could harm our operating results or cause us to fail to meet our reporting obligations and may result in a revision or restatement of our prior period financial statements. Any failure to maintain effective internal controls also could adversely affect the results of periodic management evaluations and annual independent registered public accounting firm attestation reports regarding

the effectiveness of our internal control over financial reporting that we are required to include in our annual reports filed with the SEC under Section 404 of the Sarbanes-Oxley Act. Ineffective disclosure controls and procedures and internal control over financial reporting could also cause investors to lose confidence in our reported financial and other information, which would likely have a negative effect on the trading price of our common stock.

In order to maintain and improve the effectiveness of our disclosure controls and procedures and internal control over financial reporting, we have expended, and anticipate that we will continue to expend, significant resources and provide significant management oversight, which involve substantial accounting-related costs. Any failure to maintain the adequacy of our internal controls, or consequent inability to produce accurate financial statements on a timely basis, could increase our operating costs and could materially impair our ability to operate our business. In the event that we are not able to continue to demonstrate compliance with Section 404 of the Sarbanes-Oxley Act in a timely manner, that our internal controls are perceived as inadequate or that we are unable to produce timely or accurate financial statements, investors may lose confidence in our operating results and our stock price could decline. In addition, if we are unable to continue to meet these requirements, we may not be able to remain listed on the New York Stock Exchange.

We also have implemented elements of a disaster recovery/business continuity plan for our accounting and related information technology systems but we have not yet implemented a complete disaster recovery/business continuity plan. If the elements that we have developed and plan to develop in the future prove inadequate in the circumstances of a particular disaster or other business continuity event our ability to maintain timely accounting and reporting may be materially impaired.

***If securities or industry analysts do not publish research or publish inaccurate or unfavorable research about our business, our stock price and trading volume could decline.***

The trading market for our common stock will depend in part on the research and reports that securities or industry analysts publish about us or our industry. If we do not establish and maintain adequate research coverage or if one or more of the analysts who covers us downgrades our stock or publishes inaccurate or unfavorable research about our business, our stock price would likely decline. If one or more of these analysts ceases coverage of our company or fails to publish reports on us regularly, demand for our stock could decrease, which could cause our stock price and trading volume to decline.

***We do not intend to pay dividends on our common stock so any returns will be limited to the value of our stock.***

We have never declared or paid any cash dividend on our common stock. We currently anticipate that we will retain future earnings for the development, operation and expansion of our business and do not anticipate declaring or paying any cash dividends for the foreseeable future. Any return to stockholders will therefore be limited to the value of their stock.

***Anti-takeover provisions in our charter documents and under Delaware law could make an acquisition of us, which may be beneficial to our stockholders, more difficult and may prevent attempts by our stockholders to replace or remove our current management.***

Provisions in our restated certificate of incorporation and amended and restated bylaws may delay or prevent an acquisition of us or a change in our management. These provisions include:

- authorizing "blank check" preferred stock, which could be issued by the board without stockholder approval and may contain voting, liquidation, dividend and other rights superior to our common stock, which would increase the number of outstanding shares and could thwart a takeover attempt;

- a classified board of directors whose members can be dismissed only for cause;

- the prohibition on actions by written consent of our stockholders;

- the limitation on who may call a special meeting of stockholders;

- the establishment of advance notice requirements for nominations for election to our board of directors or for proposing matters that can be acted upon at stockholder meetings; and

- the requirement of at least 75% of the outstanding capital stock to amend any of the foregoing second through fifth provisions.

In addition, because we are incorporated in Delaware, we are governed by the provisions of the anti-takeover provisions of the Delaware General Corporation Law, which may discourage, delay or prevent a change in control by prohibiting us from engaging in a business combination with an interested stockholder for a period of three years after the person becomes an interested stockholder, even if a change of control would be beneficial to our existing stockholders. Although we believe these provisions collectively provide for an opportunity to obtain greater value for stockholders by requiring potential acquirers to negotiate with our board of directors, they would apply even if an offer rejected by our board were considered beneficial by some stockholders. In addition, these provisions may frustrate or prevent any attempts by our stockholders to replace or remove our current management by making it more difficult for stockholders to replace members of our board of directors, which is responsible for appointing the members of our management.

51

Further, as of August 1, 2013 our directors and executive officers, together with their affiliates, beneficially own in the aggregate 16.9% of our outstanding common stock (including options exercisable by those holders within 60 days of that date). Holders that together with their affiliates, hold 5% or more of our outstanding common stock, but who are not affiliated with our directors and executive officers, beneficially own in the aggregate an additional 16.2% of our outstanding common stock as of August 1, 2013, based on information in their public filings. As a result, our directors and officers and their affiliates, collectively, or our largest stockholders, acting together, may be able to impede a merger, consolidation or sale of all or substantially all of our assets.

***Our ability to use our net operating loss carryforwards may be subject to limitations and may result in increased future tax liability to us.***

Generally, a change of more than 50% in the ownership of a corporation's stock, by value, over a three-year period constitutes an ownership change for U.S. federal income tax purposes. An ownership change may limit a company's ability to use its net operating loss carryforwards attributable to the period prior to such change. We have not performed a detailed analysis to determine whether an ownership change under Section 382 of the Internal Revenue Code has occurred after each of our previous private placements of preferred stock or after the issuance of shares of common stock in connection with our initial public offering. In the event we have undergone an ownership change under Section 382, if we earn net taxable income, our ability to use our pre-change net operating loss carryforwards to offset U.S. federal taxable income may become subject to limitations, which could potentially result in increased future tax liability to us.

## Item 2.  Unregistered Sales of Equity Securities and Use of Proceeds

### Use of Proceeds from Public Offering of Common Stock

The Form S-1 Registration Statement (Registration No. 333-175008) relating to our IPO was declared effective by the SEC on November 8, 2011, and the offering of our common stock commenced on November 9, 2011. J.P. Morgan Securities LLC and Deutsche Bank Securities Inc. acted as joint book-running managers for the offering, and RBC Capital Markets, LLC, Lazard Capital Markets LLC and Pacific Crest Securities, Inc. acted as co-managers of the offering. The offering of 5,000,000 shares of our common stock has been completed.

The net proceeds to us of our IPO after deducting $6.9 million of underwriters' discounts and $5.8 million of offering expenses were $86.2 million. In January 2012, we invested $3.5 million of the net proceeds to us resulting from our IPO in Incapsula, our majority owned subsidiary, and received in exchange an additional 4,375,000 shares of Incapsula's Series A-1 Preferred Stock. We expect to use the remaining net proceeds for working capital and general corporate purposes, including acquisitions. Although we may also use a portion of the net proceeds for acquisition of complementary businesses, technologies or other assets, we have no present understandings, commitments or agreements to enter into any acquisitions.

Our management will retain broad discretion in the allocation and use of the net proceeds of our IPO, and investors will be relying on the judgment of our management regarding the application of the net proceeds. Pending specific utilization of the net proceeds as described above, we have invested the net proceeds of the offering in short-term, interest-bearing obligations. The goal with respect to the investment of the net proceeds will be capital preservation and liquidity so that such funds are readily available to fund our operations.

## Item 3.  Defaults Upon Senior Securities

Not applicable.

## Item 4.  Mine Safety Disclosures

Not applicable.

## Item 5.  Other Information

Not applicable.

## Item 6.  Exhibits

See Exhibit Index.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**IMPERVA, INC.**

Date: August 8, 2013                                     By:  /s/ Shlomo Kramer
                                                         Shlomo Kramer
                                                         President and Chief Executive Officer
                                                         (Principal Executive Officer)

Date: August 8, 2013


                                                         By:  /s/ Terrence J. Schmid
                                                         Terrence J. Schmid
                                                         Chief Financial Officer
                                                         (Principal Financial Officer)

# Exhibit E

8-K 1 d623151d8k.htm FORM 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

---

# FORM 8-K

---

### CURRENT REPORT PURSUANT TO
### SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

**Date of report: November 5, 2013**
**(Date of earliest event reported)**

---

# Imperva, Inc.
**(Exact Name of Registrant as Specified in Its Charter)**

---

**Delaware**
(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| **001-35338** | **03-0460133** |
| (Commission File Number) | (IRS Employer Identification No.) |

| | |
|---|---|
| **3400 Bridge Parkway, Suite 200** | |
| **Redwood Shores, California** | **94065** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(650) 345-9000**
(Registrant's Telephone Number, Including Area Code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02.   Results of Operations and Financial Condition.**

On November 5, 2013, Imperva, Inc. ("Imperva") issued a press release announcing its financial results for the second quarter ended September 30, 2013 and providing its business outlook. A copy of the press release is attached as Exhibit 99.01 to this Current Report on Form 8-K.

The information in Item 2.02 of this Current Report, including Exhibit 99.01 to this Current Report, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained in this Item 2.02 and in the accompanying Exhibit 99.01 shall not be incorporated by reference into any registration statement or other document filed by Imperva with the Securities and Exchange Commission, whether made before or after the date of this Current Report, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01.   Financial Statements and Exhibits.**

(d) Exhibits.

| Number | Description |
|--------|-------------|
| 99.01 | Press release issued by Imperva, Inc., dated November 5, 2013. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By: /s/ Terrence J. Schmid
      Terrence J. Schmid
      Chief Financial Officer

Date: November 5, 2013

**EXHIBIT INDEX**

| Number | Description |
| --- | --- |
| 99.01 | Press release issued by Imperva, Inc., dated November 5, 2013. |

EX-99.01 2 d623151dex9901.htm EX-99.01

**Exhibit 99.01**

### Imperva Announces Third Quarter 2013 Financial Results

- *Total revenue of $35.1 million during the quarter, up 33% year-over-year*
- *Services revenue growth of 45% was driven by the 129% year-over-year increase in subscription revenue*
- *Combined product and subscription revenue increased 33% year-over-year*
- *The number of deals booked valued over $100,000 increased 39% year-over-year*
- *Total deferred revenue at September 30, 2013 increased 37% year-over-year to $52.6 million*

**Redwood Shores, Calif. – November 5, 2013** – Imperva, Inc. (NYSE: IMPV), pioneering the third pillar of enterprise security with a new layer of protection designed specifically for physical and virtual data centers, today announced financial results for the third quarter ended September 30, 2013.

"We are very pleased with our strong execution during the third quarter, especially our ability to achieve solid growth across all geographies," stated Shlomo Kramer, President and Chief Executive Officer of Imperva. "During the quarter, demand for our integrated solution remained robust, evidenced by the 39% increase in the number of deals over $100,000 booked and 33% growth in combined product and subscription revenue compared to last year. Given the strong pipeline of opportunities worldwide, we remain committed to investing in our global sales and research and development infrastructure to further extend our leadership position and gain market share."

### Third Quarter 2013 Financial Highlights

- **Revenue:** Total revenue for the third quarter of 2013 was $35.1 million, an increase of 33% compared to $26.3 million in the third quarter of 2012. Within total revenue, product revenue was $18.2 million an increase of 24% compared to the third quarter of 2012. Services revenue increased 45% year-over-year to $16.9 million and accounted for 48% of total revenue, up from 44% in the third quarter of 2012. Within services revenue, overall subscription revenue grew 129%, to $3.1 million, compared to the third quarter of 2012. Combined product and subscriptions revenue, a leading indicator of the strength of our business, grew 33% to $21.2 million compared to the third quarter of 2012.

- **Operating Profit (Loss):** Operating loss as reported in accordance with U.S. generally accepted accounting principles (GAAP) was $(3.7) million for the third quarter compared to a loss of $(1.7) million during the third quarter in 2012. GAAP results included stock-based compensation expense of $3.4 million for the third quarter of 2013 and $1.8 million for the third quarter of 2012. Non-GAAP operating loss for the third quarter was $(0.3) million, compared to a profit of $0.1 million during the same period in 2012, excluding the above mentioned charges.

- **Net Profit (Loss)**: GAAP net loss attributable to Imperva stockholders for the third quarter was $(3.8) million, or $(0.15) per share based on 24.5 million weighted average diluted shares outstanding. This compares to GAAP net loss attributable to Imperva stockholders of $(1.9) million, or $(0.08) per share based on 23.2 million weighted average shares outstanding in the prior-year period.

Non-GAAP net loss attributable to Imperva stockholders for the third quarter of 2013 was $(0.4) million, or $(0.01) per share based on 24.5 million weighted average diluted shares outstanding, excluding the above mentioned charges. This compares to non-GAAP net loss attributable to Imperva stockholders of $(0.1) million, or $(0.00) per share based on 23.2 million weighted average diluted shares outstanding in the prior-year period.

Both GAAP and non-GAAP profit and loss per share attributable to Imperva stockholders for the third quarter ended September 30, 2013 adjust for the loss attributable to Imperva's non-controlling interest in Incapsula.

- **Balance Sheet**: As of September 30, 2013, Imperva had cash, cash equivalents and investments of $106.8 million. Total deferred revenue of $52.6 million increased 37% compared to $38.3 million as of September 30, 2012.

### Third Quarter and Recent Operating Highlights

- During the third quarter of 2013, Imperva added 148 new customers compared to 138 during the third quarter of last year. During the nine months ended September 30, 2013, Imperva added 481 new customers, up 36% compared to the same period in 2012. Imperva now has over 2,700 customers in more than 75 countries around the world.

- During the third quarter of 2013, Imperva booked 97 deals with a value over $100,000, an increase of 39% compared to 70 deals in the third quarter of last year. During the nine months ended September 30, 2013, Imperva booked 237 deals with a value over $100,000, an increase of 30% compared to the same period in 2012.

- Imperva named Kane Lightowler as its new director of strategic accounts for Asia Pacific and Japan and Jason Burn as its new regional sales director for the Pacific, both of whom bring over a decade of account and sales management expertise in the security sector.

### Business Outlook

The following forward-looking statements reflect expectations as of November 5, 2013. Results may be materially different and could be affected by the factors detailed in this press release and in recent Imperva SEC filings.

Fourth Quarter Expectations – Ending December 31, 2013

Imperva expects total revenue for the fourth quarter of 2013 to be in the range of $41.0 million to $42.0 million, representing growth in the range of 29% to 32% compared to the same period in 2012. The company expects in the fourth quarter of 2013 non-GAAP gross margins of approximately 80%. Further, Imperva expects in the fourth quarter of 2013 non-GAAP operating profit to be in the range of $3.0 million to $3.5 million and non-GAAP net profit attributable to Imperva stockholders to be in the range of $2.5 million to $3.0 million, or a profit of $0.10 to $0.11 per share based on 26.2 million fully diluted shares, which excludes stock-based compensation expense.

Full Year Expectations – Ending December 31, 2013

Imperva expects total revenue for 2013 to be in the range of $136.0 million to $137.0 million, or up 30% to 31% compared to 2012. Imperva expects 2013 non-GAAP gross margins of

approximately 79%. Further, the company expects 2013 non-GAAP operating loss to be in the range of $(2.1) million to $(2.6) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(2.9) million to $(3.4) million, or a loss of $(0.12) to $(0.14) per share, which excludes stock-based compensation expense. Imperva expects capital expenditures for the full year to be in the range of $3.0 million to $3.5 million. Finally, the company expects to continue to generate positive cash flows from operations in 2013.

**Quarterly Conference Call**

Imperva will host a conference call today at 2:00 p.m. Pacific Time (5:00 p.m. Eastern Time) to review the company's financial results for the third quarter ended September 30, 2013. To access this call, dial 888.401.4685 📞 for the U.S. and Canada or 719.457.2625 📞 for international callers with conference ID #9206199. A live webcast of the conference call will be accessible from the investors page of Imperva's website at www.imperva.com, and a recording will be archived and accessible at www.imperva.com. An audio replay of this conference call will also be available through November 19, 2013, by dialing 877.870.5176 📞 for the U.S. and Canada, or 858.384.5517 📞 for international callers and entering passcode #9206199.

**Non-GAAP Financial Measures**

Imperva reports all financial information required in accordance with U.S. generally accepted accounting principles (GAAP). To supplement the Imperva unaudited condensed consolidated financial statements presented in accordance with GAAP, Imperva uses certain non-GAAP measures of financial performance. The presentation of these non-GAAP financial measures is not intended to be considered in isolation from, as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and may be different from non-GAAP financial measures used by other companies. In addition, these non-GAAP measures have limitations in that they do not reflect all of the amounts associated with the results of Imperva operations as determined in accordance with GAAP. The non-GAAP financial measures used by Imperva include historical non-GAAP net loss and non-GAAP basic and diluted loss per share. These non-GAAP financial measures exclude stock-based compensation from the Imperva unaudited condensed consolidated statement of operations.

For a description of these items, including the reasons why management adjusts for them, and reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial measures, please see the section of the accompanying tables titled "Use of Non-GAAP Financial Information" as well as the related tables that precede it. Imperva may consider whether other significant non-recurring items that arise in the future should also be excluded in calculating the non-GAAP financial measures it uses.

Imperva believes that these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provide meaningful supplemental information regarding the performance of Imperva by excluding certain items that may not be indicative of the company's core business, operating results or future outlook. Imperva management uses, and believes that investors benefit from referring to, these non-GAAP financial measures in assessing operating results of Imperva, as well as when planning, forecasting and analyzing future periods. These non-GAAP financial measures also facilitate comparisons of the performance of Imperva to prior periods.

**Forward Looking Statements**

This press release contains forward-looking statements, including without limitation those regarding Imperva's "Business Outlook" ("Fourth Quarter Expectations – Ending December 31, 2013" and "Full Year Expectations – Ending December 31, 2013"); Imperva's plans to invest in global sales and research and development infrastructure; Imperva's belief that its pipeline of opportunities worldwide and planned investments in global sales and research and development infrastructure will enable it to further extend its leadership position and gain market share and Imperva's belief that combined product and subscriptions revenue is a leading indicator of the strength of its business. These forward-looking statements are subject to material risks and uncertainties that may cause actual results to differ substantially from expectations. Investors should consider important risk factors, which include: the risk that demand for our business security solutions may not increase and may decrease; the risk that we may not timely introduce new products or versions of our products and that they may not be accepted by the market; the risk that competitors may be perceived by customers to be better positioned to help handle business security threats and protect their businesses from major risk; the risk that the growth of Imperva may be lower than anticipated; and other risks detailed under the caption "Risk Factors" in the company's Form 10-Q filed with the Securities and Exchange Commission, or the SEC, on August 8, 2013 and the company's other SEC filings. You can obtain copies of the company's SEC filings on the SEC's website at www.sec.gov.

The foregoing information represents the company's outlook only as of the date of this press release, and Imperva undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, new developments or otherwise.

**About Imperva**

Imperva, pioneering the third pillar of enterprise security, fills the gaps in endpoint and network security by directly protecting high-value applications and data assets in physical and virtual data centers. With an integrated security platform built specifically for modern threats, Imperva data center security provides the visibility and control needed to neutralize attack, theft, and fraud from inside and outside the organization, mitigate risk, and streamline compliance. Over 2,700 customers in more than 75 countries rely on our SecureSphere® platform to safeguard their business. Imperva is headquartered in Redwood Shores, California. Learn more: www.imperva.com, our blog, on Twitter.

© 2013 Imperva, Inc. All rights reserved. Imperva, the Imperva logo, and SecureSphere are trademarks of Imperva, Inc.

###

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Statements of Operations**

(On a GAAP basis)

(In thousands, except per share amounts)

(Unaudited)

| | For the Three Months Ended | | For the Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | Sep 30, 2013 | Sep 30, 2012 | Sep 30, 2013 | Sep 30, 2012 |
| Net revenue: | | | | |
| Products and license | $ 18,178 | $ 14,677 | $ 48,003 | $ 40,773 |
| Services | 16,924 | 11,667 | 47,023 | 31,643 |
| Total net revenue | 35,102 | 26,344 | 95,026 | 72,416 |
| Cost of revenue[(1)]: | | | | |
| Products and license | 1,894 | 2,064 | 6,216 | 6,192 |
| Services and support | 5,396 | 3,466 | 14,909 | 9,338 |
| Total cost of revenue | 7,290 | 5,530 | 21,125 | 15,530 |
| Gross profit | 27,812 | 20,814 | 73,901 | 56,886 |
| Operating expenses[(1)]: | | | | |
| Research and development | 6,725 | 5,154 | 19,729 | 15,072 |
| Sales and marketing | 20,135 | 13,218 | 55,963 | 36,740 |
| General and administrative | 4,697 | 4,104 | 13,677 | 11,336 |
| Total operating expenses | 31,557 | 22,476 | 89,369 | 63,148 |
| Loss from operations | (3,745) | (1,662) | (15,468) | (6,262) |
| Other income (expense), net | 113 | (67) | 11 | (126) |
| Loss before provision for income taxes | (3,632) | (1,729) | (15,457) | (6,388) |
| Provision for income taxes | 288 | 262 | 703 | 642 |
| Net loss | (3,920) | (1,991) | (16,160) | (7,030) |
| Add: Loss attributable to noncontrolling interest | 145 | 132 | 411 | 367 |
| Net loss attributable to Imperva, Inc. stockholders | $ (3,775) | $ (1,859) | $ (15,749) | $ (6,663) |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.15) | $ (0.08) | $ (0.65) | $ (0.29) |
| Shares used in computing net loss per share of common stock, basic and diluted | 24,453 | 23,160 | 24,174 | 22,684 |
| (1)   Stock-based compensation expense as included in above: | | | | |
| Cost of revenue | $ 254 | $ 143 | $ 722 | $ 302 |
| Research and development | 747 | 372 | 2,133 | 759 |
| Sales and marketing | 1,620 | 665 | 4,596 | 1,365 |
| General and administrative | 792 | 582 | 2,407 | 1,170 |
| Total stock-based compensation expense | $ 3,413 | $ 1,762 | $ 9,858 | $ 3,596 |

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Balance Sheets**

(In thousands)

(Unaudited)

| | As of Sep 30, 2013 | As of Dec 31, 2012 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 70,640 | $ 59,201 |
| Short-term investments | 36,185 | 43,126 |
| Restricted cash, current | 34 | 591 |
| Accounts receivable, net | 36,652 | 35,576 |
| Inventory | 541 | 328 |
| Deferred tax assets | 613 | 597 |
| Prepaid expenses and other current assets | 4,585 | 4,356 |
| Total current assets | **149,250** | **143,775** |
| Property and equipment, net | 5,333 | 5,515 |
| Severance pay fund | 3,687 | 3,150 |
| Restricted cash | 1,252 | 753 |
| Other assets | 776 | 764 |
| **Total assets** | **$160,298** | **$153,957** |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,055 | $ 3,789 |
| Accrued compensation and benefits | 11,805 | 9,258 |
| Accrued and other current liabilities | 3,893 | 4,323 |
| Deferred revenue | 35,834 | 33,609 |
| Total current liabilities | **54,587** | **50,979** |
| Other liabilities | 2,322 | 2,638 |
| Deferred revenue | 16,814 | 12,682 |
| Accrued severance pay | 3,980 | 3,427 |
| **Total liabilities** | **77,703** | **69,726** |
| **Stockholders' equity:** | | |
| Common stock | 2 | 2 |
| Additional paid-in capital | 173,479 | 157,989 |
| Accumulated deficit | (89,266) | (73,517) |
| Accumulated other comprehensive income | 253 | 861 |
| **Total Imperva, Inc. stockholders' equity** | **84,468** | **85,335** |
| Noncontrolling interest | (1,873) | (1,104) |
| **Total stockholders' equity** | **82,595** | **84,231** |
| **Total liabilities and stockholders' equity** | **$160,298** | **$153,957** |

# IMERVA, INC. AND SUBSIDIARIES

## Condensed Consolidated Statements of Cash Flows

(In thousands)

(Unaudited)

| | For the Nine Months Ended | |
| --- | --- | --- |
| | Sep 30, 2013 | Sep 30, 2012 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (16,160) | $ (7,030) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Depreciation and amortization | 1,935 | 1,312 |
| Stock-based compensation | 9,858 | 3,596 |
| Amortization of premiums/accretion of discounts on short-term investments | 547 | 337 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (1,076) | (983) |
| Inventory | (213) | 129 |
| Prepaid expenses and other assets | (654) | (1,134) |
| Accounts payable | (734) | 196 |
| Accrued compensation and benefits | 2,547 | 2,616 |
| Accrued and other liabilities | (146) | (587) |
| Severance pay, net | 16 | 305 |
| Deferred revenue | 6,357 | 5,373 |
| Deferred tax assets | (16) | (4) |
| Other | (12) | 15 |
| Net cash provided by operating activities | 2,249 | 4,141 |
| **Cash flows from investing activities:** | | |
| Purchase of short-term investments | (29,825) | (50,744) |
| Proceeds from sales/maturities of short-term investments | 36,241 | 6,928 |
| Net purchases of property and equipment | (1,753) | (1,758) |
| Change in other assets | — | (400) |
| Change in restricted cash | 58 | 96 |
| Net cash provided by (used in) investing activities | 4,721 | (45,878) |
| **Cash flows from financing activities:** | | |
| Proceeds from issuance of common stock, net of repurchases | 4,674 | 2,140 |
| Net cash provided by financing activities | 4,674 | 2,140 |
| Effect of exchange rate changes on cash | (205) | 40 |
| **Net increase (decrease) in cash and cash equivalents** | **11,439** | **(39,557)** |
| **Cash and cash equivalents at beginning of period** | **$ 59,201** | **$ 96,025** |
| **Cash and cash equivalents at end of period** | **$ 70,640** | **$ 56,468** |

**IMPERVA, INC. AND SUBSIDIARIES**

(Reconciliation of GAAP to Non-GAAP Measures)

(In thousands, except per share amounts)

(Unaudited)

| | For the Three Months Ended | | For the Nine Months Ended | |
|---|---|---|---|---|
| | Sep 30, 2013 | Sep 30, 2012 | Sep 30, 2013 | Sep 30, 2012 |
| GAAP operating loss | $ (3,745) | $ (1,662) | $ (15,468) | $ (6,262) |
| Plus: | | | | |
| Stock-based compensation expense | 3,413 | 1,762 | 9,858 | 3,596 |
| Non-GAAP operating income/(loss) | $ (332) | $ 100 | $ (5,610) | $ (2,666) |
| GAAP net loss attributable to Imperva, Inc. stockholders | $ (3,775) | $ (1,859) | $ (15,749) | $ (6,663) |
| Plus: | | | | |
| Stock-based compensation expense | 3,413 | 1,762 | 9,858 | 3,596 |
| Non-GAAP net loss | $ (362) | $ (97) | $ (5,891) | $ (3,067) |
| Weighted average shares outstanding, basic and diluted | 24,453 | 23,160 | 24,174 | 22,684 |
| Non-GAAP net loss, basic and diluted | $ (0.01) | $ (0.00) | $ (0.24) | $ (0.14) |

**Use of Non-GAAP Financial Information**

In addition to the reasons stated above, which are generally applicable to each of the items Imperva excludes from its non-GAAP financial measures, Imperva believes it is appropriate to exclude or give effect to certain items for the following reasons:

*Stock-Based Compensation:* When evaluating the performance of its consolidated results, Imperva does not consider stock-based compensation charges. Likewise, the Imperva management team excludes stock-based compensation expense from its operating plans. In contrast, the Imperva management team is held accountable for cash-based compensation and such amounts are included in its operating plans. Further, when considering the impact of equity award grants, Imperva places a greater emphasis on overall stockholder dilution rather than the accounting charges associated with such grants.

Imperva excludes stock based compensation charges from its non-GAAP financial measures primarily because they are non cash expenses that it does not consider part of ongoing operating results when assessing the performance of its business, and the exclusion of these expenses facilitates the comparison of results and business outlook for future periods with results for prior periods in order to better understand the long term performance of its business.

**Investor Relations Contact Information**

Seth Potter
646.277.1230
IR@imperva.com
Seth.Potter@icrinc.com

# Exhibit F

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-Q

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Quarterly Period Ended September 30, 2013**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Transition Period from _____ to _____**

**Commission File Number 001-35338**

# Imperva, Inc.
**(Exact name of the Registrant as Specified in its Charter)**

| | |
|---|---|
| **Delaware** | **03-0460133** |
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification No.)** |

**3400 Bridge Parkway, Suite 200**
**Redwood Shores, California 94065**
**(Address of Principal Executive Offices, including Zip Code)**

**(650) 345-9000**
**(Registrant's Telephone Number, including Area Code)**

Indicate by check mark whether the registrant: (1) has filed all reports required to be filed by Sections 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   YES ☒   NO ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   YES ☒   NO ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).   Yes ☐   No ☒

Shares of Imperva, Inc. common stock, $0.0001 par value per share, outstanding as of November 1, 2013: 24,962,578 shares.

IMPERVA, INC.

FORM 10-Q

Quarterly Period Ended September 30, 2013

TABLE OF CONTENTS

**PART I. FINANCIAL INFORMATION**

| | | |
|---|---|---|
| Item 1. | Financial Statements | 2 |
| | Condensed Consolidated Balance Sheets as of September 30, 2013 and December 31, 2012 | 2 |
| | Condensed Consolidated Statements of Operations for the three and nine months ended September 30, 2013 and 2012 | 3 |
| | Condensed Consolidated Statements of Comprehensive Loss for the three and nine months ended September 30, 2013 and 2012 | 4 |
| | Condensed Consolidated Statements of Stockholders' Equity for the nine months ended September 30, 2013 and 2012 | 5 |
| | Condensed Consolidated Statements of Cash Flows for the nine months ended September 30, 2013 and 2012 | 6 |
| | Notes to Condensed Consolidated Financial Statements | 7 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 22 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 35 |
| Item 4. | Controls and Procedures | 35 |

**PART II. OTHER INFORMATION**

| | | |
|---|---|---|
| Item 1. | Legal Proceedings | 35 |
| Item 1A. | Risk Factors | 35 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 52 |
| Item 3. | Defaults Upon Senior Securities | 52 |
| Item 4. | Mine Safety Disclosures | 52 |
| Item 5. | Other Information | 52 |
| Item 6. | Exhibits | 52 |
| Signatures | | 53 |

**PART I. FINANCIAL INFORMATION**

Item 1.     Financial Statements

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Balance Sheets**

**(In thousands, except share and per share data)**

| | September 30, 2013 | December 31, 2012 |
|---|---|---|
| | Unaudited | * |
| **ASSETS** | | |
| CURRENT ASSETS: | | |
| Cash and cash equivalents | $ 70,640 | $ 59,201 |
| Short-term investments | 36,185 | 43,126 |
| Restricted cash | 34 | 591 |
| Accounts receivable, net of allowance for doubtful accounts of $383 and $412 as of September 30, 2013 and December 31, 2012, respectively | 36,652 | 35,576 |
| Inventory | 541 | 328 |
| Deferred tax assets | 613 | 597 |
| Prepaid expenses and other current assets | 4,585 | 4,356 |
| Total current assets | 149,250 | 143,775 |
| Property and equipment, net | 5,333 | 5,515 |
| Severance pay fund | 3,687 | 3,150 |
| Restricted cash | 1,252 | 753 |
| Other assets | 776 | 764 |
| TOTAL ASSETS | $ 160,298 | $ 153,957 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| CURRENT LIABILITIES: | | |
| Accounts payable | $ 3,055 | $ 3,789 |
| Accrued compensation and benefits | 11,805 | 9,258 |
| Accrued and other current liabilities | 3,893 | 4,323 |
| Deferred revenue | 35,834 | 33,609 |
| Total current liabilities | 54,587 | 50,979 |
| Other liabilities | 2,322 | 2,638 |
| Deferred revenue | 16,814 | 12,682 |
| Accrued severance pay | 3,980 | 3,427 |
| TOTAL LIABILITIES | 77,703 | 69,726 |
| Commitments and Contingencies (Note 7) | | |
| STOCKHOLDERS' EQUITY: | | |
| Preferred stock, $0.0001 par value - 5,000,000 shares authorized, no shares issued and outstanding as of September 30, 2013 and December 31, 2012 | — | — |
| Common stock, $0.0001 par value - 145,000,000 shares authorized, 24,959,203 and 24,296,076 shares issued and outstanding as of September 30, 2013 and December 31, 2012, respectively | 2 | 2 |
| Additional paid-in capital | 173,479 | 157,989 |
| Accumulated deficit | (89,266) | (73,517) |
| Accumulated other comprehensive income | 253 | 861 |
| TOTAL IMPERVA, INC. STOCKHOLDERS' EQUITY | 84,468 | 85,335 |
| Noncontrolling interest | (1,873) | (1,104) |
| TOTAL STOCKHOLDERS' EQUITY | 82,595 | 84,231 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 160,298 | $ 153,957 |

(*)    The Condensed Consolidated Balance Sheet as of December 31, 2012 has been derived from the audited consolidated financial statements at that date but does not include all of the information and footnotes required by generally accepted accounting principles for complete financial statements.

The accompanying notes are an integral part of these condensed consolidated financial statements.

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Statements of Operations**

**(In thousands, except per share data)**

**(Unaudited)**

| | Three months ended September 30, | | Nine months ended September 30, | |
|---|---|---|---|---|
| | 2013 | 2012 | 2013 | 2012 |
| Net revenue: | | | | |
| Products and license | $18,178 | $14,677 | $ 48,003 | $ 40,773 |
| Services | 16,924 | 11,667 | 47,023 | 31,643 |
| Total net revenue | 35,102 | 26,344 | 95,026 | 72,416 |
| Cost of revenue: | | | | |
| Products and license | 1,894 | 2,064 | 6,216 | 6,192 |
| Services | 5,396 | 3,466 | 14,909 | 9,338 |
| Total cost of revenue | 7,290 | 5,530 | 21,125 | 15,530 |
| Gross profit | 27,812 | 20,814 | 73,901 | 56,886 |
| Operating expenses: | | | | |
| Research and development | 6,725 | 5,154 | 19,729 | 15,072 |
| Sales and marketing | 20,135 | 13,218 | 55,963 | 36,740 |
| General and administrative | 4,697 | 4,104 | 13,677 | 11,336 |
| Total operating expenses | 31,557 | 22,476 | 89,369 | 63,148 |
| Loss from operations | (3,745) | (1,662) | (15,468) | (6,262) |
| Other income (expense), net | 113 | (67) | 11 | (126) |
| Loss before provision for income taxes | (3,632) | (1,729) | (15,457) | (6,388) |
| Provision for income taxes | 288 | 262 | 703 | 642 |
| Net loss | (3,920) | (1,991) | (16,160) | (7,030) |
| Loss attributable to noncontrolling interest | 145 | 132 | 411 | 367 |
| Net loss attributable to Imperva, Inc. stockholders | $ (3,775) | $ (1,859) | $(15,749) | $ (6,663) |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.15) | $ (0.08) | $ (0.65) | $ (0.29) |
| Shares used in computing net loss per share of common stock, basic and diluted | 24,453 | 23,160 | 24,174 | 22,684 |

The accompanying notes are an integral part of these condensed consolidated financial statements.

**Item 3.**      **Quantitative and Qualitative Disclosures About Market Risk**

There have been no significant changes in our market risk exposures during the nine months ended September 30, 2013 as compared to the market risk exposures disclosed in Management's Discussion and Analysis of Financial Condition and Results of Operations, set forth in Part II, Item 7A, of our Annual Report on Form 10-K for the year ended December 31, 2012 and filed with the SEC on March 15, 2013.

**Item 4.**      **Controls and Procedures**

**Evaluation of Disclosure Controls and Procedures**

Our management, with the participation and supervision of our chief executive officer and chief financial officer, evaluated the effectiveness of our disclosure controls and procedures pursuant to Rule 13a-15 and Rule 15d-15 under the Securities Exchange Act of 1934, or the Exchange Act. In designing and evaluating the disclosure controls and procedures, management recognizes that any controls and procedures, no matter how well designed and operated, can provide only reasonable assurance of achieving the desired control objectives. In addition, the design of disclosure controls and procedures must reflect the fact that there are resource constraints and that management is required to apply its judgment in evaluating the benefits of possible controls and procedures relative to their costs.

Based on the aforementioned evaluation, our chief executive officer and chief financial officer have concluded that as of September 30, 2013, our disclosure controls and procedures are designed at a reasonable assurance level and are effective to provide reasonable assurance that information we are required to disclose in reports that we file or submit under the Exchange Act is recorded, processed, summarized and reported within the time periods specified in SEC rules and forms, and that such information is accumulated and communicated to our management, including our chief executive officer and chief financial officer, as appropriate, to allow timely decisions regarding required disclosure and that such controls and procedures provide reasonable assurance that the financial reporting and the preparation of financial statements for external purposes are reliably prepared and reported in accordance with generally accepted accounting principles.

**Changes in Internal Control over Financial Reporting**

Regulations under the Exchange Act require public companies, including our company, to evaluate any change in our "internal control over financial reporting" as such term is defined in Rule 13a-15(f) and Rule 15d-15(f) of the Exchange Act. In connection with their evaluation of our disclosure controls and procedures as of the end of the period covered by this Quarterly Report on Form 10-Q, our chief executive officer and chief financial officer did not identify any changes in our internal control over financial reporting during the three months covered by this Quarterly Report that materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

## PART II. OTHER INFORMATION

**Item 1.**      **Legal Proceedings**

From time to time, we may be subject to legal proceedings and claims in the ordinary course of business. We do not believe we are a party to any currently pending legal proceedings the outcome of which will have a material adverse effect on our operations or financial position. However, we have received, and may in the future continue to receive, claims from third parties asserting, among other things, infringement of their intellectual property rights. Future litigation may be necessary to defend ourselves, our channel partners and our customers by determining the scope, enforceability and validity of third-party proprietary rights or to establish our proprietary rights. Further, the ultimate outcome of any litigation is uncertain and, regardless of outcome, litigation can have an adverse impact on us because of defense costs, potential negative publicity, diversion of management resources and other factors. Accordingly, there can be no assurance that existing or future legal proceedings arising in the ordinary course of business or otherwise will not have a material adverse effect on our business, consolidated financial position, results of operations or cash flows.

**Item 1A.**      **Risk Factors**

**Risks Related to Our Business**

*We have a history of losses, we may not become profitable and our revenue growth may not continue.*

We have incurred net losses in each fiscal year since our inception, including net losses attributable to our stockholders of $12.0 million in 2010, $10.3 million in 2011, $7.4 million in 2012 and $15.7 million in the nine months ended September 30, 2013. As a result, we had an accumulated deficit of $89.3 million at September 30, 2013. We may not become profitable in the future if we fail to increase revenue and manage our expenses, or if we incur unanticipated liabilities. Revenue growth may slow or revenue may

decline for a number of possible reasons, including slowing demand for our products or services, increasing competition, a decrease in the growth of, or decline in, our overall market, or our failure to capitalize on growth opportunities or introduce new products and services. In addition, we have incurred, and anticipate that we will continue to incur, significant legal, accounting and other expenses relating to being a public company. If our revenues do not increase at a rate to proportionally offset these expected increases in operating expenses, our operating margins will suffer. Further, in future periods, our revenues could decline and, accordingly, we may not be able to achieve profitability and our losses may increase. Even if we do achieve profitability, we may not be able to sustain or increase profitability on a consistent basis. Any failure by us to achieve, maintain or increase profitability and continue our revenue growth could cause the price of our common stock to materially decline.

***Our quarterly operating results are likely to vary significantly and to be unpredictable, which could cause the trading price of our stock to decline.***

Our revenues and operating results could vary significantly from period to period as a result of a variety of factors, many of which are outside of our control. As a result, comparing our revenues and operating results on a period-to-period basis may not be meaningful, and you should not rely on our past results as an indication of our future performance. We may not be able to accurately predict our future revenues or results of operations. We base our current and future expense levels on our operating plans and sales forecasts, and our operating costs are relatively fixed in the short-term. As a result, we may not be able to reduce our costs sufficiently to compensate for an unexpected shortfall in revenues, and even a small shortfall in revenues could disproportionately and adversely affect financial results for that quarter. In addition, we recognize revenues from sales to some customers or resellers when cash is received, which may be delayed because of issues with those customers or resellers. If our revenues or operating results fall below the expectations of investors or any securities analysts that cover our stock, the price of our common stock could decline substantially.

In addition to other risk factors listed in this section, factors that may individually or cumulatively affect our operating results from period to period include:

- the level of demand for our products and services, and the timing of orders from our channel partners and end-user customers, whom we refer to in this Quarterly Report on Form 10-Q as our customers;

- the timing of sales and shipments of products during a quarter, which may depend on many factors such as inventory and logistics and our ability to ship new products on schedule and accurately forecast inventory requirements;

- the mix of products sold, the mix of revenue between products and services and the degree to which products and services are bundled and sold together for a package price;

- the budgeting, procurement and work cycles of our customers, which may result in seasonal variation as our business and the market for solutions such as ours mature;

- changes in customer renewal rates for our services;

- general economic conditions, both domestically and in our foreign markets, and economic conditions specifically affecting industries in which our customers participate;

- the timing of satisfying revenue recognition criteria for our sales, particularly where we accrue the associated commission expense in a different period, which may be affected by the mix of sales by our channel partners, the extent to which we bring on new resellers and distributors and establishing vendor-specific objective evidence of fair value, or VSOE, for new products and maintaining VSOE for maintenance and services;

- future accounting pronouncements or changes in our accounting policies; and

- increases or decreases in our expenses caused by fluctuations in foreign currency exchange rates, since a significant portion of our expenses are incurred and paid in the Israeli shekel and other currencies besides the U.S. dollar.

***Reliance on a concentration of shipments at the end of the quarter could cause our revenue to fall below expected levels, resulting in a decline in our stock price.***

Historically, we have received a significant majority of a quarter's sales orders and generated a significant majority of a quarter's revenue during the last two weeks of the quarter. The fact that so many orders arrive at the end of a quarter means that our revenue may move from one quarter to the next if we cannot fulfill all of the orders and satisfy all of the revenue recognition criteria under our accounting policies before the quarter ends.

This pattern is a result of customer buying habits and the efforts of our sales force and channel partners to meet or exceed quarterly quotas. If expected revenue at the end of any quarter is delayed because anticipated purchase orders fail to materialize, our logistics partners fail to ship products on time, we fail to manage our inventory properly, we fail to release new products on schedule, or for any other reason, then our revenue for that quarter could fall below our expectations or those of securities analysts and investors, resulting in a decline in our stock price.

***We rely on third party channel partners to generate a significant portion, and to fulfill a substantial majority, of our revenue, and if we fail to expand and manage our distribution channels, our revenues could decline and our growth prospects could suffer.***

Historically our channel partners have originated more than 35%, and fulfilled approximately 85%, of our sales, and we expect that channel sales will represent a substantial portion of our revenues for the foreseeable future. Our ability to expand our distribution channels depends in part on our ability to educate our channel partners about our products and services, which are complex. Our agreements with our channel partners are generally non-exclusive and many of our channel partners have more established relationships with our competitors. If our channel partners choose to place greater emphasis on products and services of their own or those offered by our competitors, our ability to grow our business and sell our products may be adversely affected. If our channel partners do not effectively market and sell our products and services, or if they fail to meet the needs of our customers, then our ability to grow our business and sell our products may be adversely affected. The loss of one or more of our larger channel partners, who may cease marketing our products with limited or no notice, and our possible inability to replace them could adversely affect our sales. Our failure to recruit additional channel partners, or any reduction or delay in their sales of our products and services or conflicts between channel sales and our direct sales and marketing activities could materially and adversely affect our results of operations.

***We face intense competition, especially from larger, better-known companies and we may lack sufficient financial or other resources to maintain or improve our competitive position.***

The market for business security products is intensely competitive and we expect competition to intensify in the future. Our competitors include companies such as Akamai Technologies, Inc., Citrix Systems, Inc., F5 Networks, Inc., International Business Machines Corporation ("IBM"), McAfee, Inc., Oracle Corporation, Symantec Corporation and other point solution security vendors.

Many of our existing and potential competitors may have substantial competitive advantages such as:

- greater name recognition and longer operating histories;

- larger sales and marketing budgets and resources and the capacity to leverage their sales efforts and marketing expenditures across a broader portfolio of products;

- broader distribution networks and more established relationships with distributors;

- wider geographic presence;

- access to larger customer bases;

- greater customer support resources;

- greater resources to make acquisitions;

- greater resources to develop and introduce products that compete with our products;

- lower labor and development costs; and

- substantially greater financial, technical and other resources.

As a result, they may be able to adapt more quickly and effectively to new or emerging technologies and changing opportunities, standards or customer requirements. In addition, these companies could reduce the price of their competing products, resulting in intensified pricing pressures within our market. Further, some of our larger competitors have substantially broader product offerings and leverage their relationships based on other products or incorporate functionality into existing products in a manner that discourages customers from purchasing our products. Customers may elect to accept a bundled product offering from our competitors, even if it has more limited functionality than our product offering, instead of adding the additional appliances required to implement our offering. The consolidation in our industry, such as IBM's acquisition of Guardium, Inc., Oracle's acquisition of Secerno, Ltd. and McAfee's acquisition of Sentrigo, Inc., increases the likelihood of competition based on integration or bundling, particularly where their products and offerings are effectively integrated, and we believe that consolidation in our industry may increase the competitive pressures we face on all our products. If we are unable to sufficiently differentiate our products from the integrated or bundled products of our competitors, such as by offering enhanced functionality, performance or value, we may see a decrease in demand for those products, which would adversely affect our business, operating results and financial condition. Further, it is possible that continued industry consolidation may impact customers' perceptions of the viability of smaller or even medium-sized software firms and consequently customers' willingness to purchase from such firms. Similarly, if customers seek to concentrate their software purchases in the product portfolios of a few large providers, we may be at a competitive disadvantage notwithstanding the superior performance that we believe our products can deliver. Larger competitors are also often in a better position to withstand any significant reduction in capital spending by customers, and will therefore not be as susceptible to economic downturns.

Also, many of our smaller competitors that specialize in providing protection from a single type of business security threat may deliver these specialized business security products to the market more quickly than we can or may introduce innovative new products or enhancements before we do. Conditions in our markets could change rapidly and significantly as a result of technological advancements.

We may not compete successfully against our current or potential competitors. Companies competing with us may introduce products that have greater performance or functionality, are easier to implement or use, or incorporate technological advances that we have not yet developed or implemented. Our current and potential competitors may also establish cooperative relationships among themselves or with third parties that may further enhance their resources. In addition, companies competing with us may price their products more competitively than ours, or have an entirely different pricing or distribution model. Increased competition could result in fewer customer orders, price reductions, reduced operating margins and loss of market share. Further, we may be required to make substantial additional investments in research, development, marketing and sales in order to respond to competition, and we cannot assure you that we will be able to compete successfully in the future.

***We operate in an evolving market that has not yet reached widespread adoption and where new or existing technologies that may be perceived to address the risks in different ways could gain wide adoption and supplant some or all of our products and services, making analysis of trends or predictions about our business difficult and potentially weakening our sales and our financial results.***

We are in a new, rapidly evolving category in the security industry that focuses on securing our customers' high-value business data. We offer database, file and web application security in an integrated, modular business security solution. Because we depend in part on the market's acceptance of our products and customers may choose to acquire technologies that are not directly comparable to ours, it is difficult to evaluate trends that may affect our business, including how large the business security market will be and what products customers will adopt. For example, organizations that use other security products, such as network firewalls, security information and event management ("SIEM") products or data loss prevention ("DLP") solutions, may believe that these security solutions sufficiently protect access to sensitive data. Therefore, they may continue spending their IT security budgets on these products and may not adopt our business security solutions in addition to such products. If customers do not recognize the benefit our business security solution offers in addition to other security products, then our revenue may not grow quickly or may decline, and our stock price could decline.

The introduction of products and services embodying new technologies could render some or all of our existing products and services obsolete or less attractive to customers. Other business security technologies exist or could be developed in the future, and our business could be materially negatively affected if such technologies are widely adopted. We may not be able to successfully anticipate or adapt to changing technology or customer requirements on a timely basis, or at all. Currently less than 30% of our customers have purchased more than one of our product families. Even if customers purchase our products, they may not make repeat purchases or purchase other elements of our SecureSphere Business Security Suite, which may be exacerbated by the rapid evolution of our market. If we are unable to entice customers to buy products from multiple product families, then our revenue may not grow quickly or may decline, and our stock price could decline. If we fail to keep up with technological changes or to convince our customers and potential customers of the value of our solutions even in light of new technologies, our business, financial condition and results of operations could be materially and adversely affected.

In addition, because of our rapidly evolving market, any predictions about our future revenue may not be as accurate as they would be if we operated in a more established market.

***If we do not successfully anticipate market needs and opportunities or changes in the legal, regulatory and industry standard landscape and make timely enhancements to our products and develop new products that meet those needs, we may not be able to compete effectively and our ability to generate revenues will suffer.***

The business security market is characterized by rapid technological advances, changes in customer requirements, including customer requirements driven by changes to legal, regulatory and self-regulatory compliance mandates, frequent new product introductions and enhancements and evolving industry standards in computer hardware and software technology. Customers and industry analysts expect speedy introduction of software and new functionality to respond to new threats, requirements and risks and we may be unable to meet these expectations. As a result, we must continually change and improve our products in response to changes in operating systems, application software, computer and communications hardware, networking software, data center architectures, programming tools and computer language technology. Moreover, the technology in our products is especially complex because it needs to effectively identify and respond to methods of attack and theft, while minimizing the impact on database, file system and web application performance. In addition, our products must successfully interoperate with products from other vendors.

We cannot guarantee that we will be able to anticipate future market needs and opportunities or be able to develop product enhancements or new products to meet such needs or opportunities in a timely manner or at all. Since developing new products or new versions of, or add-ons to, existing products is complex, the timetable for their commercial release is difficult to predict and may vary from our historical experience, which could result in delays in their introduction from anticipated or announced release dates. We may not offer updates as rapidly as new threats affect our customers or our newly developed products or enhancements may have defects, errors or failures. If we do not quickly respond to the rapidly changing and rigorous needs of our customers by developing and introducing on a timely basis new and effective products, upgrades and services that can respond adequately to new security threats, our competitive position, business and growth prospects will be harmed.

Even if we are able to anticipate, develop and commercially introduce enhancements and new products, there can be no assurance that we will be successful in developing sufficient market awareness of them or that such enhancements or new products will achieve widespread market acceptance. For example, while the majority of our current revenues are derived from the sales of our SecureSphere appliances, we are now offering cloud-based business security services through Incapsula. The market for cloud-based business security solutions is relatively new and it is uncertain whether Incapsula's services will gain market acceptance. In addition, diversifying our product offerings will require significant investment and planning, will bring us more directly into competition with software providers that may be better established or have greater resources than we do, will require additional investment of time and resources in the development and training of our channel and strategic partners and will entail a significant risk of failure.

Further, one factor that drives demand for our products and services is the legal, regulatory and industry standard framework in which our customers operate, and we expect that will continue for the foreseeable future. For example, many of our customers purchase our web application security products to help them comply with the security standards developed and maintained by the Payment Card Industry ("PCI") Security Standards Council (the "PCI Council"), which apply to companies that process or store credit card information. Laws, regulations and industry standards are subject to drastic changes that, particularly in the case of industry standards, may arrive with little or no notice, and these could either help or hurt the demand for our products. If we are unable to adapt our products and services to changing regulatory standards in a timely manner, or if our products fail to expedite our customers' compliance initiatives, our customers may lose confidence in our products and could switch to products offered by our competitors. In addition, if regulations and standards related to business security are changed in a manner that makes them less onerous, our customers may view government and industry regulatory compliance as less critical to their businesses, and our customers may be less willing to purchase our products and services. In either case, our sales and financial results would suffer.

***Real or perceived errors, failures or bugs in our products, particularly those that result in our customers experiencing security breaches, could adversely affect our reputation and business could be harmed.***

Our products and services are very complex and have contained and may contain undetected defects or errors, especially when first introduced or when new versions are released. Defects in our products may impede or block network traffic or cause our products or services to fail to help secure high-value business data. Defects in our products may lead to product returns and require us to implement design changes or software updates.

Any defects or errors in our products, or the perception of such defects or errors, could result in:

- expenditure of significant financial and product development resources in efforts to analyze, correct, eliminate or work around errors or defects;

- loss of existing or potential customers or channel partners;

- delayed or lost revenue;

- delay or failure to attain market acceptance;

- delay in the development or release of new products or services;

- negative publicity, which will harm our reputation;

- warranty claims against us, which could result in an increase in our provision for doubtful accounts;

- an increase in collection cycles for accounts receivable or the expense and risk of litigation; and

- harm to our results of operations.

Data thieves are sophisticated, often affiliated with organized crime and operate large scale and complex automated attacks. In addition, their techniques change frequently and generally are not recognized until launched against a target. If we fail to identify and respond to new and complex methods of attack and to update our products to detect or prevent such threats in time to protect our customers' high-value business data, our business and reputation will suffer.

In addition, many of our end-user customers use our products in applications that are critical to their businesses and may have a greater sensitivity to defects in our products than to defects in other, less critical, software products. An actual or perceived security breach or theft of the sensitive data of one of our customers, regardless of whether the breach is attributable to the failure of our products or services, could adversely affect the market's perception of our security products. Despite our best efforts, there is no guarantee that our products will be free of flaws or vulnerabilities, and even if we discover these weaknesses we may not be able to correct them promptly, if at all. Our customers may also misuse our products, which could result in a breach or theft of business data.

Although we have limitation of liability provisions in our standard terms and conditions of sale, they may not fully or effectively protect us from claims as a result of federal, state or local laws or ordinances or unfavorable judicial decisions in the United States or other countries. The sale and support of our products also entail the risk of product liability claims. We maintain insurance to protect against certain claims associated with the use of our products, but our insurance coverage may not adequately cover all claims asserted against us. In addition, even claims that ultimately are unsuccessful could result in our expenditure of funds in litigation and divert management's time and other resources.

### *False detection of security breaches or false identification of malicious sources could adversely affect our business.*

Our business security products may falsely detect threats that do not actually exist. For example, our ThreatRadar product relies on information on attack sources aggregated from third-party data providers who monitor global malicious activity originating from anonymous proxies, specific IP addresses, botnets and phishing sites. If the information from these data providers is inaccurate, the potential for false positives increases. These false positives, while typical in the industry, may impair the perceived reliability of our products and may therefore adversely impact market acceptance of our products. If our products and services restrict access to important databases, files or applications based on falsely identifying users or traffic as an attack or otherwise unauthorized, this could adversely affect customers' businesses. Any such false identification of users or traffic could result in negative publicity, loss of customers and sales, increased costs to remedy any problem and costly litigation.

### *Delays or interruptions in the manufacturing and delivery of SecureSphere appliances by our sole source manufacturer may harm our business.*

Our hardware appliances are built by a single manufacturer. Our reliance on a sole manufacturer, particularly a foreign manufacturer, involves several risks, including a potential inability to obtain an adequate supply of appliances and limited control over pricing, quality and timely delivery of products. In addition, replacing this manufacturer may be difficult and could result in an inability or delay in obtaining products. As a result, we may be unable to fulfill customer orders and our operating results may fluctuate from period to period, particularly if a disruption occurs near the end of a fiscal period.

Our manufacturer's ability to timely manufacture and ship our appliances in large quantities depends on a variety of factors. The manufacturer relies on a limited number of sources for the supply of functional components, such as semiconductors, printed circuit boards and hard disk drives. Functional component supply shortages or delays could prevent or delay the manufacture and shipment of appliances and, in the event of shortages or delays, we may not be able to procure alternative functional components on similar pricing terms, if at all. In addition, contractual restrictions or claims for infringement of intellectual property rights may restrict our manufacturer's use of certain components. These restrictions or claims may require our manufacturer to utilize alternative components or obtain additional licenses or technologies, and may impede its ability to manufacture and deliver appliances on a timely or cost-effective basis. If at some point, the manufacturer is no longer financially viable, we may lose our source of supply with little or no notice or recourse. Further, even if quality products are timely manufactured, delays in shipping may occur, resulting in delayed satisfaction of a primary revenue recognition criterion.

In the event of an interruption from this manufacturer, we may not be able to develop alternate or secondary sources in a timely manner. If we are unable to buy our appliances in quantities sufficient to meet our requirements, we will not be able to deliver products to our channel partners and customers, which would seriously affect present and future sales.

### *A failure to manage excess inventories or inventory shortages could result in decreased revenue and gross margins and harm our business.*

We purchase products from our manufacturing partner outside of and in advance of reseller or customer orders and hold products in inventory. If we fail to accurately predict demand and as a result our manufacturer maintains insufficient hardware inventory or excess inventory, we may be unable to timely deliver ordered products or may have substantial inventory expense. Because our channel partners do not purchase our products in advance of customer orders, we may face additional difficulty in accurately forecasting demand for our hardware products. There is a risk we may forecast incorrectly and may be unable to sell excess products ordered from our manufacturing partner. Inventory levels in excess of customer demand may result in inventory write-downs, and the sale of excess inventory at discounted prices could significantly impair our brand image and have an adverse effect on our financial condition and results of operations.

Conversely, if we underestimate demand for our products or if our manufacturing partner fails to supply products we require at the time we need them, we may experience inventory shortages. Inventory shortages might delay shipments to resellers, distributors and customers or cause us to lose sales. Further, as the size of individual orders increases, the risk that we may be unable to deliver unforecasted orders also increases, particularly near the end of quarterly periods. These shortages may diminish the loyalty of our channel partners or customers.

The difficulty in forecasting demand also makes it difficult to estimate our future financial condition and results of operations from period to period. A failure to accurately predict the level of demand for our products could adversely affect our net revenues and net income, and we are unlikely to forecast such effects with any certainty in advance.

*We have operations outside of the United States and a significant portion of our customers and suppliers are located outside of the United States, which subjects us to a number of risks associated with conducting international operations.*

We market and sell our products throughout the world and have personnel in many parts of the world. In addition, we have sales offices and research and development facilities outside the United States and we conduct, and expect to continue to conduct, a significant amount of our business with companies that are located outside the United States, particularly in Israel, Asia and Europe. We also source our components for our products from various geographical regions and ship components from a foreign production facility. Therefore, we are subject to risks associated with having international sales and worldwide operations, including:

- challenges caused by distance, language, cultural differences and the competitive environment;

- multiple and conflicting laws and regulations, including complications due to unexpected changes in these laws and regulations;

- trade and foreign exchange restrictions;

- foreign currency exchange fluctuations and foreign exchange controls;

- economic, social or political instability in foreign markets;

- greater difficulty in enforcing contracts, accounts receivable collection and longer collection periods;

- changes in regulatory requirements;

- difficulties and costs of staffing and managing foreign operations or relationships with channel partners;

- the uncertainty and limitation of protection for intellectual property rights in some countries;

- costs of complying with U.S. and foreign laws and regulations, including import and export control laws, tariffs, trade barriers, economic sanctions and other regulatory or contractual limitations on our ability to sell our products in certain foreign markets, and the risks and costs of non-compliance or complaints of non-compliance;

- heightened risks of unfair or corrupt business practices, actual or claimed, in certain geographies and of improper or fraudulent sales arrangements that may impact financial results and result in restatements of, and irregularities in, financial statements;

- the potential that our operations in the U.S. may limit the acceptability of our products to some foreign governments, and vice versa;

- the potential for acts of terrorism, hostilities or war;

- management communication and integration problems resulting from cultural differences and geographic dispersion; and

- multiple and possibly overlapping tax structures.

Our product and service sales may be subject to foreign governmental regulations, which vary substantially from country to country and change from time to time. Failure to comply with these regulations could adversely affect our business. Violations of laws or key control policies by our employees, contractors, channel partners or agents could result in delays in revenue recognition, financial reporting misstatements, fines, penalties or the prohibition of the importation or exportation of our products and services and could have a material adverse effect on our business and results of operations.

*A portion of our revenue is generated by sales to government entities and such sales are subject to a number of challenges and risks.*

Sales to U.S. and foreign federal, state and local governmental agency customers have accounted for approximately 12% of our bookings in each of the years ended December 31, 2011 and 2010, and 11% of our bookings for the year ended December 31, 2012 and the nine months ended September 30, 2013, and we may in the future increase sales to government entities. Sales into government entities are subject to a number of risks. Selling to government entities can be highly competitive, expensive and time consuming, often requiring significant upfront time and expense without any assurance that we will complete a sale. Accordingly:

- changes in fiscal or contracting policies or decreases and uncertainties in available government funding, including as a result of the recent sequestration by the U.S. federal government and the recent partial shutdown of the U.S. federal government and any future recurrence of either event;

- changes in government programs or applicable requirements;

- the adoption of new laws or regulations or changes to existing laws or regulations;

- changes in political or social attitudes with respect to security issues; and

- potential delays or changes in the government appropriations process, including actions such as spending freezes implemented to address political or fiscal policy concerns,

could cause governments and governmental agencies to delay or refrain from purchasing the products and services that we offer in the future or otherwise have an adverse effect on our business, financial condition and results of operations.

Most of our sales to government entities have been made indirectly through our channel partners. Government entities may have contractual or other legal rights to terminate contracts with our distributors and resellers for convenience or due to a default, and any such termination may adversely impact our results of operations.

In addition, for purchases by the U.S. federal government, we must comply with laws and regulations relating to U.S. federal government contracting, which affect how we and our channel partners do business in connection with U.S. federal agencies. These laws and regulations may impose added costs on our business, and failure to comply with these or other applicable regulations and requirements, including non-compliance in the past, could lead to claims for damages from our channel partners, penalties, termination of contracts and suspension or debarment from government contracting for a period of time. Any such damages, penalties, disruption or limitation in our ability to do business with the U.S. federal government may adversely impact our results of operations.

*Our business in countries with a history of corruption and transactions with foreign governments increase the risks associated with our international activities.*

As we operate and sell internationally, we are subject to the U.S. Foreign Corrupt Practices Act, or the FCPA, and other laws that prohibit improper payments or offers of payments to foreign governments and their officials and political parties for the purpose of obtaining or retaining business. We have operations, deal with and make sales to governmental customers in countries known to experience corruption, particularly certain emerging countries in Africa, East Asia, Eastern Europe, South America and the Middle East. Our activities in these countries create the risk of unauthorized payments or offers of payments by one of our employees, consultants, sales agents or channel partners that could be in violation of various anti-corruption laws, even though these parties may not be under our control. While we have implemented safeguards to prevent these practices by our employees, consultants, sales agents and channel partners, our existing safeguards and any future improvements may prove to be less than effective, and our employees, consultants, sales agents or channel partners may engage in conduct for which we might be held responsible. Violations of the FCPA may result in severe criminal or civil sanctions, including suspension or debarment from U.S. government contracting, and we may be subject to other liabilities, which could negatively affect our business, operating results and financial condition.

*We rely significantly on revenue from maintenance and support which may decline and, because we recognize revenue from such services over the term of the relevant service period, downturns or upturns in sales are not immediately reflected in full in our operating results.*

Our maintenance and support revenue accounted for 33% of our total revenue for 2010, 31% of our total revenue for 2011, 32% of our total revenue for 2012 and 34% of our total revenue for the nine months ended September 30, 2013. Sales of new or renewal of such services contracts may decline or fluctuate as a result of a number of factors, including customers' level of satisfaction with our products and services, the prices of our products and services, the prices of products and services offered by our competitors or reductions in our customers' spending levels. If our sales of new or renewal services contracts decline, our revenue or revenue growth may decline and our business will suffer. In addition, we recognize service revenue ratably over the term of the relevant service

period, which is typically one to three years but has been as long as five years. As a result, much of the revenue we report each quarter is the recognition of deferred revenue from services contracts entered into during previous quarters. Consequently, a decline in new or renewal services contracts in any one quarter will not be fully reflected in revenue in that quarter, but will negatively affect our revenue in future quarters. Accordingly, the effect of significant downturns in new or renewed sales of our services would not be reflected in full in our results of operations until future periods.

### *If we are unable to increase sales to larger customers, our results of operations may suffer.*

We continuously seek to increase sales of our products to large enterprises, managed security service providers and government entities. Sales to large enterprises, service providers and government entities involve risks that may not be present, or are present to a lesser extent, with sales to small to mid-sized entities. These risks include:

- preexisting relationships with larger, entrenched providers of security solutions who have access to key decision makers within the organization and who also have the ability to bundle competing products with a broader product offering;

- increased purchasing power and leverage held by large customers in negotiating contractual arrangements with us;

- more stringent requirements in our support service contracts, including stricter support response times, and increased penalties for any failure to meet support requirements; and

- longer sales cycles and the associated risk that substantial time and resources may be spent on a potential customer who elects not to purchase our products and services.

In addition, product purchases by enterprises, managed security service providers, cloud hosting providers and government entities are frequently subject to budget constraints, multiple approvals, and unplanned administrative, processing and other delays. Large enterprises, managed security service providers, cloud hosting providers and government entities typically have longer implementation cycles; require greater product functionality and scalability and a broader range of services; demand that vendors take on a larger share of risks; sometimes require acceptance provisions that can lead to a delay in revenue recognition; and expect greater payment flexibility from vendors. All these factors can add risk to doing business with these customers. If our sales expectations for a large customer do not materialize in a particular quarter or at all, then our business, financial condition and results of operations could be materially and adversely affected.

### *If our existing and potential customers migrate to hosted, cloud-based data centers that do not deploy our products, our revenues could suffer.*

The majority of our current sales are made through a model in which our channel partners sell our business security solutions to large enterprise customers that operate their own data centers and have the ability to choose the business security solutions and configurations to fit their environment. If our large enterprise customers and potential customers choose to outsource the hosting of their data centers to large, multi-tenancy hosting providers like Rackspace Hosting, Inc. and Amazon.com, Inc., they may not be able to choose what business security solutions are deployed in these hosted environments, and our current sales model may not be effective. Although we work with large hosting services providers, like Rackspace Hosting, Inc. and Savvis, Inc., to integrate our business security solutions into their hosting environments so that our solutions may be offered to their hosting customers, we cannot guarantee that all such hosting service providers will adopt our solutions, offer them as a choice to their customers or promote our solutions over those of our competitors. Even if these large hosting services providers integrate our business security solutions into their hosting environments and promote our solutions, they may be able to negotiate larger discounts than individual enterprise customers and, consequently, the average selling price of our products may decrease and our revenue would suffer. Alternatively, they may offer services based on our competitors' products at lower cost or bundled with other services that we do not offer, and their customers may choose those services even if they would otherwise chose our products if making a decision on a stand-alone basis.

### *If our customers are not satisfied with our technical support or professional services, they may choose not to purchase our products and services or to renew maintenance contracts, either of which would adversely impact our business and results of operations.*

Our business relies on our customers' satisfaction with the technical support and professional consulting services we provide to support our products. If we fail to provide technical support services that are responsive, satisfy our customers' expectations and resolve issues that they encounter with our products and services, then they may elect not to purchase or renew annual maintenance and support contracts and they may choose not to purchase additional products and services from us. Accordingly, our failure to provide satisfactory technical support or professional services could have a material and adverse effect on our business and results of operations.

43

***We are exposed to fluctuations in currency exchange rates, which could negatively affect our financial condition and results of operations.***

Our functional and reporting currency is the U.S. dollar and we generate a majority of our revenue in U.S. dollars. However, in 2011, 2012 and the nine months ended September 30, 2013, we incurred approximately 37%, 41% and 37%, respectively, of our expenses outside of the United States in foreign currencies, primarily Israeli shekels, principally with respect to salaries and related personnel expenses associated with our Israeli operations. The exchange rate between the U.S. dollar and foreign currencies has fluctuated substantially in recent years and may continue to fluctuate substantially in the future. We expect that a majority of our revenues will continue to be generated in U.S. dollars for the foreseeable future and that a significant portion of our expenses, including personnel costs, as well as capital and operating expenditures, will continue to be denominated in Israeli shekels. The results of our operations may be adversely affected by foreign exchange fluctuations.

We use forward foreign exchange contracts to hedge or mitigate the effect of changes in foreign exchange rates on our operating expenses denominated in certain foreign currencies. However, this strategy might not eliminate our exposure to foreign exchange rate fluctuations and involves costs and risks of its own, such as cash expenditures, ongoing management time and expertise, external costs to implement the strategy and potential accounting implications. Additionally, our hedging activities may contribute to increased losses as a result of volatility in foreign currency markets.

***Our business and operations have experienced rapid growth, and if we do not appropriately manage any future growth, or are unable to improve our systems and processes, our operating results will be negatively affected.***

We have experienced rapid growth over the last several years. For example, we grew from 315 employees as of December 31, 2010 to 383 employees as of December 31, 2011, to 474 employees as of December 31, 2012 and then to 573 employees as of September 30, 2013. This growth has placed, and will continue to place, a strain on our employees, management systems and other resources. Managing our growth will require significant expenditures and allocation of valuable management resources. We rely heavily on information technology systems to help manage critical functions, such as order processing, revenue recognition, financial forecasts and inventory and supply chain management. To manage any future growth effectively, we must continue to improve our information technology and financial infrastructure, operating and administrative systems and controls, and continue to manage headcount, capital and processes in an efficient manner. We may not be able to successfully implement improvements to these systems and processes in a timely manner.

In addition, we rely heavily on hosted, Software-as-a-Service ("SaaS") technologies from third parties in order to operate critical functions of our business, including ERP services from NetSuite and customer relationship management ("CRM") services from salesforce.com, inc. If these services become unavailable due to extended outages or interruptions or because they are no longer available on commercially reasonable terms or prices, our expenses could increase, our ability to manage our finances could be interrupted and our processes for managing sales of our products and services and supporting our customers could be impaired until equivalent services, if available, are identified, obtained and integrated; all of which could harm our business.

Also, our systems and processes may not prevent or detect all errors, omissions or fraud. Our failure to improve our systems and processes, or their failure to operate in the intended manner, may result in our inability to manage the growth of our business and to accurately forecast our revenue, expenses and earnings, or to prevent certain losses. Our productivity and the quality of our products and services may also be adversely affected if we do not integrate and train our new employees quickly and effectively. Any future growth would add complexity to our organization and require effective coordination across our organization. If we fail to achieve the necessary level of efficiency in our organization as it grows or otherwise fail to manage any future growth effectively, we could incur increased costs, and experience a loss of customer and investor confidence in our internal systems and processes, any of which could result in harm to our business, results of operations and financial condition.

***Assertions by third parties of infringement or other violations by us of their intellectual property rights could result in significant costs and substantially harm our business and operating results.***

Patent and other intellectual property disputes are common in the IT security industry. Some companies in the IT security industry, including some of our competitors, own large numbers of patents, copyrights, trademarks and trade secrets, which they may use to assert claims against us. This disparity between our patent portfolio and the patent portfolios of our most significant competitors may increase the risk that they may sue us for patent infringement and may limit our ability to counterclaim for patent infringement or settle through patent cross-licenses. In addition, there are also patent holding companies or other patent owners who are solely or primarily in the business of building portfolios of patents and asserting them against operating companies, often with little merit, and who have no relevant product revenues and against whom potential assertions our patents (and potential patents) may provide little or no deterrence. Third parties have asserted and may in the future assert claims of infringement, misappropriation or

44

other violations of intellectual property rights against us. For example, in May 2010, F5 Networks, Inc., an IT infrastructure company that competes with us in the web application firewall market, filed a lawsuit against us alleging patent infringement. In June 2010, we filed a counterclaim alleging patent infringement by F5 Networks, Inc. In February 2011, we entered into a settlement and license agreement with F5 Networks, Inc., which dismissed the litigation. Third parties may also assert such claims against our customers or channel partners whom we typically indemnify against claims that our products infringe, misappropriate or otherwise violate the intellectual property rights of third parties. As the numbers of products and competitors in our market increase and overlaps occur, claims of infringement, misappropriation and other violations of intellectual property rights may increase. Also, to the extent we hire personnel from competitors, we may be subject to allegations that they have been improperly solicited or have divulged proprietary or other confidential information.

We cannot assure you that we are not infringing or otherwise violating any third-party intellectual property rights. Further, any claim of infringement, misappropriation or other violation of intellectual property rights by a third party, even those without merit, could be asserted against us, cause us to incur substantial costs defending against the claim and could distract our management from our business. An adverse outcome of a dispute may require us to pay substantial damages, including treble damages, if we are found to have willfully infringed a third party's patents or copyrights; cease making, licensing or using solutions that are alleged to infringe or misappropriate the intellectual property of others; expend additional development resources to attempt to redesign our products or services or otherwise to develop non-infringing technology, which may not be successful; enter into potentially unfavorable royalty or license agreements in order to obtain the right to use necessary technologies or intellectual property rights; and indemnify our customers and partners. Royalty or licensing agreements, if required or desirable, may be unavailable on terms acceptable to us, or at all, or may require significant royalty payments and other expenditures. In addition, some licenses may be non-exclusive, and therefore our competitors may have access to the same technology licensed to us. Any of these events could seriously harm our business, financial condition and results of operations.

***We rely on the availability of licenses to third-party software and other intellectual property, the loss of which could increase our costs and delay software shipments.***

Many of our products and services include software or other intellectual property licensed from third parties, and we also use software and other intellectual property licensed from third parties in our business. This exposes us to risks over which we may have little or no control. For example, a licensor may have errors or defects in its products that harm our business, may have difficulties keeping up with technological changes or may stop supporting the software or other intellectual property that it licenses to us. Also, it will be necessary in the future to renew licenses, expand the scope of existing licenses or seek new licenses, relating to various aspects of these products and services, or otherwise relating to our business, which may result in increased license fees. In addition, a direct or indirect licensor may assert that we or our customers are in breach of the terms of a license, which could, among other things, give such licensor the right to terminate a license or seek damages from us, or both. Moreover, the inclusion in our products and services of software or other intellectual property licensed from third parties on a nonexclusive basis could limit our ability to differentiate our products from those of our competitors.

Licensed software may not continue to be available on commercially reasonable terms, or at all. While we believe that there are currently adequate replacements for third-party software, any loss of the right to use any of this software could result in delays in producing or delivering our software until equivalent technology is identified and integrated, which delays could harm our business. Our business would be disrupted if any of the software we license from others or functional equivalents of this software were either no longer available to us or no longer offered to us on commercially reasonable terms. In either case, we would be required to either redesign our products to function with software available from other parties or to develop these components ourselves, which would result in increased costs and could result in delays in our product shipments and the release of new product offerings. Furthermore, we might be forced to limit the features available in our current or future products. If we fail to maintain or renegotiate any of these software licenses, we could face significant delays and diversion of resources in attempting to license and integrate a functional equivalent of the software. Any of these events could have a material adverse effect on our business, financial condition and results of operations.

***Some of our products contain "open source" software, and any failure to comply with the terms of one or more of these open source licenses could negatively affect our business.***

Certain of our products are distributed with software licensed under "open source" licenses. Some of these licenses contain requirements that we make available source code for modifications or derivative works we create based upon the open source software, and that we license these modifications or derivative works under the terms of a particular open source license or subject to certain license requirements. If we combine our proprietary software with open source software in a certain manner, we could, under certain provisions of the open source licenses, be required to release the source code of our proprietary software. In addition to risks related to license requirements, usage of open source software can subject us to greater risks than use of third-party commercial software, as licensors of open source software generally do not provide warranties or any indemnification for infringement of third

45

party intellectual property rights. We have established processes to help alleviate these risks, including a review process for screening requests from our development organization for the use of open source software, but we cannot be sure that all open source software is submitted for approval prior to use in our products. In addition, open source license terms may be ambiguous and many of the risks associated with use of open source software cannot be eliminated, and could, if not properly addressed, negatively affect our business. If we were found to have inappropriately used open source software, we might be required to re-engineer our products, to release proprietary source code, to discontinue the sale of our products in the event re-engineering could not be accomplished on a timely basis or to take other remedial action that may divert resources away from our development efforts, any of which could adversely affect our business, operating results and financial condition. Disclosing the source code of our proprietary software could make it easier for malicious third parties to discover vulnerabilities in our business security products and allow our competitors to create similar products with decreased development effort and time. Any of these events could have a material adverse effect on our reputation, business, financial condition and results of operations.

### *Failure to protect our proprietary technology and intellectual property rights could substantially harm our business and operating results.*

Our success depends, in part, on our ability to protect proprietary methods and technologies that we develop under the intellectual property laws of the United States and other countries, so that we can prevent others from using our inventions and proprietary information. We attempt to protect our intellectual property under patent, trademark, copyright and trade secret laws, and through a combination of confidentiality procedures, contractual provisions and other methods, all of which offer only limited protection. If we fail to protect our intellectual property rights adequately, our competitors might gain access to our technology, and our business might be harmed. In addition, defending our intellectual property rights might entail significant expenses. Any of our patents, copyrights, trademarks or other intellectual property rights may be challenged by others or invalidated through administrative process or litigation. We have 11 issued patents and 11 patent applications pending in the United States. Our issued patents, which are limited in number compared to some of our competitors, may not provide us with any competitive advantages or may be challenged by third parties, and our patent applications may never be granted at all. Additionally, the process of obtaining patent protection is expensive and time-consuming, and we may not be able to prosecute all necessary or desirable patent applications at a reasonable cost or in a timely manner. Further, for strategic and other reasons we may choose not to seek patent protection for certain innovations and may choose not to pursue patent protection in certain jurisdictions. Even if issued, there can be no assurance that our patents will adequately protect our intellectual property, as the legal standards relating to the validity, enforceability and scope of protection of patent and other intellectual property rights are uncertain.

Any patents that are issued may subsequently be invalidated or otherwise limited, enabling other companies to better develop products that compete with ours, which could adversely affect our competitive business position, business prospects and financial condition. In addition, issuance of a patent does not guarantee that we have a right to practice the patented invention. Patent applications in the U.S. are typically not published until 18 months after filing, or in some cases not at all, and publications of discoveries in industry-related literature lag behind actual discoveries. We cannot be certain that we were the first to make the inventions claimed in our issued patents or pending patent applications or otherwise used in our products, that we were the first to file for protection in our patent applications, or that third parties do not have blocking patents that could be used to prevent us from marketing or practicing our patented products or technology. Effective patent, trademark, copyright and trade secret protection may not be available to us in every country in which our products and services are available. The laws of some foreign countries may not be as protective of intellectual property rights as those in the United States, and mechanisms for enforcement of intellectual property rights may be inadequate. Accordingly, despite our efforts, we may be unable to prevent third parties from infringing upon or misappropriating our intellectual property.

We might be required to spend significant resources to monitor and protect our intellectual property rights. We may initiate claims or litigation against third parties for infringement of our proprietary rights or to establish the validity of our proprietary rights. Any litigation, whether or not it is resolved in our favor, could result in significant expense to us and divert the efforts of our technical and management personnel, which may adversely affect our business, operating results and financial condition.

### *Confidentiality agreements with partners, employees, consultants and others may not adequately prevent disclosure of trade secrets and other proprietary information.*

In order to protect our proprietary technology, processes and methods, we rely in part on confidentiality agreements and other restrictions with our customers, partners, employees, consultants and others. These agreements may not effectively prevent disclosure of confidential information and may not provide an adequate remedy in the event of unauthorized disclosure of confidential information. Despite our efforts to protect our proprietary technology, processes and methods, unauthorized parties may attempt to misappropriate, reverse engineer or otherwise obtain and use them. We may be unable to determine the extent of any unauthorized use or infringement of our products, technologies or intellectual property rights. In addition, others may independently develop identical or substantially similar technology and in these cases we would not be able to assert any trade secret rights against those parties.

Moreover, policing unauthorized use of our technologies, products and intellectual property is difficult, expensive and time-consuming, particularly in foreign countries where the laws may not be as protective of intellectual property rights as those in the United States and where mechanisms for enforcement of intellectual property rights may be weak. Costly and time-consuming litigation could be necessary to enforce and determine the scope of our proprietary rights, and failure to obtain or maintain trade secret protection could adversely affect our competitive business position.

### *Conditions in Israel may limit our ability to develop and sell our products. This could result in a decline in revenues.*

Our principal research and development facilities are located in Israel. Since the establishment of the State of Israel in 1948, a number of armed conflicts have taken place between Israel and its neighboring countries, as well as incidents of civil unrest, and a number of state and non-state actors have publicly committed to its destruction. Political, economic and military conditions in Israel could directly affect our operations. We could be adversely affected by any major hostilities involving Israel, including acts of terrorism or any other hostilities involving or threatening Israel, the interruption or curtailment of trade between Israel and its trading partners, a significant increase in inflation or a significant downturn in the economic or financial condition of Israel. Any ongoing or future violence between Israel and the Palestinians, armed conflicts, terrorist activities, tension along the Israeli borders or with other countries in the region, including Iran, or political instability in the region could disrupt international trading activities in Israel and may materially and negatively affect our business and could harm our results of operations.

Certain countries, as well as certain companies and organizations, continue to participate in a boycott of Israeli firms, firms with large Israeli operations and others doing business with Israel and Israeli companies. In addition, such boycott, restrictive laws, policies or practices may change over time in unpredictable ways, and could, individually or in the aggregate, have a material adverse affect on our business in the future.

Some of our employees in Israel, including one of our executive officers, are obligated to perform annual military reserve duty in the Israel Defense Forces, depending on their age and position in the armed forces. Furthermore, they may be called to active reserve duty at any time under emergency circumstances for extended periods of time. For example, in 2012, approximately 50 of our employees in Israel were called for active reserve duty, each serving for an average of approximately one and one half weeks. Our operations could be disrupted by the absence, for a significant period, of one or more of our executive officers or key employees due to military service, and any significant disruption in our operations could harm our business.

### *If we are unable to hire, retain and motivate qualified personnel, our business would suffer.*

We depend on the continued contributions of our senior management and other key employees to execute on our business plan, and to identify and pursue new opportunities and product innovations. The loss of services of senior management or other key employees, particularly Shlomo Kramer, one of our founders and our President and Chief Executive Officer; Amichai Shulman, one of our founders and our Chief Technology Officer; and Terrence J. Schmid, our Chief Financial Officer and Treasurer, could significantly delay or prevent the achievement of our development and strategic objectives.

Our future success depends, in part, on our ability to continue to attract and retain highly skilled technical, managerial, finance and other personnel, particularly in our sales and marketing, research and development and professional service departments. Any of our employees may terminate their employment at any time. Competition for highly skilled personnel is frequently intense, especially in the San Francisco Bay Area and in Tel Aviv, Israel, the locations in which we have a substantial presence and need for highly-skilled personnel. We may be unable to attract and retain suitably qualified individuals who are capable of meeting our growing technical, operational and managerial requirements, on a timely basis or at all, and we may be required to pay increased compensation in order to do so. If we are unable to attract and retain the qualified personnel we need to succeed, our business will suffer.

Volatility or lack of performance in our stock price may also affect our ability to attract and retain our key employees. Many of our senior management personnel and other key employees have become, or will soon become, vested in a substantial amount of stock or stock options. Employees may be more likely to leave us if the shares they own or the shares underlying their vested options have significantly appreciated in value relative to the original purchase prices of the shares or the exercise prices of the options, or if the exercise prices of the options that they hold are significantly above the market price of our common stock. If we are unable to retain our employees, our business, operating results and financial condition will be harmed.

### *Our internal network system and website may be subject to intentional disruption that could adversely impact our reputation and future sales.*

Because we are a leading provider of business security products, "hackers" and others may try to access our data or compromise our systems. Similarly, experienced computer programmers may attempt to penetrate our network security or the security of our website and cause interruptions of our services. Because the techniques used by such computer programmers to access or sabotage

47

networks change frequently and may not be recognized until launched against a target, we may be unable to anticipate these techniques. The theft and/or unauthorized use or publication of our trade secrets and other confidential business information as a result of such an event could adversely affect our competitive position, reputation, brand and future sales of our products, and could impair our ability to operate our business, including our ability to provide subscription or maintenance and support services to our customers. We could suffer monetary and other losses and reputational harm in the event of such incidents.

### *Outages, interruptions or delays in hosting services could impair the delivery of our cloud-based security services and harm our business.*

We operate infrastructure that supports our ThreatRadar and Security Operations Center ("SOC") services and use third party hosting facilities for certain ThreatRadar services. Despite precautions taken within our own internal network and at these third party facilities, the occurrence of a natural disaster or an act of terrorism or other unanticipated problems could result in lengthy interruptions in our services.

The cloud-based security services that we provide through our majority-owned subsidiary, Incapsula, are operated from a network of third party facilities that host the software and systems that operate these security services. Any damage to, or failure of, our internal systems or systems at third party hosting facilities could result in outages or interruptions in our cloud-based services. Outages or interruptions in our cloud-based security services may cause our customers and potential customers to believe our cloud-based security services are unreliable, cause us to issue credits or pay penalties, cause customers to terminate their subscriptions and adversely affect our renewal rates and our ability to attract new customers, ultimately harming our business and revenue.

### *Our success in acquiring and integrating other businesses, products or technologies could impact our financial position.*

In order to remain competitive, we may seek to acquire additional businesses, products or technologies, any of which could be material to our business, operating results and financial condition. The environment for acquisitions in the markets in which we operate is very competitive and acquisition candidate purchase prices will likely exceed what we would prefer to pay, but may choose to pay in order to make an acquisition. Furthermore, we may not find suitable acquisition candidates, and acquisitions we complete may be unsuccessful. Achieving the anticipated benefits of future acquisitions will depend in part upon whether we can integrate acquired operations, products and technology in a timely and cost-effective manner.

Acquisitions involve many risks, including the following:

- an acquisition may negatively impact our results of operations because it may require us to incur charges and substantial debt or liabilities, may cause adverse tax consequences, substantial depreciation or deferred compensation charges, may result in acquired in-process research and development expenses or in the future may require the amortization, write-down or impairment of amounts related to deferred compensation, goodwill and other intangible assets, or may not generate sufficient financial return to offset acquisition costs;

- we may encounter difficulties or unforeseen expenditures in integrating the business, technologies, products, personnel or operations of any company that we acquire, particularly if key personnel of the acquired company decide not to work for us;

- an acquisition and integration process is complex, expensive and time consuming, and may disrupt our ongoing business, divert resources, increase our expenses and distract our management;

- an acquisition may result in a delay or reduction of customer purchases for both us and the company acquired due to customer uncertainty about continuity and effectiveness of service from either company;

- we may encounter difficulties in, or may be unable to, successfully sell any acquired products; and

- an acquisition may involve the entry into geographic or business markets in which we have little or no prior experience.

If we are unable to effectively execute acquisitions, our business, financial condition and results of operations could be adversely affected.

### *We are subject to governmental export and import controls that could subject us to liability or impair our ability to compete in international markets.*

Our products incorporate encryption technology and may be exported outside the U.S. only if we obtain an export license or qualify for an export license exception. Compliance with applicable regulatory requirements regarding the export of our products may prevent our customers with international operations from deploying our products throughout their global systems or, in some cases, prevent the export of our products to some countries altogether. Further, various countries regulate the import of encryption

technology and appliance-based products and have enacted laws that could limit our ability to distribute products, could create delays in the introduction of our products in those countries or could limit our customers' ability to implement our products in those countries. Any new export or import restrictions, new legislation or shifting approaches in the enforcement or scope of existing regulations, or in the countries, persons or technologies targeted by such regulations, could result in decreased use of our products by existing customers with international operations, declining adoption of our products by new customers with international operations and decreased revenues. If we, or our channel partners, fail to comply with export and import regulations, we may be denied export privileges, be subjected to fines or other penalties, be unable to sell our products in certain countries and we may potentially suffer reputational harm.

Furthermore, U.S. export control laws and economic sanctions prohibit the shipment of certain products to U.S. embargoed or sanctioned countries, governments and persons. While we take precautions to prevent our product from being shipped to U.S. sanctions targets, our products could be shipped to those targets by our channel partners despite our efforts. Any such shipment could have negative consequences including government investigations, penalties and reputational harm. Any change in economic sanctions or related legislation, shift in the enforcement or scope of existing regulations, or change in the countries, governments, persons or technologies targeted by such regulations, could result in decreased use of our products by, or in our decreased ability to export or sell our products to, existing or potential customers with international operations. Any limitation on our ability to export or sell our products would likely adversely affect our business, financial condition and results of operations.

### Changes in our provision for income taxes or adverse outcomes resulting from examination of our income tax returns could adversely affect our results.

We are subject to income taxation in the United States and numerous foreign jurisdictions. Determining our provision for income taxes requires significant management judgment. In addition, our provision for income taxes is subject to volatility and could be adversely affected by many factors, including, among other things, changes to our operating or holding structure, changes in the amounts of earnings in jurisdictions with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities and changes in tax laws. We are subject to ongoing tax examinations in various jurisdictions. Tax authorities may disagree with our intercompany charges, cross-jurisdictional transfer pricing or other matters and assess additional taxes. While we regularly assess the likely outcomes of these examinations to determine the adequacy of our provision for income taxes, there can be no assurance that the outcomes of such examinations will not have a material impact on our operating results and cash flows.

Significant judgment is required to determine the recognition and measurement attributes prescribed in Accounting Standards Codification ("ASC") 740-25 (formerly referred to as Financial Interpretation No. 48, "Accounting for Uncertainty in Income Taxes-an interpretation of FASB Statement No. 109"). In addition, ASC 740-25 applies to all income tax positions, including the potential recovery of previously paid taxes, which if settled unfavorably could adversely impact our provision for income taxes or additional paid-in capital. In addition, we are subject to the continuous examination of our income tax returns by the U.S. Internal Revenue Service and other tax authorities. We regularly assess the likelihood of adverse outcomes resulting from these examinations to determine the adequacy of our provision for income taxes. There can be no assurance that the outcomes from these continuous examinations will not have an adverse effect on our results of operations.

### Our business is subject to the risks of earthquakes, fire, power outages, floods and other catastrophic events, and to interruption by manmade problems such as terrorism.

A significant natural disaster, such as an earthquake, fire or a flood, or a significant power outage could have a material adverse impact on our business, financial condition and results of operations. Our corporate headquarters are located in the San Francisco Bay Area, a region known for seismic activity, on land reclaimed from the bay that is susceptible to high liquefaction risk in the event of an earthquake. In addition, natural disasters could affect our manufacturing vendors or logistics providers' ability to perform services such as manufacturing products on a timely basis and assisting with shipments on a timely basis. In the event our service providers' information technology systems or manufacturing or logistics abilities are hindered by any of the events discussed above, shipments could be delayed, resulting in missing financial targets, such as revenue and shipment targets, for a particular quarter. Further, if a natural disaster occurs in a region from which we derive a significant portion of our revenue, customers in that region may delay or forego purchases of our products, which may materially and adversely impact our results of operations for a particular period. In addition, acts of terrorism could cause disruptions in our business or the business of our manufacturer, logistics providers, partners, customers or the economy as a whole. Given our typical concentration of sales at each quarter end, any disruption in the business of our manufacturer, logistics providers, partners or customers that impacts sales at the end of our quarter could have a significant adverse impact on our quarterly results. All of the aforementioned risks may be augmented if the business continuity plans for us and our suppliers prove to be inadequate. To the extent that any of the above results in delays or cancellations of customer orders, or the delay in the manufacture, deployment or shipment of our products, our business, financial condition and results of operations would be adversely affected.

**Risks Related to Ownership of our Common Stock**

*Market volatility may affect our stock price and the value of your investment*

The trading prices of the securities of technology companies have been highly volatile. The market price of our common stock may fluctuate significantly in response to a number of factors, most of which we cannot predict or control, including:

- announcements of new products, services or technologies, commercial relationships, acquisitions, strategic partnerships, joint ventures, capital commitments or other events by us or our competitors;

- fluctuations in operating performance and in stock market prices and trading volumes of securities of other technology companies generally, or those in our industry in particular;

- general market conditions and overall price and volume fluctuations in U.S. equity markets;

- actual or anticipated variations in our operating results, or the operating results of our competitors;

- the financial and other projections we may provide to the public, any changes in these projections or our failure to meet these projections or changes in our financial guidance or securities analysts' estimates of our financial performance;

- failure of securities analysts to maintain coverage of us, changes in financial or other estimates by any securities analysts who follow us, or our failure to meet these estimates or the expectations of our investors;

- ratings or other changes by any securities analysts who follow our company or our industry;

- sales of large blocks of our common stock, including sales by our executive officers, directors and significant stockholders;

- rumors and market speculation involving Imperva or other companies in our industry; and

- lawsuits threatened or filed against us and changing legal or regulatory developments in the United States and other countries.

In addition, the stock market in general, and the New York Stock Exchange in particular, have experienced substantial price and volume volatility that is often seemingly unrelated to the operating performance of particular companies. These broad market fluctuations may cause the trading price of our common stock to decline. In the past, securities class action litigation has often been brought against a company after a period of volatility in the market price of its common stock. We may become involved in this type of litigation in the future. Any securities litigation claims brought against us could result in substantial expenses and the diversion of our management's attention from our business.

*If we fail to maintain an effective system of disclosure controls and procedures and internal controls over financial reporting, our ability to produce accurate financial statements or comply with applicable regulations could be impaired.*

As a public company, we are subject to the reporting requirements of the Exchange Act, the Sarbanes-Oxley Act of 2002 (the "Sarbanes-Oxley Act"), and the rules and regulations of the New York Stock Exchange. We expect that the requirements of these rules and regulations will continue to increase our legal, accounting and financial compliance costs, make some activities more difficult, time-consuming and costly and place strains on our personnel, systems and resources.

The Sarbanes-Oxley Act requires, among other things, that we maintain effective disclosure controls and procedures and internal control over financial reporting. We are continuing to develop and refine our disclosure controls and other procedures that are designed to ensure that information required to be disclosed by us in the reports that we file with the SEC is recorded, processed, summarized and reported within the time periods specified in SEC's rules and forms. Our current controls and any new controls that we develop may become inadequate because of changes in conditions, and the degree of compliance with the policies or procedures may deteriorate. In addition, weaknesses in our internal controls over financial reporting may be discovered in the future. Our filings with the SEC are subject to periodic review by the SEC, and our auditors are subject to periodic review by the Public Company Accounting Oversight Board (PCAOB). Any failure to maintain effective controls over financial reporting, any difficulties encountered in the implementation of additional controls or the improvement of existing controls, or any issues that emerge as a result of regulatory review, could harm our operating results or cause us to fail to meet our reporting obligations and may result in a revision or restatement of our prior period financial statements. Any failure to maintain effective internal controls also could adversely affect the results of periodic management evaluations and annual independent registered public accounting firm attestation reports regarding the effectiveness of our internal control over financial reporting that we are required to include in our annual reports filed with the SEC under Section 404 of the Sarbanes-Oxley Act. Ineffective disclosure controls and procedures and internal control over financial reporting could also cause investors to lose confidence in our reported financial and other information, which would likely have a negative effect on the trading price of our common stock.

Table of Contents

In order to maintain and improve the effectiveness of our disclosure controls and procedures and internal control over financial reporting, we have expended, and anticipate that we will continue to expend, significant resources and provide significant management oversight, which involve substantial accounting-related costs. Any failure to maintain the adequacy of our internal controls, or consequent inability to produce accurate financial statements on a timely basis, could increase our operating costs and could materially impair our ability to operate our business. In the event that we are not able to continue to demonstrate compliance with Section 404 of the Sarbanes-Oxley Act in a timely manner, that our internal controls are perceived as inadequate or that we are unable to produce timely or accurate financial statements, investors may lose confidence in our operating results and our stock price could decline. In addition, if we are unable to continue to meet these requirements, we may not be able to remain listed on the New York Stock Exchange.

We also have implemented elements of a disaster recovery/business continuity plan for our accounting and related information technology systems but we have not yet implemented a complete disaster recovery/business continuity plan. If the elements that we have developed and plan to develop in the future prove inadequate in the circumstances of a particular disaster or other business continuity event our ability to maintain timely accounting and reporting may be materially impaired.

***If securities or industry analysts do not publish research or publish inaccurate or unfavorable research about our business, our stock price and trading volume could decline.***

The trading market for our common stock will depend in part on the research and reports that securities or industry analysts publish about us or our industry. If we do not establish and maintain adequate research coverage or if one or more of the analysts who covers us downgrades our stock or publishes inaccurate or unfavorable research about our business, our stock price would likely decline. If one or more of these analysts ceases coverage of our company or fails to publish reports on us regularly, demand for our stock could decrease, which could cause our stock price and trading volume to decline.

***We do not intend to pay dividends on our common stock so any returns will be limited to the value of our stock.***

We have never declared or paid any cash dividend on our common stock. We currently anticipate that we will retain future earnings for the development, operation and expansion of our business and do not anticipate declaring or paying any cash dividends for the foreseeable future. Any return to stockholders will therefore be limited to the value of their stock.

***Anti-takeover provisions in our charter documents and under Delaware law could make an acquisition of us, which may be beneficial to our stockholders, more difficult and may prevent attempts by our stockholders to replace or remove our current management.***

Provisions in our restated certificate of incorporation and amended and restated bylaws may delay or prevent an acquisition of us or a change in our management. These provisions include:

- authorizing "blank check" preferred stock, which could be issued by the board without stockholder approval and may contain voting, liquidation, dividend and other rights superior to our common stock, which would increase the number of outstanding shares and could thwart a takeover attempt;

- a classified board of directors whose members can be dismissed only for cause;

- the prohibition on actions by written consent of our stockholders;

- the limitation on who may call a special meeting of stockholders;

- the establishment of advance notice requirements for nominations for election to our board of directors or for proposing matters that can be acted upon at stockholder meetings; and

- the requirement of at least 75% of the outstanding capital stock to amend any of the foregoing second through fifth provisions.

In addition, because we are incorporated in Delaware, we are governed by the provisions of the anti-takeover provisions of the Delaware General Corporation Law, which may discourage, delay or prevent a change in control by prohibiting us from engaging in a business combination with an interested stockholder for a period of three years after the person becomes an interested stockholder, even if a change of control would be beneficial to our existing stockholders. Although we believe these provisions collectively provide for an opportunity to obtain greater value for stockholders by requiring potential acquirers to negotiate with our board of directors, they would apply even if an offer rejected by our board were considered beneficial by some stockholders. In addition, these provisions may frustrate or prevent any attempts by our stockholders to replace or remove our current management by making it more difficult for stockholders to replace members of our board of directors, which is responsible for appointing the members of our management.

51

Further, as of November 1, 2013 our directors and executive officers, together with their affiliates, beneficially own in the aggregate 16.6% of our outstanding common stock (including options exercisable by those holders within 60 days of that date). Holders that together with their affiliates, hold 5% or more of our outstanding common stock, but who are not affiliated with our directors and executive officers, beneficially own in the aggregate an additional 11.4% of our outstanding common stock as of November 1, 2013, based on information in their public filings. As a result, our directors and officers and their affiliates, collectively, or our largest stockholders, acting together, may be able to impede a merger, consolidation or sale of all or substantially all of our assets.

***Our ability to use our net operating loss carryforwards may be subject to limitations and may result in increased future tax liability to us.***

Generally, a change of more than 50% in the ownership of a corporation's stock, by value, over a three-year period constitutes an ownership change for U.S. federal income tax purposes. An ownership change may limit a company's ability to use its net operating loss carryforwards attributable to the period prior to such change. We have not performed a detailed analysis to determine whether an ownership change under Section 382 of the Internal Revenue Code has occurred after each of our previous private placements of preferred stock or after the issuance of shares of common stock in connection with our initial public offering. In the event we have undergone an ownership change under Section 382, if we earn net taxable income, our ability to use our pre-change net operating loss carryforwards to offset U.S. federal taxable income may become subject to limitations, which could potentially result in increased future tax liability to us.

## Item 2.    Unregistered Sales of Equity Securities and Use of Proceeds

### Use of Proceeds from Public Offering of Common Stock

The Form S-1 Registration Statement (Registration No. 333-175008) relating to our IPO was declared effective by the SEC on November 8, 2011, and the offering of our common stock commenced on November 9, 2011. J.P. Morgan Securities LLC and Deutsche Bank Securities Inc. acted as joint book-running managers for the offering, and RBC Capital Markets, LLC, Lazard Capital Markets LLC and Pacific Crest Securities, Inc. acted as co-managers of the offering. The offering of 5,000,000 shares of our common stock has been completed.

The net proceeds to us of our IPO after deducting $6.9 million of underwriters' discounts and $5.8 million of offering expenses were $86.2 million. In January 2012, we invested $3.5 million of the net proceeds to us resulting from our IPO in Incapsula, our majority owned subsidiary, and received in exchange an additional 4,375,000 shares of Incapsula's Series A-1 Preferred Stock. In October 2013, we loaned $1.1 million to Incapsula at a rate of 2% per annum with a maturity date of December 31, 2014. We expect to use the remaining net proceeds for working capital and general corporate purposes, including acquisitions. Although we may also use a portion of the net proceeds for acquisition of complementary businesses, technologies or other assets, we have no present understandings, commitments or agreements to enter into any acquisitions.

Our management will retain broad discretion in the allocation and use of the net proceeds of our IPO, and investors will be relying on the judgment of our management regarding the application of the net proceeds. Pending specific utilization of the net proceeds as described above, we have invested the net proceeds of the offering in short-term, interest-bearing obligations. The goal with respect to the investment of the net proceeds will be capital preservation and liquidity so that such funds are readily available to fund our operations.

## Item 3.    Defaults Upon Senior Securities

Not applicable.

## Item 4.    Mine Safety Disclosures

Not applicable.

## Item 5.    Other Information

In November 2013, we reached an agreement in principle with the major stockholders of Incapsula (other than Imperva) to acquire the remaining outstanding capital stock and assume outstanding options to acquire capital stock of Incapsula not already owned by us (the "Incapsula Acquisition"). The aggregate consideration for the Incapsula Acquisition is expected to be substantially on the terms of the Purchase Right less the outstanding principal and interest under the Incapsula Loan. We do not expect to enter into a binding definitive agreement with respect to such acquisition until February 2014, and the completion of the transaction is expected to be subject to customary closing conditions, including regulatory clearance. In connection with the agreement in principle, we will issue RSUs for approximately 264,878 shares of our common stock with performance-based vesting tied to 2014 revenue for Incapsula and Incapsula-related products and services (effectively valuing such revenues similarly to the Purchase Right) less the then-outstanding principal and interest under the Incapsula Loan, and Incapsula will issue similar RSUs for approximately 204,820 shares on an as-converted to Imperva common stock-basis which we will assume in connection with the Incapsula Acquisition, in addition to the consideration for the Incapsula Acquisition. These performance-based RSUs to be granted by Imperva and Incapsula will be issued to continuing employees of Incapsula.

## Item 6.    Exhibits

See Exhibit Index.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**IMPERVA, INC.**

Date: November 12, 2013

By: /s/ Shlomo Kramer
Shlomo Kramer
President and Chief Executive Officer
(Principal Executive Officer)

Date: November 12, 2013

By: /s/ Terrence J. Schmid
Terrence J. Schmid
Chief Financial Officer
(Principal Financial Officer)

53

# Exhibit G

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

---

# FORM 8-K

---

### CURRENT REPORT
### PURSUANT TO SECTION 13 OR 15(d)
### OF THE SECURITIES EXCHANGE ACT OF 1934

**Date of report: February 4, 2014**
**(Date of earliest event reported)**

---

# Imperva, Inc.
#### (Exact Name of Registrant as Specified in Its Charter)

---

**Delaware**
(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| **001-35338** | **03-0460133** |
| (Commission File Number) | (IRS Employer Identification No.) |
| **3400 Bridge Parkway, Suite 200** | |
| **Redwood Shores, California** | **94065** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(650) 345-9000**
(Registrant's Telephone Number, Including Area Code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 1.01. Entry into a Material Definitive Agreement.**

On February 6, 2014, Imperva, Inc., a Delaware corporation ("Imperva"), entered into a Share Exchange Agreement (the "Exchange Agreement") with SkyFence Networks, Ltd., a company incorporated under the laws of the State of Israel ("SkyFence"), the shareholders of SkyFence (the "SkyFence Shareholders") and Ofer Hendler, in his separate capacity as the Sellers' Representative. Pursuant to the terms and conditions set forth in the Exchange Agreement, Imperva will acquire from the SkyFence Shareholders all of the outstanding capital stock of SkyFence (and all rights to acquire such stock) in exchange for approximately $60 million in Imperva Common Stock (or rights to acquire such stock) and cash as detailed below (the "Consideration" and such transaction, the "Share Exchange" or the "SkyFence Acquisition") subject to potential working capital and other adjustments that may be made prior to the closing of the Share Exchange and as are set forth in the Exchange Agreement. Upon completion of the Share Exchange, SkyFence will become a wholly owned subsidiary of Imperva.

Approximately $2.8 million (or 10% of the total Consideration payable to the founders of SkyFence (the "Founders")) will be paid to the Founders in cash in lieu of shares of Imperva Common Stock. The Founders will remain with SkyFence after the closing of the Share Exchange and a portion of the shares of Imperva Common Stock that will be issued to the Founders will be subject to  time-based vesting arrangements. For purposes of determining the number of shares to be issued at the closing, each share of Imperva Common Stock issued as part of the Consideration will be valued at the average closing stock price of Imperva Common Stock for the sixty (60) trading days ending on the day prior to the closing of the Share Exchange. The options to purchase Ordinary Shares of SkyFence that are outstanding as of the closing of the Share Exchange and held by SkyFence employees who are offered and accept employment with Imperva will be assumed by Imperva with the existing vesting schedule and converted into options to purchase Imperva Common Stock, with the exercise price and number of shares subject to such options proportionally adjusted by the exchange ratio applicable to the SkyFence Ordinary Shares.

The closing of the Share Exchange is subject to several closing conditions, including, among other things, (i) the accuracy, in all material respects, of the representations and warranties of the other party at the closing, (ii) compliance in all material respects by the other party with its covenants and (iii) other customary closing conditions. The Exchange Agreement may be terminated by either Imperva or the SkyFence Shareholders upon the occurrence of certain events, including if the Share Exchange has not closed by September 30, 2014. The parties intend to consummate the transaction as soon as practicable and currently anticipate that the closing will occur during the first quarter of calendar year 2014.

The Exchange Agreement contains customary covenants of Imperva and SkyFence, including, among other things, covenants by SkyFence to conduct its business in the ordinary course between the execution of the Agreement and consummation of the Share Exchange and not to engage in certain kinds of transactions during such period (including restrictions on solicitation of proposals with respect to alternative transactions).

The Exchange Agreement contains customary representations and warranties of each of Imperva, SkyFence and the SkyFence Shareholders. Pursuant to the Exchange Agreement, following the consummation of the Share Exchange, the SkyFence Shareholders have agreed to indemnify Imperva for any losses related to breaches of representations or warranties and covenants, among other things, subject to limits specified in the Exchange Agreement. As security for such indemnification obligations, the parties agreed that, at the closing of the Share Exchange, an amount equal to 30% of the aggregate Consideration (in the form of Imperva Common Stock) shall be deposited into a holdback fund for a period of 24 months (subject to certain exceptions).

The foregoing description of the Exchange Agreement is only a summary, does not purport to be complete and is qualified in its entirety by reference to the Exchange Agreement, a copy of which is filed as Exhibit 2.1 hereto and is incorporated herein by reference. The representations, warranties and covenants contained in the Exchange Agreement are subject to qualifications and limitations agreed to by the respective parties, including information contained in confidential schedules exchanged between the parties, were made only for the purposes of such agreement and as of specified dates and were solely for the benefit of the parties to such agreement. A number of the representations and warranties have been made for the purposes of allocating contractual risk between the parties to the agreement instead of establishing these matters as facts and may be subject to a contractual standard of materiality different from what might be viewed as material to investors. Investors are not third-party beneficiaries under the Exchange Agreement. Moreover, information concerning the subject matter of the representations and warranties may change after the date of the Exchange Agreement or the date of the closing, which subsequent information may or may not be fully reflected in Imperva's public disclosures. Accordingly, investors should not rely on the representations and warranties as characterizations of the actual state of facts or condition of Imperva or SkyFence or any of their respective subsidiaries or affiliates.

A copy of the press release issued by Imperva on February 6, 2014 concerning the SkyFence Acquisition is filed herewith as Exhibit 99.1 and is incorporated herein by reference.

**Item 2.02.     Results of Operations and Financial Condition.**

On February 6, 2014, Imperva issued a press release announcing its financial results for the fourth quarter and year ended December 31, 2013 and providing its business outlook. A copy of the press release is attached as Exhibit 99.02 to this Current Report on Form 8-K.

The information in Item 2.02 of this Current Report, including Exhibit 99.2 to this Current Report, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained in this Item 2.02 and in the accompanying Exhibit 99.02 shall not be incorporated by reference into any registration statement or other document filed by Imperva with the Securities and Exchange Commission, whether made before or after the date of this Current Report, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 5.02.     Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

<u>**Senior Management Bonus Plan**</u>

On February 4, 2014, the Compensation Committee of Imperva approved and adopted a senior management bonus plan for 2014 (the "2014 Bonus Plan") to provide incentive to executive officers of Imperva. Each of Imperva's named executive officers is a participant in the 2014 Bonus Plan.

The 2014 Bonus Plan focuses on revenues and operating expenses. The cash bonus portion of the 2014 Bonus Plan applies to all named executive officers other than Jason Forget, Imperva's Senior Vice President, Worldwide Business Operations. Under the 2014 Bonus Plan, each eligible named executive officer is eligible to receive a quarterly bonus equal to the sum of the Quarterly Revenues Bonus and the Quarterly Operating Expenses Bonus, each as defined below, and weights Imperva's quarterly revenues performance and Imperva's quarterly operating expense performance equally with respect to the total bonus amount payable to such eligible named executive officer in each quarter. The target quarterly bonus amount for each eligible named executive officer is set forth in the table below, provided that the Compensation Committee has not determined to reduce such bonus:

| Executive Officer | Quarterly Bonus Amount |
|---|---|
| President and Chief Executive Officer | $ 87,500 |
| Chief Financial Officer | $ 40,000 |
| Chief Technology Officer | $ 10,000 |
| Senior Vice President, Worldwide Marketing | $ 20,000 |

The "Quarterly Revenues Bonus" is equal to the Quarterly Bonus Amount specified in the table above, multiplied by 50%, multiplied by the Quarterly Revenues Bonus, determined as follows:

| Quarterly Revenues Bonus Percentage | Percentage Achievement Relative to Quarterly Revenue Target (in accordance with the Company's internal operating plan) |
|---|---|
| 112.5% | ≥ 105% |
| 110% | ≥ 104% and < 105% |
| 107.5% | ≥ 103% and < 104% |
| 105% | ≥ 102% and < 103% |
| 102.5% | ≥ 101% and < 102% |
| 100% | ≥ 100% and < 101% |
| 97.5% | ≥ 99% and < 100% |
| 95% | ≥ 98% and < 99% |
| 92.5% | ≥ 97% and < 98% |
| 90% | ≥ 96% and < 97% |
| 87.5% | ≥ 95% and < 96% |
| 85% | ≥ 94% and < 95% |
| 82.5% | ≥ 93% and < 94% |
| 80% | ≥ 92% and < 93% |
| 77.5% | ≥ 91% and < 92% |
| 75% | ≥ 90% and < 91% |
| 70% | ≥ 89% and < 90% |
| 65% | ≥ 88% and < 89% |
| 60% | ≥ 87% and < 88% |
| 55% | ≥ 86% and < 87% |
| 50% | ≥ 85% and < 86% |
| 0% | < 85% |

3

The "Quarterly Operating Expenses Bonus" is equal to the Quarterly Bonus Amount specified in the table above, multiplied by 50%, multiplied by the Quarterly Operating Expenses Bonus Percentage, determined as follows:

| Quarterly Operating Expenses Bonus Percentage | Percentage of Expenses Relative to Quarterly Operating Expenses Target (in accordance with the Company's internal operating plan) |
|---|---|
| 112.5% | ≤ 95% |
| 110% | ≥ 95% and < 96% |
| 107.5% | ≥ 96% and < 97% |
| 105% | ≥ 97% and < 98% |
| 102.5% | ≥ 98% and < 99% |
| 100% | ≥ 99% and < 100% |
| 97.5% | ≥ 100% and < 101% |
| 95% | ≥ 101% and < 102% |
| 92.5% | ≥ 102% and < 103% |
| 90% | ≥ 103% and < 104% |
| 87.5% | ≥ 104% and < 105% |
| 85% | ≥ 105% and < 106% |
| 82.5% | ≥ 106% and < 107% |
| 80% | ≥ 107% and < 108% |
| 77.5% | ≥ 108% and < 109% |
| 75% | ≥ 109% and < 110% |
| 70% | ≥ 110% |
| 65% | ≥ 111% and < 112% |
| 60% | ≥ 112% and < 113% |
| 55% | ≥ 113% and < 114% |
| 50% | ≥ 114% and < 115% |
| 0% | > 115% |

Further, to the extent that either the Quarterly Revenues Bonus Percentage or the Quarterly Operating Expenses Bonus Percentage as determined in accordance with the paragraphs above is less than 112.5%, then both the Quarterly Revenues Bonus and the Quarterly Operating Expenses Bonus will be paid as if each such percentage was achieved and paid at the average of the two percentages.

The 2014 Bonus Plan also provides for a pool of shares of common stock to be granted to Imperva's executive officers on the achievement of the targeted revenues and operating income goals. The size of the equity pool will be determined by the Compensation Committee in connection with the year-end review based on the number of executive officers participating, the cumulative achievement of quarterly revenues and operating income targets within the fiscal year, the relative retention value of existing grants held by executive officers and in recognition of our benchmark targets in light of updated compensation data from our compensation consultant, as well as other factors. Imperva anticipates that equity awards under the 2014 Bonus Plan will be granted in the first quarter of 2015. The 2014 Bonus Plan will be administered, and cash bonus and equity awards under the plan determined, in the same manner as for Imperva's bonus plan for 2013.

**Forget Sales Compensation Plan**

On February 4, 2014, the Compensation Committee approved the 2014 sales compensation plan with Mr. Forget, with a base salary of $250,000 and a cash bonus opportunity of $250,000. Under the sales compensation plan with Mr. Forget, 80% of his cash bonus opportunity is based on customer bookings and 20% of his cash bonus opportunity is based on profitability. For achievement of up to 100% of target, Mr. Forget will receive commissions of 0.09% of customer bookings, for achievement between 100% and 110% of target, Mr. Forget will receive commissions of 0.14% of customer bookings and for achievement greater than 110%, Mr. Forget will receive commissions of 0.19% of customer bookings. For purposes of

the sales compensation plan, "profitability" is calculated by subtracting direct sales operating expenses from the Company's revenue. Other than as described in this paragraph, the 2014 sales compensation plan for Mr. Forget will be administered in the same manner as for the sales compensation plan for Mr. Forget for 2013.

**Salary and Bonus Target Adjustments**

On February 4, 2014, the Compensation Committee approved an increase to the base salary of Messrs. Kramer, Schmid, Shulman and Kraynak to $350,000, $290,000, $200,000 and $280,000, respectively; and approved an increase to the annual bonus target for Messrs. Kramer, Schmid, Shulman and Kraynak to $350,000, $160,000, $40,000 and $80,000, respectively, in each case effective January 1, 2014.

**Item 9.01.    Financial Statements and Exhibits.**

(d) Exhibits.

| Number | Description |
|--------|-------------|
| 2.1 | Share Exchange Agreement, dated as of February 6, 2014, by and among Imperva, Inc. SkyFence Networks, Ltd., the shareholders of SkyFence Networks, Ltd. and Ofer Hendler, in his separate capacity as the Sellers' Representative. |
| 99.1 | SkyFence Acquisition press release issued by Imperva, Inc., dated February 6, 2014. |
| 99.2 | Financial Results press release issued by Imperva, Inc., dated February 6, 2014. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By: /s/ Terrence J. Schmid

Terrence J. Schmid
Chief Financial Officer

Date: February 6, 2014

**EXHIBIT INDEX**

| Number | Description |
| --- | --- |
| 2.1 | Share Exchange Agreement, dated as of February 6, 2014, by and among Imperva, Inc. SkyFence Networks, Ltd., the shareholders of SkyFence Networks, Ltd. and Ofer Hendler, in his separate capacity as the Sellers' Representative. |
| 99.1 | SkyFence Acquisition press release issued by Imperva, Inc., dated February 6, 2014. |
| 99.2 | Financial Results press release issued by Imperva, Inc., dated February 6, 2014. |

Exhibit 99.1



Media Contact:
Janet Hohmann
415-975-2236
jhohmann@vocecomm.com

Imperva to Acquire Incapsula and Skyfence; Introduces SecureSphere WAF for Amazon Web Services

*Combination creates industry-leading cloud security and compliance offerings while filling dangerous security gaps*

**REDWOOD SHORES, Calif., February 6, 2014** – Imperva, Inc. (NYSE: IMPV), pioneering the third pillar of enterprise security with a new layer of protection designed specifically for physical and virtual data centers, today announced the company has agreed to acquire cloud security gateway startup Skyfence and has an agreement in principle to acquire the remaining shares of cloud-based web application security company Incapsula. Imperva also announced today the release of SecureSphere Web Application Firewall (WAF) for Amazon Web Services (AWS). The combination of these extends Imperva's comprehensive data center security strategy across the cloud with solutions that are unmatched in the industry.

"Our acquisition strategy for Skyfence and Incapsula are very similar. We seeded Incapsula four years ago because we recognized that cloud delivery would change the web application security landscape," said Shlomo Kramer, CEO of Imperva. "In the case of Skyfence, we believe that Software as a Service (SaaS) delivery models for internally facing corporate applications will substantially change the landscape for data center security and compliance. We are investing in this space early to put us in the best position possible to help new and existing customers."

Gartner predicts global spending on public cloud services will grow from $155B in 2014 to $210B in 2016 [1]. As cloud adoption accelerates, enterprises are prioritizing how to integrate and migrate existing systems, from Enterprise Resource Planning (ERP) to Customer Relationship Management (CRM) systems, to cloud-based platforms. Cloud services often run critical applications and store business-critical data, but the

majority of existing security controls do not cover the range of different cloud deployments because they were designed for on-premise applications.

"For some time now, we've seen our customers take advantage of cloud-based services to reduce costs and increase flexibility. However, moving applications and data off-premise causes new and very significant risk exposure for organizations," said Mark Kraynak, Senior Vice President, Worldwide Marketing, Imperva. "The strategy we are unveiling today comprehensively addresses the dangerous security gaps raised by the move to the cloud."

Imperva's strategy covers security gaps with multiple cloud deployment models. For internally facing corporate applications, the move to the cloud obviates traditional on-premise activity monitoring and security solutions. To fill this gap, Skyfence delivers a cloud gateway that provides a comprehensive security and compliance stack. For externally facing production applications, the cloud is changing deployment in two ways. Some customers prefer a SaaS model for WAF delivery. Incapsula directly meets that need with an application-aware global CDN platform that provides best-of-breed security, DDoS protection, load balancing, and failover solutions. Other customers prefer an Infrastructure as a Service (IaaS) model by which they can leverage the economies of scale of their cloud provider to realize significant cost savings. For these customers, SecureSphere for AWS allows them to move their applications without sacrificing security.

## Imperva Skyfence

The first component of Imperva's strategy is the agreement to acquire Skyfence. Skyfence protects the internal corporate applications, like employee- and back office-oriented applications that are moving to SaaS delivery models. Despite being internal, these applications allow access from the internet, which exposes them to the vulnerabilities intrinsic to public facing applications. This also creates security challenges and regulatory and compliance challenges as it moves responsibility for housing the data to a third party.

Skyfence has developed a solution providing real time visibility and control over corporate use of SaaS applications, which enforces security policy, protects sensitive

data from external and inside threats, and ensures compliance with standards. Skyfence uses proprietary network traffic analysis and Dynamic User Fingerprinting technology to profile normal user behavior and detect anomalies that could indicate cyber-attacks or inside threats. Through a single, central gateway, the solution provides organizations with the power to discover all of the cloud assets that are in use and to uniformly enforce security and compliance policies in addition to controlling user access to sensitive data, privileged user activity and API access to the service.

There are three main customer challenges driving the need for Skyfence:

- Managing Compliance in the Cloud – Skyfence generates an audit trail of all user access ranging from login events to a full activity log and enables enforcement of the necessary separation of duties between the SaaS administrator and IT security. Administrators can generate activity reports for both internal and external compliance audits and exposure reports for forensic analysis.

- Controlling "Shadow IT" – Skyfence will automatically detect cloud applications that are used without corporate approval and provides risk scores and usage metrics.

- Cyber Intrusion Prevention – The weakest link in many cloud applications' security is the abuse of legitimate user accounts. Skyfence identifies and protects against account-centric attacks including account takeovers, man-in-the-middle attacks, DNS poisoning, and brute force attacks.

**Imperva Incapsula**

The second component of this strategy is our agreement in principle to purchase of the remaining stake in Incapsula to deliver security for external facing production applications like online banking, online gaming, and retail applications. Through an application-aware global Cloud Delivery Network (CDN) platform, Incapsula provides websites and web applications with best-of-breed security, DDoS protection, load balancing, and failover solutions, available as standalone services or as an integrated solution.

- Incapsula's enterprise-grade PCI-certified WAF protects customers' websites or applications so that they are secure and available. Based on Imperva's industry-leading technology and experience and using a SaaS approach, Incapsula's security experts protect customers against new and emerging threats.

- Incapsula DDoS applies mitigation outside of a customer's network, meaning that only filtered traffic reaches the host. Incapsula maintains an extensive DDoS threat knowledgebase, which includes new and emerging attack methods. This constantly-updated information is aggregated across the entire network, identifying new threats as they emerge, detecting known malicious users, and applying remedies in real-time across all Incapsula-protected websites.

- Incapsula's CDN is a powerful network of data centers located around the world that delivers full site acceleration. On average, websites using Incapsula's CDN are 50% faster and consume 40%-70% less bandwidth.

- Incapsula's Layer 7 Load Balancing and Failover balances traffic across multiple web servers directly from the cloud. This allows websites and applications to scale beyond the capacity of a single web server without requiring a local load balancing appliance or virtual appliance.

Over four years ago, Imperva anticipated that the WAF market would be ready to take advantage of cloud delivery models, so the Imperva team invested in Incapsula as a majority owned subsidiary. Imperva intends to bring Incapsula fully in house to allow for scale as the demand for Incapsula technology grows.

**Imperva SecureSphere WAF for AWS**

The third component of this strategy is Imperva's new SecureSphere Web Application Firewall version for Amazon Web Services. Similar to Incapsula, this product is primarily for externally facing production applications, but for customers that want to take their on-premise solution to the cloud or that prefer a "do it yourself" model for application security. Enterprise customers are making a strong push to move their customer facing applications to Amazon Web Services so that they can realize significant infrastructure savings by managing load peaks with temporary Amazon capacity. With SecureSphere for AWS, customers can replicate their existing on-premise security controls as they migrate to the cloud.

SecureSphere WAF for AWS was designed to natively take advantage of Amazon Web Services infrastructure. Leveraging Amazon Cloud Formation, WAF instances are

created and moved along with the applications they protect, including across Availability Zones, allowing for fast deployment of large enterprise-scale environments with minimal operational overhead. Instances of SecureSphere are created or removed from the deployment following Amazon's auto-scaling policies. These abstractions can dramatically improve the efficiency of IT and security operations teams.

SecureSphere for AWS has been in limited availability since late 2013 and will be generally available in March 2014.

Imperva expects the acquisitions of Skyfence and Incapsula to close in the first quarter of 2014.

## About Imperva

Imperva, pioneering the third pillar of enterprise security, fills the gaps in endpoint and network security by directly protecting high-value applications and data assets in physical and virtual data centers. With an integrated security platform built specifically for modern threats, Imperva data center security provides the visibility and control needed to neutralize attack, theft, and fraud from inside and outside the organization, mitigate risk, and streamline compliance. Over 3,000 customers in more than 75 countries rely on our SecureSphere® platform to safeguard their business. Imperva is headquartered in Redwood Shores, California. Learn more: www.imperva.com, our blog, on Twitter.

## Forward Looking Statements

This news release contains forward-looking statements, including those regarding our belief that the combination of our SecureSphere for AWS, Skyfence and Incapsula will enable us to offer a comprehensive solution that addresses the dangerous security gaps raised by the move to the cloud; the anticipated benefits to Imperva of the contemplated acquisitions of Skyfence and Incapsula; the expected timing of the completion of the transaction; and the ability to complete the transaction considering the various closing conditions. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. Investors should consider important risk factors, which include: the risk that Imperva will be unable to successfully integrate Skyfence and Incapsula, the risk that Imperva will have difficulty retaining key employees of Skyfence and Incapsula; the risk that our development expenses are greater than we anticipate; and other risks detailed under the caption "Risk Factors" in the company's Quarterly Report on Form 10-Q filed with the SEC on November 12, 2013 and the company's other SEC filings. You can obtain copies of the company's SEC filings on the SEC's website at www.sec.gov.

###

© 2014 Imperva, Inc. All rights reserved. Imperva, the Imperva logo and SecureSphere are trademarks of Imperva, Inc. All other brand, service or product names are trademarks of their respective companies or owners.

1   Ed Anderson, Lai-ling Lam, Chad Eschinger, Susan Cournoyer, Joanne M. Correia, Laurie F. Wurster, Ruggero Contu, Fabrizio Biscotti, Venecia K Liu, Tom Eid, Chris Pang, Hai Hong Swinehart, Morgan Yeates, Gregor Petri, Warren Bell

Gartner Report, "Forecast Overview: Public Cloud Services, Worldwide, 2011-2016, 4Q12" February 8, 2013

Exhibit 99.2

**Imperva Announces Fourth Quarter and Full Year 2013 Financial Results**

*Fourth Quarter Highlights*

• *Total revenue of $42.7 million, up 34% year-over-year*

• *Services revenue growth of 42% was driven by the 123% year-over-year increase in subscription revenue*

• *Combined product and subscription revenue increased 37% year-over-year*

• *The number of deals booked valued over $100,000 increased 43% year-over-year*

• *Total deferred revenue at December 31, 2013 increased 36% year-over-year to $63.1 million*

**Redwood Shores, Calif. – February 6, 2014** – Imperva, Inc. (NYSE: IMPV), pioneering the third pillar of enterprise security with a new layer of protection designed specifically for physical and virtual data centers, today announced financial results for the fourth quarter and full year ended December 31, 2013.

"Our fourth quarter marked a strong finish to the year, highlighted by revenue growth that was above our guidance," stated Shlomo Kramer, President and Chief Executive Officer of Imperva. "Our performance was driven by the combination of continued demand for our integrated solution and strong growth of combined product and subscription revenues. We also had solid growth across all geographic regions and continued to make progress on leveraging the investments made in our global sales and research and development infrastructure. Looking forward, we remain in position to extend our leadership position and gain share as we execute our comprehensive plan for addressing the security challenges for the cloud."

**Fourth Quarter 2013 Financial Highlights**

• **Revenue:** Total revenue for the fourth quarter of 2013 was $42.7 million, an increase of 34% compared to $31.8 million in the fourth quarter of 2012. Within total revenue, product revenue was $24.2 million, an increase of 29% compared to the fourth quarter of 2012. Services revenue increased 42% year-over-year to $18.6 million and accounted for 43% of total revenue, up from 41% in the fourth quarter of 2012. Within services revenue, overall subscription revenue grew 123% to $3.8 million, compared to the fourth quarter of 2012. Combined product and subscriptions revenue, a leading indicator of the strength of our business, grew 37% to $27.9 million, compared to the fourth quarter of 2012.

• **Operating Profit (Loss):** Operating loss as reported in accordance with U.S. generally accepted accounting principles (GAAP) was $(10.0) million for the fourth quarter compared to a loss of $(0.8) million during the fourth quarter in 2012. GAAP results included  stock-based compensation and acquisition-related expenses of $13.0 million for the fourth quarter of 2013 and $2.4 million for the fourth quarter of 2012. Non-GAAP operating profit for the fourth quarter was $3.0 million, compared to $1.5 million during the same period in 2012, excluding the above mentioned charges.

• **Net Profit (Loss)**: GAAP net loss attributable to Imperva stockholders for the fourth quarter was $(9.4) million, or $(0.38) per share based on 24.7 million weighted average

diluted shares outstanding. This compares to GAAP net loss attributable to Imperva stockholders of $(0.7) million, or $(0.03) per share based on 23.6 million weighted average shares outstanding in the prior-year period.

Non-GAAP net income attributable to Imperva stockholders for the fourth quarter of 2013 was $3.0 million, or $0.12 per share based on 25.9 million weighted average diluted shares outstanding, excluding the above mentioned charges. This compares to non-GAAP net income attributable to Imperva stockholders of $1.6 million, or $0.06 per share based on 25.4 million weighted average diluted shares outstanding in the prior-year period.

Both GAAP and non-GAAP profit and loss per share attributable to Imperva stockholders for the fourth quarter ended December 31, 2013 adjust for the loss attributable to Imperva's non-controlling interest in Incapsula.

- **Balance Sheet**: As of December 31, 2013, Imperva had cash, cash equivalents and investments of $115.1 million. Total deferred revenue of $63.1 million increased 36% compared to $46.3 million as of December 31, 2012.

## Full Year 2013 Financial Highlights

- **Revenue:** Total revenue for 2013 was $137.8 million, an increase of 32% compared to $104.2 million for 2012. Within total revenue, product revenue was $72.2 million, an increase of 21% year-over-year. Services revenue increased 47% year-over-year to $65.6 million and accounted for 48% of total revenue, up from 43% for 2012. Within services revenue, overall subscriptions revenue grew 143% to $11.4 million, compared to 2012. Combined product and subscriptions revenue, a leading indicator of the strength of our business, grew 30% to $83.5 million, compared to 2012.

- **Operating Profit (Loss):** Operating loss as reported in accordance with U.S. generally accepted accounting principles (GAAP) was $(25.4) million for 2013 compared to a loss of $(7.1) million during 2012. GAAP results included stock-based compensation and acquisition-related expenses of $22.8 million for 2013 and $6.0 million for 2012. Non-GAAP operating loss for 2013 was $(2.6) million, compared to a loss of $(1.1) million during 2012, excluding the above mentioned charges.

- **Net Profit (Loss)**: GAAP net loss attributable to Imperva stockholders for 2013 was $(25.2) million, or $(1.04) per share based on 24.3 million weighted average diluted shares outstanding. This compares to GAAP net loss attributable to Imperva stockholders of $(7.4) million, or $(0.32) per share based on 22.9 million weighted average shares outstanding in the prior-year period.

Non-GAAP net loss attributable to Imperva stockholders for 2013 was $(2.9) million, or $(0.12) per share based on 24.3 million weighted average shares outstanding, excluding the above mentioned charges. This compares to non-GAAP net loss attributable to Imperva stockholders of $(1.4) million, or $(0.06) per share based on 22.9 million weighted average shares outstanding in the prior-year period.

Both GAAP and non-GAAP loss per share attributable to Imperva stockholders for the full year ended December 31, 2013 adjust for the loss attributable to Imperva's

non-controlling interest in Incapsula. A reconciliation of GAAP to non-GAAP financial measures has been provided in the financial statement tables included in this press release. An explanation of these measures is also included below under the heading "Non-GAAP Financial Measures."

**Fourth Quarter and Full Year 2013 Operating Highlights**

- During the fourth quarter of 2013, Imperva added 237 new customers compared to 199 during the fourth quarter of last year. For the full year 2013, the company added 718 new customers, an increase of 30% year-over-year. Imperva now has over 3,000 customers in more than 75 countries around the world.

- During the fourth quarter of 2013, Imperva booked 136 deals with a value over $100,000, up 43% compared to the fourth quarter of last year. For the full year 2013, the company booked 373 deals with a value over $100,000, an increase of 34% year-over-year.

**Business Outlook**

The following forward-looking statements reflect expectations as of February 6, 2014. Results may be materially different and could be affected by the factors detailed in this press release and in recent Imperva SEC filings.

First Quarter Expectations – Ending March 31, 2014

Imperva expects total revenue for the first quarter of 2014 to be in the range of $36.0 million to $37.0 million, representing growth in the range of 26% to 29% compared to the same period in 2013. The company expects in the first quarter of 2014 non-GAAP gross margins of approximately 79%. Further, Imperva expects in the first quarter of 2014 non-GAAP operating loss to be in the range of $(8.0) million to $(9.0) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(8.5) million to $(9.5) million, or a loss of $(0.33) to $(0.37) per share based on approximately 25.5 million weighted average shares, which excludes stock-based compensation, amortization of intangibles and acquisition-related expenses. The expected operating loss reflects the inclusion of expenses for the acquisitions of both SkyFence and Tomium announced today, as well as accelerated investment in Imperva's R&D and sales and marketing organizations.

Full Year Expectations – Ending December 31, 2014

Imperva expects total revenue for 2014 to be in the range of $175.0 million to $180.0 million, or up 27% to 31% compared to 2013. Imperva expects 2014 non-GAAP gross margins of approximately 80%. Further, the company expects 2014 non-GAAP operating loss to be in the range of $(19.5) million to $(21.5) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(21.0) million to $(23.0) million, or a loss of $(0.78) to $(0.85) per share based on approximately 27.0 million weighted average shares, which excludes stock-based compensation, amortization of intangibles and acquisition-related expenses. Imperva expects capital expenditures for the full year to be in the range of $3.5 million to $4.5 million. Finally, the company expects to generate negative cash flows from operations in 2014. As with the company's expectations for the first quarter, the expected annual operating loss reflects the inclusion of expenses for the acquisitions of both SkyFence and Tomium Software announced today, as well as accelerated investment in Imperva's R&D and sales and marketing organizations.

**Quarterly Conference Call**

Imperva will host a conference call today at 2:00 p.m. Pacific Time (5:00 p.m. Eastern Time) to review the company's financial results for the fourth quarter and full year ended December 31, 2013. To access this call, dial 888.481.2882 for the U.S. and Canada or 719.325.2140 for international callers with conference ID #6575221. A live webcast of the conference call will be accessible from the investors page of Imperva's website at www.imperva.com, and a recording will be archived and accessible at www.imperva.com. An audio replay of this conference call will also be available through February 20, 2014, by dialing 877.870.5176 for the U.S. and Canada, or 858.384.5517 for international callers and entering passcode #6575221.

**Non-GAAP Financial Measures**

Imperva reports all financial information required in accordance with U.S. generally accepted accounting principles (GAAP). To supplement the Imperva unaudited condensed consolidated financial statements presented in accordance with GAAP, Imperva uses certain non-GAAP measures of financial performance. The presentation of these non-GAAP financial measures is not intended to be considered in isolation from, as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and may be different from non-GAAP financial measures used by other companies. In addition, these non-GAAP measures have limitations in that they do not reflect all of the amounts associated with the results of Imperva operations as determined in accordance with GAAP. The non-GAAP financial measures used by Imperva include historical non-GAAP net loss and non-GAAP basic and diluted loss per share. These non-GAAP financial measures exclude stock-based compensation and acquisition-related expenses from the Imperva unaudited condensed consolidated statement of operations.

For a description of these items, including the reasons why management adjusts for them, and reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial measures, please see the section of the accompanying tables titled "Use of Non-GAAP Financial Information" as well as the related tables that precede it. Imperva may consider whether other significant non-recurring items that arise in the future should also be excluded in calculating the non-GAAP financial measures it uses.

Imperva believes that these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provide meaningful supplemental information regarding the performance of Imperva by excluding certain items that may not be indicative of the company's core business, operating results or future outlook. Imperva management uses, and believes that investors benefit from referring to, these non-GAAP financial measures in assessing operating results of Imperva, as well as when planning, forecasting and analyzing future periods. These non-GAAP financial measures also facilitate comparisons of the performance of Imperva to prior periods.

**Forward Looking Statements**

This press release contains forward-looking statements, including without limitation those regarding Imperva's "Business Outlook" ("First Quarter Expectations – Ending March 31, 2014" and "Full Year Expectations – Ending December 31, 2014"); Imperva's belief that it has a

comprehensive plan for addressing the security challenges for the cloud and that it will be positioned to extend its leadership position and gain share. These forward-looking statements are subject to material risks and uncertainties that may cause actual results to differ substantially from expectations. Investors should consider important risk factors, which include: the risk that demand for our data center security solutions may not increase and may decrease; the risk that we may not timely introduce new products or versions of our products and that they may not be accepted by the market; the risk that competitors may be perceived by customers to be better positioned to help handle business security threats and protect their businesses from major risk; the risk that the growth of Imperva may be lower than anticipated; and other risks detailed under the caption "Risk Factors" in the company's Form 10-Q filed with the Securities and Exchange Commission, or the SEC, on November 12, 2013 and the company's other SEC filings. You can obtain copies of the company's SEC filings on the SEC's website at www.sec.gov.

The foregoing information represents the company's outlook only as of the date of this press release, and Imperva undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, new developments or otherwise.

### About Imperva

Imperva, pioneering the third pillar of enterprise security, fills the gaps in endpoint and network security by directly protecting high-value applications and data assets in physical and virtual data centers. With an integrated security platform built specifically for modern threats, Imperva data center security provides the visibility and control needed to neutralize attack, theft, and fraud from inside and outside the organization, mitigate risk, and streamline compliance. Over 3,000 customers in more than 75 countries rely on our SecureSphere ® platform to safeguard their business. Imperva is headquartered in Redwood Shores, California. Learn more: www.imperva.com, our blog, on Twitter.

© 2014 Imperva, Inc. All rights reserved. Imperva, the Imperva logo, and SecureSphere are trademarks of Imperva, Inc.

###

**Condensed Consolidated Statements of Operations**

(On a GAAP basis)

(In thousands, except per share amounts)

(Unaudited)

| | For the Three Months Ended | | For the Year Ended | |
|---|---|---|---|---|
| | Dec 31, 2013 | Dec 31, 2012 | Dec 31, 2013 | Dec 31, 2012 |
| Net revenue: | | | | |
|    Products and license | $ 24,150 | $ 18,717 | $ 72,153 | $ 59,490 |
|    Services | 18,583 | 13,102 | 65,606 | 44,745 |
|      Total net revenue | 42,733 | 31,819 | 137,759 | 104,235 |
| Cost of revenue[1]: | | | | |
|    Products and license | 2,540 | 2,338 | 8,756 | 8,530 |
|    Services | 6,031 | 4,036 | 20,940 | 13,374 |
|      Total cost of revenue | 8,571 | 6,374 | 29,696 | 21,904 |
| Gross profit | 34,162 | 25,445 | 108,063 | 82,331 |
| Operating expenses[1, 2]: | | | | |
|    Research and development | 7,827 | 5,483 | 27,556 | 20,555 |
|    Sales and marketing | 25,537 | 16,769 | 81,500 | 53,509 |
|    General and administrative | 10,759 | 4,035 | 24,436 | 15,371 |
|      Total operating expenses | 44,123 | 26,287 | 133,492 | 89,435 |
|      Loss from operations | (9,961) | (842) | (25,429) | (7,104) |
| Other expense, net | (136) | (117) | (125) | (243) |
| Loss before provision for income taxes | (10,097) | (959) | (25,554) | (7,347) |
| Provision for income taxes | 74 | (97) | 777 | 545 |
| Net loss | (10,171) | (862) | (26,331) | (7,892) |
| Add: Loss attributable to noncontrolling interest | 742 | 138 | 1,153 | 505 |
| Net loss attributable to Imperva, Inc. stockholders | $ (9,429) | $ (724) | $ (25,178) | $ (7,387) |
| | | | | |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.38) | $ (0.03) | $ (1.04) | $ (0.32) |
| | | | | |
| Shares used in computing net loss per share of common stock, basic and diluted | 24,722 | 23,605 | 24,300 | 22,916 |
| | | | | |
| (1) Stock-based compensation expense as included in above: | | | | |
| Cost of revenue | $ 718 | $ 167 | $ 1,440 | $ 469 |
| Research and development | 1,527 | 468 | 3,660 | 1,227 |
| Sales and marketing | 3,941 | 1,178 | 8,537 | 2,543 |
| General and administrative | 6,450 | 559 | 8,857 | 1,729 |
|    Total stock-based compensation expense | $ 12,636 | $ 2,372 | $ 22,494 | $ 5,968 |
| | | | | |
| (2) Acquisition-related expense as included in above: | | | | |
| General and administrative | 349 | — | 349 | — |
|    Total acquisition-related expense | $ 349 | $ — | $ 349 | $ — |

## IMPERVA, INC. AND SUBSIDIARIES

### Condensed Consolidated Balance Sheets

(In thousands)

(Unaudited)

| | As of Dec 31, 2013 | As of Dec 31, 2012 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 76,704 | $ 59,201 |
| Short-term investments | 38,381 | 43,126 |
| Restricted cash, current | 34 | 591 |
| Accounts receivable, net | 44,446 | 35,576 |
| Inventory | 512 | 328 |
| Deferred tax assets | 341 | 597 |
| Prepaid expenses and other current assets | 3,972 | 4,356 |
| Total current assets | **164,390** | **143,775** |
| Property and equipment, net | 5,475 | 5,515 |
| Severance pay fund | 4,140 | 3,150 |
| Restricted cash | 1,252 | 753 |
| Deferred tax assets | 42 | — |
| Other assets | 1,192 | 764 |
| **Total assets** | **$ 176,491** | **$ 153,957** |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,948 | $ 3,789 |
| Accrued compensation and benefits | 12,930 | 9,258 |
| Accrued and other current liabilities | 3,961 | 4,323 |
| Deferred revenue | 40,337 | 33,609 |
| Total current liabilities | **61,176** | **50,979** |
| Other liabilities | 1,993 | 2,638 |
| Deferred revenue | 22,715 | 12,682 |
| Accrued severance pay | 4,385 | 3,427 |
| **Total liabilities** | **90,269** | **69,726** |
| **Stockholders' equity:** | | |
| Common stock | 2 | 2 |
| Additional paid-in capital | 187,957 | 157,989 |
| Accumulated deficit | (98,695) | (73,517) |
| Accumulated other comprehensive income (loss) | (428) | 861 |
| **Total Imperva, Inc. stockholders' equity** | **88,836** | **85,335** |
| Noncontrolling interest | (2,614) | (1,104) |
| **Total stockholders' equity** | **86,222** | **84,231** |
| **Total liabilities and stockholders' equity** | **$ 176,491** | **$ 153,957** |

**Condensed Consolidated Statements of Cash Flows**

(In thousands)

(Unaudited)

| | For the Year Ended | |
|---|---|---|
| | Dec 31, 2013 | Dec 31, 2012 |
| **Cash flows from operating activities:** | | |
| Net loss | $(26,331) | $ (7,892) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Depreciation and amortization | 2,642 | 1,841 |
| Stock-based compensation | 22,494 | 5,968 |
| Amortization of premiums/accretion of discounts on short-term investments | 639 | 496 |
| Excess tax benefits from share-based compensation | — | (19) |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (8,870) | (9,840) |
| Inventory | (184) | 114 |
| Prepaid expenses and other assets | (1,161) | (2,174) |
| Accounts payable | 159 | 255 |
| Accrued compensation and benefits | 3,672 | 1,767 |
| Accrued and other liabilities | (206) | 703 |
| Severance pay, net | (32) | 169 |
| Deferred revenue | 16,761 | 13,366 |
| Deferred tax assets | 214 | (286) |
| Other | — | (1) |
| Net cash provided by operating activities | 9,797 | 4,467 |
| **Cash flows from investing activities:** | | |
| Purchase of short-term investments | (38,021) | (58,158) |
| Proceeds from sales/maturities of short-term investments | 42,162 | 16,305 |
| Net purchases of property and equipment | (2,602) | (3,330) |
| Change in other assets | — | (400) |
| Change in restricted cash | 58 | 9 |
| Net cash provided by (used in) investing activities | 1,597 | (45,574) |
| **Cash flows from financing activities:** | | |
| Proceeds from issuance of common stock, net of repurchases | 6,316 | 4,211 |
| Excess tax benefits from share-based compensation | — | 19 |
| Net cash provided by financing activities | 6,316 | 4,230 |
| Effect of exchange rate changes on cash | (207) | 53 |
| **Net increase (decrease) in cash and cash equivalents** | **17,503** | **(36,824)** |
| **Cash and cash equivalents at beginning of period** | **$ 59,201** | **$ 96,025** |
| **Cash and cash equivalents at end of period** | **$ 76,704** | **$ 59,201** |

# IMPERVA, INC. AND SUBSIDIARIES

(Reconciliation of GAAP to Non-GAAP Measures)

(In thousands, except per share amounts)

(Unaudited)

| | For the Three Months Ended | | For the Year Ended | |
| --- | --- | --- | --- | --- |
| | Dec 31, 2013 | Dec 31, 2012 | Dec 31, 2013 | Dec 31, 2012 |
| GAAP operating loss | $ (9,961) | $ (842) | $(25,429) | $ (7,104) |
| Plus: | | | | |
| Stock-based compensation expense | 12,636 | 2,372 | 22,494 | 5,968 |
| Acquisition-related expense | 349 | — | 349 | — |
| Non-GAAP operating income/(loss) | $ 3,024 | $ 1,530 | $ (2,586) | $ (1,136) |
| | | | | |
| GAAP net loss attributable to Imperva, Inc. stockholders | $ (9,429) | $ (724) | $(25,178) | $ (7,387) |
| Plus: | | | | |
| Stock-based compensation expense | 12,088 | 2,372 | 21,946 | 5,968 |
| Acquisition-related expense | 349 | — | 349 | — |
| Non-GAAP net income/(loss) | $ 3,008 | $ 1,648 | $ (2,883) | $ (1,419) |
| | | | | |
| Weighted average basic shares outstanding | 24,722 | 23,605 | 24,300 | 22,916 |
| Weighted average diluted shares outstanding | 25,931 | 25,363 | 24,300 | 22,916 |
| Non-GAAP net income (loss), basic | $ 0.12 | $ 0.07 | $ (0.12) | $ (0.06) |
| Non-GAAP net income (loss), diluted | $ 0.12 | $ 0.06 | $ (0.12) | $ (0.06) |

**Use of Non-GAAP Financial Information**

In addition to the reasons stated above, which are generally applicable to each of the items Imperva excludes from its non-GAAP financial measures, Imperva believes it is appropriate to exclude or give effect to certain items for the following reasons:

*Stock-Based Compensation:* When evaluating the performance of its consolidated results, Imperva does not consider stock-based compensation charges. Likewise, the Imperva management team excludes stock-based compensation expense from its operating plans. In contrast, the Imperva management team is held accountable for cash-based compensation and such amounts are included in its operating plans. Further, when considering the impact of equity award grants, Imperva places a greater emphasis on overall stockholder dilution rather than the accounting charges associated with such grants.

*Acquisition-related charges:* GAAP requires expenses to be recognized for various types of events associated with a business acquisition, such as legal, accounting, advisory and other deal related expenses. These expenses vary significantly and are unique to each transaction. Additionally, Imperva does not acquire businesses on a predictable cycle. Imperva recorded these acquisition and other transaction costs as operating expenses when they are incurred. Imperva believes that these acquisition and other transaction costs affect comparability from period to period and that investors benefit from a supplemental non-GAAP financial measure that excludes these expenses.

Imperva excludes stock based compensation and acquisition-related charges from its non-GAAP financial measures primarily because they are expenses that it does not consider part of ongoing operating results when assessing the performance of its business, and the exclusion of these expenses facilitates the comparison of results and business outlook for future periods with results for prior periods in order to better understand the long term performance of its business.

**Investor Relations Contact Information**

Seth Potter
646.277.1230
IR@imperva.com
Seth.Potter@icrinc.com

# Exhibit H

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# Form 10-K

---

**(Mark One)**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended December 31, 2013**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-35338**

---

# Imperva, Inc.
**(Exact name of registrant as specified in its charter)**

---

| **Delaware** | **03-0460133** |
|:---:|:---:|
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification No.)** |

**3400 Bridge Parkway, Suite 200**
**Redwood Shores, California 94065**
**(Address of Principal Executive Offices, including Zip Code)**

**(650) 345-9000**
**(Registrant's Telephone Number, including Area Code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|:---:|:---:|
| **Common Stock, par value $0.0001 per share** | **New York Stock Exchange** |

**Securities registered pursuant to Section 12(g) of the Act:**

**None**
**(Title of Class)**

---

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| | | | |
|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ (Do not check if a smaller reporting company) | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

The aggregate market value of voting and non-voting common equity held by non-affiliates of the registrant as of June 28, 2013 (the last business day of the registrant's most recently completed second fiscal quarter), based upon the closing price of the common stock reported by the New York Stock Exchange on such date, was approximately $922.9 million. Shares of common stock held by each executive officer and director of the registrant and by each person who owns 10% or more of the registrant's outstanding common stock have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

The number of outstanding shares of the registrant's common stock as of February 15, 2014 was 26,089,704.



## 2013 ANNUAL REPORT ON FORM 10-K

## TABLE OF CONTENTS

| | | Page |
|---|---|---|
| **PART I** | | |
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 12 |
| Item 1B. | Unresolved Staff Comments | 27 |
| Item 2. | Properties | 27 |
| Item 3. | Legal Proceedings | 28 |
| Item 4. | Mine Safety Disclosures | 28 |
| **PART II** | | |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 29 |
| Item 6. | Selected Financial Data | 32 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 33 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 53 |
| Item 8. | Financial Statements and Supplementary Data | 54 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 92 |
| Item 9A. | Controls and Procedures | 92 |
| Item 9B. | Other Information | 92 |
| **PART III** | | |
| Item 10. | Directors, Executive Officers and Corporate Governance | |
| Item 11. | Executive Compensation | 97 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 120 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 123 |
| Item 14. | Principal Accountant Fees and Services | 128 |
| **PART IV** | | |
| Item 15. | Exhibits and Financial Statement Schedules | 130 |
| Signatures | | 131 |

## Forward Looking Statements

The information in this Annual Report on Form 10-K contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, or the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended, or the Exchange Act. Such statements are based upon current expectations that involve risks and uncertainties. Any statements contained herein that are not statements of historical facts may be deemed to be forward-looking statements. For example, words such as "may," "will," "should," "estimates," "predicts," "potential," "continue," "strategy," "believes," "anticipates," "plans," "expects," "intends" and similar expressions are intended to identify forward-looking statements. Our actual results and the timing of certain events may differ significantly from the results discussed in the forward-looking statements. Factors that might cause or contribute to such differences include, but are not limited to, those discussed elsewhere in this Annual Report on Form 10-K in the section titled "Risk Factors" and the risks discussed in our other filings with the Securities and Exchange Commission, or the SEC. We undertake no obligation to publicly release any revisions to the forward-looking statements after the date of this Annual Report on Form 10-K.

## Item 1A. *Risk Factors*

### Risks Related to Our Business

*We have a history of losses, we may not become profitable and our revenue growth may not continue.*

We have incurred net losses in each fiscal year since our inception, including net losses attributable to our stockholders of $10.3 million in 2011, $7.4 million in 2012 and $25.2 million in 2013. As a result, we had an accumulated deficit of $98.7 million at December 31, 2013. We may not become profitable in the future if we fail to increase revenue and manage our expenses, or if we incur unanticipated liabilities. Revenue growth may slow or revenue may decline for a number of possible reasons, including slowing demand for our products or services, increasing competition, a decrease in the growth of, or decline in, our overall market, or our failure to capitalize on growth opportunities or introduce new products and services. In addition, we have incurred, and anticipate that we will continue to incur, significant legal, accounting and other expenses relating to being a public company. If our revenues do not increase at a rate to proportionally offset these expected increases in operating expenses, our operating margins will suffer. Further, in future periods, our revenues could decline and, accordingly, we may not be able to achieve profitability and our losses may increase. Even if we do achieve profitability, we may not be able to sustain or increase profitability on a consistent basis. Any failure by us to achieve, maintain or increase profitability and continue our revenue growth could cause the price of our common stock to materially decline.

*Our quarterly operating results are likely to vary significantly and to be unpredictable, which could cause the trading price of our stock to decline.*

Our revenues and operating results could vary significantly from period to period as a result of a variety of factors, many of which are outside of our control. As a result, comparing our revenues and operating results on a period-to-period basis may not be meaningful, and you should not rely on our past results as an indication of our future performance. We may not be able to accurately predict our future revenues or results of operations. We base our current and future expense levels on our operating plans and sales forecasts, and our operating costs are relatively fixed in the short-term. As a result, we may not be able to reduce our costs sufficiently to compensate for an unexpected shortfall in revenues, and even a small shortfall in revenues could disproportionately and adversely affect financial results for that quarter. In addition, we recognize revenues from sales to some customers or resellers when cash is received, which may be delayed because of issues with those customers or resellers. If our revenues or operating results fall below the expectations of investors or any securities analysts that cover our stock, the price of our common stock could decline substantially.

In addition to other risk factors listed in this section, factors that may individually or cumulatively affect our operating results from period to period include:

- the level of demand for our products and services, and the timing of orders from our channel partners and end-user customers, whom we refer to in this Annual Report on Form 10-K as our customers;

- the timing of sales and shipments of products during a quarter, which may depend on many factors such as inventory and logistics and our ability to ship new products on schedule and accurately forecast inventory requirements;

- the mix of products sold, the mix of revenue between products and services and the degree to which products and services are bundled and sold together for a package price;

- the budgeting, procurement and work cycles of our customers, which may result in seasonal variation as our business and the market for solutions such as ours mature;

- changes in customer renewal rates for our services;

- general economic conditions, both domestically and in our foreign markets, and economic conditions specifically affecting industries in which our customers participate;

- the timing of satisfying revenue recognition criteria for our sales, particularly where we accrue the associated commission expense in a different period, which may be affected by the mix of sales by our channel partners, the extent to which we bring on new resellers and distributors and establishing vendor-specific objective evidence of fair value, or VSOE, for new products and maintaining VSOE for maintenance and services;

- future accounting pronouncements or changes in our accounting policies; and

- increases or decreases in our expenses caused by fluctuations in foreign currency exchange rates, since a significant portion of our expenses are incurred and paid in the Israeli shekel and other currencies besides the U.S. dollar.

*Reliance on a concentration of shipments at the end of the quarter could cause our revenue to fall below expected levels, resulting in a decline in our stock price.*

Historically, we have received a significant majority of a quarter's sales orders and generated a significant majority of a quarter's revenue during the last two weeks of the quarter. The fact that so many orders arrive at the end of a quarter means that our revenue may move from one quarter to the next if we cannot fulfill all of the orders and satisfy all of the revenue recognition criteria under our accounting policies before the quarter ends.

This pattern is a result of customer buying habits and the efforts of our sales force and channel partners to meet or exceed quarterly quotas. If expected revenue at the end of any quarter is delayed because anticipated purchase orders fail to materialize, our logistics partners fail to ship products on time, we fail to manage our inventory properly, we fail to release new products on schedule, or for any other reason, then our revenue for that quarter could fall below our expectations or those of securities analysts and investors, resulting in a decline in our stock price.

***We rely on third party channel partners to generate a significant portion, and to fulfill a substantial majority, of our revenue, and if we fail to expand and manage our distribution channels, our revenues could decline and our growth prospects could suffer.***

Historically our channel partners have originated more than 40%, and fulfilled approximately 85%, of our sales, and we expect that channel sales will represent a substantial portion of our revenues for the foreseeable future. Our ability to expand our distribution channels depends in part on our ability to educate our channel partners about our products and services, which are complex. Our agreements with our channel partners are generally non-exclusive and many of our channel partners have more established relationships with our competitors. If our channel partners choose to place greater emphasis on products and services of their own or those offered by our competitors, our ability to grow our business and sell our products may be adversely affected. If our channel partners do not effectively market and sell our products and services, or if they fail to meet the needs of our customers, then our ability to grow our business and sell our products may be adversely affected. The loss of one or more of our larger channel partners, who may cease marketing our products with limited or no notice, and our possible inability to replace them could adversely affect our sales. Our failure to recruit additional channel partners, or any reduction or delay in their sales of our products and services or conflicts between channel sales and our direct sales and marketing activities could materially and adversely affect our results of operations.

***We face intense competition, especially from larger, better-known companies and we may lack sufficient financial or other resources to maintain or improve our competitive position.***

The market for data center security products is intensely competitive and we expect competition to intensify in the future. Our competitors include companies such as Akamai Technologies, Inc., Citrix Systems, Inc., F5 Networks, Inc., International Business Machines Corporation ("IBM"), McAfee, Inc., Oracle Corporation, Symantec Corporation and other point solution security vendors.

Many of our existing and potential competitors may have substantial competitive advantages such as:

- greater name recognition and longer operating histories;

- larger sales and marketing budgets and resources and the capacity to leverage their sales efforts and marketing expenditures across a broader portfolio of products;

- broader distribution networks and more established relationships with distributors;

- wider geographic presence;

- access to larger customer bases;

- greater customer support resources;

- greater resources to make acquisitions;

- greater resources to develop and introduce products that compete with our products;

- lower labor and development costs; and

- substantially greater financial, technical and other resources.

As a result, they may be able to adapt more quickly and effectively to new or emerging technologies and changing opportunities, standards or customer requirements. In addition, these companies could reduce the price of their competing products, resulting in intensified pricing pressures within our market. Further, some of our larger competitors have substantially broader product offerings and leverage their relationships based on other products or incorporate functionality into existing products in a manner that discourages customers from purchasing our products. Our competitors may offer a bundled product offering, and our customers may elect to accept this offering from our competitors, even if it has more limited functionality than our product offering, instead of adding the additional appliances required to implement our offering. The consolidation in our industry, such as IBM's acquisition of Guardium, Inc., Oracle's acquisition of Secerno, Ltd. and McAfee's acquisition of Sentrigo, Inc., increases the likelihood of competition based on integration or bundling, particularly where their products and offerings are effectively integrated, and we believe that consolidation in our industry may increase the competitive pressures we face on all our products. If we are unable to sufficiently differentiate our products from the integrated or bundled products of our competitors, such as by offering enhanced functionality, performance or value, we may see a decrease in demand for those products, which would adversely affect our business, operating results and financial condition. Further, it is possible that continued industry consolidation may impact customers' perceptions of the viability of smaller or even medium-sized software firms

and consequently customers' willingness to purchase from such firms. Similarly, if customers seek to concentrate their software purchases in the product portfolios of a few large providers, we may be at a competitive disadvantage notwithstanding the superior performance that we believe our products can deliver. Larger competitors are also often in a better position to withstand any significant reduction in capital spending by customers, and will therefore not be as susceptible to economic downturns.

Also, many of our smaller competitors that specialize in providing protection from a single type of business security threat may deliver these specialized business security products to the market more quickly than we can or may introduce innovative new products or enhancements before we do. Conditions in our markets could change rapidly and significantly as a result of technological advancements.

We may not compete successfully against our current or potential competitors. Companies competing with us may introduce products that have greater performance or functionality, are easier to implement or use, or incorporate technological advances that we have not yet developed or implemented. Our current and potential competitors may also establish cooperative relationships among themselves or with third parties that may further enhance their resources. In addition, companies competing with us may price their products more competitively than ours, or have an entirely different pricing or distribution model. Increased competition could result in fewer customer orders, price reductions, reduced operating margins and loss of market share. Further, we may be required to make substantial additional investments in research, development, marketing and sales in order to respond to competition, and we cannot assure you that we will be able to compete successfully in the future.

***We operate in an evolving market that has not yet reached widespread adoption and where new or existing technologies that may be perceived to address the risks in different ways could gain wide adoption and in supplant some or all of our products and services, making analysis of trends or predictions about our business difficult and potentially weakening our sales and our financial results.***

We are in a new, rapidly evolving category in the security industry that focuses on securing our customers' high-value business data. We offer database, file and web application security in an integrated, modular business security solution. Because we depend in part on the market's acceptance of our products and customers may choose to acquire technologies that are not directly comparable to ours, it is difficult to evaluate trends that may affect our business, including how large the business security market will be and what products customers will adopt. For example, organizations that use other security products, such as network firewalls, security information and event management ("SIEM") products or data loss prevention ("DLP") solutions, may believe that these security solutions sufficiently protect access to sensitive data. Therefore, they may continue spending their IT security budgets on these products and may not adopt our business security solutions in addition to such products. If customers do not recognize the benefit our business security solution offers in addition to other security products, then our revenue may not grow quickly or may decline, and our stock price could decline.

The introduction of products and services embodying new technologies could render some or all of our existing products and services obsolete or less attractive to customers. Other business security technologies exist or could be developed in the future, and our business could be materially negatively affected if such technologies are widely adopted. We may not be able to successfully anticipate or adapt to changing technology or customer requirements on a timely basis, or at all. Currently less than 30% of our customers have purchased more than one of our product families. Even if customers purchase our products, they may not make repeat purchases or purchase other elements of our SecureSphere Business Security Suite, which may be exacerbated by the rapid evolution of our market. If we are unable to entice customers to buy products from multiple product families, then our revenue may not grow quickly or may decline, and our stock price could decline. If we fail to keep up with technological changes or to convince our customers and potential customers of the value of our solutions even in light of new technologies, our business, financial condition and results of operations could be materially and adversely affected.

In addition, because of our rapidly evolving market, any predictions about our future revenue may not be as accurate as they would be if we operated in a more established market.

***If we do not successfully anticipate market needs and opportunities or changes in the legal, regulatory and industry standard landscape and make timely enhancements to our products and develop new products that meet those needs, we may not be able to compete effectively and our ability to generate revenues will suffer.***

The business security market is characterized by rapid technological advances, changes in customer requirements, including customer requirements driven by changes to legal, regulatory and self-regulatory compliance mandates, frequent new product introductions and enhancements and evolving industry standards in computer hardware and software technology. Customers and industry analysts expect speedy introduction of software and new functionality to respond to new threats, requirements and risks and we may be unable to meet these expectations. As a result, we must continually change and improve our products in response to changes in operating systems, application software, computer and communications hardware, networking software, data center architectures, programming tools and computer language technology. Moreover, the technology in our products is especially complex because it needs to effectively identify and respond to methods of attack and theft, while minimizing the impact on database, file system and web application performance. In addition, our products must successfully interoperate with products from other vendors.

14

We cannot guarantee that we will be able to anticipate future market needs and opportunities or be able to develop product enhancements or new products to meet such needs or opportunities in a timely manner or at all. Since developing new products or new versions of, or add-ons to, existing products is complex, the timetable for their commercial release is difficult to predict and may vary from our historical experience, which could result in delays in their introduction from anticipated or announced release dates. We may not offer updates as rapidly as new threats affect our customers or our newly developed products or enhancements may have defects, errors or failures. If we do not quickly respond to the rapidly changing and rigorous needs of our customers by developing and introducing on a timely basis new and effective products, upgrades and services that can respond adequately to new security threats, our competitive position, business and growth prospects will be harmed.

Even if we are able to anticipate, develop and commercially introduce enhancements and new products, there can be no assurance that we will be successful in developing sufficient market awareness of them or that such enhancements or new products will achieve widespread market acceptance. For example, while the majority of our current revenues are derived from the sales of our SecureSphere appliances, we are now offering cloud-based business security services through Incapsula and Skyfence. The market for cloud-based business security solutions is relatively new and it is uncertain whether Incapsula's and Skyfence's services will gain market acceptance. In addition, diversifying our product offerings will require significant investment and planning, will bring us more directly into competition with software providers that may be better established or have greater resources than we do, will require additional investment of time and resources in the development and training of our channel and strategic partners and will entail a significant risk of failure.

Further, one factor that drives demand for our products and services is the legal, regulatory and industry standard framework in which our customers operate, and we expect that will continue for the foreseeable future. For example, many of our customers purchase our web application security products to help them comply with the security standards developed and maintained by the Payment Card Industry ("PCI") Security Standards Council (the "PCI Council"), which apply to companies that process or store credit card information. Laws, regulations and industry standards are subject to drastic changes that, particularly in the case of industry standards, may arrive with little or no notice, and these could either help or hurt the demand for our products. If we are unable to adapt our products and services to changing regulatory standards in a timely manner, or if our products fail to expedite our customers' compliance initiatives, our customers may lose confidence in our products and could switch to products offered by our competitors. In addition, if regulations and standards related to business security are changed in a manner that makes them less onerous, our customers may view government and industry regulatory compliance as less critical to their businesses, and our customers may be less willing to purchase our products and services. In either case, our sales and financial results would suffer.

***Real or perceived errors, failures or bugs in our products, particularly those that result in our customers experiencing security breaches, could adversely affect our reputation and business could be harmed.***

Our products and services are very complex and have contained and may contain undetected defects or errors, especially when first introduced or when new versions are released. Defects in our products may impede or block network traffic or cause our products or services to fail to help secure high-value business data. Defects in our products may lead to product returns and require us to implement design changes or software updates.

Any defects or errors in our products, or the perception of such defects or errors, could result in:

- expenditure of significant financial and product development resources in efforts to analyze, correct, eliminate or work around errors or defects;

- loss of existing or potential customers or channel partners;

- delayed or lost revenue;

- delay or failure to attain market acceptance;

- delay in the development or release of new products or services;

- negative publicity, which will harm our reputation;

- warranty claims against us, which could result in an increase in our provision for doubtful accounts;

- an increase in collection cycles for accounts receivable or the expense and risk of litigation; and

- harm to our results of operations.

Data thieves are sophisticated, often affiliated with organized crime and operate large scale and complex automated attacks. In addition, their techniques change frequently and generally are not recognized until launched against a target. If we fail to identify and respond to new and complex methods of attack and to update our products to detect or prevent such threats in time to protect our customers' high-value business data, our business and reputation will suffer.

In addition, many of our end-user customers use our products in applications that are critical to their businesses and may have a greater sensitivity to defects in our products than to defects in other, less critical, software products. An actual or perceived security breach or theft of the sensitive data of one of our customers, regardless of whether the breach is attributable to the failure of our products or services, could adversely affect the market's perception of our security products. Despite our best efforts, there is no guarantee that our products will be free of flaws or vulnerabilities, and even if we discover these weaknesses we may not be able to correct them promptly, if at all. Our customers may also misuse our products, which could result in a breach or theft of business data.

Although we have limitation of liability provisions in our standard terms and conditions of sale, they may not fully or effectively protect us from claims as a result of federal, state or local laws or ordinances or unfavorable judicial decisions in the United States or other countries. The sale and support of our products also entail the risk of product liability claims. We maintain insurance to protect against certain claims associated with the use of our products, but our insurance coverage may not adequately cover all claims asserted against us. In addition, even claims that ultimately are unsuccessful could result in our expenditure of funds in litigation and divert management's time and other resources.

### *False detection of security breaches or false identification of malicious sources could adversely affect our business.*

Our business security products may falsely detect threats that do not actually exist. For example, our ThreatRadar product relies on information on attack sources aggregated from third-party data providers who monitor global malicious activity originating from anonymous proxies, specific IP addresses, botnets and phishing sites. If the information from these data providers is inaccurate, the potential for false positives increases. These false positives, while typical in the industry, may impair the perceived reliability of our products and may therefore adversely impact market acceptance of our products. If our products and services restrict access to important databases, files or applications based on falsely identifying users or traffic as an attack or otherwise unauthorized, this could adversely affect customers' businesses. Any such false identification of users or traffic could result in negative publicity, loss of customers and sales, increased costs to remedy any problem and costly litigation.

### *Our success in acquiring and integrating other businesses, products or technologies could impact our financial position.*

In order to remain competitive, we may seek to acquire additional businesses, products or technologies, any of which could be material to our business, operating results and financial condition. For example, we acquired assets from Tomium Software, LLC in January 2014, acquired Skyfence Networks Ltd. in February 2014 and, in order to more fully integrate their operations with ours, agreed to acquire the remaining portion of Incapsula that we did not already own in February 2014. The environment for acquisitions in the markets in which we operate is very competitive and acquisition candidate purchase prices will likely exceed what we would prefer to pay, but may be required to pay in order to make an acquisition. Furthermore, we may not find suitable acquisition candidates, and acquisitions we complete may not be successfully integrated in our overall business. Achieving the anticipated benefits of future acquisitions will depend in part upon whether we can integrate acquired operations, products and technology in a timely and cost-effective manner.

Acquisitions involve many risks, including the following:

- an acquisition may negatively impact our results of operations because it:
    - may require us to incur charges and substantial debt or liabilities,
    - may cause adverse tax consequences, substantial depreciation or deferred compensation charges,
    - may result in acquired in-process research and development expenses or in the future may require the amortization, write-down or impairment of amounts related to deferred compensation, goodwill and other intangible assets, or
    - may not generate sufficient financial return to offset acquisition costs;
- we may encounter difficulties or unforeseen expenditures in integrating the business, technologies, products, personnel or operations of any company that we acquire, particularly if key personnel of the acquired company decide not to work for us;
- an acquisition and integration process is complex, expensive and time consuming, and may disrupt our ongoing business, divert resources, increase our expenses and distract our management;
- an acquisition may result in a delay or reduction of customer purchases for both us and the company acquired due to customer uncertainty about continuity and effectiveness of service from either company;
- we may encounter difficulties in, or may be unable to, successfully sell any acquired products; and
- we may obtain unanticipated or unknown liabilities or become exposed to unanticipated risks in connection with any acquisition;
- an acquisition may involve the entry into geographic or business markets in which we have little or no prior experience.

If we are unable to effectively execute acquisitions, our business, financial condition and results of operations could be adversely affected.

### *Delays or interruptions in the manufacturing and delivery of SecureSphere appliances by our sole source manufacturer may harm our business.*

Our hardware appliances are built by a single manufacturer. Our reliance on a sole manufacturer, particularly a foreign manufacturer, involves several risks, including a potential inability to obtain an adequate supply of appliances and limited control over pricing, quality and timely delivery of products. In addition, replacing this manufacturer may be difficult and could result in an inability or delay in obtaining products. As a result, we may be unable to fulfill customer orders and our operating results may fluctuate from period to period, particularly if a disruption occurs near the end of a fiscal period.

Our manufacturer's ability to timely manufacture and ship our appliances in large quantities depends on a variety of factors. The manufacturer relies on a limited number of sources for the supply of functional components, such as semiconductors, printed circuit boards and hard disk drives. Functional component supply shortages or delays could prevent or delay the manufacture and shipment of appliances and, in the event of shortages or delays, we may

not be able to procure alternative functional components on similar pricing terms, if at all. In addition, contractual restrictions or claims for infringement of intellectual property rights may restrict our manufacturer's use of certain components. These restrictions or claims may require our manufacturer to utilize alternative components or obtain additional licenses or technologies, and may impede its ability to manufacture and deliver appliances on a timely or cost-effective basis. If at some point, the manufacturer is no longer financially viable, we may lose our source of supply with little or no notice or recourse. Further, even if quality products are timely manufactured, delays in shipping may occur, resulting in delayed satisfaction of a primary revenue recognition criterion.

In the event of an interruption from this manufacturer, we may not be able to develop alternate or secondary sources in a timely manner. If we are unable to buy our appliances in quantities sufficient to meet our requirements, we will not be able to deliver products to our channel partners and customers, which would seriously affect present and future sales.

### *A failure to manage excess inventories or inventory shortages could result in decreased revenue and gross margins and harm our business.*

We purchase products from our manufacturing partner outside of and in advance of reseller or customer orders and hold products in inventory. If we fail to accurately predict demand and as a result our manufacturer maintains insufficient hardware inventory or excess inventory, we may be unable to timely deliver ordered products or may have substantial inventory expense. Because our channel partners do not purchase our products in advance of customer orders, we may face additional difficulty in accurately forecasting demand for our hardware products. There is a risk we may forecast incorrectly and may be unable to sell excess products ordered from our manufacturing partner. Inventory levels in excess of customer demand may result in inventory write-downs, and the sale of excess inventory at discounted prices could significantly impair our brand image and have an adverse effect on our financial condition and results of operations.

Conversely, if we underestimate demand for our products or if our manufacturing partner fails to supply products we require at the time we need them, we may experience inventory shortages. Inventory shortages might delay shipments to resellers, distributors and customers or cause us to lose sales. Further, as the size of individual orders increases, the risk that we may be unable to deliver unforecasted orders also increases, particularly near the end of quarterly periods. These shortages may diminish the loyalty of our channel partners or customers.

The difficulty in forecasting demand also makes it difficult to estimate our future financial condition and results of operations from period to period. A failure to accurately predict the level of demand for our products could adversely affect our net revenues and net income, and we are unlikely to forecast such effects with any certainty in advance.

***We have operations outside of the United States and a significant portion of our customers and suppliers are located outside of the United States, which subjects us to a number of risks associated with conducting international operations.***

We market and sell our products throughout the world and have personnel in many parts of the world. In addition, we have sales offices and research and development facilities outside the United States and we conduct, and expect to continue to conduct, a significant amount of our business with companies that are located outside the United States, particularly in Israel, Asia and Europe. We also source our components for our products from various geographical regions and ship components from a foreign production facility. Therefore, we are subject to risks associated with having international sales and worldwide operations, including:

- challenges caused by distance, language, cultural differences and the competitive environment;

- multiple and conflicting laws and regulations, including complications due to unexpected changes in these laws and regulations;

- trade and foreign exchange restrictions;

- foreign currency exchange fluctuations and foreign exchange controls;

- economic, social or political instability in foreign markets;

- greater difficulty in enforcing contracts, accounts receivable collection and longer collection periods;

- changes in regulatory requirements;

- difficulties and costs of staffing and managing foreign operations or relationships with channel partners;

- the uncertainty and limitation of protection for intellectual property rights in some countries;

- costs of complying with U.S. and foreign laws and regulations, including import and export control laws, tariffs, trade barriers, economic sanctions and other regulatory or contractual limitations on our ability to sell our products in certain foreign markets, and the risks and costs of non-compliance or complaints of non-compliance;

- heightened risks of unfair or corrupt business practices, actual or claimed, in certain geographies and of improper or fraudulent sales arrangements that may impact financial results and result in restatements of, and irregularities in, financial statements;

- the potential that our operations in the U.S. may limit the acceptability of our products to some foreign governments, and vice versa;

- the potential for acts of terrorism, hostilities or war;

- management communication and integration problems resulting from cultural differences and geographic dispersion; and

- multiple and possibly overlapping tax structures.

Our product and service sales may be subject to foreign governmental regulations, which vary substantially from country to country and change from time to time. Failure to comply with these regulations could adversely affect our business. Violations of laws or key control policies by our employees, contractors, channel partners or agents could result in delays in revenue recognition, financial reporting misstatements, fines, penalties or the prohibition of the importation or exportation of our products and services and could have a material adverse effect on our business and results of operations.

***A portion of our revenue is generated by sales to government entities and such sales are subject to a number of challenges and risks.***

Sales to U.S. and foreign federal, state and local governmental agency customers have accounted for approximately 12% of our bookings in the year ended December 31, 2011, 11% of our bookings for the year ended December 31, 2012 and 13% of our bookings for the year ended December 31 2013, and we may in the future increase sales to government entities. Sales into government entities

are subject to a number of risks. Selling to government entities can be highly competitive, expensive and time consuming, often requiring significant upfront time and expense without any assurance that we will complete a sale. Accordingly:

- changes in fiscal or contracting policies or decreases and uncertainties in available government funding, including as a result of the recent sequestration by the U.S. federal government and the recent partial shutdown of the U.S. federal government and any future recurrence of either event;

- changes in government programs or applicable requirements;

- the adoption of new laws or regulations or changes to existing laws or regulations;

- changes in political or social attitudes with respect to security issues; and

- potential delays or changes in the government appropriations process, including actions such as spending freezes implemented to address political or fiscal policy concerns,

could cause governments and governmental agencies to delay or refrain from purchasing the products and services that we offer in the future or otherwise have an adverse effect on our business, financial condition and results of operations.

Most of our sales to government entities have been made indirectly through our channel partners. Government entities may have contractual or other legal rights to terminate contracts with our distributors and resellers for convenience or due to a default, and any such termination may adversely impact our results of operations.

In addition, for purchases by the U.S. federal government, we must comply with laws and regulations relating to U.S. federal government contracting, which affect how we and our channel partners do business in connection with U.S. federal agencies. These laws and regulations may impose added costs on our business, and failure to comply with these or other applicable regulations and requirements, including non-compliance in the past, could lead to claims for damages from our channel partners, penalties, termination of contracts and suspension or debarment from government contracting for a period of time. Any such damages, penalties, disruption or limitation in our ability to do business with the U.S. federal government may adversely impact our results of operations.

***Our business in countries with a history of corruption and transactions with foreign governments increase the risks associated with our international activities.***

As we operate and sell internationally, we are subject to the U.S. Foreign Corrupt Practices Act, or the FCPA, and other laws that prohibit improper payments or offers of payments to foreign governments and their officials and political parties for the purpose of obtaining or retaining business. We have operations, deal with and make sales to governmental customers in countries known to experience corruption, particularly certain emerging countries in Africa, East Asia, Eastern Europe, South America and the Middle East. Our activities in these countries create the risk of unauthorized payments or offers of payments by one of our employees, consultants, sales agents or channel partners that could be in violation of various anti-corruption laws, even though these parties may not be under our control. While we have implemented safeguards to prevent these practices by our employees, consultants, sales agents and channel partners, our existing safeguards and any future improvements may prove to be less than effective, and our employees, consultants, sales agents or channel partners may engage in conduct for which we might be held responsible. Violations of the FCPA may result in severe criminal or civil sanctions, including suspension or debarment from U.S. government contracting, and we may be subject to other liabilities, which could negatively affect our business, operating results and financial condition.

***We rely significantly on revenue from maintenance and support which may decline and, because we recognize revenue from such services over the term of the relevant service period, downturns or upturns in sales are not immediately reflected in full in our operating results.***

Our maintenance and support revenue accounted for 31% of our total revenue for 2011, 32% of our total revenue for 2012 and 32% of our total revenue for year ended December 31, 2013. Sales of new or renewal of such services contracts may decline or fluctuate as a result of a number of factors, including customers' level of satisfaction with our products and services, the prices of our products and services, the prices of products and services offered by our competitors or reductions in our customers' spending levels. If our sales of new or renewal services contracts decline, our revenue or revenue growth may decline and our business will suffer. In addition, we recognize service revenue ratably over the term of the relevant service period, which is typically one to three years but has been as long as five years. As a result, much of the revenue we report each quarter is the recognition of deferred revenue from services contracts entered into during previous quarters. Consequently, a decline in new or renewal services contracts in any one quarter will not be fully reflected in revenue in that quarter, but will negatively affect our revenue in future quarters. Accordingly, the effect of significant downturns in new or renewed sales of our services would not be reflected in full in our results of operations until future periods.

*If we are unable to increase sales to larger customers, our results of operations may suffer.*

We continuously seek to increase sales of our products to large enterprises, managed security service providers and government entities. Sales to large enterprises, service providers and government entities involve risks that may not be present, or are present to a lesser extent, with sales to small to mid-sized entities. These risks include:

- preexisting relationships with larger, entrenched providers of security solutions who have access to key decision makers within the organization and who also have the ability to bundle competing products with a broader product offering;

- increased purchasing power and leverage held by large customers in negotiating contractual arrangements with us;

- more stringent requirements in our support service contracts, including stricter support response times, and increased penalties for any failure to meet support requirements; and

- longer sales cycles and the associated risk that substantial time and resources may be spent on a potential customer who elects not to purchase our products and services.

In addition, product purchases by enterprises, managed security service providers, cloud hosting providers and government entities are frequently subject to budget constraints, multiple approvals, and unplanned administrative, processing and other delays. Large enterprises, managed security service providers, cloud hosting providers and government entities typically have longer implementation cycles; require greater product functionality and scalability and a broader range of services; demand that vendors take on a larger share of risks; sometimes require acceptance provisions that can lead to a delay in revenue recognition; and expect greater payment flexibility from vendors. All these factors can add risk to doing business with these customers. If our sales expectations for a large customer do not materialize in a particular quarter or at all, then our business, financial condition and results of operations could be materially and adversely affected.

*If our existing and potential customers migrate to hosted, cloud-based data centers that do not deploy our products, our revenues could suffer.*

The majority of our current sales are made through a model in which our channel partners sell our business security solutions to large enterprise customers that operate their own data centers and have the ability to choose the business security solutions and configurations to fit their environment. If our large enterprise customers and potential customers choose to outsource the hosting of their data centers to large, multi-tenancy hosting providers like Rackspace Hosting, Inc. and Amazon.com, Inc., they may not be able to choose what business security solutions are deployed in these hosted environments, and our current sales model may not be effective. Although we work with large hosting services providers, like Rackspace Hosting, Inc. and Savvis, Inc., to integrate our business security solutions into their hosting environments so that our solutions may be offered to their hosting customers, we cannot guarantee that all such hosting service providers will adopt our solutions, offer them as a choice to their customers or promote our solutions over those of our competitors. Even if these large hosting services providers integrate our business security solutions into their hosting environments and promote our solutions, they may be able to negotiate larger discounts than individual enterprise customers and, consequently, the average selling price of our products may decrease and our revenue would suffer. Alternatively, they may offer services based on our competitors' products at lower cost or bundled with other services that we do not offer, and their customers may choose those services even if they would otherwise chose our products if making a decision on a stand-alone basis.

*If our customers are not satisfied with our technical support or professional services, they may choose not to purchase our products and services or to renew maintenance contracts, either of which would adversely impact our business and results of operations.*

Our business relies on our customers' satisfaction with the technical support and professional consulting services we provide to support our products. If we fail to provide technical support services that are responsive, satisfy our customers' expectations and resolve issues that they encounter with our products and services, then they may elect not to purchase or renew annual maintenance and support contracts and they may choose not to purchase additional products and services from us. Accordingly, our failure to provide satisfactory technical support or professional services could have a material and adverse effect on our business and results of operations.

*We are exposed to fluctuations in currency exchange rates, which could negatively affect our financial condition and results of operations.*

Our functional and reporting currency is the U.S. dollar and we generate a majority of our revenue in U.S. dollars. However, in 2011, 2012 and 2013, we incurred approximately 37%, 41% and 37%, respectively, of our expenses outside of the United States in foreign currencies, primarily the Israeli shekel, principally with respect to salaries and related personnel expenses associated with our Israeli operations. The exchange rate between the U.S. dollar and foreign currencies has fluctuated substantially in recent years and may continue to fluctuate substantially in the future. We expect that a majority of our revenues will continue to be generated in U.S. dollars for the foreseeable future and that a significant portion of our expenses, including personnel costs, as well as capital and operating expenditures, will continue to be denominated in Israeli shekels. The results of our operations may be adversely affected by foreign exchange fluctuations.

We use forward foreign exchange contracts to hedge or mitigate the effect of changes in foreign exchange rates on our operating expenses denominated in certain foreign currencies. However, this strategy might not eliminate our exposure to foreign exchange rate fluctuations and involves costs and risks of its own, such as cash expenditures, ongoing management time and expertise, external costs to implement the strategy and potential accounting implications. Additionally, our hedging activities may contribute to increased losses as a result of volatility in foreign currency markets.

***Our business and operations have experienced rapid growth, and if we do not appropriately manage any future growth, or are unable to improve our systems and processes, our operating results will be negatively affected.***

We have experienced rapid growth over the last several years. For example, we grew from 315 employees as of December 31, 2010 to 383 employees as of December 31, 2011, to 474 employees as of December 31, 2012 and then to 580 employees as of December 31, 2013. This growth has placed, and will continue to place, a strain on our employees, management systems and other resources. Managing our growth will require significant expenditures and allocation of valuable management resources. We rely heavily on information technology systems to help manage critical functions, such as order processing, revenue recognition, financial forecasts and inventory and supply chain management. To manage any future growth effectively, we must continue to improve our information technology and financial infrastructure, operating and administrative systems and controls, and continue to manage headcount, capital and processes in an efficient manner. We may not be able to successfully implement improvements to these systems and processes in a timely manner.

In addition, we rely heavily on hosted, Software-as-a-Service ("SaaS") technologies from third parties in order to operate critical functions of our business, including ERP services from NetSuite and customer relationship management ("CRM") services from salesforce.com, inc. If these services become unavailable due to extended outages or interruptions or because they are no longer available on commercially reasonable terms or prices, our expenses could increase, our ability to manage our finances could be interrupted and our processes for managing sales of our products and services and supporting our customers could be impaired until equivalent services, if available, are identified, obtained and integrated; all of which could harm our business.

Also, our systems and processes may not prevent or detect all errors, omissions or fraud. Our failure to improve our systems and processes, or their failure to operate in the intended manner, may result in our inability to manage the growth of our business and to accurately forecast our revenue, expenses and earnings, or to prevent certain losses. Our productivity and the quality of our products and services may also be adversely affected if we do not integrate and train our new employees quickly and effectively. Any future growth would add complexity to our organization and require effective coordination across our organization. If we fail to achieve the necessary level of efficiency in our organization as it grows or otherwise fail to manage any future growth effectively, we could incur increased costs, and experience a loss of customer and investor confidence in our internal systems and processes, any of which could result in harm to our business, results of operations and financial condition.

20

***Assertions by third parties of infringement or other violations by us of their intellectual property rights could result in significant costs and substantially harm our business and operating results.***

Patent and other intellectual property disputes are common in the IT security industry. Some companies in the IT security industry, including some of our competitors, own large numbers of patents, copyrights, trademarks and trade secrets, which they may use to assert claims against us. This disparity between our patent portfolio and the patent portfolios of our most significant competitors may increase the risk that they may sue us for patent infringement and may limit our ability to counterclaim for patent infringement or settle through patent cross-licenses. In addition, there are also patent holding companies or other patent owners who are solely or primarily in the business of building portfolios of patents and asserting them against operating companies, often with little merit, and who have no relevant product revenues and against whom potential assertions our patents (and potential patents) may provide little or no deterrence. Third parties have asserted and may in the future assert claims of infringement, misappropriation or other violations of intellectual property rights against us. For example, in May 2010, F5 Networks, Inc., an IT infrastructure company that competes with us in the web application firewall market, filed a lawsuit against us alleging patent infringement. In June 2010, we filed a counterclaim alleging patent infringement by F5 Networks, Inc. In February 2011, we entered into a settlement and license agreement with F5 Networks, Inc., which dismissed the litigation. Third parties may also assert such claims against our customers or channel partners whom we typically indemnify against claims that our products infringe, misappropriate or otherwise violate the intellectual property rights of third parties. As the numbers of products and competitors in our market increase and overlaps occur, claims of infringement, misappropriation and other violations of intellectual property rights may increase. Also, to the extent we hire personnel from competitors, we may be subject to allegations that they have been improperly solicited or have divulged proprietary or other confidential information.

We cannot assure you that we are not infringing or otherwise violating any third-party intellectual property rights. Further, any claim of infringement, misappropriation or other violation of intellectual property rights by a third party, even those without merit, could be asserted against us, cause us to incur substantial costs defending against the claim and could distract our management from our business. An adverse outcome of a dispute may require us to pay substantial damages, including treble damages, if we are found to have willfully infringed a third party's patents or copyrights; cease making, licensing or using solutions that are alleged to infringe or misappropriate the intellectual property of others; expend additional development resources to attempt to redesign our products or services or otherwise to develop non-infringing technology, which may not be successful; enter into potentially unfavorable royalty or license agreements in order to obtain the right to use necessary technologies or intellectual property rights; and indemnify our customers and partners. Royalty or licensing agreements, if required or desirable, may be unavailable on terms acceptable to us, or at all, or may require significant royalty payments and other expenditures. In addition, some licenses may be non-exclusive, and therefore our competitors may have access to the same technology licensed to us. Any of these events could seriously harm our business, financial condition and results of operations.

***We rely on the availability of licenses to third-party software and other intellectual property, the loss of which could increase our costs and delay software shipments.***

Many of our products and services include software or other intellectual property licensed from third parties, and we also use software and other intellectual property licensed from third parties in our business. This exposes us to risks over which we may have little or no control. For example, a licensor may have errors or defects in its products that harm our business, may have difficulties keeping up with technological changes or may stop supporting the software or other intellectual property that it licenses to us. Also, it will be necessary in the future to renew licenses, expand the scope of existing licenses or seek new licenses, relating to various aspects of these products and services, or otherwise relating to our business, which may result in increased license fees. In addition, a direct or indirect licensor may assert that we or our customers are in breach of the terms of a license, which could, among other things, give such licensor the right to terminate a license or seek damages from us, or both. Moreover, the inclusion in our products and services of software or other intellectual property licensed from third parties on a nonexclusive basis could limit our ability to differentiate our products from those of our competitors.

Licensed software may not continue to be available on commercially reasonable terms, or at all. While we believe that there are currently adequate replacements for third-party software, any loss of the right to use any of this software could result in delays in producing or delivering our software until equivalent technology is identified and integrated, which delays could harm our business. Our business would be disrupted if any of the software we license from others or functional equivalents of this software were either no longer available to us or no longer offered to us on commercially reasonable terms. In either case, we would be required to either redesign our products to function with software available from other parties or to develop these components ourselves, which would result in increased costs and could result in delays in our product shipments and the release of new product offerings. Furthermore, we might be forced to limit the features available in our current or future products. If we fail to maintain or renegotiate any of these software licenses, we could face significant delays and diversion of resources in attempting to license and integrate a functional equivalent of the software. Any of these events could have a material adverse effect on our business, financial condition and results of operations.

### *Some of our products contain "open source" software, and any failure to comply with the terms of one or more of these open source licenses could negatively affect our business.*

Certain of our products are distributed with software licensed under "open source" licenses. Some of these licenses contain requirements that we make available source code for modifications or derivative works we create based upon the open source software, and that we license these modifications or derivative works under the terms of a particular open source license or subject to certain license requirements. If we combine our proprietary software with open source software in a certain manner, we could, under certain provisions of the open source licenses, be required to release the source code of our proprietary software. In addition to risks related to license requirements, usage of open source software can subject us to greater risks than use of third-party commercial software, as licensors of open source software generally do not provide warranties or any indemnification for infringement of third party intellectual property rights. We have established processes to help alleviate these risks, including a review process for screening requests from our development organization for the use of open source software, but we cannot be sure that all open source software is submitted for approval prior to use in our products. In addition, open source license terms may be ambiguous and many of the risks associated with use of open source software cannot be eliminated, and could, if not properly addressed, negatively affect our business. If we were found to have inappropriately used open source software, we might be required to re-engineer our products, to release proprietary source code, to discontinue the sale of our products in the event re-engineering could not be accomplished on a timely basis or to take other remedial action that may divert resources away from our development efforts, any of which could adversely affect our business, operating results and financial condition. Disclosing the source code of our proprietary software could make it easier for malicious third parties to discover vulnerabilities in our business security products and allow our competitors to create similar products with decreased development effort and time. Any of these events could have a material adverse effect on our reputation, business, financial condition and results of operations.

### *Failure to protect our proprietary technology and intellectual property rights could substantially harm our business and operating results.*

Our success depends, in part, on our ability to protect proprietary methods and technologies that we develop under the intellectual property laws of the United States and other countries, so that we can prevent others from using our inventions and proprietary information. We attempt to protect our intellectual property under patent, trademark, copyright and trade secret laws, and through a combination of confidentiality procedures, contractual provisions and other methods, all of which offer only limited protection. If we fail to protect our intellectual property rights adequately, our competitors might gain access to our technology, and our business might be harmed. In addition, defending our intellectual property rights might entail significant expenses. Any of our patents, copyrights, trademarks or other intellectual property rights may be challenged by others or invalidated through administrative process or litigation. We have 11 issued patents and 11 patent applications pending as of February 15, 2014 in the United States. Our issued patents, which are limited in number compared to some of our competitors, may not provide us with any competitive advantages or may be challenged by third parties, and our patent applications may never be granted at all. Additionally, the process of obtaining patent protection is expensive and time-consuming, and we may not be able to prosecute all necessary or desirable patent applications at a reasonable cost or in a timely manner. Further, for strategic and other reasons we may choose not to seek patent protection for certain innovations and may choose not to pursue patent protection in certain jurisdictions. Even if issued, there can be no assurance that our patents will adequately protect our intellectual property, as the legal standards relating to the validity, enforceability and scope of protection of patent and other intellectual property rights are uncertain.

Any patents that are issued may subsequently be invalidated or otherwise limited, enabling other companies to better develop products that compete with ours, which could adversely affect our competitive business position, business prospects and financial condition. In addition, issuance of a patent does not guarantee that we have a right to practice the patented invention. Patent applications in the U.S. are typically not published until 18 months after filing, or in some cases not at all, and publications of discoveries in industry-related literature lag behind actual discoveries. We cannot be certain that we were the first to make the inventions claimed in our issued patents or pending patent applications or otherwise used in our products, that we were the first to file for protection in our patent applications, or that third parties do not have blocking patents that could be used to prevent us from

22

marketing or practicing our patented products or technology. Effective patent, trademark, copyright and trade secret protection may not be available to us in every country in which our products and services are available. The laws of some foreign countries may not be as protective of intellectual property rights as those in the United States, and mechanisms for enforcement of intellectual property rights may be inadequate. Accordingly, despite our efforts, we may be unable to prevent third parties from infringing upon or misappropriating our intellectual property.

We might be required to spend significant resources to monitor and protect our intellectual property rights. We may initiate claims or litigation against third parties for infringement of our proprietary rights or to establish the validity of our proprietary rights. Any litigation, whether or not it is resolved in our favor, could result in significant expense to us and divert the efforts of our technical and management personnel, which may adversely affect our business, operating results and financial condition.

### *We may become subject to claims for remuneration or royalties for assigned service invention rights by our Israeli employees, which could result in litigation and adversely affect our business.*

We have entered into assignment of invention agreements with our Israeli employees pursuant to which such individuals agree to assign to us all rights to any inventions created in the scope of their employment or engagement with us. A significant portion of our intellectual property has been developed by our Israeli employees in the course of their employment for us. Under the Israeli Patents Law, 5727-1967, or the Patents Law, inventions conceived by an employee during the scope of his or her employment with a company are regarded as "service inventions," which belong to the employer, absent a specific agreement between the employee and employer giving the employee service invention rights. The Patents Law also provides that if there is no such agreement between an employer and an employee, the Israeli Compensation and Royalties Committee, or the Committee, a body constituted under the Patents Law, shall determine whether the employee is entitled to remuneration for his or her inventions. Recent decisions by the Committee have created uncertainty in this area, as it held that employees may be entitled to remuneration for their service inventions despite having specifically waived any such rights. Further, the Committee has not yet determined the method for calculating this Committee-enforced remuneration. Although our Israeli employees have agreed to assign to us service invention rights, we may face claims demanding remuneration in consideration for assigned inventions. As a consequence of such claims, we could be required to pay additional remuneration or royalties to our current and/or former Israeli employees, or be forced to litigate such claims, which could negatively affect our business.

### *Confidentiality agreements with partners, employees, consultants and others may not adequately prevent disclosure of trade secrets and other proprietary information.*

In order to protect our proprietary technology, processes and methods, we rely in part on confidentiality agreements and other restrictions with our customers, partners, employees, consultants and others. These agreements may not effectively prevent disclosure of confidential information and may not provide an adequate remedy in the event of unauthorized disclosure of confidential information. Despite our efforts to protect our proprietary technology, processes and methods, unauthorized parties may attempt to misappropriate, reverse engineer or otherwise obtain and use them. We may be unable to determine the extent of any unauthorized use or infringement of our products, technologies or intellectual property rights. In addition, others may independently develop identical or substantially similar technology and in these cases we would not be able to assert any trade secret rights against those parties. Moreover, policing unauthorized use of our technologies, products and intellectual property is difficult, expensive and time-consuming, particularly in foreign countries where the laws may not be as protective of intellectual property rights as those in the United States and where mechanisms for enforcement of intellectual property rights may be weak. Costly and time-consuming litigation could be necessary to enforce and determine the scope of our proprietary rights, and failure to obtain or maintain trade secret protection could adversely affect our competitive business position.

### *Conditions in Israel may limit our ability to develop and sell our products. This could result in a decline in revenues.*

Our principal research and development facilities are located in Israel. Since the establishment of the State of Israel in 1948, a number of armed conflicts have taken place between Israel and its neighboring countries, as well as incidents of civil unrest, and a number of state and non-state actors have publicly committed to its destruction. Political, economic and military conditions in Israel could directly affect our operations. We could be adversely affected by any major hostilities involving Israel, including acts of terrorism or any other hostilities involving or threatening Israel, the interruption or curtailment of trade between Israel and its trading partners, a significant increase in inflation or a significant downturn in the economic or financial condition of Israel. Any on-going or future violence between Israel and the Palestinians, armed conflicts, terrorist activities, tension along the Israeli borders or with other countries in the region, including Iran, or political instability in the region could disrupt international trading activities in Israel and may materially and negatively affect our business and could harm our results of operations.

Certain countries, as well as certain companies and organizations, continue to participate in a boycott of Israeli firms, firms with large Israeli operations and others doing business with Israel and Israeli companies. In addition, such boycott, restrictive laws, policies or practices may change over time in unpredictable ways, and could, individually or in the aggregate, have a material adverse affect on our business in the future.

Some of our employees in Israel, including one of our executive officers, are obligated to perform annual military reserve duty in the Israel Defense Forces, depending on their age and position in the armed forces. Furthermore, they may be called to active reserve duty at any time under emergency circumstances for extended periods of time. For example, in 2013, approximately 57 of our employees in Israel were called for active reserve duty, each serving for an average of approximately two weeks. Our operations could be disrupted by the absence, for a significant period, of one or more of our executive officers or key employees due to military service, and any significant disruption in our operations could harm our business.

### *If we are unable to hire, retain and motivate qualified personnel, our business would suffer.*

We depend on the continued contributions of our senior management and other key employees to execute on our business plan, and to identify and pursue new opportunities and product innovations. The loss of services of senior management or other key employees, particularly Shlomo Kramer, one of our founders and our President and Chief Executive Officer; Amichai Shulman, one of our founders and our Chief Technology Officer; and Terrence J. Schmid, our Chief Financial Officer and Treasurer, could significantly delay or prevent the achievement of our development and strategic objectives.

Our future success depends, in part, on our ability to continue to attract and retain highly skilled technical, managerial, finance and other personnel, particularly in our sales and marketing, research and development and professional service departments. Any of

our employees may terminate their employment at any time. Competition for highly skilled personnel is frequently intense, especially in the San Francisco Bay Area and in Tel Aviv, Israel, the locations in which we have a substantial presence and need for highly-skilled personnel. We may be unable to attract and retain suitably qualified individuals who are capable of meeting our growing technical, operational and managerial requirements, on a timely basis or at all, and we may be required to pay increased compensation in order to do so. If we are unable to attract and retain the qualified personnel we need to succeed, our business will suffer.

Volatility or lack of performance in our stock price may also affect our ability to attract and retain our key employees. Many of our senior management personnel and other key employees have become, or will soon become, vested in a substantial amount of stock or stock options. Employees may be more likely to leave us if the shares they own or the shares underlying their vested options have significantly appreciated in value relative to the original purchase prices of the shares or the exercise prices of the options, or if the exercise prices of the options that they hold are significantly above the market price of our common stock. If we are unable to retain our employees, our business, operating results and financial condition will be harmed.

***Our internal network system and website may be subject to intentional disruption that could adversely impact our reputation and future sales.***

Because we are a leading provider of business security products, "hackers" and others may try to access our data or compromise our systems. Similarly, experienced computer programmers may attempt to penetrate our network security or the security of our website and cause interruptions of our services. Because the techniques used by such computer programmers to access or sabotage networks change frequently and may not be recognized until launched against a target, we may be unable to anticipate these techniques. The theft and/or unauthorized use or publication of our trade secrets and other confidential business information as a result of such an event could adversely affect our competitive position, reputation, brand and future sales of our products, and could impair our ability to operate our business, including our ability to provide subscription or maintenance and support services to our customers. We could suffer monetary and other losses and reputational harm in the event of such incidents.

***Outages, interruptions or delays in hosting services could impair the delivery of our cloud-based security services and harm our business.***

We operate infrastructure that supports our ThreatRadar and Security Operations Center ("SOC") services and use third party hosting facilities for certain ThreatRadar services. Despite precautions taken within our own internal network and at these third party facilities, the occurrence of a natural disaster or an act of terrorism or other unanticipated problems could result in lengthy interruptions in our services.

The cloud-based security services that we provide through our majority-owned subsidiary, Incapsula, are operated from a network of third party facilities that host the software and systems that operate these security services. Any damage to, or failure of, our internal systems or systems at third party hosting facilities could result in outages or interruptions in our cloud-based services. Outages or interruptions in our cloud-based security services may cause our customers and potential customers to believe our cloud-based security services are unreliable, cause us to issue credits or pay penalties, cause customers to terminate their subscriptions and adversely affect our renewal rates and our ability to attract new customers, ultimately harming our business and revenue.

***We are subject to governmental export and import controls that could subject us to liability or impair our ability to compete in international markets.***

Our products incorporate encryption technology and may be exported outside the U.S. only if we obtain an export license or qualify for an export license exception. Compliance with applicable regulatory requirements regarding the export of our products may prevent our customers with international operations from deploying our products throughout their global systems or, in some cases, prevent the export of our products to some countries altogether. Further, various countries regulate the import of encryption technology and appliance-based products and have enacted laws that could limit our ability to distribute products, could create delays in the introduction of our products in those countries or could limit our customers' ability to implement our products in those countries. Any new export or import restrictions, new legislation or shifting approaches in the enforcement or scope of existing regulations, or in the countries, persons or technologies targeted by such regulations, could result in decreased use of our products by existing customers with international operations, declining adoption of our products by new customers with international operations and decreased revenues. If we, or our channel partners, fail to comply with export and import regulations, we may be denied export privileges, be subjected to fines or other penalties, be unable to sell our products in certain countries and we may potentially suffer reputational harm.

Furthermore, U.S. export control laws and economic sanctions prohibit the shipment of certain products to U.S. embargoed or sanctioned countries, governments and persons. While we take precautions to prevent our product from being shipped to U.S. sanctions targets, our products could be shipped to those targets by our channel partners despite our efforts. Any such shipment could have negative consequences including government investigations, penalties and reputational harm. Any change in economic sanctions

or related legislation, shift in the enforcement or scope of existing regulations, or change in the countries, governments, persons or technologies targeted by such regulations, could result in decreased use of our products by, or in our decreased ability to export or sell our products to, existing or potential customers with international operations. Any limitation on our ability to export or sell our products would likely adversely affect our business, financial condition and results of operations.

***Changes in our provision for income taxes or adverse outcomes resulting from examination of our income tax returns could adversely affect our results.***

We are subject to income taxation in the United States and numerous foreign jurisdictions. Determining our provision for income taxes requires significant management judgment. In addition, our provision for income taxes is subject to volatility and could be adversely affected by many factors, including, among other things, changes to our operating or holding structure, changes in the amounts of earnings in jurisdictions with differing statutory tax rates, changes in the valuation of deferred tax assets and liabilities and changes in tax laws. We are subject to ongoing tax examinations in various jurisdictions. Tax authorities may disagree with our intercompany charges, cross-jurisdictional transfer pricing or other matters and assess additional taxes. While we regularly assess the likely outcomes of these examinations to determine the adequacy of our provision for income taxes, there can be no assurance that the outcomes of such examinations will not have a material impact on our operating results and cash flows.

Significant judgment is required to determine the recognition and measurement attributes prescribed in Accounting Standards Codification ("ASC") 740-25 (formerly referred to as Financial Interpretation No. 48, "Accounting for Uncertainty in Income Taxes-an interpretation of FASB Statement No. 109"). In addition, ASC 740-25 applies to all income tax positions, including the potential recovery of previously paid taxes, which if settled unfavorably could adversely impact our provision for income taxes or additional paid-in capital. In addition, we are subject to the continuous examination of our income tax returns by the U.S. Internal Revenue Service and other tax authorities. We regularly assess the likelihood of adverse outcomes resulting from these examinations to determine the adequacy of our provision for income taxes. There can be no assurance that the outcomes from these continuous examinations will not have an adverse effect on our results of operations.

***Our business is subject to the risks of earthquakes, fire, power outages, floods and other catastrophic events, and to interruption by manmade problems such as terrorism.***

A significant natural disaster, such as an earthquake, fire or a flood, or a significant power outage could have a material adverse impact on our business, financial condition and results of operations. Our corporate headquarters are located in the San Francisco Bay Area, a region known for seismic activity, on land reclaimed from the bay that is susceptible to high liquefaction risk in the event of an earthquake. In addition, natural disasters could affect our manufacturing vendors or logistics providers' ability to perform services such as manufacturing products on a timely basis and assisting with shipments on a timely basis. In the event our service providers' information technology systems or manufacturing or logistics abilities are hindered by any of the events discussed above, shipments could be delayed, resulting in missing financial targets, such as revenue and shipment targets, for a particular quarter. Further, if a natural disaster occurs in a region from which we derive a significant portion of our revenue, customers in that region may delay or forego purchases of our products, which may materially and adversely impact our results of operations for a particular period. In addition, acts of terrorism could cause disruptions in our business or the business of our manufacturer, logistics providers, partners, customers or the economy as a whole. Given our typical concentration of sales at each quarter end, any disruption in the business of our manufacturer, logistics providers, partners or customers that impacts sales at the end of our quarter could have a significant adverse impact on our quarterly results. All of the aforementioned risks may be augmented if the business continuity plans for us and our suppliers prove to be inadequate. To the extent that any of the above results in delays or cancellations of customer orders, or the delay in the manufacture, deployment or shipment of our products, our business, financial condition and results of operations would be adversely affected.

### Risks Related to Ownership of our Common Stock

***Market volatility may affect our stock price and the value of your investment***

The trading prices of the securities of technology companies have been highly volatile. The market price of our common stock may fluctuate significantly in response to a number of factors, most of which we cannot predict or control, including:

- announcements of new products, services or technologies, commercial relationships, acquisitions, strategic partnerships, joint ventures, capital commitments or other events by us or our competitors;

- fluctuations in operating performance and in stock market prices and trading volumes of securities of other technology companies generally, or those in our industry in particular;

- general market conditions and overall price and volume fluctuations in U.S. equity markets;

- actual or anticipated variations in our operating results, or the operating results of our competitors;

- the financial and other projections we may provide to the public, any changes in these projections or our failure to meet these projections or changes in our financial guidance or securities analysts' estimates of our financial performance;

- failure of securities analysts to maintain coverage of us, changes in financial or other estimates by any securities analysts who follow us, or our failure to meet these estimates or the expectations of our investors;

- ratings or other changes by any securities analysts who follow our company or our industry;

- sales of large blocks of our common stock, including sales by our executive officers, directors and significant stockholders;

- rumors and market speculation involving Imperva or other companies in our industry; and

- lawsuits threatened or filed against us and changing legal or regulatory developments in the United States and other countries.

In addition, the stock market in general, and the New York Stock Exchange in particular, have experienced substantial price and volume volatility that is often seemingly unrelated to the operating performance of particular companies. These broad market fluctuations may cause the trading price of our common stock to decline. In the past, securities class action litigation has often been brought against a company after a period of volatility in the market price of its common stock. We may become involved in this type of litigation in the future. Any securities litigation claims brought against us could result in substantial expenses and the diversion of our management's attention from our business.

### *If we fail to maintain an effective system of disclosure controls and procedures and internal controls over financial reporting, our ability to produce accurate financial statements or comply with applicable regulations could be impaired.*

As a public company, we are subject to the reporting requirements of the Exchange Act, the Sarbanes-Oxley Act of 2002 (the "Sarbanes-Oxley Act"), and the rules and regulations of the New York Stock Exchange. We expect that the requirements of these rules and regulations will continue to increase our legal, accounting and financial compliance costs, make some activities more difficult, time-consuming and costly and place strains on our personnel, systems and resources.

The Sarbanes-Oxley Act requires, among other things, that we maintain effective disclosure controls and procedures and internal control over financial reporting. We are continuing to develop and refine our disclosure controls and other procedures that are designed to ensure that information required to be disclosed by us in the reports that we file with the SEC is recorded, processed, summarized and reported within the time periods specified in SEC's rules and forms. Our current controls and any new controls that we develop may become inadequate because of changes in conditions, and the degree of compliance with the policies or procedures may deteriorate. In addition, weaknesses in our internal controls over financial reporting may be discovered in the future. Our filings with the SEC are subject to periodic review by the SEC, and our auditors are subject to periodic inspection by the Public Company Accounting Oversight Board (PCAOB). Any failure to maintain effective controls over financial reporting, any difficulties encountered in the implementation of additional controls or the improvement of existing controls, or any issues that emerge as a result of regulatory review, could harm our operating results or cause us to fail to meet our reporting obligations and may result in a revision or restatement of our prior period financial statements. Any failure to maintain effective internal controls also could adversely affect the results of periodic management evaluations and annual independent registered public accounting firm attestation reports regarding the effectiveness of our internal control over financial reporting that we are required to include in our annual reports filed with the SEC under Section 404 of the Sarbanes-Oxley Act. Ineffective disclosure controls and procedures and internal control over financial reporting could also cause investors to lose confidence in our reported financial and other information, which would likely have a negative effect on the trading price of our common stock.

In order to maintain and improve the effectiveness of our disclosure controls and procedures and internal control over financial reporting, we have expended, and anticipate that we will continue to expend, significant resources and provide significant management oversight, which involve substantial accounting-related costs. Any failure to maintain the adequacy of our internal controls, or consequent inability to produce accurate financial statements on a timely basis, could increase our operating costs and could materially impair our ability to operate our business. In the event that we are not able to continue to demonstrate compliance with Section 404 of the Sarbanes-Oxley Act in a timely manner, that our internal controls are perceived as inadequate or that we are unable to produce timely or accurate financial statements, investors may lose confidence in our operating results and our stock price could decline. In addition, if we are unable to continue to meet these requirements, we may not be able to remain listed on the New York Stock Exchange.

We also have implemented elements of a disaster recovery/business continuity plan for our accounting and related information technology systems but we have not yet implemented a complete disaster recovery/business continuity plan. If the elements that we have developed and plan to develop in the future prove inadequate in the circumstances of a particular disaster or other business continuity event our ability to maintain timely accounting and reporting may be materially impaired.

26

***If securities or industry analysts do not publish research or publish inaccurate or unfavorable research about our business, our stock price and trading volume could decline.***

The trading market for our common stock will depend in part on the research and reports that securities or industry analysts publish about us or our industry. If we do not establish and maintain adequate research coverage or if one or more of the analysts who covers us downgrades our stock or publishes inaccurate or unfavorable research about our business, our stock price would likely decline. If one or more of these analysts ceases coverage of our company or fails to publish reports on us regularly, demand for our stock could decrease, which could cause our stock price and trading volume to decline.

***We do not intend to pay dividends on our common stock so any returns will be limited to the value of our stock.***

We have never declared or paid any cash dividend on our common stock. We currently anticipate that we will retain future earnings for the development, operation and expansion of our business and do not anticipate declaring or paying any cash dividends for the foreseeable future. Any return to stockholders will therefore be limited to the value of their stock.

***Anti-takeover provisions in our charter documents and under Delaware law could make an acquisition of us, which may be beneficial to our stockholders, more difficult and may prevent attempts by our stockholders to replace or remove our current management.***

Provisions in our restated certificate of incorporation and amended and restated bylaws may delay or prevent an acquisition of us or a change in our management. These provisions include:

- authorizing "blank check" preferred stock, which could be issued by the board without stockholder approval and may contain voting, liquidation, dividend and other rights superior to our common stock, which would increase the number of outstanding shares and could thwart a takeover attempt;

- a classified board of directors whose members can be dismissed only for cause;

- the prohibition on actions by written consent of our stockholders;

- the limitation on who may call a special meeting of stockholders;

- the establishment of advance notice requirements for nominations for election to our board of directors or for proposing matters that can be acted upon at stockholder meetings; and

- the requirement of at least 75% of the outstanding capital stock to amend any of the foregoing second through fifth provisions.

In addition, because we are incorporated in Delaware, we are governed by the provisions of the anti-takeover provisions of the Delaware General Corporation Law, which may discourage, delay or prevent a change in control by prohibiting us from engaging in a business combination with an interested stockholder for a period of three years after the person becomes an interested stockholder, even if a change of control would be beneficial to our existing stockholders. Although we believe these provisions collectively provide for an opportunity to obtain greater value for stockholders by requiring potential acquirers to negotiate with our board of directors, they would apply even if an offer rejected by our board were considered beneficial by some stockholders. In addition, these provisions may frustrate or prevent any attempts by our stockholders to replace or remove our current management by making it more difficult for stockholders to replace members of our board of directors, which is responsible for appointing the members of our management.

***Our ability to use our net operating loss carryforwards may be subject to limitations and may result in increased future tax liability to us.***

Generally, a change of more than 50% in the ownership of a corporation's stock, by value, over a three-year period constitutes an ownership change for U.S. federal income tax purposes. An ownership change may limit a company's ability to use its net operating loss carryforwards attributable to the period prior to such change. We have not performed a detailed analysis to determine whether an ownership change under Section 382 of the Internal Revenue Code has occurred after each of our previous private placements of preferred stock or after the issuance of shares of common stock in connection with our initial public offering. In the event we have undergone an ownership change under Section 382, if we earn net taxable income, our ability to use our pre-change net operating loss carryforwards to offset U.S. federal taxable income may become subject to limitations, which could potentially result in increased future tax liability to us.

## Item 1B. *Unresolved Staff Comments*

Not applicable.

## Item 2. *Properties*

Our corporate headquarters are located in Redwood Shores, California in an office consisting of approximately 50,500 square feet. The lease for this office expires in December 2017. Our office in Tel Aviv, Israel, where we employ our research and development team, consists of approximately 6,500 square meters (approximately 69,800 square feet), and we have agreed to lease an

**Results of Operations**

The following table is a summary of our consolidated statements of operations in dollars and as a percentage of our total net revenue. We have derived the data for the years ended December 31, 2013, 2012 and 2011 from our audited consolidated financial statements included elsewhere in this Annual Report on Form 10-K.

| | Years Ended December 31, | | | | | |
|---|---|---|---|---|---|---|
| | **2013** | | **2012** | | **2011** | |
| | Amount | % of Net Revenue | Amount | % of Net Revenue | Amount | % of Net Revenue |
| | (dollars in thousands) | | | | | |
| **Statement of Operations Data:** | | | | | | |
| Net revenue: | | | | | | |
| Products and license | $ 72,153 | 52.4 | $ 59,490 | 57.1 | $ 47,600 | 60.8 |
| Services: | | | | | | |
| Maintenance and support | 44,353 | 32.2 | 33,647 | 32.3 | 24,497 | 31.3 |
| Professional services and training | 9,890 | 7.2 | 6,428 | 6.1 | 4,730 | 6.0 |
| Subscriptions | 11,363 | 8.2 | 4,670 | 4.5 | 1,475 | 1.9 |
| Total services | 65,606 | 47.6 | 44,745 | 42.9 | 30,702 | 39.2 |
| Total net revenue | 137,759 | 100.0 | 104,235 | 100.0 | 78,302 | 100.0 |
| Cost of revenue: | | | | | | |
| Products and license | 8,756 | 6.4 | 8,530 | 8.2 | 6,711 | 8.6 |
| Services | 20,940 | 15.2 | 13,374 | 12.8 | 9,510 | 12.1 |
| Total cost of revenue | 29,696 | 21.6 | 21,904 | 21.0 | 16,221 | 20.7 |
| Gross profit | 108,063 | 78.4 | 82,331 | 79.0 | 62,081 | 79.3 |
| Operating expenses: | | | | | | |
| Research and development | 27,556 | 20.0 | 20,555 | 19.7 | 17,598 | 22.5 |
| Sales and marketing | 81,500 | 59.2 | 53,509 | 51.3 | 42,682 | 54.5 |
| General and administrative | 24,436 | 17.7 | 15,371 | 14.8 | 11,807 | 15.1 |
| Total operating expenses | 133,492 | 96.9 | 89,435 | 85.8 | 72,087 | 92.1 |
| Loss from operations | (25,429) | (18.5) | (7,104) | (6.8) | (10,006) | (12.8) |
| Other income (expense), net | (125) | (0.1) | (243) | (0.2) | (190) | (0.2) |
| Loss before provision for income taxes | (25,554) | (18.6) | (7,347) | (7.0) | (10,196) | (13.0) |
| Provision for income taxes | 777 | 0.6 | 545 | 0.5 | 662 | 0.8 |
| Net loss | (26,331) | (19.2) | (7,892) | (7.5) | (10,858) | (13.8) |
| Loss attributable to noncontrolling interest | 1,153 | 0.8 | 505 | 0.5 | 589 | 0.8 |
| Net loss attributable to Imperva, Inc. stockholders | $ (25,178) | (18.4) | $ (7,387) | (7.0) | $(10,269) | (13.0) |

39

To date, we have used derivative financial instruments, specifically foreign currency forward contracts, to manage exposure to foreign currency risks, by hedging a portion of our forecasted expenses denominated in Israeli shekels expected to occur within a year. The effect of exchange rate changes on foreign currency forward contracts is expected to offset the effect of exchange rate changes on the underlying hedged item. We do not use derivative financial instruments for speculative or trading purposes.

## Item 8.    *Financial Statements and Supplementary Data*

## Quarterly Results of Operations

The following table sets forth unaudited quarterly consolidated statements of operations data for each of the years in the two-year period ended December 31, 2013 (in thousands, except per share data). We derived this information from our unaudited consolidated financial statements, which we prepared on the same basis as our audited consolidated financial statements contained in this Annual Report on Form 10-K. In our opinion, these unaudited statements include all adjustments, consisting only of normal recurring adjustments that we consider necessary for a fair statement of that information when read in conjunction with the consolidated financial statements and related notes included elsewhere in this Annual Report on Form 10-K. The operating results for any quarter should not be considered indicative of results for any future period.

| | Three Months Ended | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Dec. 31, 2013 | Sept. 30, 2013 | June 30, 2013 | March 31, 2013 | Dec. 31, 2012 | Sept. 30, 2012 | June 30, 2012 | March 31, 2012 |
| Net revenue: | | | | | | | | |
| Products and license | $ 24,150 | $ 18,178 | $ 15,671 | $ 14,154 | $ 18,717 | $ 14,677 | $ 14,044 | $ 12,052 |
| Services: | | | | | | | | |
| Maintenance and support | 12,427 | 11,139 | 10,673 | 10,114 | 9,575 | 8,582 | 7,950 | 7,540 |
| Professional services and training | 2,395 | 2,724 | 2,496 | 2,275 | 1,839 | 1,749 | 1,584 | 1,256 |
| Subscriptions | 3,761 | 3,061 | 2,499 | 2,042 | 1,688 | 1,336 | 976 | 670 |
| Total services | 18,583 | 16,924 | 15,668 | 14,431 | 13,102 | 11,667 | 10,510 | 9,466 |
| Total net revenue | 42,733 | 35,102 | 31,339 | 28,585 | 31,819 | 26,344 | 24,554 | 21,518 |
| Cost of revenue: | | | | | | | | |
| Products and license | $ 2,540 | $ 1,894 | $ 2,446 | 1,876 | $ 2,338 | $ 2,064 | $ 2,274 | 1,854 |
| Services | 6,031 | 5,396 | 5,098 | 4,415 | 4,036 | 3,466 | 3,139 | 2,733 |
| Total cost of revenue | 8,571 | 7,290 | 7,544 | 6,291 | 6,374 | 5,530 | 5,413 | 4,587 |
| Gross profit | 34,162 | 27,812 | 23,795 | 22,294 | 25,445 | 20,814 | 19,141 | 16,931 |
| Operating expenses: | | | | | | | | |
| Research and development | $ 7,827 | $ 6,725 | $ 6,646 | 6,358 | $ 5,483 | $ 5,154 | $ 4,925 | 4,993 |
| Sales and marketing | 25,537 | 20,135 | 18,281 | 17,547 | 16,769 | 13,218 | 11,926 | 11,596 |
| General and administrative | 10,759 | 4,697 | 4,597 | 4,383 | 4,035 | 4,104 | 3,739 | 3,493 |
| Total operating expenses | 44,123 | 31,557 | 29,524 | 28,288 | 26,287 | 22,476 | 20,590 | 20,082 |
| Loss from operations | (9,961) | (3,745) | (5,729) | (5,994) | (842) | (1,662) | (1,449) | (3,151) |
| Other income (expense), net | (136) | 113 | (55) | (47) | (117) | (67) | 11 | (70) |
| Loss before provision for income taxes | (10,097) | (3,632) | (5,784) | (6,041) | (959) | (1,729) | (1,438) | (3,221) |
| Provision for income taxes | 74 | 288 | 261 | 154 | (97) | 262 | 227 | 153 |
| Net loss | (10,171) | (3,920) | (6,045) | (6,195) | (862) | (1,991) | (1,665) | (3,374) |
| Loss attributable to noncontrolling interest | 742 | 145 | 130 | 136 | 138 | 132 | 132 | 103 |
| Net loss attributable to Imperva, Inc. stockholders | $ (9,429) | $ (3,775) | $ (5,915) | $ (6,059) | $ (724) | $ (1,859) | $ (1,533) | $ (3,271) |
| Net loss per share attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.38) | $ (0.15) | $ (0.24) | $ (0.25) | $ (0.03) | $ (0.08) | $ (0.07) | $ (0.15) |
| Weighted-average shares used to compute net loss per share attributable to Imperva, Inc. stockholders, basic and diluted | 24,722 | 24,453 | 24,171 | 23,905 | 23,605 | 23,160 | 22,583 | 22,304 |

54

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, on February 27, 2014, the Registrant has duly caused this Annual Report on Form 10-K to be signed on its behalf by the undersigned, thereunto duly authorized.

**IMPERVA, INC.**

By: /s/ Shlomo Kramer
    Shlomo Kramer
    President and Chief Executive Officer

By: /s/ Terrence J. Schmid
    Terrence J. Schmid
    Chief Financial Officer

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Shlomo Kramer and Terrence J. Schmid as his attorneys-in-fact, with the power of substitution, for him in any and all capacities, to sign any amendments to this Annual Report on Form 10-K, and to file the same, with exhibits thereto and other documents in connection therewith with the Securities and Exchange Commission, hereby ratifying and confirming all that each said attorney-in-fact, or his substitute or substitutes, may do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Report has been signed below by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Shlomo Kramer<br>Shlomo Kramer | President, Chief Executive Officer and Director<br>(Principal Executive Officer) | February 27, 2014 |
| /s/ Terrence J. Schmid<br>Terrence J. Schmid | Chief Financial Officer<br>(Principal Accounting and Financial Officer) | February 27, 2014 |
| /s/ Charles Giancarlo<br>Charles GiancarloAsheem | Director | February 27, 2014 |
| /s/ Theresia Gouw<br>Theresia Gouw | Director | February 27, 2014 |
| /s/ Steven Krausz<br>Steven Krausz | Director | February 27, 2014 |
| /s/ Albert A. Pimentel<br>Albert A. Pimentel | Director | February 27, 2014 |
| /s/ Frank Slootman<br>Frank Slootman | Director | February 27, 2014 |
| /s/ David N. Strohm<br>David N. Strohm | Director | February 27, 2014 |
| /s/ James Tolonen<br>James Tolonen | Director | February 27, 2014 |

131

# Exhibit I

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
| --- | --- |
| 1/2/2013 | 32.54 |
| 1/3/2013 | 32.37 |
| 1/4/2013 | 32.52 |
| 1/7/2013 | 32.77 |
| 1/8/2013 | 32.71 |
| 1/9/2013 | 32.9 |
| 1/10/2013 | 33.82 |
| 1/11/2013 | 33.55 |
| 1/14/2013 | 34.29 |
| 1/15/2013 | 34.24 |
| 1/16/2013 | 33.99 |
| 1/17/2013 | 34.29 |
| 1/18/2013 | 34.54 |
| 1/22/2013 | 34.13 |
| 1/23/2013 | 34.88 |
| 1/24/2013 | 34.85 |
| 1/25/2013 | 35 |
| 1/28/2013 | 34.99 |
| 1/29/2013 | 33.86 |
| 1/30/2013 | 34.08 |
| 1/31/2013 | 34.3 |
| 2/1/2013 | 35 |
| 2/4/2013 | 34.28 |
| 2/5/2013 | 34.55 |
| 2/6/2013 | 35.06 |
| 2/7/2013 | 34.22 |
| 2/8/2013 | 36.84 |
| 2/11/2013 | 35.43 |
| 2/12/2013 | 35.53 |
| 2/13/2013 | 35.59 |
| 2/14/2013 | 35.5 |
| 2/15/2013 | 35.68 |
| 2/19/2013 | 36.11 |
| 2/20/2013 | 35.86 |
| 2/21/2013 | 35.73 |
| 2/22/2013 | 36.51 |
| 2/25/2013 | 35.77 |
| 2/26/2013 | 36.3 |
| 2/27/2013 | 36.94 |
| 2/28/2013 | 36.5 |
| 3/1/2013 | 37.67 |
| 3/4/2013 | 38.15 |
| 3/5/2013 | 38.8 |
| 3/6/2013 | 38.6 |
| 3/7/2013 | 38.41 |
| 3/8/2013 | 39 |
| 3/11/2013 | 38.99 |
| 3/12/2013 | 38.65 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
|---|---|
| 3/13/2013 | 38.89 |
| 3/14/2013 | 39.08 |
| 3/15/2013 | 39 |
| 3/18/2013 | 38.7 |
| 3/19/2013 | 38.16 |
| 3/20/2013 | 38.56 |
| 3/21/2013 | 38.76 |
| 3/22/2013 | 38.68 |
| 3/25/2013 | 38.3 |
| 3/26/2013 | 38.59 |
| 3/27/2013 | 38.06 |
| 3/28/2013 | 38.5 |
| 4/1/2013 | 38.03 |
| 4/2/2013 | 37.87 |
| 4/3/2013 | 36.83 |
| 4/4/2013 | 36.84 |
| 4/5/2013 | 37.09 |
| 4/8/2013 | 37.67 |
| 4/9/2013 | 38.45 |
| 4/10/2013 | 38.75 |
| 4/11/2013 | 38.34 |
| 4/12/2013 | 38.24 |
| 4/15/2013 | 36.77 |
| 4/16/2013 | 39.52 |
| 4/17/2013 | 38.79 |
| 4/18/2013 | 38.4 |
| 4/19/2013 | 37.73 |
| 4/22/2013 | 38.26 |
| 4/23/2013 | 38.98 |
| 4/24/2013 | 38.57 |
| 4/25/2013 | 38.87 |
| 4/26/2013 | 38.84 |
| 4/29/2013 | 39.25 |
| 4/30/2013 | 38.98 |
| 5/1/2013 | 38.39 |
| 5/2/2013 | 39.13 |
| 5/3/2013 | 37.2 |
| 5/6/2013 | 37.96 |
| 5/7/2013 | 37.27 |
| 5/8/2013 | 37.7 |
| 5/9/2013 | 37.49 |
| 5/10/2013 | 37.58 |
| 5/13/2013 | 37.95 |
| 5/14/2013 | 39.13 |
| 5/15/2013 | 39.18 |
| 5/16/2013 | 39.35 |
| 5/17/2013 | 39.29 |
| 5/20/2013 | 39.22 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
| --- | --- |
| 5/21/2013 | 39.88 |
| 5/22/2013 | 38.75 |
| 5/23/2013 | 39.6 |
| 5/24/2013 | 39.95 |
| 5/28/2013 | 40.26 |
| 5/29/2013 | 39.57 |
| 5/30/2013 | 40.45 |
| 5/31/2013 | 39.83 |
| 6/3/2013 | 38.55 |
| 6/4/2013 | 38.17 |
| 6/5/2013 | 36.9 |
| 6/6/2013 | 37.37 |
| 6/7/2013 | 38.67 |
| 6/10/2013 | 39.66 |
| 6/11/2013 | 38.78 |
| 6/12/2013 | 38.54 |
| 6/13/2013 | 38.94 |
| 6/14/2013 | 38.74 |
| 6/17/2013 | 40.57 |
| 6/18/2013 | 41.36 |
| 6/19/2013 | 41.87 |
| 6/20/2013 | 42.03 |
| 6/21/2013 | 42.34 |
| 6/24/2013 | 42.6 |
| 6/25/2013 | 43.5 |
| 6/26/2013 | 44.49 |
| 6/27/2013 | 44.79 |
| 6/28/2013 | 45.04 |
| 7/1/2013 | 44.59 |
| 7/2/2013 | 44.75 |
| 7/3/2013 | 45.31 |
| 7/5/2013 | 45.54 |
| 7/8/2013 | 46 |
| 7/9/2013 | 45.64 |
| 7/10/2013 | 46.1 |
| 7/11/2013 | 47.35 |
| 7/12/2013 | 47.75 |
| 7/15/2013 | 47.98 |
| 7/16/2013 | 47.19 |
| 7/17/2013 | 47.53 |
| 7/18/2013 | 48.45 |
| 7/19/2013 | 48.32 |
| 7/22/2013 | 48 |
| 7/23/2013 | 49.66 |
| 7/24/2013 | 49.07 |
| 7/25/2013 | 51.1 |
| 7/26/2013 | 50.78 |
| 7/29/2013 | 50.75 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
|---|---|
| 7/30/2013 | 50.78 |
| 7/31/2013 | 50.62 |
| 8/1/2013 | 51.13 |
| 8/2/2013 | 52.5 |
| 8/5/2013 | 52.45 |
| 8/6/2013 | 51.36 |
| 8/7/2013 | 50.93 |
| 8/8/2013 | 43.2 |
| 8/9/2013 | 44.01 |
| 8/12/2013 | 44.27 |
| 8/13/2013 | 45.01 |
| 8/14/2013 | 47.45 |
| 8/15/2013 | 46.48 |
| 8/16/2013 | 47.11 |
| 8/19/2013 | 46.63 |
| 8/20/2013 | 46.9 |
| 8/21/2013 | 46.93 |
| 8/22/2013 | 47.03 |
| 8/23/2013 | 47.17 |
| 8/26/2013 | 47.27 |
| 8/27/2013 | 46.49 |
| 8/28/2013 | 46.94 |
| 8/29/2013 | 47.72 |
| 8/30/2013 | 47.2 |
| 9/3/2013 | 47.22 |
| 9/4/2013 | 47.69 |
| 9/5/2013 | 48.18 |
| 9/6/2013 | 47.77 |
| 9/9/2013 | 48.9 |
| 9/10/2013 | 49.94 |
| 9/11/2013 | 50.19 |
| 9/12/2013 | 49.9 |
| 9/13/2013 | 49.78 |
| 9/16/2013 | 49.26 |
| 9/17/2013 | 49.37 |
| 9/18/2013 | 48.98 |
| 9/19/2013 | 49.11 |
| 9/20/2013 | 48.18 |
| 9/23/2013 | 46.57 |
| 9/24/2013 | 44.78 |
| 9/25/2013 | 44 |
| 9/26/2013 | 43.96 |
| 9/27/2013 | 43.03 |
| 9/30/2013 | 42.02 |
| 10/1/2013 | 41.16 |
| 10/2/2013 | 39.32 |
| 10/3/2013 | 38.99 |
| 10/4/2013 | 39.51 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
|---|---|
| 10/7/2013 | 39.59 |
| 10/8/2013 | 38.24 |
| 10/9/2013 | 38.44 |
| 10/10/2013 | 40 |
| 10/11/2013 | 42.99 |
| 10/14/2013 | 42.37 |
| 10/15/2013 | 41.71 |
| 10/16/2013 | 41.56 |
| 10/17/2013 | 41.47 |
| 10/18/2013 | 41.61 |
| 10/21/2013 | 42.32 |
| 10/22/2013 | 42.35 |
| 10/23/2013 | 42.56 |
| 10/24/2013 | 42.07 |
| 10/25/2013 | 41.37 |
| 10/28/2013 | 39.42 |
| 10/29/2013 | 38.51 |
| 10/30/2013 | 37.48 |
| 10/31/2013 | 38.34 |
| 11/1/2013 | 37.03 |
| 11/4/2013 | 37.11 |
| 11/5/2013 | 36.65 |
| 11/6/2013 | 44.66 |
| 11/7/2013 | 42.03 |
| 11/8/2013 | 41.46 |
| 11/11/2013 | 40.91 |
| 11/12/2013 | 40.47 |
| 11/13/2013 | 40.6 |
| 11/14/2013 | 40.42 |
| 11/15/2013 | 40.01 |
| 11/18/2013 | 38.8 |
| 11/19/2013 | 38.22 |
| 11/20/2013 | 37.63 |
| 11/21/2013 | 41.18 |
| 11/22/2013 | 41.5 |
| 11/25/2013 | 41.9 |
| 11/26/2013 | 45.53 |
| 11/27/2013 | 44.42 |
| 11/29/2013 | 44.98 |
| 12/2/2013 | 43.62 |
| 12/3/2013 | 42.79 |
| 12/4/2013 | 44.11 |
| 12/5/2013 | 43.65 |
| 12/6/2013 | 43.34 |
| 12/9/2013 | 43.5 |
| 12/10/2013 | 43.55 |
| 12/11/2013 | 43.09 |
| 12/12/2013 | 42.3 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
|---|---|
| 12/13/2013 | 42.72 |
| 12/16/2013 | 42.73 |
| 12/17/2013 | 45.75 |
| 12/18/2013 | 45.26 |
| 12/19/2013 | 46.71 |
| 12/20/2013 | 46.54 |
| 12/23/2013 | 46.58 |
| 12/24/2013 | 47.08 |
| 12/26/2013 | 47.04 |
| 12/27/2013 | 48.31 |
| 12/30/2013 | 48.82 |
| 12/31/2013 | 48.13 |
| 1/2/2014 | 48.6 |
| 1/3/2014 | 49.69 |
| 1/6/2014 | 49.6 |
| 1/7/2014 | 50.41 |
| 1/8/2014 | 50.35 |
| 1/9/2014 | 50.88 |
| 1/10/2014 | 50.99 |
| 1/13/2014 | 51.42 |
| 1/14/2014 | 53.2 |
| 1/15/2014 | 56.59 |
| 1/16/2014 | 56.65 |
| 1/17/2014 | 55.99 |
| 1/21/2014 | 55.39 |
| 1/22/2014 | 55.47 |
| 1/23/2014 | 56.77 |
| 1/24/2014 | 54.1 |
| 1/27/2014 | 53.3 |
| 1/28/2014 | 55.3 |
| 1/29/2014 | 53.65 |
| 1/30/2014 | 55.45 |
| 1/31/2014 | 55 |
| 2/3/2014 | 52.85 |
| 2/4/2014 | 54.66 |
| 2/5/2014 | 54.48 |
| 2/6/2014 | 55.3 |
| 2/7/2014 | 59.08 |
| 2/10/2014 | 58.27 |
| 2/11/2014 | 58.02 |
| 2/12/2014 | 58.35 |
| 2/13/2014 | 59.1 |
| 2/14/2014 | 57.95 |
| 2/18/2014 | 59.81 |
| 2/19/2014 | 58.35 |
| 2/20/2014 | 59.35 |
| 2/21/2014 | 61.92 |
| 2/24/2014 | 61.85 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
|------|-------|
| 2/25/2014 | 60.77 |
| 2/26/2014 | 62.92 |
| 2/27/2014 | 62.68 |
| 2/28/2014 | 62.67 |
| 3/3/2014 | 61.01 |
| 3/4/2014 | 62.24 |
| 3/5/2014 | 65 |
| 3/6/2014 | 65.53 |
| 3/7/2014 | 61.05 |
| 3/10/2014 | 60.07 |
| 3/11/2014 | 59 |
| 3/12/2014 | 60 |
| 3/13/2014 | 59.56 |
| 3/14/2014 | 60.68 |
| 3/17/2014 | 61.13 |
| 3/18/2014 | 62.46 |
| 3/19/2014 | 61.97 |
| 3/20/2014 | 62.08 |
| 3/21/2014 | 62.22 |
| 3/24/2014 | 61.45 |
| 3/25/2014 | 61.72 |
| 3/26/2014 | 57.29 |
| 3/27/2014 | 56.9 |
| 3/28/2014 | 55.68 |
| 3/31/2014 | 55.7 |
| 4/1/2014 | 57.26 |
| 4/2/2014 | 53.58 |
| 4/3/2014 | 51.93 |
| 4/4/2014 | 50.21 |
| 4/7/2014 | 49.11 |
| 4/8/2014 | 49.31 |
| 4/9/2014 | 49.73 |
| 4/10/2014 | 28 |
| 4/11/2014 | 28.11 |
| 4/14/2014 | 26.42 |
| 4/15/2014 | 26.56 |
| 4/16/2014 | 26.95 |
| 4/17/2014 | 26.92 |
| 4/21/2014 | 26.72 |
| 4/22/2014 | 26.77 |
| 4/23/2014 | 26.38 |
| 4/24/2014 | 25.62 |
| 4/25/2014 | 24.37 |
| 4/28/2014 | 23.75 |
| 4/29/2014 | 23.3 |
| 4/30/2014 | 22.88 |
| 5/1/2014 | 23.32 |
| 5/2/2014 | 22.76 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
|---|---|
| 5/5/2014 | 21.61 |
| 5/6/2014 | 20.83 |
| 5/7/2014 | 19.67 |
| 5/8/2014 | 18.66 |
| 5/9/2014 | 18.57 |
| 5/12/2014 | 19.73 |
| 5/13/2014 | 19.38 |
| 5/14/2014 | 20.75 |
| 5/15/2014 | 20.97 |
| 5/16/2014 | 20.71 |
| 5/19/2014 | 21.05 |
| 5/20/2014 | 21.14 |
| 5/21/2014 | 21.03 |
| 5/22/2014 | 21.22 |
| 5/23/2014 | 21.24 |
| 5/27/2014 | 22.81 |
| 5/28/2014 | 22.3 |
| 5/29/2014 | 22.35 |
| 5/30/2014 | 20.88 |
| 6/2/2014 | 20.02 |
| 6/3/2014 | 20.08 |
| 6/4/2014 | 19.6 |
| 6/5/2014 | 20.35 |
| 6/6/2014 | 20.67 |
| 6/9/2014 | 21.25 |
| 6/10/2014 | 20.98 |
| 6/11/2014 | 21.16 |
| 6/12/2014 | 21.95 |
| 6/13/2014 | 22.03 |
| 6/16/2014 | 21.98 |
| 6/17/2014 | 22.29 |
| 6/18/2014 | 22.73 |
| 6/19/2014 | 22.9 |
| 6/20/2014 | 22.4 |
| 6/23/2014 | 22.37 |
| 6/24/2014 | 21.77 |
| 6/25/2014 | 22.79 |
| 6/26/2014 | 23.66 |
| 6/27/2014 | 24.78 |
| 6/30/2014 | 26.18 |
| 7/1/2014 | 26.58 |
| 7/2/2014 | 26.47 |
| 7/3/2014 | 25.9 |
| 7/7/2014 | 24.67 |
| 7/8/2014 | 22.97 |
| 7/9/2014 | 22.76 |
| 7/10/2014 | 22.18 |
| 7/11/2014 | 22.75 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
|---|---|
| 7/14/2014 | 22.36 |
| 7/15/2014 | 21.97 |
| 7/16/2014 | 22.1 |
| 7/17/2014 | 21.74 |
| 7/18/2014 | 22.23 |
| 7/21/2014 | 22.57 |
| 7/22/2014 | 23.12 |
| 7/23/2014 | 23.37 |
| 7/24/2014 | 23.6 |
| 7/25/2014 | 23.63 |
| 7/28/2014 | 22.72 |
| 7/29/2014 | 22.73 |
| 7/30/2014 | 23.43 |
| 7/31/2014 | 22.17 |
| 8/1/2014 | 25.25 |
| 8/4/2014 | 26.9 |
| 8/5/2014 | 27.03 |
| 8/6/2014 | 26.91 |
| 8/7/2014 | 27.5 |
| 8/8/2014 | 28.05 |
| 8/11/2014 | 27.97 |
| 8/12/2014 | 27.17 |
| 8/13/2014 | 27.33 |
| 8/14/2014 | 27.55 |
| 8/15/2014 | 27.37 |
| 8/18/2014 | 27.52 |
| 8/19/2014 | 29.8 |
| 8/20/2014 | 29.25 |
| 8/21/2014 | 28.95 |
| 8/22/2014 | 29.24 |
| 8/25/2014 | 28.64 |
| 8/26/2014 | 29.11 |
| 8/27/2014 | 28.45 |
| 8/28/2014 | 29.13 |
| 8/29/2014 | 29.11 |
| 9/2/2014 | 30.23 |
| 9/3/2014 | 29.19 |
| 9/4/2014 | 29.28 |
| 9/5/2014 | 30.19 |
| 9/8/2014 | 30.37 |
| 9/9/2014 | 31.04 |
| 9/10/2014 | 33.56 |
| 9/11/2014 | 33.91 |
| 9/12/2014 | 33.25 |
| 9/15/2014 | 31.2 |
| 9/16/2014 | 31.22 |
| 9/17/2014 | 31.21 |
| 9/18/2014 | 31.21 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
|---|---|
| 9/19/2014 | 30.57 |
| 9/22/2014 | 29.07 |
| 9/23/2014 | 28.91 |
| 9/24/2014 | 29.2 |
| 9/25/2014 | 28.09 |
| 9/26/2014 | 28.6 |
| 9/29/2014 | 28.57 |
| 9/30/2014 | 28.73 |
| 10/1/2014 | 27.81 |
| 10/2/2014 | 27.58 |
| 10/3/2014 | 29.07 |
| 10/6/2014 | 28.99 |
| 10/7/2014 | 28.34 |
| 10/8/2014 | 29.1 |
| 10/9/2014 | 28.76 |
| 10/10/2014 | 26.4 |
| 10/13/2014 | 25.66 |
| 10/14/2014 | 26.25 |
| 10/15/2014 | 29.6 |
| 10/16/2014 | 30.24 |
| 10/17/2014 | 29.91 |
| 10/20/2014 | 30.41 |
| 10/21/2014 | 30.56 |
| 10/22/2014 | 30.06 |
| 10/23/2014 | 30.81 |
| 10/24/2014 | 31.4 |
| 10/27/2014 | 32.92 |
| 10/28/2014 | 33.43 |
| 10/29/2014 | 33.06 |
| 10/30/2014 | 32.48 |
| 10/31/2014 | 40.97 |
| 11/3/2014 | 40.83 |
| 11/4/2014 | 42.09 |
| 11/5/2014 | 41.45 |
| 11/6/2014 | 41.66 |
| 11/7/2014 | 42.53 |
| 11/10/2014 | 43.09 |
| 11/11/2014 | 43.49 |
| 11/12/2014 | 44.65 |
| 11/13/2014 | 43.39 |
| 11/14/2014 | 44.43 |
| 11/17/2014 | 42.7 |
| 11/18/2014 | 42.53 |
| 11/19/2014 | 40.91 |
| 11/20/2014 | 42.16 |
| 11/21/2014 | 41.81 |
| 11/24/2014 | 42.71 |
| 11/25/2014 | 43.19 |

**Imperva, Inc. (IMPV) Closing Stock Price - Jan. 2, 2013 to Jan. 5, 2015**
**(available at www.nasdaq.com/symbol/impv/historical)**

| DATE | CLOSE |
|---|---|
| 11/26/2014 | 43.83 |
| 11/28/2014 | 42.54 |
| 12/1/2014 | 42.55 |
| 12/2/2014 | 44.03 |
| 12/3/2014 | 45.14 |
| 12/4/2014 | 44.88 |
| 12/5/2014 | 46.36 |
| 12/8/2014 | 45.54 |
| 12/9/2014 | 46.69 |
| 12/10/2014 | 45.41 |
| 12/11/2014 | 48.75 |
| 12/12/2014 | 49.23 |
| 12/15/2014 | 49.49 |
| 12/16/2014 | 47.82 |
| 12/17/2014 | 49.01 |
| 12/18/2014 | 50.28 |
| 12/19/2014 | 49.93 |
| 12/22/2014 | 49.99 |
| 12/23/2014 | 50.69 |
| 12/24/2014 | 51.87 |
| 12/26/2014 | 52.19 |
| 12/29/2014 | 50.02 |
| 12/30/2014 | 49.32 |
| 12/31/2014 | 49.43 |
| 1/2/2015 | 48.46 |
| 1/5/2015 | 49.05 |

# Exhibit J

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

---

## FORM 8-K

---

### CURRENT REPORT PURSUANT TO
### SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

### Date of report: February 5, 2013
### (Date of earliest event reported)

---

# Imperva, Inc.
### (Exact Name of Registrant as Specified in Its Charter)

---

### Delaware
##### (State or Other Jurisdiction of Incorporation)

| 001-35338 | 03-0460133 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| 3400 Bridge Parkway, Suite 200 | |
| Redwood Shores, California | 94065 |
| (Address of Principal Executive Offices) | (Zip Code) |

##### (650) 345-9000
##### (Registrant's Telephone Number, Including Area Code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02.    Results of Operations and Financial Condition.**

On February 7, 2013, Imperva, Inc. ("Imperva") issued a press release announcing its financial results for the fourth quarter and year ended December 31, 2012 and providing its business outlook. A copy of the press release is attached as Exhibit 99.01 to this Current Report on Form 8-K.

The information in Item 2.02 of this Current Report, including Exhibit 99.01 to this Current Report, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained in this Item 2.02 and in the accompanying Exhibit 99.01 shall not be incorporated by reference into any registration statement or other document filed by Imperva with the Securities and Exchange Commission, whether made before or after the date of this Current Report, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 5.02.    Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

**Senior Management Bonus Plan**

On February 5, 2013, the Compensation Committee of Imperva approved and adopted a senior management bonus plan for 2013 (the "2013 Bonus Plan") to provide incentive to executive officers of Imperva. Each of Imperva's named executive officers other than Ralph Pisani, Imperva's Senior Vice President of Worldwide Sales is a participant in the 2013 Bonus Plan.

The 2013 Bonus Plan focuses on revenues, operating expenses and operating income. The cash bonus portion of the 2013 Bonus Plan applies to all named executive officers other than Mr. Pisani. Under the 2013 Bonus Plan, each eligible named executive officer is eligible to receive a quarterly bonus equal to the sum of the Quarterly Revenues Bonus and the Quarterly Operating Expenses Bonus, each as defined below, and weights Imperva's quarterly revenues performance and Imperva's quarterly operating expense performance equally with respect to the total bonus amount payable to such eligible named executive officer in each quarter. The maximum quarterly bonus amount for each eligible named executive officer is set forth in the table below, provided that the Compensation Committee has not determined to reduce such bonus:

| Executive Officer | Quarterly Bonus Amount |
|---|---|
| President and Chief Executive Officer | $ 75,000 |
| Chief Financial Officer | $ 28,125 |
| Senior Vice President and General Counsel | $ 28,750 |

The "Quarterly Revenues Bonus" is equal to the Quarterly Bonus Amount specified in the table above, multiplied by 50%, multiplied by the Quarterly Revenues Bonus, determined as follows:

| Quarterly Revenues Bonus Percentage | Percentage Achievement Relative to Quarterly Revenue Target (in accordance with the Company's internal operating plan) |
|---|---|
| 100% | $\geq 100\%$ |
| 90% | $\geq 99\%$ and $< 100\%$ |
| 80% | $\geq 98\%$ and $< 99\%$ |
| 70% | $\geq 97\%$ and $< 98\%$ |
| 0% | $< 97\%$ |

The "Quarterly Operating Expenses Bonus" is equal to the Quarterly Bonus Amount specified in the table above, multiplied by 50%, multiplied by the Quarterly Operating Expenses Bonus Percentage, determined as follows:

| Quarterly Operating Expenses Bonus Percentage | Percentage of Expenses Relative to Quarterly Operating Expenses Target (in accordance with the Company's internal operating plan) |
|---|---|
| 100% | $\leq 100\%$ |
| 90% | $> 100\%$ and $< 101\%$ |
| 80% | $\geq 101\%$ and $< 102\%$ |
| 70% | $\geq 102\%$ and $< 103\%$ |
| 0% | $\geq 103\%$ |

No cash bonus (neither a Quarterly Revenues Bonus, nor a Quarterly Operating Expenses Bonus) will be payable under the cash bonus plan in any quarter to any eligible executive officer if (a) Imperva does not achieve at least 97% of its quarterly revenues target or (b) Imperva's quarterly operating expenses are more than 103% of its quarterly operating expenses target.

Further, to the extent that either the Quarterly Revenues Bonus Percentage or the Quarterly Operating Expenses Bonus Percentage as determined in accordance with the paragraphs above is less than 100%, then both the Quarterly Revenues Bonus and the Quarterly Operating Expenses Bonus will be paid as if each such percentage was achieved and paid at the average of the two percentages.

In addition, under the 2013 Bonus Plan, each executive officer, other than Mr. Pisani, is eligible to receive a supplemental cash bonus in the event Imperva overachieves its annual revenues target and its annual operating income target. The amount of the pool for the supplemental cash bonus (the "Aggregate Supplemental Bonus Amount") will equal:

- for each full percent above the annual revenues target at the 100% level, 3.5% of the excess amount above such annual revenues target;  plus

- for each full percent above the annual operating income target at the 100% level, 3.5% of the excess amount above such annual operating income target.

In the event that Imperva meets only the annual revenues target but not the annual operating income target, or vice versa, or overachieves at different levels, then the Aggregate Supplemental Bonus Amount, if any, will be determined based on the level at which both the revenues target and operating income target have been met. For example, if Imperva achieves 103% of the annual revenues target and 102% of the annual operating income target, the Aggregate Supplemental Bonus Amount will be equal to 7.0% of the amount that Imperva achieves in excess of the annual revenues target, plus 7.0% of the amount that Imperva achieves in excess of the annual operating income target. The amount of the supplemental bonus payable to each eligible named executive officer is the Aggregate Supplemental Bonus Amount, multiplied by the Supplemental Bonus Percentage specified in the table below, provided that the Compensation Committee has not determined to reduce such bonus.

| Executive Officer | Supplemental Bonus % |
|---|---|
| President and Chief Executive Officer | 15.11% |
| Chief Financial Officer | 15.11% |
| Senior Vice President and General Counsel | 15.11% |

No supplemental cash bonus will be payable to any eligible named executive officer if the Quarterly Revenues Bonus or the Quarterly Operating Expenses Bonus is not payable in any quarter.

The 2013 Bonus Plan also provides for a pool of shares of common stock to be granted to Imperva's executive officers on the achievement of the targeted revenues and operating income goals. The size of the equity pool will be determined by the Compensation Committee in connection with the year-end review based on the number of executive officers participating, the cumulative achievement of quarterly revenues and operating income targets within the fiscal year, the relative retention value of existing grants held by executive officers and in recognition of our benchmark targets in light of updated compensation data from our compensation consultant, as well as other factors. Imperva anticipates that equity awards under the 2013 Bonus Plan will be granted in the first quarter of 2014. The 2013 Bonus Plan will be administered, and cash bonus and equity awards under the plan determined, in the same manner as for Imperva's bonus plan for 2012.

## Pisani Sales Compensation Plan

On February 5, 2013, the Compensation Committee also approved the 2013 sales compensation plan with Mr. Pisani, with a base salary of $245,000 and a cash bonus opportunity of $245,000. Under the sales compensation plan with Mr. Pisani, 80% of his cash bonus opportunity is based on customer bookings and 20% of his cash bonus opportunity is based on profitability. For achievement of up to 100% of target, Mr. Pisani will receive commissions of 0.12% of customer bookings, for achievement between 100% and 110% of target, Mr. Pisani will receive commissions of 0.17% of customer bookings and for achievement greater than 110%, Mr. Pisani will receive commissions of 0.23% of customer bookings. For purposes of the sales compensation plan, "profitability" is calculated by subtracting direct sales operating expenses from the Company's revenue. Other than as described in this paragraph, the 2013 sales compensation plan for Mr. Pisani will be administered in the same manner as for the sales compensation plan for Mr. Pisani for 2012.

## Salary and Bonus Target Adjustments

On February 5, 2013, the Compensation Committee also approved an increase to the base salary of Messrs. Kramer and Schmid and Ms. Phi from $250,000 to $300,000, $250,000 to $280,000 and $240,000 to $250,000, respectively; and approved an increase to the annual bonus target for Messrs. Kramer and Schmid from $250,000 to $300,000 and $50,000 to $112,500, respectively, in each case effective January 1, 2013.

**Item 9.01.    Financial Statements and Exhibits.**

(d)    Exhibits.

| Number | Description |
|--------|-------------|
| 99.01  | Press release issued by Imperva, Inc., dated February 7, 2013. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By: /s/ Terrence J. Schmid
      Terrence J. Schmid
      Chief Financial Officer

Date: February 7, 2013

## EXHIBIT INDEX

| Number | Description |
| --- | --- |
| 99.01 | Press release issued by Imperva, Inc., dated February 7, 2013. |

Exhibit 99.01

**Imperva Announces Fourth Quarter and Full Year 2012 Financial Results**

- *Total revenue of $31.8 million during the fourth quarter, up 36% year-over-year*

- *Fourth quarter services revenue growth of 53% was driven by the 205% increase in subscription revenue*

- *GAAP operating loss improved to $0.8 million for the fourth quarter compared to $1.5 million in the year ago period*

- *Non-GAAP operating profit of $1.5 million for the fourth quarter compared to a loss of $0.9 million in the year ago period*

- *Total deferred revenue at December 31, 2012 increased 41% year-over-year to $46.3 million*

**Redwood Shores, Calif. – February 7, 2013** – Imperva, Inc. (NYSE: IMPV), a pioneer and leader of a new category of business security solutions for critical applications and high-value data in the data center, today announced financial results for the fourth quarter and full year ended December 31, 2012.

"2012 was an exceptional year for Imperva, as we demonstrated our ability to successfully execute our global go-to-market growth strategy and significantly improved our operating leverage," stated Shlomo Kramer, President and Chief Executive Officer of Imperva. "Our strong fourth quarter results were driven by the ongoing demand for our comprehensive integrated solution, as the number of sophisticated attacks and regulations governing business data continues to increase worldwide. Looking forward, we are well positioned to maintain our momentum and extend our leadership position due to our commitment to product innovation and ability to further leverage the investments being made to our global sales infrastructure."

**Fourth Quarter 2012 Financial Highlights**

- **Revenue:** Total revenue for the fourth quarter of 2012 was $31.8 million, an increase of 36% compared to $23.3 million in the fourth quarter of 2011. Within total revenue, product revenue was $18.7 million, an increase of 27% compared to the fourth quarter of 2011. Services revenue increased 53% year-over-year to $13.1 million and accounted for 41% of total revenue, up from 37% in the fourth quarter of 2011. Within services revenue, overall subscription revenue grew 205% to $1.7 million, compared to the fourth quarter of 2011. Combined product and subscriptions revenue, a leading indicator of the strength of our business, grew 33% to $20.4 million, compared to the fourth quarter of 2011.

- **Operating Profit (Loss):** Operating loss as reported in accordance with U.S. generally accepted accounting principles (GAAP) was $(0.8) million for the fourth quarter compared to a loss of $(1.5) million during the fourth quarter in 2011. GAAP results included stock-based compensation expense of $2.4 million for the fourth quarter of 2012 and $0.6 million for the fourth quarter of 2011. Non-GAAP operating profit for the fourth quarter was $1.5 million, compared to a loss of $(0.9) million during the same period in 2011, excluding the above mentioned charges.

- **Net Profit (Loss)**: GAAP net loss attributable to Imperva stockholders for the fourth quarter was $(0.7) million, or $(0.03) per share based on 23.6 million weighted average diluted shares outstanding. This compares to GAAP net loss attributable to Imperva stockholders of $(1.5) million, or $(0.10) per share based on 14.6 million weighted average shares outstanding in the prior-year period.

  Non-GAAP net profit attributable to Imperva stockholders for the fourth quarter of 2012 was $1.6 million, or $0.06 per share based on 25.4 million weighted average diluted shares outstanding, excluding the above mentioned charges. This compares to non-GAAP net loss attributable to Imperva stockholders of $(0.9) million, or $(0.05) per share based on 19.3 million weighted average diluted shares outstanding in the prior-year period.

  Both GAAP and non-GAAP profit and loss per share attributable to Imperva stockholders for the fourth quarter ended December 31, 2012 adjust for the loss attributable to Imperva's non-controlling interest in Incapsula.

- **Balance Sheet**: As of December 31, 2012, Imperva had cash, cash equivalents and investments of $102.3 million. Total deferred revenue of $46.3 million increased 41% compared to $32.9 million as of December 31, 2011.

## Full Year 2012 Financial Highlights

- **Revenue:** Total revenue for 2012 was $104.2 million, an increase of 33% compared to $78.3 million for 2011. Within total revenue, product revenue was $59.5 million, an increase of 25% year-over-year. Services revenue increased 46% year-over-year to $44.7 million and accounted for 43% of total revenue, up from 39% for 2011. Within services revenue, overall subscriptions revenue grew 217% to $4.7 million, compared to 2011. Combined product and subscriptions revenue, a leading indicator of the strength of our business, grew 31% to $64.2 million, compared to 2011.

- **Operating Profit (Loss):** Operating loss as reported in accordance with U.S. generally accepted accounting principles (GAAP) was $(7.1) million for 2012 compared to a loss of $(10.0) million during 2011. GAAP results included stock-based compensation expense of $6.0 million for 2012 and $1.7 million for 2011. Non-GAAP operating loss for 2012 was $(1.1) million, compared to a loss of $(8.3) million during 2011, excluding the above mentioned charges.

- **Net Profit (Loss)**: GAAP net loss attributable to Imperva stockholders for 2012 was $(7.4) million, or $(0.32) per share based on 22.9 million weighted average diluted shares outstanding. This compares to GAAP net loss attributable to Imperva stockholders of $(10.3) million, or $(1.34) per share based on 7.7 million weighted average shares outstanding in the prior-year period.

  Non-GAAP net loss attributable to Imperva stockholders for 2012 was $(1.4) million, or $(0.06) per share based on 22.9 million weighted average diluted shares outstanding, excluding the above mentioned charges. This compares to non-GAAP net loss attributable to Imperva stockholders of $(8.5) million, or $(0.51) per share based on 16.9 million weighted average diluted shares outstanding in the prior-year period.

Both GAAP and non-GAAP loss per share attributable to Imperva stockholders for the full year ended December 31, 2012 adjust for the loss attributable to Imperva's non-controlling interest in Incapsula. A reconciliation of GAAP to non-GAAP financial measures has been provided in the financial statement tables included in this press release. An explanation of these measures is also included below under the heading "Non-GAAP Financial Measures."

**Fourth Quarter and Full Year 2012 Operating Highlights**

- During the fourth quarter of 2012, Imperva booked 95 deals with a value over $100,000, up 20% compared to the fourth quarter of last year. For the full year 2012, the company booked 278 deals with a value over $100,000, an increase of 29% year-over-year.

- During the fourth quarter of 2012, Imperva added 199 new customers, up 28% compared to the fourth quarter of last year. For the full year 2012, the company added 553 new customers, an increase of 28% year-over-year. Imperva now has over 2,200 customers in more than 60 countries around the world.

- Imperva announced a partnership with Acunetix to achieve interoperability between Imperva's SecureSphere Web Application Firewall (WAF) and Acunetix's Web Vulnerability Scan (WVS) to provide reduced risk exposure, enhanced protection, reduced development cost, and compliance reporting.

- In January 2013, Imperva announced a technology alliance with FireEye which fully integrates our products to enhance protection for critical applications, data and intellectual property from advanced cyber attacks.

**Business Outlook**

The following forward-looking statements reflect expectations as of February 7, 2013. Results may be materially different and could be affected by the factors detailed in this press release and in recent Imperva SEC filings.

First Quarter Expectations – Ending March 31, 2013

Imperva expects total revenue for the first quarter of 2013 to be in the range of $27.0 million to $27.5 million, representing growth in the range of 25% to 28% compared to the same period in 2012. The company expects in the first quarter of 2013 non-GAAP gross margins of approximately 79%. Further, Imperva expects in the first quarter of 2013 non-GAAP operating loss to be in the range of $(2.0) million to $(2.5) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(2.25) million to $(2.75) million, or a loss of $(0.09) to $(0.11) per share, which excludes stock-based compensation expense.

<u>Full Year Expectations –Ending December 31, 2013</u>

Imperva expects total revenue for 2013 to be in the range of $131.0 million to $135.0 million, or up 26% to 30% compared to 2012. Imperva expects 2013 non-GAAP gross margins of approximately 80%. Further, the company expects 2013 non-GAAP operating profit to be in the range of $5.0 million to $6.5 million and non-GAAP net profit attributable to Imperva stockholders to be in the range of $4.0 million to $5.0 million, or $0.15 to $0.21 per share, which excludes stock-based compensation expense. Imperva expects capital expenditures for the full year to be in the range of $2.5 million to $3.5 million. Finally, the company expects to continue to generate positive cash flows from operations in 2013.

## Quarterly Conference Call

Imperva will host a conference call today at 2:00 p.m. Pacific Time (5:00 p.m. Eastern Time) to review the company's financial results for the fourth quarter and full year ended December 31, 2012. To access this call, dial 888.337.8259 for the U.S. and Canada or 719.325.2336 for international callers with conference ID #7457180. A live webcast of the conference call will be accessible from the investors page of Imperva's website at www.imperva.com, and a recording will be archived and accessible at www.imperva.com. An audio replay of this conference call will also be available through February 21, 2013, by dialing 877.870.5176 for the U.S. and Canada, or 858.384.5517 for international callers and entering passcode #7457180.

## Non-GAAP Financial Measures

Imperva reports all financial information required in accordance with U.S. generally accepted accounting principles (GAAP). To supplement the Imperva unaudited condensed consolidated financial statements presented in accordance with GAAP, Imperva uses certain non-GAAP measures of financial performance. The presentation of these non-GAAP financial measures is not intended to be considered in isolation from, as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and may be different from non-GAAP financial measures used by other companies. In addition, these non-GAAP measures have limitations in that they do not reflect all of the amounts associated with the results of Imperva operations as determined in accordance with GAAP. The non-GAAP financial measures used by Imperva include historical non-GAAP net loss and non-GAAP basic and diluted loss per share. These non-GAAP financial measures exclude stock-based compensation from the Imperva unaudited condensed consolidated statement of operations and give pro forma effect to the conversion of convertible preferred stock and issuance of common stock in connection with Imperva's initial public offering as if both had happened at the beginning of each period presented.

For a description of these items, including the reasons why management adjusts for them, and reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial measures, please see the section of the accompanying tables titled "Use of Non-GAAP Financial Information" as well as the related tables that precede it. Imperva may consider whether other significant non-recurring items that arise in the future should also be excluded in calculating the non-GAAP financial measures it uses.

Imperva believes that these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provide meaningful supplemental information regarding the performance of Imperva by excluding certain items that may not be indicative of the company's core business, operating results or future outlook. Imperva management uses, and believes that investors benefit from referring to, these non-GAAP financial measures in assessing operating results of Imperva, as well as when planning, forecasting and analyzing future periods. These non-GAAP financial measures also facilitate comparisons of the performance of Imperva to prior periods.

## Forward Looking Statements

This press release contains forward-looking statements, including without limitation those regarding Imperva's "Business Outlook" ("First Quarter Expectations – Ending March 31, 2013" and "Full Year Expectations – Ending December 31, 2013"); Imperva's belief that quarterly and annual combined product and subscriptions revenue are a leading indicator of the strength of its business; the company's belief that it will continue to successfully execute its global go-to-market growth strategy and significantly improve its operating leverage; Imperva's belief that the number of sophisticated attacks and regulations governing business data will continue to increase worldwide; the company's belief that there will be continued demand for its comprehensive integrated solution; and Imperva's belief that it will continue to maintain its momentum, extend its leadership position and further leverage the investments being made to its global sales infrastructure. These forward-looking statements are subject to material risks and uncertainties that may cause actual results to differ substantially from expectations. Investors should consider important risk factors, which include: the risk that demand for our business security solutions may not increase and may decrease; the risk that we may not timely introduce new products or versions of our products and that they may not be accepted by the market; the risk that competitors may be perceived by customers to be better positioned to help handle business security threats and protect their businesses from major risk; the risk that the growth of Imperva may be lower than anticipated; and other risks detailed under the caption "Risk Factors" in the company's Form 10-Q filed with the Securities and Exchange Commission, or the SEC, on November 13, 2012 and the company's other SEC filings. You can obtain copies of the company's SEC filings on the SEC's website at www.sec.gov.

The foregoing information represents the company's outlook only as of the date of this press release, and Imperva undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, new developments or otherwise.

## About Imperva

Imperva is a pioneer and leader of a new category of business security solutions for critical applications and high-value data in the data center. Imperva's award-winning solutions protect against data theft, insider abuse, and fraud while streamlining regulatory compliance by monitoring and controlling data usage and business transactions across the data center, from storage in a database or on a file server to consumption through applications. With over 2,200 end-user customers in more than 60 countries and thousands of organizations protected through cloud-based deployments, securing your business with Imperva puts you in the company of the world's leading organizations. For more information, visit www.imperva.com, follow us on Twitter or visit our blog.

© 2013 Imperva, Inc. All rights reserved. Imperva and the Imperva logo are trademarks of Imperva, Inc.

###

## IMPERVA, INC. AND SUBSIDIARIES

**Condensed Consolidated Statements of Operations**
(On a GAAP basis)
(In thousands, except per share amounts)
(Unaudited)

| | For the Three Months Ended | | For the Twelve Months Ended | |
|---|---|---|---|---|
| | Dec 31, 2012 | Dec 31, 2011 | Dec 31, 2012 | Dec 31, 2011 |
| Net revenue: | | | | |
| Products and license | $ 18,717 | $ 14,779 | $ 59,490 | $ 47,600 |
| Services | 13,102 | 8,536 | 44,745 | 30,702 |
| Total net revenue | 31,819 | 23,315 | 104,235 | 78,302 |
| Cost of revenue[(1)]: | | | | |
| Products and license | 2,338 | 2,278 | 8,530 | 6,711 |
| Services | 4,036 | 2,448 | 13,374 | 9,510 |
| Total cost of revenue | 6,374 | 4,726 | 21,904 | 16,221 |
| Gross profit | 25,445 | 18,589 | 82,331 | 62,081 |
| Operating expenses[(1)]: | | | | |
| Research and development | 5,483 | 4,740 | 20,555 | 17,598 |
| Sales and marketing | 16,769 | 11,712 | 53,509 | 42,682 |
| General and administrative | 4,035 | 3,621 | 15,371 | 11,807 |
| Total operating expenses | 26,287 | 20,073 | 89,435 | 72,087 |
| Loss from operations | (842) | (1,484) | (7,104) | (10,006) |
| Other expense, net | (117) | 48 | (243) | (190) |
| Loss before provision for income taxes | (959) | (1,436) | (7,347) | (10,196) |
| Provision for income taxes | (97) | 191 | 545 | 662 |
| Net loss | (862) | (1,627) | (7,892) | (10,858) |
| Add: Loss attributable to noncontrolling interest | 138 | 131 | 505 | 589 |
| Net loss attributable to Imperva, Inc. stockholders | $ (724) | $ (1,496) | $ (7,387) | $(10,269) |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.03) | $ (0.10) | $ (0.32) | $ (1.34) |
| Shares used in computing net loss per share of common stock, basic and diluted | 23,605 | 14,618 | 22,916 | 7,675 |

(1)   Stock-based compensation expense as included in above:

| | | | | |
|---|---|---|---|---|
| Cost of revenue | $ 167 | $ 45 | $ 469 | $ 118 |
| Research and development | 468 | 47 | 1,227 | 130 |
| Sales and marketing | 1,178 | 167 | 2,543 | 412 |
| General and administrative | 559 | 314 | 1,729 | 1,067 |
| Total stock-based compensation expense | $ 2,372 | $ 573 | $ 5,968 | $ 1,727 |

# IMPERVA, INC. AND SUBSIDIARIES

## Condensed Consolidated Balance Sheets
(In thousands)
(Unaudited)

| | As of Dec 31, 2012 | As of Dec 31, 2011 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 59,201 | $ 96,025 |
| Short-term investments | 43,126 | 1,587 |
| Restricted cash, current | 591 | 687 |
| Accounts receivable, net | 35,576 | 25,736 |
| Inventory | 328 | 442 |
| Deferred tax assets | 597 | 246 |
| Prepaid expenses and other current assets | 4,356 | 1,352 |
| Total current assets | **143,775** | **126,075** |
| Property and equipment, net | 5,515 | 4,026 |
| Severance pay fund | 3,150 | 2,652 |
| Restricted cash | 753 | 666 |
| Deferred tax assets | — | 46 |
| Other assets | 764 | 77 |
| **Total assets** | **$ 153,957** | **$ 133,542** |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,789 | $ 3,534 |
| Accrued compensation and benefits | 9,258 | 7,491 |
| Accrued and other current liabilities | 4,323 | 4,408 |
| Deferred revenue | 33,609 | 21,982 |
| Total current liabilities | **50,979** | **37,415** |
| Other liabilities | 2,638 | 2,856 |
| Deferred revenue | 12,682 | 10,943 |
| Accrued severance pay | 3,427 | 2,760 |
| **Total liabilities** | **69,726** | **53,974** |
| **Stockholders' equity:** | | |
| Common stock | 2 | 2 |
| Additional paid-in capital | 157,989 | 147,085 |
| Accumulated deficit | (73,517) | (66,130) |
| Accumulated other comprehensive income (loss) | 861 | (616) |
| **Total Imperva, Inc. stockholders' equity** | **85,335** | **80,341** |
| Noncontrolling interest | (1,104) | (773) |
| **Total stockholders' equity** | **84,231** | **79,568** |
| **Total liabilities and stockholders' equity** | **$ 153,957** | **$ 133,542** |

## IMPERVA, INC. AND SUBSIDIARIES

### Condensed Consolidated Statements of Cash Flows

(In thousands)

(Unaudited)

| | For the Twelve Months Ended | |
| --- | --- | --- |
| | Dec 31, 2012 | Dec 31, 2011 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (7,892) | $ (10,858) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 1,841 | 1,540 |
| Stock-based compensation | 5,968 | 1,727 |
| Revaluation of convertible preferred stock warrant liability | — | 238 |
| Amortization of premiums/accretion of discounts on short-term investments | 496 | — |
| Excess tax benefits from share-based compensation | (19) | |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (9,840) | (12,572) |
| Inventory | 114 | (55) |
| Prepaid expenses and other assets | (2,174) | (95) |
| Accounts payable | 255 | 1,019 |
| Accrued compensation and benefits | 1,767 | 1,623 |
| Accrued and other liabilities | 703 | (622) |
| Severance pay, net | 169 | (60) |
| Deferred revenue | 13,366 | 11,707 |
| Deferred tax assets | (286) | (121) |
| Other | (1) | (8) |
| Net cash provided by (used in) operating activities | 4,467 | (6,537) |
| **Cash flows from investing activities:** | | |
| Purchase of short-term investments | (58,158) | (2,948) |
| Proceeds from sales/maturities of short-term investments | 16,305 | 2,611 |
| Net purchases of property and equipment | (3,330) | (1,465) |
| Purchase of other assets | (400) | — |
| Change in restricted cash | 9 | 160 |
| Net cash used in investing activities | (45,574) | (1,642) |
| **Cash flows from financing activities:** | | |
| Proceeds from issuance of common stock | 4,211 | 1,149 |
| Proceeds from initial public offering, net of offering costs | — | 86,245 |
| Proceeds from issuance of restricted stock | — | 963 |
| Increase in line of credit | — | 4,000 |
| Repayment of revolving credit facility | — | (4,501) |
| Excess tax benefits from share-based compensation | 19 | — |
| Net cash provided by financing activities | 4,230 | 87,856 |
| Effect of exchange rate changes on cash | 53 | (62) |
| **Net increase (decrease) in cash and cash equivalents** | **(36,824)** | **79,615** |
| **Cash and cash equivalents at beginning of year** | **$ 96,025** | **$ 16,410** |
| **Cash and cash equivalents at end of year** | **$ 59,201** | **$ 96,025** |

# IMPERVA, INC. AND SUBSIDIARIES

(Reconciliation of GAAP to Non-GAAP Measures)
(In thousands, except per share amounts)
(Unaudited)

| | For the Three Months Ended | | For the Twelve Months Ended | |
| --- | --- | --- | --- | --- |
| | Dec 31, 2012 | Dec 31, 2011 | Dec 31, 2012 | Dec 31, 2011 |
| GAAP operating loss | $ (842) | $ (1,484) | $ (7,104) | $ (10,006) |
| Plus: | | | | |
|    Stock-based compensation expense | 2,372 | 573 | 5,968 | 1,727 |
| Non-GAAP operating income (loss) | $ 1,530 | $ (911) | $ (1,136) | $ (8,279) |
| GAAP net loss attributable to Imperva, Inc. stockholders | $ (724) | $ (1,496) | $ (7,387) | $(10,269) |
| Plus: | | | | |
|    Stock-based compensation expense | 2,372 | 573 | 5,968 | 1,727 |
| Non-GAAP net income (loss) | $ 1,648 | $ (923) | $ (1,419) | $ (8,542) |
| Weighted average basic shares outstanding | 23,605 | 14,618 | 22,916 | 7,675 |
| Plus: | | | | |
|    Additional weighted average shares giving effect to initial public offering and conversion of convertible preferred stock at the beginning of the period | — | 4,679 | — | 9,228 |
| Shares used in computing Non-GAAP net income (loss) per share, basic | 23,605 | 19,297 | 22,916 | 16,903 |
| Shares used in computing Non-GAAP net income (loss) per share, diluted | 25,363 | 19,297 | 22,916 | 16,903 |
| Non-GAAP net income (loss), basic | $ 0.07 | $ (0.05) | $ (0.06) | $ (0.51) |
| Non-GAAP net income (loss), diluted | $ 0.06 | $ (0.05) | $ (0.06) | $ (0.51) |

- Due to rounding, totals may not equal the sum of the line items in the table above.

**Use of Non-GAAP Financial Information**

In addition to the reasons stated above, which are generally applicable to each of the items Imperva excludes from its non-GAAP financial measures, Imperva believes it is appropriate to exclude or give effect to certain items for the following reasons:

*Stock-Based Compensation:* When evaluating the performance of its consolidated results, Imperva does not consider stock-based compensation charges. Likewise, the Imperva management team excludes stock-based compensation expense from its operating plans. In contrast, the Imperva management team is held accountable for cash-based compensation and such amounts are included in its operating plans. Further, when considering the impact of equity award grants, Imperva places a greater emphasis on overall stockholder dilution rather than the accounting charges associated with such grants.

Imperva excludes stock based compensation charges from its non-GAAP financial measures primarily because they are non cash expenses that it does not consider part of ongoing operating results when assessing the performance of its business, and the exclusion of these expenses facilitates the comparison of results and business outlook for future periods with results for prior periods in order to better understand the long term performance of its business.

*Conversion of Preferred and Shares from Initial Public Offering:* Imperva believes it is useful to provide a non-GAAP financial measure that gives pro forma effect to the conversion of preferred stock and issuance of common stock in connection with Imperva's initial public offering as if both had happened at the beginning of each period presented in order to have an alternative way to evaluate per share performance on a comparative basis.

**Investor Relations Contact Information**

Seth Potter
646.277.1230
IR@imperva.com
Seth.Potter@icrinc.com

# Exhibit K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

---

# FORM 8-K

---

### CURRENT REPORT
### PURSUANT TO SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

**Date of report: April 9, 2014**
**(Date of earliest event reported)**

---

# Imperva, Inc.
**(Exact Name of Registrant as Specified in Its Charter)**

---

**Delaware**
**(State or Other Jurisdiction of Incorporation)**

| | |
|---|---|
| **001-35338** | **03-0460133** |
| (Commission File Number) | (IRS Employer Identification No.) |

| | |
|---|---|
| **3400 Bridge Parkway, Suite 200** | |
| **Redwood Shores, California** | **94065** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(650) 345-9000**
**(Registrant's Telephone Number, Including Area Code)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02.        Result of Operations and Financial Condition.**

On April 9, 2014, Imperva, Inc. issued a press release announcing certain preliminary results for the three months ended March 31, 2014. A copy of the press release is furnished herewith as Exhibit 99.1.

The information in Item 2.02 of this Current Report, including Exhibit 99.1, is being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information in this Item 2.02 shall not be incorporated by reference in any registration statement or other document filed by Imperva with the Securities and Exchange Commission, whether made before or after the date of this Current Report, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such a filing.

**Item 9.01.        Financial Statements and Exhibits.**

(d)    Exhibits.

| Number | Description |
| --- | --- |
| 99.1 | Press release issued by Imperva, Inc., dated April 9, 2014. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By: /s/ Terrence J. Schmid

Terrence J. Schmid
Chief Financial Officer

Date: April 9, 2014

# EXHIBIT INDEX

| Number | Description |
| --- | --- |
| 99.1 | Press release issued by Imperva, Inc., dated April 9, 2014. |

Exhibit 99.1



### Imperva Announces Preliminary First Quarter 2014 Financial Results

### Imperva to Report Full First Quarter 2014 Financial Results on May 1, 2014

**Redwood Shores, Calif., April 9, 2014** – Imperva, Inc. (NYSE: IMPV) today announced preliminary financial results for the first quarter ended March 31, 2014.

Based on preliminary financial information, Imperva currently expects to report total revenue for the first quarter of 2014 in the range of $31.0 million to $31.5 million compared to the company's prior guidance of total revenue in the range of $36.0 million to $37.0 million.

Imperva also expects to report non-GAAP operating loss in the first quarter of 2014 in the range of $(9.5) million to $(10.5) million, and expects to report non-GAAP net loss per share attributable to Imperva stockholders in the range of $(0.40) to $(0.44) using approximately 25.2 million weighted average shares, based on preliminary financial information. This is compared to the company's prior guidance of a non-GAAP operating loss in the range of $(8.0) million to $(9.0) million and non-GAAP net loss per share attributable to Imperva stockholders in the range of $(0.33) to $(0.37). Preliminary non-GAAP results exclude stock-based compensation and acquisition-related expenses. We will provide detail on stock-based compensation and acquisition related expenses on our Q1 earnings conference call.

First quarter 2014 preliminary results are subject to change based on the completion of the company's normal quarter-end review process.

"Based on our preliminary analysis, our first quarter results were primarily impacted by extended sales cycles on deals over $100,000, which led to delays in receiving anticipated orders from customers, particularly in the U.S, which resulted in lower than expected revenue for products," said Imperva President and CEO, Shlomo Kramer. "While our overall win rates remained consistent during the quarter, the extended sales cycles resulted from a combination of intensifying competition for large orders, which resulted in additional review and approval cycles, as well as sales execution challenges in the U.S. We are taking steps to address these issues. We are also continuing to analyze the factors that impacted our first quarter results, and consider additional steps we may take to address them and how they may impact our outlook for the full year. We expect to provide updated guidance during our regular earnings call."

Kramer added, "While we are disappointed with the overall results, we were pleased with the strong performance in EMEA as well as in sales of subscription products during the first quarter. We remain confident in the longer term due to ongoing growth in global demand for data center security solutions and our growing global pipeline of opportunities, as well as our commitment to innovation and ability to execute our comprehensive plan for addressing the security challenges for the cloud."

## First Quarter 2014 Full Results and Earnings Conference Call

Imperva also announced today that it will issue a press release reporting full financial results for the quarter ended March 31, 2014 after the close of the market on May 1, 2014. Imperva will host a conference call and live webcast to discuss those full first quarter 2014 financial results for investors and analysts at 2:00 p.m. Pacific Time (5:00 p.m. Eastern Time) on May 1, 2014. To access the conference call, dial (888) 505-4347 for the U.S. or Canada or (719) 457-0349 for international callers with conference ID #8991202. The webcast will be available live on the Investors section of the company's website at www.imperva.com. An audio replay of the call will also be available to investors by phone beginning at approximately 5:00 p.m. Pacific Time on May 1, 2014 until 8:59 p.m. Pacific Time on May 15, 2014, by dialing (877) 870-5176 for the U.S. or Canada or (858) 384-5517 for international callers, and entering passcode #8991202. In addition, an archived webcast will be available on the Investors section of the company's website at www.imperva.com.

## Non-GAAP Financial Measures

Imperva reports all financial information required in accordance with U.S. generally accepted accounting principles (GAAP). To supplement the Imperva unaudited condensed consolidated financial statements presented in accordance with GAAP, Imperva uses certain non-GAAP measures of financial performance. The presentation of these non-GAAP financial measures is not intended to be considered in isolation from, as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and may be different from non-GAAP financial measures used by other companies. In addition, these non-GAAP measures have limitations in that they do not reflect all of the amounts associated with the results of Imperva operations as determined in accordance with GAAP. The non-GAAP financial measures used by Imperva include historical non-GAAP net loss and non-GAAP basic and diluted loss per share. These non-GAAP financial measures exclude stock-based compensation and acquisition-related expenses from the Imperva unaudited condensed consolidated statement of operations.

Imperva believes that these non-GAAP financial measures provide meaningful supplemental information regarding the performance of Imperva by excluding certain items that may not be indicative of the company's core business, operating results or future outlook. Imperva management uses, and believes that investors benefit from referring to, these non-GAAP financial measures in assessing operating results of Imperva, as well as when planning, forecasting and analyzing future periods. These non-GAAP financial measures also facilitate comparisons of the performance of Imperva to prior periods.

## Forward Looking Statements

This press release contains forward-looking statements, including without limitation those regarding Imperva's beliefs regarding the longer term prospects of the company, growth in global demand for data center security solutions and growing global pipeline of opportunities; the company's expectations regarding longer sales cycles; and Imperva's belief that it will be able to execute its comprehensive plan for addressing the security challenges for the cloud. These forward-looking statements are subject to material risks and uncertainties that may cause actual results to differ substantially from expectations. Investors should consider important risk factors, which include: the risk that demand for our data center security solutions may not increase and may decrease; the risk of lengthening or volatility in our sales cycle due to competitive pressures or the evaluation by customers of both our cloud security solutions from Incapsula and our on-premise products; the risk that the mix of cloud-based solutions and on-premise sales, with their different revenue recognition profiles, shifts toward cloud-based more rapidly than anticipated; the risk that we may not timely introduce new products or versions of our products and that they may not be accepted by the market; the risk that competitors may be perceived

by customers to be better positioned to help handle data center security threats and protect their businesses from major risk; the risk that the growth of Imperva may be lower than anticipated; the risk that Imperva may not be able to attract or retain employees, including sales personnel; and other risks detailed under the caption "Risk Factors" in the company's Form 10-K filed with the Securities and Exchange Commission, or the SEC, on February 28, 2014 and the company's other SEC filings. You can obtain copies of the company's SEC filings on the SEC's website at www.sec.gov.

The foregoing information is provided only as of the date of this press release, and Imperva undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, new developments or otherwise.

## About Imperva

Imperva, pioneering the third pillar of enterprise security, fills the gaps in endpoint and network security by directly protecting high-value applications and data assets in physical and virtual data centers. With an integrated security platform built specifically for modern threats, Imperva data center security provides the visibility and control needed to neutralize attack, theft, and fraud from inside and outside the organization, mitigate risk, and streamline compliance. Over 3,000 customers in more than 75 countries rely on our SecureSphere ® platform to safeguard their business. Imperva is headquartered in Redwood Shores, California. Learn more: www.imperva.com, our blog, on Twitter.

*© 2014 Imperva, Inc. All rights reserved. Imperva, the Imperva logo, and SecureSphere are trademarks of Imperva, Inc.*

**Investor Relations Contact:**

ICR, Inc.
Seth Potter
646.277.1230
IR@imperva.com
Seth.Potter@icrinc.com

# Exhibit L

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

---

# FORM 8-K

---

**CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**

**Date of report: July 31, 2014**
(Date of earliest event reported)

---

# Imperva, Inc.
(Exact Name of Registrant as Specified in Its Charter)

---

**Delaware**
(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| **001-35338** | **03-0460133** |
| (Commission File Number) | (IRS Employer Identification No.) |
| **3400 Bridge Parkway, Suite 200** | |
| **Redwood Shores, California** | **94065** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(650) 345-9000**
(Registrant's Telephone Number, Including Area Code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02. Results of Operations and Financial Condition.**

On July 31, 2014, Imperva, Inc. ("Imperva") issued a press release announcing its financial results for the second quarter ended June 30, 2014 and providing its business outlook. A copy of the press release is attached as Exhibit 99.01 to this Current Report on Form 8-K.

The information in Item 2.02 of this Current Report, including Exhibit 99.01 to this Current Report, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained in this Item 2.02 and in the accompanying Exhibit 99.01 shall not be incorporated by reference into any registration statement or other document filed by Imperva with the Securities and Exchange Commission, whether made before or after the date of this Current Report, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01. Financial Statements and Exhibits.**

(d)    Exhibits.

| Number | Description |
| --- | --- |
| 99.01 | Press release issued by Imperva, Inc., dated July 31, 2014. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By: /s/ Terrence J. Schmid
    Terrence J. Schmid
    Chief Financial Officer

Date: July 31, 2014

## EXHIBIT INDEX

| Number | Description |
| --- | --- |
| 99.01 | Press release issued by Imperva, Inc., dated July 31, 2014. |

Exhibit 99.01

**Imperva Announces Second Quarter 2014 Financial Results**

- *Total revenue of $38.4 million, up 23% year-over-year*

- *Services revenue growth of 39% was driven by the 110% year-over-year increase in subscription revenue*

- *Total deferred revenue at June 30, 2014 increased 33% year-over-year to $64.1 million*

**Redwood Shores, Calif. – July 31, 2014** – Imperva, Inc. (NYSE: IMPV), pioneering the third pillar of enterprise security with a new layer of protection designed specifically for physical and virtual data centers, today announced financial results for the second quarter ended June 30, 2014.

"We were pleased with our execution during the second quarter and our ability to exceed guidance," stated Shlomo Kramer, President and Chief Executive Officer of Imperva. "During the quarter, we made good progress on the productivity initiatives we began to implement last quarter highlighted by a rebound in the United States as well as a continuation of our overall high win rates globally. We believe that Imperva is well positioned to maintain its momentum during the second half of the year due to the combination of ongoing demand for our integrated solution, strong growth of subscriptions and growing pipeline of opportunities globally."

**Second Quarter 2014 Financial Highlights**

- **Revenue:** Total revenue for the second quarter of 2014 was $38.4 million, an increase of 23% compared to $31.3 million in the second quarter of 2013. Within total revenue, product revenue was $16.6 million compared to $15.7 million in the same period last year. Services revenue increased 39% year-over-year to $21.9 million and accounted for 57% of total revenue, up from 50% in the second quarter of 2013. Within services revenue, overall subscription revenue grew 110% to $5.3 million, compared to the second quarter of 2013. Combined product and subscriptions revenue was $21.8 million compared to $18.2 million in the second quarter of 2013.

- **Operating Profit (Loss):** Operating loss as reported in accordance with U.S. generally accepted accounting principles (GAAP) was $(15.3) million for the second quarter compared to a loss of $(5.7) million during the second quarter in 2013. GAAP results included stock-based compensation expense of $8.7 million for the second quarter of 2014 and $3.6 million for the second quarter of 2013. GAAP results also included amortization of intangibles of $0.4 million during the second quarter of 2014. Non-GAAP operating loss for the second quarter was $(6.2) million, compared to a loss of $(2.1) million during the same period in 2013, excluding the above mentioned charges.

- **Net Profit (Loss):** GAAP net loss attributable to Imperva stockholders for the second quarter was $(15.4) million, or $(0.60) per share based on 25.8 million weighted average shares outstanding. This compares to GAAP net loss attributable to Imperva stockholders of $(5.9) million, or $(0.24) per share based on 24.2 million weighted average shares outstanding in the prior-year period.

Non-GAAP net loss attributable to Imperva stockholders for the second quarter of 2014 was $(6.4) million, or $(0.25) per share based on 25.8 million weighted average shares outstanding, excluding the above mentioned charges. This compares to non-GAAP net loss attributable to Imperva stockholders of $(2.3) million, or $(0.10) per share based on 24.2 million weighted average diluted shares outstanding in the prior-year period.

A reconciliation of GAAP to non-GAAP financial measures has been provided in the financial statement tables included in this press release. An explanation of these measures is also included below under the heading "Non-GAAP Financial Measures."

- **Balance Sheet**: As of June 30, 2014, Imperva had cash, cash equivalents and investments of $99.5 million. Total deferred revenue of $64.1 million increased 33% compared to $48.3 million as of June 30, 2013.

## Second Quarter 2014 Operating Highlights

- During the second quarter of 2014, Imperva booked 88 deals with a value over $100,000 compared to 76 deals during the second quarter of last year. During the six months ended June 30, 2014, Imperva booked 155 deals with a value over $100,000 compared to 140 during the same period in 2013.

- During the second quarter of 2014, Imperva added 175 new customers compared to 185 during the second quarter of last year. During the six months ended June 30, 2014, Imperva added 346 new customers compared to 333 during the same period in 2013. Imperva now has over 3,300 customers in more than 75 countries around the world.

## Business Outlook

The following forward-looking statements reflect expectations as of July 31, 2014. Results may be materially different and could be affected by the factors detailed in this press release and in recent Imperva SEC filings.

### Third Quarter Expectations – Ending September 30, 2014

Imperva expects total revenue for the third quarter of 2014 to be in the range of $38.0 million to $41.0 million, representing growth in the range of 8% to 17% compared to the same period in 2013. The company expects in the third quarter of 2014 non-GAAP gross margins of approximately 78.5%. Further, Imperva expects in the third quarter of 2014 non-GAAP operating loss to be in the range of $(6.0) million to $(8.0) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(6.5) million to $(8.5) million, or a loss of $(0.25) to $(0.33) per share based on approximately 26.0 million weighted average shares, which excludes stock-based compensation expense and amortization of intangibles.

### Full Year Expectations –Ending December 31, 2014

Imperva expects total revenue for 2014 to be in the range of $155.5 million to $162.5 million, or up 13% to 18% compared to 2013. Imperva expects 2014 non-GAAP gross margins of approximately 79%. Further, the company expects 2014 non-GAAP operating loss to be in the range of $(21.0) million to $(26.5) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(21.5) million to $(27.5) million, or a loss of $(0.83) to $(1.06) per share based on approximately 26.0 million weighted average shares, which excludes stock-based compensation, amortization of intangibles and acquisition-related expenses. Imperva expects capital expenditures for the full year to be in the range of $3.5 million to $4.5 million. Finally, the company expects to generate negative cash flows from operations in 2014.

**Quarterly Conference Call**

Imperva will host a conference call today at 2:00 p.m. Pacific Time (5:00 p.m. Eastern Time) to review the company's financial results for the second quarter ended June 30, 2014. To access this call, dial 877.879.6203 for the U.S. and Canada or 719.325.4800 for international callers with conference ID #5315327. A live webcast of the conference call will be accessible from the investors page of Imperva's website at www.imperva.com, and a recording will be archived and accessible at www.imperva.com. An audio replay of this conference call will also be available through August 14, 2014, by dialing 877.870.5176 for the U.S. and Canada, or 858.384.5517 for international callers and entering passcode #5315327.

**Non-GAAP Financial Measures**

Imperva reports all financial information required in accordance with U.S. generally accepted accounting principles (GAAP). To supplement the Imperva unaudited condensed consolidated financial statements presented in accordance with GAAP, Imperva uses certain non-GAAP measures of financial performance. The presentation of these non-GAAP financial measures is not intended to be considered in isolation from, as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and may be different from non-GAAP financial measures used by other companies. In addition, these non-GAAP measures have limitations in that they do not reflect all of the amounts associated with the results of Imperva operations as determined in accordance with GAAP. The non-GAAP financial measures used by Imperva include historical non-GAAP net loss and non-GAAP basic and diluted loss per share. These non-GAAP financial measures exclude stock-based compensation, amortization of intangibles and acquisition-related expenses from the Imperva unaudited condensed consolidated statement of operations.

For a description of these items, including the reasons why management adjusts for them, and reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial measures, please see the section of the accompanying tables titled "Use of Non-GAAP Financial Information" as well as the related tables that precede it. Imperva may consider whether other significant non-recurring items that arise in the future should also be excluded in calculating the non-GAAP financial measures it uses.

Imperva believes that these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provide meaningful supplemental information regarding the performance of Imperva by excluding certain items that may not be indicative of the company's core business, operating results or future outlook. Imperva management uses, and believes that investors benefit from referring to, these non-GAAP financial measures in assessing operating results of Imperva, as well as when planning, forecasting and analyzing future periods. These non-GAAP financial measures also facilitate comparisons of the performance of Imperva to prior periods.

**Forward Looking Statements**

This press release contains forward-looking statements, including without limitation those regarding Imperva's "Business Outlook" ("Third Quarter Expectations – Ending September 30, 2014" and "Full Year Expectations – Ending December 31, 2014"); Imperva's belief that it is in

position to maintain its momentum during the second half of the year; and the company's expectations regarding ongoing demand for its integrated solution. These forward-looking statements are subject to material risks and uncertainties that may cause actual results to differ substantially from expectations. Investors should consider important risk factors, which include: the risk that the steps the company has taken and plans to take to address its sales execution challenges may prove insufficient; the risk that demand for the company's data center security solutions may not increase and may decrease; the risk that Imperva may not timely introduce new products or versions of its products and that they may not be accepted by the market; the risk that competitors may be perceived by customers to be better positioned to help handle business security threats and protect their businesses from major risk; the risk that the growth of Imperva may be lower than anticipated; and other risks detailed under the caption "Risk Factors" in the company's Form 10-Q filed with the Securities and Exchange Commission, or the SEC, on May 9, 2014 and the company's other SEC filings. You can obtain copies of the company's SEC filings on the SEC's website at www.sec.gov.

The foregoing information represents the company's outlook only as of the date of this press release, and Imperva undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, new developments or otherwise.

**About Imperva**

Imperva, pioneering the third pillar of enterprise security, fills the gaps in endpoint and network security by directly protecting high-value applications and data assets in physical and virtual data centers. With an integrated security platform built specifically for modern threats, Imperva data center security provides the visibility and control needed to neutralize attack, theft, and fraud from inside and outside the organization, mitigate risk, and streamline compliance. Over 3,300 customers in more than 75 countries rely on our SecureSphere® platform to safeguard their business. Imperva is headquartered in Redwood Shores, California. Learn more: www.imperva.com, our blog, on Twitter.

© 2014 Imperva, Inc. All rights reserved. Imperva, the Imperva logo, and SecureSphere are trademarks of Imperva, Inc.

###

**IMPERVA, INC. AND SUBSIDIARIES**
**Condensed Consolidated Statements of Operations**
(On a GAAP basis)
(In thousands, except per share amounts)
(Unaudited)

| | For the Three Months Ended | | For the Six Months Ended | |
| --- | --- | --- | --- | --- |
| | Jun 30 2014 | Jun 30 2013 | Jun 30 2014 | Jun 30 2013 |
| Net revenue: | | | | |
| Products and license | $ 16,586 | $ 15,671 | $ 28,557 | $ 29,825 |
| Services | 21,856 | 15,668 | 41,401 | 30,099 |
| Total net revenue | 38,442 | 31,339 | 69,958 | 59,924 |
| Cost of revenue(1): | | | | |
| Products and license | 2,075 | 2,446 | 3,807 | 4,322 |
| Services | 6,959 | 5,098 | 12,979 | 9,513 |
| Total cost of revenue | 9,034 | 7,544 | 16,786 | 13,835 |
| Gross profit | 29,408 | 23,795 | 53,172 | 46,089 |
| Operating expenses(1, 2): | | | | |
| Research and development | 11,618 | 6,646 | 21,579 | 13,004 |
| Sales and marketing | 25,065 | 18,281 | 48,100 | 35,828 |
| General and administrative | 7,622 | 4,597 | 16,027 | 8,980 |
| Amortization of purchased intangibles | 361 | — | 565 | — |
| Total operating expenses | 44,666 | 29,524 | 86,271 | 57,812 |
| Loss from operations | (15,258) | (5,729) | (33,099) | (11,723) |
| Other expense, net | (215) | (55) | (369) | (102) |
| Loss before provision (benefit) for income taxes | (15,473) | (5,784) | (33,468) | (11,825) |
| Provision (Benefit) for income taxes | (35) | 261 | (406) | 415 |
| Net loss | (15,438) | (6,045) | (33,062) | (12,240) |
| Add: Loss attributable to noncontrolling interest | — | 130 | 213 | 266 |
| Net loss attributable to Imperva, Inc. stockholders | $ (15,438) | $ (5,915) | $ (32,849) | $ (11,974) |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.60) | $ (0.24) | $ (1.29) | $ (0.50) |
| Shares used in computing net loss per share of common stock, basic and diluted | 25,782 | 24,171 | 25,545 | 24,039 |
| (1) Stock-based compensation expense as included in above: | | | | |
| Cost of revenue | $ 529 | $ 255 | $ 903 | $ 468 |
| Research and development | 2,190 | 720 | 3,982 | 1,386 |
| Sales and marketing | 3,209 | 1,643 | 5,639 | 2,976 |
| General and administrative | 2,737 | 974 | 4,807 | 1,615 |
| Total stock-based compensation expense | $ 8,665 | $ 3,592 | $ 15,331 | $ 6,445 |
| (2) Acquisition-related expense as included in above: | | | | |
| Cost of revenue | — | — | 156 | — |
| General and administrative | — | — | 1,243 | — |
| Total acquisition-related expense | $ — | $ — | $ 1,399 | $ — |

**IMPERVA, INC. AND SUBSIDIARIES**
**Condensed Consolidated Balance Sheets**
(In thousands)
(Unaudited)

| | As of Jun 30 2014 | As of Dec 31, 2013 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 62,990 | $ 76,704 |
| Short-term investments | 36,489 | 38,381 |
| Restricted cash, current | 57 | 34 |
| Accounts receivable, net | 33,604 | 44,446 |
| Inventory | 324 | 512 |
| Deferred tax assets | 374 | 341 |
| Prepaid expenses and other current assets | 3,398 | 3,972 |
| Total current assets | **137,236** | **164,390** |
| Property and equipment, net | 6,732 | 5,475 |
| Goodwill | 34,972 | — |
| Purchased intangible assets, net | 10,103 | — |
| Severance pay fund | 4,599 | 4,140 |
| Restricted cash | 1,575 | 1,252 |
| Deferred tax assets | 42 | 42 |
| Other assets | 719 | 1,192 |
| **Total assets** | **$ 195,978** | **$176,491** |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,298 | $ 3,948 |
| Accrued compensation and benefits | 12,235 | 12,930 |
| Accrued and other current liabilities | 4,369 | 3,961 |
| Deferred revenue | 42,206 | 40,337 |
| Total current liabilities | **62,108** | **61,176** |
| Other liabilities | 10,129 | 1,993 |
| Deferred revenue | 21,936 | 22,715 |
| Accrued severance pay | 5,078 | 4,385 |
| **Total liabilities** | **99,251** | **90,269** |
| **Stockholders' equity:** | | |
| Common stock | 2 | 2 |
| Additional paid-in capital | 228,602 | 187,957 |
| Accumulated deficit | (131,544) | (98,695) |
| Accumulated other comprehensive loss | (333) | (428) |
| **Total Imperva, Inc. stockholders' equity** | **96,727** | **88,836** |
| Noncontrolling interest | — | (2,614) |
| **Total stockholders' equity** | **96,727** | **86,222** |
| **Total liabilities and stockholders' equity** | **$ 195,978** | **$176,491** |

**IMPERVA, INC. AND SUBSIDIARIES**
**Condensed Consolidated Statements of Cash Flows**
(In thousands)
(Unaudited)

| | For the Six Months Ended | |
| --- | --- | --- |
| | Jun 30 2014 | Jun 30 2013 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (33,062) | $ (12,240) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 1,688 | 1,269 |
| Stock-based compensation | 15,331 | 6,445 |
| Amortization of acquired intangible assets | 565 | — |
| Amortization of premiums/accretion of discounts on short-term investments | 217 | 383 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 10,842 | 8,489 |
| Inventory | 188 | (40) |
| Prepaid expenses and other assets | 1,207 | (404) |
| Accounts payable | (928) | (16) |
| Accrued compensation and benefits | (884) | 1,350 |
| Accrued and other liabilities | (88) | (390) |
| Severance pay, net | 234 | 65 |
| Deferred revenue | 1,090 | 2,012 |
| Deferred tax assets | (33) | (18) |
| Other | — | (8) |
| Net cash provided by (used in) operating activities | (3,633) | 6,897 |
| **Cash flows from investing activities:** | | |
| Purchase of short-term investments | (11,615) | (27,026) |
| Proceeds from sales/maturities of short-term investments | 13,585 | 29,361 |
| Net purchases of property and equipment | (2,845) | (1,202) |
| Change in restricted cash | (346) | 59 |
| Acquisitions, net of cash acquired | (12,083) | — |
| Net cash provided by (used in) investing activities | (13,304) | 1,192 |
| **Cash flows from financing activities:** | | |
| Proceeds from issuance of common stock, net of repurchases | 3,223 | 2,893 |
| Net cash provided by financing activities | 3,223 | 2,893 |
| Effect of exchange rate changes on cash | — | (162) |
| **Net increase (decrease) in cash and cash equivalents** | (13,714) | 10,820 |
| **Cash and cash equivalents at beginning of period** | $ 76,704 | $ 59,201 |
| **Cash and cash equivalents at end of period** | $ 62,990 | $ 70,021 |

**IMPERVA, INC. AND SUBSIDIARIES**
(Reconciliation of GAAP to Non-GAAP Measures)
(In thousands, except per share amounts)
(Unaudited)

| | For the Three Months Ended | | For the Six Months Ended | |
| --- | --- | --- | --- | --- |
| | Jun 30 2014 | Jun 30 2013 | Jun 30 2014 | Jun 30 2013 |
| GAAP operating loss | $ (15,258) | $ (5,729) | $ (33,099) | $ (11,723) |
| Plus: | | | | |
| Stock-based compensation expense | 8,665 | 3,592 | 15,331 | 6,445 |
| Acquisition-related expense | — | — | 1,399 | — |
| Amortization of purchased intangibles | 361 | — | 565 | — |
| Non-GAAP operating loss | $ (6,232) | $ (2,137) | $ (15,804) | $ (5,278) |
| GAAP net loss attributable to Imperva, Inc. stockholders | $ (15,438) | $ (5,915) | $ (32,849) | $ (11,974) |
| Plus: | | | | |
| Stock-based compensation expense | 8,665 | 3,592 | 15,331 | 6,445 |
| Acquisition-related expense | — | — | 1,399 | — |
| Amortization of purchased intangibles | 361 | — | 565 | — |
| Non-GAAP net loss | $ (6,412) | $ (2,323) | $ (15,554) | $ (5,529) |
| Weighted average shares outstanding, basic and diluted | 25,782 | 24,171 | 25,545 | 24,039 |
| Non-GAAP net loss, basic and diluted | $ (0.25) | $ (0.10) | $ (0.61) | $ (0.23) |

**Use of Non-GAAP Financial Information**

In addition to the reasons stated above, which are generally applicable to each of the items Imperva excludes from its non-GAAP financial measures, Imperva believes it is appropriate to exclude or give effect to certain items for the following reasons:

*Stock-Based Compensation:* When evaluating the performance of its consolidated results, Imperva does not consider stock-based compensation charges. Likewise, the Imperva management team excludes stock-based compensation expense from its operating plans. In contrast, the Imperva management team is held accountable for cash-based compensation and such amounts are included in its operating plans. Further, when considering the impact of equity award grants, Imperva places a greater emphasis on overall stockholder dilution rather than the accounting charges associated with such grants.

*Amortization of Intangible Assets.* When analyzing the operating performance of an acquired entity, Imperva's management focuses on the total return provided by the investment (i.e., operating profit generated from the acquired entity as compared to the purchase price paid) without taking into consideration any allocations made for accounting purposes. Because the purchase price for an acquisition necessarily reflects the accounting value assigned to intangible assets (including acquired technology and goodwill), when analyzing the operating performance of an acquisition in subsequent periods, Imperva's management excludes the GAAP impact of acquired intangible assets to its financial results. Imperva believes that such an approach is useful in understanding the long-term return provided by an acquisition and that investors benefit from a supplemental non-GAAP financial measure that excludes the accounting expense associated with acquired intangible assets.

In addition, in accordance with GAAP, Imperva generally recognizes expenses for internally-developed intangible assets as they are incurred until technological feasibility is reached, notwithstanding the potential future benefit such assets may provide. Unlike internally-developed intangible assets, however, and also in accordance with GAAP, Imperva generally capitalizes the cost of acquired intangible assets and recognizes that cost as an expense over the useful lives of the assets acquired (other than goodwill, which is not amortized, as required under GAAP). As a result of their GAAP treatment, there is an inherent lack of comparability between the financial performance of internally-developed intangible assets and acquired intangible assets. Accordingly, Imperva believes it is useful to provide, as a supplement to its GAAP operating results, a non-GAAP financial measure that excludes the amortization of acquired intangibles.

*Acquisition-related charges:* GAAP requires expenses to be recognized for various types of events associated with a business acquisition, such as legal, accounting, advisory and other deal related expenses. These expenses vary significantly and are unique to each transaction. Additionally, Imperva does not acquire businesses on a predictable cycle. Imperva records these acquisition and other transaction costs as operating expenses when they are incurred. Imperva does not include these expenses when considering operating performance, and believes that these acquisition and other transaction costs affect comparability from period to period and that investors benefit from a supplemental non-GAAP financial measure that excludes these expenses.

Imperva excludes stock based compensation, amortization of intangibles and acquisition-related charges from its non-GAAP financial measures primarily because they are non-cash expenses or other expenses that it does not consider part of ongoing operating results when assessing the performance of its business, and the exclusion of these expenses facilitates the comparison of results and business outlook for future periods with results for prior periods in order to better understand the long term performance of its business.

**Investor Relations Contact Information**

Seth Potter
646.277.1230
IR@imperva.com
Seth.Potter@icrinc.com

# Exhibit M

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

---

# FORM 8-K

---

### CURRENT REPORT PURSUANT TO
### SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

### Date of report: October 30, 2014
### (Date of earliest event reported)

---

# Imperva, Inc.
### (Exact Name of Registrant as Specified in Its Charter)

---

**Delaware**
(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| **001-35338** | **03-0460133** |
| (Commission File Number) | (IRS Employer Identification No.) |
| **3400 Bridge Parkway, Suite 200** | |
| **Redwood Shores, California** | **94065** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(650) 345-9000**
(Registrant's Telephone Number, Including Area Code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 2.02. Results of Operations and Financial Condition.**

On October 30, 2014, Imperva, Inc. ("Imperva") issued a press release announcing its financial results for the third quarter ended September 30, 2014 and providing its business outlook. A copy of the press release is attached as Exhibit 99.01 to this Current Report on Form 8-K.

The information in Item 2.02 of this Current Report, including Exhibit 99.01 to this Current Report, is being furnished and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended. The information contained in this Item 2.02 and in the accompanying Exhibit 99.01 shall not be incorporated by reference into any registration statement or other document filed by Imperva with the Securities and Exchange Commission, whether made before or after the date of this Current Report, regardless of any general incorporation language in such filing, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01. Financial Statements and Exhibits.**

(d)     Exhibits.

| Number | Description |
|--------|-------------|
| 99.01  | Press release issued by Imperva, Inc., dated October 30, 2014. |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By: /s/ Terrence J. Schmid
     Terrence J. Schmid
     Chief Financial Officer

Date: October 30, 2014

**EXHIBIT INDEX**

| Number | Description |
|--------|-------------|
| 99.01 | Press release issued by Imperva, Inc., dated October 30, 2014. |

Exhibit 99.01

**Imperva Announces Third Quarter 2014 Financial Results**

- *Total revenue of $42.7 million, up 22% year-over-year*

- *Services revenue growth of 36% was driven by the 108% year-over-year increase in subscription revenue*

- *Combined product and subscription revenue increased 23% year-over-year*

- *Total deferred revenue at September 30, 2014 increased 31% year-over-year to $68.9 million*

**Redwood Shores, Calif. – October 30, 2014** – Imperva, Inc. (NYSE: IMPV), pioneering the third pillar of enterprise security with a new layer of protection designed specifically for physical and virtual data centers, today announced financial results for the third quarter ended September 30, 2014.

"Our ability to exceed guidance during the third quarter was driven by the continuing global demand for our integrated solutions," stated Anthony Bettencourt, President and Chief Executive Officer of Imperva. "The company is well positioned to benefit from demand driven by the increase in size and frequency of Cyber attacks due to our best-in-class data center security solutions. Longer-term, we believe Imperva is poised to maintain the momentum due to our commitment to innovation and compelling product and service offerings which we believe will enable us to continue to attract new customers, as well as the opportunity to expand within our large and growing existing global customer base."

**Third Quarter 2014 Financial Highlights**

- **Revenue:** Total revenue for the third quarter of 2014 was $42.7 million, an increase of 22% compared to $35.1 million in the third quarter of 2013. Within total revenue, product revenue was $19.6 million compared to $18.2 million in the same period last year. Services revenue increased 36% year-over-year to $23.0 million and accounted for 54% of total revenue, up from 48% in the third quarter of 2013. Within services revenue, overall subscription revenue grew 108% to $6.4 million, compared to the third quarter of 2013. Combined product and subscriptions revenue was $26.0 million, an increase of 23% compared to $21.2 million in the third quarter of 2013.

- **Operating Profit (Loss):** Operating loss as reported in accordance with U.S. generally accepted accounting principles (GAAP) was $(13.5) million for the third quarter compared to a loss of $(3.7) million during the third quarter in 2013. GAAP results included stock-based compensation expense of $10.8 million for the third quarter of 2014 and $3.4 million for the third quarter of 2013. GAAP results also included amortization of intangibles of $0.3 million during the third quarter of 2014. Non-GAAP operating loss for the third quarter was $(2.4) million, compared to a loss of $(0.3) million during the same period in 2013, excluding the above mentioned charges.

- **Net Profit (Loss):** GAAP net loss attributable to Imperva stockholders for the third quarter was $(13.6) million, or $(0.52) per share based on 26.0 million weighted average shares outstanding. This compares to GAAP net loss attributable to Imperva stockholders of $(3.8) million, or $(0.15) per share based on 24.5 million weighted average shares outstanding in the prior-year period.

Non-GAAP net loss attributable to Imperva stockholders for the third quarter of 2014 was $(2.5) million, or $(0.10) per share based on 26.0 million weighted average shares outstanding, excluding the above mentioned charges. This compares to non-GAAP net loss attributable to Imperva stockholders of $(0.4) million, or $(0.01) per share based on 24.5 million weighted average diluted shares outstanding in the prior-year period.

A reconciliation of GAAP to non-GAAP financial measures has been provided in the financial statement tables included in this press release. An explanation of these measures is also included below under the heading "Non-GAAP Financial Measures."

- **Balance Sheet**: As of September 30, 2014, Imperva had cash, cash equivalents and investments of $101.2 million. Total deferred revenue of $68.9 million increased 31% compared to $52.6 million as of September 30, 2013.

## Third Quarter 2014 and Recent Operating Highlights

- During the third quarter of 2014, Imperva booked 106 deals with a value over $100,000 compared to 97 deals during the third quarter of last year. During the nine months ended September 30, 2014, Imperva booked 261 deals with a value over $100,000 compared to 237 during the same period in 2013.

- During the third quarter of 2014, Imperva added 183 new customers, up 24% compared to 148 during the third quarter of last year. During the nine months ended September 30, 2014, Imperva added 529 new customers compared to 481 during the same period in 2013. Imperva now has over 3,500 customers in more than 90 countries around the world.

- On August 18th, Imperva appointed Anthony Bettencourt as President and CEO, as well as a member of Imperva's board of directors. Shlomo Kramer, Imperva founder, continues to serve as chairman of Imperva's board of directors and also serves as Chief Strategy Officer.

- The Imperva Skyfence group announced a free version of Skyfence Cloud Discovery that enables organizations to instantly assess authorized and unauthorized cloud app usage to determine which SaaS applications should be managed, blocked or actively monitored in order to mitigate security threats.

- Imperva announced SecureSphere support for Cloudera Navigator, which allows organizations the ability to mitigate costly non-compliance fines and protect against data breaches as they leverage Big Data deployments to deliver business value.

- In October, Imperva also announced the availability of pay-as-you-go pricing for our SecureSphere WAF for Amazon Web Services allowing customers the ability to dynamically scale their WAF capabilities in real time.

## Business Outlook

The following forward-looking statements reflect expectations as of October 30, 2014. Results may be materially different and could be affected by the factors detailed in this press release and in recent Imperva SEC filings.

<u>Fourth Quarter Expectations – Ending December 31, 2014</u>

Imperva expects total revenue for the fourth quarter of 2014 to be in the range of $48.6 million to $50.6 million, representing growth in the range of 14% to 18% compared to the same period in 2013. The company expects in the fourth quarter of 2014 non-GAAP gross margins of approximately 81.5%. Further, Imperva expects in the fourth quarter of 2014 non-GAAP operating loss to be in the range of $(1.7) million to $(0.3) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(1.9) million to $(0.6) million, or a loss of $(0.07) to $(0.02) per share based on approximately 26.0 million weighted average shares, which excludes stock-based compensation expense and amortization of intangibles.

<u>Full Year Expectations –Ending December 31, 2014</u>

Imperva expects total revenue for 2014 to be in the range of $161.2 million to $163.2 million, or up 17% to 18% compared to 2013. Imperva expects 2014 non-GAAP gross margins of approximately 79%. Further, the company expects 2014 non-GAAP operating loss to be in the range of $(19.8) million to $(18.5) million and non-GAAP net loss attributable to Imperva stockholders to be in the range of $(20.0) million to $(18.6) million, or a loss of $(0.77) to $(0.72) per share based on approximately 25.8 million weighted average shares, which excludes stock-based compensation, amortization of intangibles and acquisition-related expenses. Imperva expects capital expenditures for the full year to be in the range of $3.5 million to $4.5 million. Finally, the company expects to generate negative cash flows from operations in 2014.

**Quarterly Conference Call**

Imperva will host a conference call today at 2:00 p.m. Pacific Time (5:00 p.m. Eastern Time) to review the company's financial results for the third quarter ended September 30, 2014. To access this call, dial 888.352.6793 for the U.S. and Canada or 719.325.2327 for international callers with conference ID #9593113. A live webcast of the conference call will be accessible from the investors page of Imperva's website at www.imperva.com, and a recording will be archived and accessible at www.imperva.com. An audio replay of this conference call will also be available through November 13, 2014, by dialing 877.870.5176 for the U.S. and Canada, or 858.384.5517 for international callers and entering passcode #9593113.

**Non-GAAP Financial Measures**

Imperva reports all financial information required in accordance with U.S. generally accepted accounting principles (GAAP). To supplement the Imperva unaudited condensed consolidated financial statements presented in accordance with GAAP, Imperva uses certain non-GAAP measures of financial performance. The presentation of these non-GAAP financial measures is not intended to be considered in isolation from, as a substitute for, or superior to, the financial information prepared and presented in accordance with GAAP, and may be different from non-GAAP financial measures used by other companies. In addition, these non-GAAP measures have limitations in that they do not reflect all of the amounts associated with the results of Imperva operations as determined in accordance with GAAP. The non-GAAP financial measures used by Imperva include historical non-GAAP net loss and non-GAAP basic and diluted loss per share. These non-GAAP financial measures exclude stock-based compensation, amortization of intangibles and acquisition-related expenses from the Imperva unaudited condensed consolidated statement of operations.

For a description of these items, including the reasons why management adjusts for them, and reconciliations of these non-GAAP financial measures to the most directly comparable GAAP financial measures, please see the section of the accompanying tables titled "Use of Non-GAAP Financial Information" as well as the related tables that precede it. Imperva may consider whether other significant non-recurring items that arise in the future should also be excluded in calculating the non-GAAP financial measures it uses.

Imperva believes that these non-GAAP financial measures, when taken together with the corresponding GAAP financial measures, provide meaningful supplemental information regarding the performance of Imperva by excluding certain items that may not be indicative of the company's core business, operating results or future outlook. Imperva management uses, and believes that investors benefit from referring to, these non-GAAP financial measures in assessing operating results of Imperva, as well as when planning, forecasting and analyzing future periods. These non-GAAP financial measures also facilitate comparisons of the performance of Imperva to prior periods.

**Forward Looking Statements**

This press release contains forward-looking statements, including without limitation those regarding Imperva's "Business Outlook" ("Fourth Quarter Expectations – Ending December 31, 2014" and "Full Year Expectations – Ending December 31, 2014"); the belief that the company is well positioned to benefit from demand driven by the increase in size and frequency of Cyber attacks due to its best-in-class data center security solutions; the company's belief that its product and service offerings will enable it to continue to attract new customers and grow its customer base; and the company's belief that those offerings, Imperva's commitment to innovation and the opportunity to expand within its customer base position it to maintain momentum longer term. These forward-looking statements are subject to material risks and uncertainties that may cause actual results to differ substantially from expectations. Investors should consider important risk factors, which include: the risk that the steps the company has taken and plans to take to address its sales execution challenges may prove insufficient; the risk that demand for the company's data center security solutions may not increase and may decrease; the risk that Imperva may not timely introduce new products or versions of its products and that they may not be accepted by the market; the risk that competitors may be perceived by customers to be better positioned to help handle business security threats and protect their businesses from major risk; the risk that the growth of Imperva may be lower than anticipated; and other risks detailed under the caption "Risk Factors" in the company's Form 10-Q filed with the Securities and Exchange Commission, or the SEC, on August 8, 2014 and the company's other SEC filings. You can obtain copies of the company's SEC filings on the SEC's website at www.sec.gov.

The foregoing information represents the company's outlook only as of the date of this press release, and Imperva undertakes no obligation to update or revise any forward-looking statements, whether as a result of new information, new developments or otherwise.

**About Imperva**

Imperva, pioneering the third pillar of enterprise security, fills the gaps in endpoint and network security by directly protecting high-value applications and data assets in physical and virtual data centers. With an integrated security platform built specifically for modern threats, Imperva data center security provides the visibility and control needed to neutralize attack, theft, and fraud from inside and outside the organization, mitigate risk, and streamline compliance. Over 3,500 customers in more than 90 countries rely on our SecureSphere® platform to safeguard their business. Imperva is headquartered in Redwood Shores, California. Learn more: www.imperva.com, our blog, on Twitter.

*© 2014 Imperva, Inc. All rights reserved. Imperva, the Imperva logo, and SecureSphere are trademarks of Imperva, Inc.*

###

**Condensed Consolidated Statements of Operations**

(On a GAAP basis)
(In thousands, except per share amounts)
(Unaudited)

| | For the Three Months Ended | | For the Nine Months Ended | |
|---|---|---|---|---|
| | Sep 30 2014 | Sep 30 2013 | Sep 30 2014 | Sep 30 2013 |
| Net revenue: | | | | |
| Products and license | $ 19,642 | $ 18,178 | $ 48,199 | $ 48,003 |
| Services | 23,033 | 16,924 | 64,434 | 47,023 |
| Total net revenue | 42,675 | 35,102 | 112,633 | 95,026 |
| Cost of revenue(1): | | | | |
| Products and license | 2,299 | 1,894 | 6,106 | 6,216 |
| Services | 7,202 | 5,396 | 20,181 | 14,909 |
| Total cost of revenue | 9,501 | 7,290 | 26,287 | 21,125 |
| Gross profit | 33,174 | 27,812 | 86,346 | 73,901 |
| Operating expenses(1, 2): | | | | |
| Research and development | 10,459 | 6,725 | 32,038 | 19,729 |
| Sales and marketing | 26,853 | 20,135 | 74,953 | 55,963 |
| General and administrative | 8,987 | 4,697 | 25,013 | 13,677 |
| Amortization of purchased intangibles | 351 | — | 917 | — |
| Total operating expenses | 46,650 | 31,557 | 132,921 | 89,369 |
| Loss from operations | (13,476) | (3,745) | (46,575) | (15,468) |
| Other income (expense), net | 48 | 113 | (321) | 11 |
| Loss before provision for income taxes | (13,428) | (3,632) | (46,896) | (15,457) |
| Provision (Benefit) for income taxes | 190 | 288 | (216) | 703 |
| Net loss | (13,618) | (3,920) | (46,680) | (16,160) |
| Add: Loss attributable to noncontrolling interest | — | 145 | 213 | 411 |
| Net loss attributable to Imperva, Inc. stockholders | $ (13,618) | $ (3,775) | $ (46,467) | $ (15,749) |
| Net loss per share of common stock attributable to Imperva, Inc. stockholders, basic and diluted | $ (0.52) | $ (0.15) | $ (1.81) | $ (0.65) |
| Shares used in computing net loss per share of common stock, basic and diluted | 25,967 | 24,453 | 25,680 | 24,174 |
| (1) Stock-based compensation expense as included in above: | | | | |
| Cost of revenue | $ 569 | $ 254 | $ 1,472 | $ 722 |
| Research and development | 2,353 | 747 | 6,335 | 2,133 |
| Sales and marketing | 3,730 | 1,620 | 9,369 | 4,596 |
| General and administrative | 4,123 | 792 | 8,930 | 2,407 |
| Total stock-based compensation expense | $ 10,775 | $ 3,413 | $ 26,106 | $ 9,858 |
| (2) Acquisition-related expense as included in above: | | | | |
| Cost of revenue | $ — | $ — | $ 156 | $ — |
| General and administrative | — | — | 1,243 | — |
| Total acquisition-related expense | $ — | $ — | $ 1,399 | $ — |

**IMPERVA, INC. AND SUBSIDIARIES**

**Condensed Consolidated Balance Sheets**

(In thousands)
(Unaudited)

| | As of Sep 30 2014 | As of Dec 31, 2013 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 65,801 | $ 76,704 |
| Short-term investments | 35,395 | 38,381 |
| Restricted cash, current | 34 | 34 |
| Accounts receivable, net | 35,537 | 44,446 |
| Inventory | 359 | 512 |
| Deferred tax assets | 347 | 341 |
| Prepaid expenses and other current assets | 3,530 | 3,972 |
| Total current assets | **141,003** | **164,390** |
| Property and equipment, net | 6,656 | 5,475 |
| Goodwill | 34,972 | — |
| Purchased intangible assets, net | 9,751 | — |
| Severance pay fund | 4,044 | 4,140 |
| Restricted cash | 1,575 | 1,252 |
| Deferred tax assets | 42 | 42 |
| Other assets | 953 | 1,192 |
| **Total assets** | **$ 198,996** | **$176,491** |
| | | |
| **Liabilities and stockholders' equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 3,461 | $ 3,948 |
| Accrued compensation and benefits | 13,617 | 12,930 |
| Accrued and other current liabilities | 5,514 | 3,961 |
| Deferred revenue | 46,154 | 40,337 |
| Total current liabilities | **68,746** | **61,176** |
| Other liabilities | 9,450 | 1,993 |
| Deferred revenue | 22,793 | 22,715 |
| Accrued severance pay | 4,331 | 4,385 |
| **Total liabilities** | **105,320** | **90,269** |
| **Stockholders' equity:** | | |
| Common stock | 2 | 2 |
| Additional paid-in capital | 239,699 | 187,957 |
| Accumulated deficit | (145,162) | (98,695) |
| Accumulated other comprehensive loss | (863) | (428) |
| **Total Imperva, Inc. stockholders' equity** | **93,676** | **88,836** |
| Noncontrolling interest | — | (2,614) |
| **Total stockholders' equity** | **93,676** | **86,222** |
| **Total liabilities and stockholders' equity** | **$ 198,996** | **$176,491** |

# IMPERVA, INC. AND SUBSIDIARIES

## Condensed Consolidated Statements of Cash Flows

(In thousands)
(Unaudited)

| | For the Nine Months Ended | |
| --- | --- | --- |
| | Sep 30 2014 | Sep 30 2013 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (46,680) | $ (16,160) |
| Adjustments to reconcile net loss to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | 2,613 | 1,935 |
| Stock-based compensation | 26,106 | 9,858 |
| Amortization of acquired intangible assets | 917 | — |
| Amortization of premiums/accretion of discounts on short-term investments | 318 | 547 |
| Excess tax benefits from share-based compensation | (20) | — |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 8,909 | (1,076) |
| Inventory | 153 | (213) |
| Prepaid expenses and other assets | 713 | (654) |
| Accounts payable | (765) | (734) |
| Accrued compensation and benefits | 498 | 2,547 |
| Accrued and other liabilities | 220 | (146) |
| Severance pay, net | 42 | 16 |
| Deferred revenue | 5,895 | 6,357 |
| Deferred tax assets | (6) | (16) |
| Other | — | (12) |
| Net cash provided by (used in) operating activities | (1,087) | 2,249 |
| **Cash flows from investing activities:** | | |
| Purchase of short-term investments | (26,899) | (29,825) |
| Proceeds from sales/maturities of short-term investments | 29,821 | 36,241 |
| Net purchases of property and equipment | (3,694) | (1,753) |
| Change in restricted cash | (323) | 58 |
| Acquisitions, net of cash acquired | (12,083) | — |
| Net cash provided by (used in) investing activities | (13,178) | 4,721 |
| **Cash flows from financing activities:** | | |
| Proceeds from issuance of common stock, net of repurchases | 3,342 | 4,674 |
| Excess tax benefits from share-based compensation | 20 | — |
| Net cash provided by financing activities | 3,362 | 4,674 |
| Effect of exchange rate changes on cash | — | (205) |
| **Net increase (decrease) in cash and cash equivalents** | **(10,903)** | **11,439** |
| **Cash and cash equivalents at beginning of period** | **76,704** | **59,201** |
| **Cash and cash equivalents at end of period** | **$ 65,801** | **$ 70,640** |

**IMPERVA, INC. AND SUBSIDIARIES**

(Reconciliation of GAAP to Non-GAAP Measures)

(In thousands, except per share amounts)
(Unaudited)

| | For the Three Months Ended | | For the Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | Sep 30 2014 | Sep 30 2013 | Sep 30 2014 | Sep 30 2013 |
| GAAP operating loss | $ (13,476) | $ (3,745) | $ (46,575) | $ (15,468) |
| Plus: | | | | |
| Stock-based compensation expense | 10,775 | 3,413 | 26,106 | 9,858 |
| Acquisition-related expense | — | — | 1,399 | — |
| Amortization of purchased intangibles | 351 | — | 917 | — |
| Non-GAAP operating loss | $ (2,350) | $ (332) | $ (18,153) | $ (5,610) |
| GAAP net loss attributable to Imperva, Inc. stockholders | $ (13,618) | $ (3,775) | $ (46,467) | $ (15,749) |
| Plus: | | | | |
| Stock-based compensation expense | 10,775 | 3,413 | 26,106 | 9,858 |
| Acquisition-related expense | — | — | 1,399 | — |
| Amortization of purchased intangibles | 351 | — | 917 | — |
| Non-GAAP net loss | $ (2,492) | $ (362) | $ (18,045) | $ (5,891) |
| Weighted average shares outstanding, basic and diluted | 25,967 | 24,453 | 25,680 | 24,174 |
| Non-GAAP net loss, basic and diluted | $ (0.10) | $ (0.01) | $ (0.70) | $ (0.24) |

**Use of Non-GAAP Financial Information**

In addition to the reasons stated above, which are generally applicable to each of the items Imperva excludes from its non-GAAP financial measures, Imperva believes it is appropriate to exclude or give effect to certain items for the following reasons:

*Stock-Based Compensation:* When evaluating the performance of its consolidated results, Imperva does not consider stock-based compensation charges. Likewise, the Imperva management team excludes stock-based compensation expense from its operating plans. In contrast, the Imperva management team is held accountable for cash-based compensation and such amounts are included in its operating plans. Further, when considering the impact of equity award grants, Imperva places a greater emphasis on overall stockholder dilution rather than the accounting charges associated with such grants.

*Amortization of Intangible Assets.* When analyzing the operating performance of an acquired entity, Imperva's management focuses on the total return provided by the investment (i.e., operating profit generated from the acquired entity as compared to the purchase price paid) without taking into consideration any allocations made for accounting purposes. Because the purchase price for an acquisition necessarily reflects the accounting value assigned to intangible assets (including acquired technology and goodwill), when analyzing the operating performance of an acquisition in subsequent periods, Imperva's management excludes the GAAP impact of acquired intangible assets to its financial results. Imperva believes that such an approach is useful in understanding the long-term return provided by an acquisition and that investors benefit from a supplemental non-GAAP financial measure that excludes the accounting expense associated with acquired intangible assets.

In addition, in accordance with GAAP, Imperva generally recognizes expenses for internally-developed intangible assets as they are incurred until technological feasibility is reached, notwithstanding the potential future benefit such assets may provide. Unlike internally-developed intangible assets, however, and also in accordance with GAAP, Imperva generally capitalizes the cost of acquired intangible assets and recognizes that cost as an expense over the useful lives of the assets acquired (other than goodwill, which is not amortized, as required under GAAP). As a result of their GAAP treatment, there is an inherent lack of comparability between the financial performance of internally-developed intangible assets and acquired intangible assets. Accordingly, Imperva believes it is useful to provide, as a supplement to its GAAP operating results, a non-GAAP financial measure that excludes the amortization of acquired intangibles.

*Acquisition-related charges:* GAAP requires expenses to be recognized for various types of events associated with a business acquisition, such as legal, accounting, advisory and other deal related expenses. These expenses vary significantly and are unique to each transaction. Additionally, Imperva does not acquire businesses on a predictable cycle. Imperva records these acquisition and other transaction costs as operating expenses when they are incurred. Imperva does not include these expenses when considering operating performance, and believes that these acquisition and other transaction costs affect comparability from period to period and that investors benefit from a supplemental non-GAAP financial measure that excludes these expenses.

Imperva excludes stock based compensation, amortization of intangibles and acquisition-related charges from its non-GAAP financial measures primarily because they are non-cash expenses or other expenses that it does not consider part of ongoing operating results when assessing the

performance of its business, and the exclusion of these expenses facilitates the comparison of results and business outlook for future periods with results for prior periods in order to better understand the long term performance of its business.

**Investor Relations Contact Information**

Seth Potter
646.277.1230
IR@imperva.com
Seth.Potter@icrinc.com

# Exhibit N

# Q4 2013 Imperva Inc Earnings Conference Call - Final

FD (Fair Disclosure) Wire

February 6, 2014 Thursday

Copyright 2014 CQ-Roll Call, Inc.

All Rights Reserved

Copyright 2014 CQ-Roll Call, Inc.Copyright 2014 CCBN, Inc.

**Length:** 10010 words

## Body

Corporate Participants

* Terry Schmid

Imperva Inc - CFO & Treasurer

* Shlomo Kramer

Imperva Inc - Chairman, CEO

* Mark Kraynak

Imperva Inc - SVP of Worldwide Marketing

* Jason Forget

Imperva Inc - VP Bus Ops

Conference Call Participants

* Rob Owens

Pacific Crest Securities - Analyst

* Nandan Amladi

Deutsche Bank - Analyst

* Joel Fishbein

BMO Capital Markets - Analyst

* Unidentified Participant

JPMorgan - Analyst

* David Kaplan

Barclays Capital - Analyst

* Matt Hedberg

RBC Capital Markets - Analyst

* Robert Breza

Sterne, Agee & Leach - Analyst

* Jonathan Ho

William Blair & Company - Analyst

* Jonathan Ruykhaver

Stephens Inc. - Analyst

* Rohit Chopra

Wedbush Securities - Analyst

* Michael Kim

Imperial Capital - Analyst

Presentation

OPERATOR: Good afternoon, ladies and gentlemen. Thank you for standing by. Welcome to the Imperva fourth quarter and full year 2013 financial results conference call.

(Operator Instructions)

I would like to remind everyone that this conference is being recorded and would now like to turn the call over to Mr. Terry Schmid, Chief Financial Officer. Please go ahead.

TERRY SCHMID, CFO & TREASURER, IMPERVA INC: Thank you, Vicki. Good afternoon, and welcome to Imperva's fourth quarter and full year 2013 earnings call. We will be discussing the results announced in our press release issued after the market closed today.

Again, I am Terry Schmid, Chief Financial Officer of Imperva. With me on the call is Shlomo Kramer, Imperva's Chief Executive Officer. We are also joined today by Mark Kraynak, our Senior Vice President of Worldwide Marketing. After our prepared remarks, Mark will join us in answering questions about the acquisitions and product announcement we made today.

During the course of this call, we will make forward-looking statements regarding the future events and the future financial performance of the Company. Generally, these statements are identified by the use of words such as expect, believe, anticipate, intend, and other words that denote future events. These forward-looking statements are subject to material risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements.

We caution you to consider the important risk factors that could cause actual results to differ materially from those in the forward-looking statements in the press release and in this conference call. These risk factors are described in our press release and are more fully detailed under the caption Risk Factors in Imperva's 10-Q filed with the SEC on November 12, 2013.

During the call, we will present both GAAP and non-GAAP financial measures. Non-GAAP measures exclude stock-based compensation and acquisition-related expenses. These non-GAAP measures are not intended to be considered in isolation from, a substitute for, or superior to, our GAAP results. We encourage you to consider all measures when analyzing Imperva's performance.

For complete information regarding our non-GAAP financial information, the most directly comparable GAAP measures and a quantitative reconciliation of those figures, please refer to today's press release regarding our fourth quarter and full year 2013 results. The press release has also been furnished to the SEC as part of a form 8-K.

In addition, please note that the date of this conference call is February 6, 2014, and any forward-looking statements that we may make today are based on assumptions that we believe to be reasonable as of this date. We undertake no obligation to update these statements as a result of new information or future events.

Lastly, this conference call is the property of Imperva and any recording, reproduction or rebroadcast of this conference call without the express written permission of Imperva is strictly prohibited. With that, I'll turn the call over to Shlomo, and then I will provide some further details regarding our financials and our forward-looking outlook. Shlomo?

SHLOMO KRAMER, CHAIRMAN, CEO, IMPERVA INC: Thanks, Terry. I would like to thank everyone for joining us today. We are very pleased with our execution during the fourth quarter, which led to a strong finish to the year and our ability to exceed our 2013 revenue guidance.

Our strong fourth quarter results were driven by the continuing improved overall sales execution performance as the number of builds booked over $100,000 increased 43% year over year, and we continued to see solid growth across all geographies. This, along with the combined product and subscription revenue growth of 37% in Q4, highlights the ongoing global demand for our comprehensive integrated data center security solution.

Looking to 2014, we believe Imperva is well positioned to continue gaining market share as a result of our growing global pipeline opportunities, the ongoing expansion in our global sales resources, commitments to innovation and ability to execute our comprehensive plan for addressing the security challenges for the cloud. As Terry will detail in a moment, we continue to expect Imperva to deliver strong revenue growth during 2014, and we have increased the preliminary 2014 revenue guidance we shared on our last call.

Taking a look at our overall financial performance during Q4 2013, our total revenue was $42.7 million, up 34% year over year, and above our guidance range. This increase was driven by the success in Americas and EMEA, and the 42% year-over-year growth in the recurring services revenues. Particularly subscription revenue, which increased 123% year over year, and now represents 20% of total services revenue compared to [13%] last year.

As I mentioned earlier, our combined product and subscription revenue during Q4 also grew 37% year over year, which we continue to view as a leading indicator of the strength of our business, since a large part of our subscription-based offering is an alternative to our perpetual license offering. From a profitability perspective, during the fourth quarter we reported non-GAAP operating income of $3 million and a non-GAAP EPS of $0.12 per share, both in line with our guidance ranges and up 98% and 100% respectively year over year, highlighting the leverage we are able to achieve in the business.

We are pleased with this result, since we continue to accelerate our investment in our sales and marketing support and product development infrastructure to further take advantage of the demand we believe we are seeing globally. In addition, we were pleased with our ability to generate $7.5 million in cash flow from operations, up $7.2 million compared to the same period last year.

In regards to some of the summary level statistics, during the fourth quarter we added 237 new customers, compared to 199 during the same period last year. For the full year 2013, we added 718 new customers, representing growth of 30% compared to 2012 and fourth further evidence that our investments are continuing to pay off.

In addition, as I mentioned earlier, the number of builds greater than $100,000 increased 43% to 136 during the quarter, and it is important to note that the overall dollar value of these large tiers continue to grow as well. We also continued to generate a significant portion of our bookings from follow-on sales to existing customers, as they accounted for over 60% of our product and subscription bookings in the fourth quarter. We continue to believe that our existing customer base is less than 10% penetrated, and represents a significant long-term growth opportunity for the Company.

Finally, our overall pipeline growth continued to -- continues a solid trend upwards, and we once again have started the quarter with a record pipeline. Our pipeline continues to grow at a rate above both our revenue growth and our bookings growth.

From a macro perspective, customer demand remains solid across all geographies, and our overall bookings growth once again outpaced revenue growth as our investment in sales and marketing infrastructure continues to pay off. In the Americas region, revenues increased 40% during the fourth quarter as we continued to benefit from the combination of strong execution from the channel partner, new sales leadership and the structured sales organization in North America that we implemented last year.

In EMEA, we continued to benefit from [book] sales execution as well, resulting in a 28% year-over-year increase in revenue during the quarter, while our bookings growth was significantly higher than revenue growth, highlighting the continuing strong demand in the region. In Asia-Pacific, we achieved solid revenue growth of 24% year over year in Q4, despite ongoing economic challenges in some of the countries.

Now I would like to provide an update on some of our fourth quarter and recent key accomplishments. Of course, the biggest news which we announced today is our comprehensive cloud strategy. It includes our is agreement to acquire SkyFence, our agreement in principal to purchase the remaining stake in Incapsula and the announcement of our new SecureSphere web application firewall for Amazon Web Services.

Each of these developments on its own represents an exciting opportunity for Imperva. Together, they present a cloud security and compliance offering that is unmatched in the industry. For some time now, we have seen our customers begin to take advantage of cloud-based services to reduce costs and increase flexibility.

However, despite these benefits, cloud-based applications and data services often pose a significant security and compliance risk to an organization. The reason is that cloud services often run critical applications and store business-critical data, but the majority of existing security controls do not cover cloud deployments because they were designed for on-premise applications. The result is a significant security gap which our strategy comprehensively addresses.

The first aspect of this strategy is Incapsula, which is positioned for externally-facing production applications like online banking, online gambling -- gaming and retail applications. Further, Incapsula appeals to customers that prefer to use cloud delivery model for their application security.

Five years ago, [we anticipated] that web application firewall market would itself be ready to take advantage of cloud delivery models, so we invested in Incapsula as a majority-owned subsidiary. Incapsula commenced operation at the end of 2009, initially targeting mid-sized enterprises and SMBs that needed application security and compliance solutions, but did not have the size or resources to deploy our SecureSphere web application firewall appliances into their own website infrastructure.

Since then, we have seen great traction and an expansion of the target customer to include positional enterprises, as evidenced by two of our key wins in Q4. A large regional bank in Asia-Pacific signed a multi-year deal for Imperva to provide web application firewall and DDoS protection across a highly-distributed collection of externally hosted sites and Amazon Web Services infrastructure.

We beat out Akamai for the deal with a solution that includes both Incapsula services and SecureSphere web application firewall for AWS, which incidentally is another aspect of the strategy we announced today. We won based upon our superior security technology and better support for the Amazon environment.

We also closed a deal with one of the world's largest music publishing companies that purchased Incapsula to protect the sites of their artists around the world. We again beat Akamai, which was the incumbent content delivery network, based on interviews and superior security capabilities. The customer plans to protect over 1,000 websites using the Incapsula solution.

As a result of traction in the mid market and deals like these, Incapsula achieved significant revenue growth which earned $3.1 million in 2013, or 272% growth over 2012, and has been the primary driver behind Imperva's overall strong growth of subscription revenues. Our strategy here has borne fruit, and we are bringing them fully in-house to allow for scale as they experience hyper growth.

The second aspect of the strategy is our new SecureSphere web application firewall for Amazon Web Services. Similar to Incapsula, this product is also mainly for externally-facing production application, but for customers that want to replicate their on-premise solution in the cloud, or they prefer a do-it-yourself model for application security. We are seeing a recent strong push by enterprise customers to move the custom -- customer-facing applications to Amazon Web Services so that they can realize significant infrastructure savings by managing load peaks with temporary Amazon capacity.

These customers expect to replicate their existing on-premise security controls for those applications, including SecureSphere when they do this. In fact, we supported the Fortune 500 consumer electronics company that deployed the customer-facing applications to Amazon for the 2013 holiday season with an early availability version of SecureSphere web application firewall for Amazon Web Services. This was in addition to the large regional bank in Asia-Pacific that I mentioned earlier.

The third component of the strategy is our agreement to acquire SkyFence. In contrast to Incapsula and SecureSphere for AWS, SkyFence is aimed at internally-facing corporate applications that are moving to software-as-a-service delivery models.

Another way of thinking about this is employee and back office-oriented applications that happen to be open to access from the internet as your employees and partners can access them anywhere in the world. This, of course, brings with it not just security challenges, but also regulatory and compliance challenges as it moves responsibility for housing the data to a third party.

Founded in 2012, Israeli-based SkyFence has developed a solution which allows real-time visibility and control over corporate use of SaaS applications, which enforces security policy, protects sensitive data from external and inside threats, as well as insure compliance with standards. SkyFence's product is currently in beta testing with selected customers and has shown very promising results.

There are three primary use cases for the SkyFence solution. The first is managing compliance in the cloud. SkyFence generates an audit display for all user access ranging from log in events to full activity log and enables enforcement of the necessary separation of duties between the SaaS administrator and IT security. Administrators can generate activity reports for both internal and external compliance audits and exposure reports for forensic analysis.

The second is controlling cloud application that are used without corporate approval, also referred to as shadow IT. To accomplish that, SkyFence will automatically detect which cloud applications are in use and provide risks cause and usage metrics to enterprise IT.

The third is the prevention of cyber intrusions. The weakest link in many cloud application securities is the abuse of legitimate user accounts. SkyFence identifies and protects against account centric attack, including attack takeovers, many in the middle attacks, VNS poisoning and brute-force attack.

Strategically, our agreement to acquire SkyFence is similar to our Incapsula strategy from five years ago, where we seeded a new company because we recognized that cloud delivery would change the web application security landscape. In the case of SkyFence, we believe that internally-facing corporate application would substantially change the landscape for security and compliance solutions, and so we are investing in this space early to put us in the best execution position possible. Terry will provide additional details regarding the financial impact of the acquisition, but I believe it is important to highlight that Imperva pioneering the third pillar of enterprise security with a new layer of protection designed specifically for physical and virtual data centers.

During the past five years, we have proven that our market focus and strategy were correct as we have achieved greater than 30% compounded annual growth for our revenues and a growing list of blue chip customers. We currently believe that we are at the very early stages of a large and fast growing market of protecting business critical application and data in the cloud, and that our comprehensive strategy here significantly enhances our effort to be a leader in this market and further positions Imperva for long-term growth.

Now, turning to a deal highlight in Q4, we continued to see traction with some of our largest existing accounts, as well as strong head-to-head win ratio in competitive deals. Some highlights include a Fortune 250 energy company that selected Imperva to replace and consolidate their existing Lumigent BeyondTrust and IBM Guardian deployments. The primary use case is privileged user monitoring for regulatory compliance. The key selection driver was ease of use and ability to successfully roll out at the scale needed for the deployment.

A top ten global investment bank selected Imperva over IBM and McAfee for the first phase of an anticipated global database security and auditing deployment. Key drivers were compliance with Sarbanes-Oxley and Monetary Authority of Singapore Technology Risk Management regulations. We were selected on the depth of our successful experience with similar global database security and auditing deployments.

A global specialty retailer of food and beverages expanded their implementation of SecureSphere for SharePoint from 10,000 to 175,000 uses, allowing them to offer security to over 19,000 stores in 60 countries. Their main use cases are monitoring and protecting access to SharePoint, as well as auditing and protecting all fine data without impacting critical systems or user experience. The customers -- the customer originally chose Imperva because our solution was able to comprehend semi-secure SharePoint's web, file and database complements.

A major North American auto manufacturer selected Imperva over both F5 and McAfee for web application and their security because of the value of our integrated solution. This customer also purchased our (inaudible) application services and plans to participate in community defense, reinforcing the value of our market-leading security innovation.

Similar to the last few quarters, we also continued to have success with our channel partners. In particular, our hosting provider partnerships. As reminder, data center hosting provider is using Imperva solution to protect enterprises that are utilizing our partner's data centers to host their infrastructure.

In the fourth quarter, we continued to see solid momentum in this channel off of a much larger base, which in part constricted to the new customer growth during the quarter. Specifically, one of our large hosting customers achieved an install base growth rate of approximately 28% during Q4, which was again the continuation of a strong growth trend that began in the third quarter of 2012. During the full year 2013, this partner has increased their install base of customers by almost 170%.

Before I turn it over to Terry, I wanted to mention that we also completed the small purchase of technology assets from a company called Tomium Software, which will help Imperva accelerate and expand our mainframe data security solutions. We had been OEM-ing at the mainframe database auditing agent technology from Tomium, and ownership will allow us to expand the future set we include on the mainframe to include other parts of our data security suite. In addition, we believe ownership will eliminate the perceived risk of losing access to the mainframe technology agent and improve our competitive position in the market against IBM and McAfee.

So, in summary, we had a strong finish to 2013, and we are very pleased with the continuing growth of our subscription revenue and improved sales exclusion globally. Looking forward, we have entered 2014 with a very strong pipeline of opportunities worldwide, driven by the increase in sophisticated attacks by hackers and malicious insiders, along with an increasing number of regulations governing business applications and data that enterprise must comply with.

In addition, we are very excited about the momentum of our strategy to address the security challenges cloud adoption represents for data center assets, given the announcement we made today regarding SkyFence, Amazon Web Services and Incapsula. We believe that Imperva is well positioned to offer our customers a range of options to address the cloud security challenge which we expect to result in improved competitive position and accelerated growth. With that, let me turn the call over to Terry.

TERRY SCHMID: Thanks, Shlomo. I will first start with a more detailed overview of our fourth quarter and full-year financial performance, and then provide our outlook for the first quarter and full year 2014. Following my closing remarks, we will open the call to your questions. As Shlomo mentioned, we are very pleased with the Company's strong execution during the fourth quarter, which resulted in our ability to exceed our revenue guidance.

Now, turning to our fourth quarter financial results, starting with the P&L. Revenue came in at $42.7 million, which is up 34% compared to the fourth quarter of 2012, and exceeded our guidance of $41 million to $42 million. As Shlomo mentioned, our overall sales execution improved during Q4, as the number of deals booked for over $100,000 and the combined product and subscription revenue continued to show strong year-over-year growth.

Services revenue, which represents the recurring piece of our business and consists of maintenance and support, professional services and training and subscriptions, increased 42% to $18.6 million and accounted for 43% of total revenue compared to 41% during the fourth quarter of 2012. The growth in services revenue was primarily driven by the 123% year-over-year increase in subscription revenue to $3.8 million as subscriptions now account for over 20% of services revenue, up from 13% last year.

Our combined product and subscription revenues increased 37% year over year to $27.9 million, and as Shlomo mentioned in his remarks, we continue to view this revenue growth as a leading indicator of the strength of our business, as the percentage of our business related to recurring services revenue continues to increase, due primarily to the growth of subscriptions. In addition, the number of deals over $100,000 increased 43% to 136 during the fourth quarter, up from 95 last year.

During the full year of 2013, the number of deals over $100,000 increased 34% to 373, up from 278 in 2012, again highlighting the strength of our large enterprise and global accounts. During the fourth quarter, we added 237 new customers, an increase of 19% year over year. For the full year ended December 31, 2013, the number of new customers added increased 30% to 718, as compared to 2012. Imperva currently has over 3,000 customers in more than 75 countries around the world.

Turning now to non-GAAP expenses and profitability, which I remind everyone excludes stock-based compensation and acquisition-related expenses. For the fourth quarter, gross profit was $39.4 million, compared to $25.6 million in the same period last year. Our gross margin percentage was 82% during the fourth quarter, up from 80% last year and above our expectations, primarily due to a higher than forecasted mix of virtual appliances during the quarter.

In terms of non-GAAP operating expenses, while we continue to invest in sales and marketing and research and development to support future growth, we also continue to experience some operating leverage. Specifically, sales and marketing expense during the fourth quarter increased 39% to $21.6 million, and represented 51% of revenue compared to 49% during the fourth quarter of 2012.

Research and development expenses for the quarter increased 26% year over year to $6.3 million, and accounted for 15% of revenue compared to 16% of revenue in 2012. Despite the continued improved leverage in Q4, we remain committed to enhancing our solution in order to maintain our competitive advantage.

General and administrative expense during the fourth quarter was $4 million, up 14% year over year, but as a percent of revenue, G&A was 9% in Q4 2013, down from 11% in Q4 of 2012. As a result, we achieved a non-GAAP operating profit of $3 million, or 7% of total revenues in Q4, which was significantly improved compared to $1.5 million during the fourth quarter of 2012 and in line with our guidance.

During the fourth quarter, we reported a non-GAAP net income attributable to Imperva stockholders of $3 million compared to $1.6 million during the fourth quarter of 2012. Non-GAAP net income per share during the fourth quarter was $0.12 per share based on $25.9 million weighted average diluted shares outstanding and at the high end of our guidance range. This compares to net income per share of $0.06 during fourth quarter of 2012 based on 25.4 million weighted average diluted shares outstanding.

On a GAAP basis, GAAP net loss attributable to Imperva stockholders for the fourth quarter totalled $9.4 million, or $0.38 per share based on 24.7 million weighted average shares outstanding. This compares to a loss of $700,000, or $0.03 per share based on 23.6 million weighted average shares outstanding in the prior year period. A reconciliation of GAAP to non-GAAP financial measures has been provided in the financial statement tables included in the press release issued today covering our financial results for the quarter and year ended December 31, 2013, which can be viewed on our website.

I will now quickly highlight our results for the full year 2013. Total revenue was $137.8 million, an increase of 32% compared to 2012, and above the high end of our guidance range. The strong growth was driven by the 47% increase in services revenue which benefited from the 143% increase of subscription revenue.

Non-GAAP gross margin was 79% and non-GAAP operating loss was $2.6 million compared to a loss of $1.1 million in 2012. Non-GAAP net loss per share attributable to Imperva stockholders was $0.12 for the year based on 24.3 million shares compared to a loss of $0.06 per share based on 22.9 million shares in 2012.

Turning to the balance sheet, as of December 31, 2013, we had $115.1 million in cash and equivalents and short-term investments and no debt outstanding. Our cash balance reflects the generation of $7.5 million in cash flow from operations during the quarter. We ended the fourth quarter with an accounts receivable balance of $44.4 million, resulting in DSOs of 94 days compared to 103 days during the fourth quarter of 2012 and 94 days during Q3 of 2013. Total delivered revenue increased 36% year over year to $63.1 million during the fourth quarter, driven by our over 90% renewal rates, the growing success of our subscription-based products and continued growth in our install base and new customer acquisitions.

Before I talk about our financial outlook, I want to provide some additional details on the acquisition of SkyFence, asset purchase of Tomium Software and purchase of the remaining stake in Incapsula. In regards to SkyFence, under the terms of the agreement, we have agreed to a purchase price of approximately $60 million, of which we will pay approximately $2.8 million in cash and $57.2 million, or approximately 1.2 million shares of Imperva's common stock. In addition, I wanted to note that Shlomo and Amichai Shulman, our CTO, are currently shareholders are SkyFence, but they will be receiving only common stock as part of the transaction.

SkyFence was founded in 2012, and they did not generate any revenues during the past year. As Shlomo mentioned earlier, we currently believe that we are at the very early stages of a large and fast-growing market for protecting business critical data in the cloud and that the acquisition significantly enhances our effort to be a leader in this market, and further positions Imperva for accelerating growth long-term.

With regard to Tomium Software, we purchased certain technology assets for $8 million, of which we paid $4.7 million in cash and $3.3 million, or 60,556 shares in common stock. Given that Tomium's revenue base was very small and that Imperva accounted for almost all of its revenues, we do not expect the purchase to have a material impact on our revenues.

In addition, since our intent to not only keep the current employees, but to also add additional resources to both SkyFence and Tomium, we expect the acquisitions to add approximately $11 million to our non-GAAP operating loss in 2014 as we further accelerate and expand both the SaaS and mainframe data security solutions. Finally, we are paying stock valued at approximately $5.8 million for our remaining stake of Incapsula. This was a previously negotiated price which was set when the Company was formed.

Now I'd like to finish with some thoughts regarding our financial outlook for 2014, starting with the full year. We have entered the year with good momentum, and Imperva remains in position to increase market share, extend our leadership position and benefit from our strategy to address the security challenges cloud adoption represents for data center assets.

While there continues to be some level of volatility in the global economy, we are increasing our outlook for the full year 2014 as compared to the initial views we shared on last quarter's call. We expect to provide quarterly updates to our outlook over the course of the year as we continue to gain more data points and visibility.

From a full-year 2014 perspective, we expect total revenue to be in the range of $175 million to $180 million which represents year-over-year growth of 27% to 31%. This is an increase from our previously announced preliminary guidance for a baseline growth rate of at least 25% and is off a higher base due to the over performance in Q4. I think it is also important to mention that we continue to expect to experience seasonality with the second half of the year being stronger compared to the first half, similar to 2013.

Non-GAAP gross margin is expected to be approximately 80%. Non-GAAP operating loss is expected to be in the range of $19.5 million to $21.5 million, which reflects the addition from SkyFence and Tomium that I mentioned earlier. In

addition, during 2014 we will be increasing our investment in Imperva's R&D and sales and marketing functions to drive accelerated development of our data security solutions, more aggressive marketing activities, and growth in our sales infrastructure.

As we did in 2013, we will be focusing more on driving the development of expanded product functionality and additional sales and marketing infrastructure to support what we believe is a growing opportunity, rather than driving leverage in the business model in 2014. While we have no specific products or programs to announce today, we will be focusing these additional investments in the areas of expanding the product features and offerings in our database products for high-end enterprise deployments, developing additional products and features for our cloud-based products and for cloud-based deployment environments and expanding our marketing programs and investment and sales coverage and infrastructure to take advantage of an increasingly mainstream understanding of the need for a focused data center security strategy within enterprises.

We believe that the acquisitions announced today and increasing investment are critical to driving accelerated top-line growth in future years. We believe we can drive to a break-even operating margin in the fourth quarter and to improved operating margin in 2015. We expect non-GAAP net loss attributable to Imperva stockholders, excluding the impact of stock-based compensation, amortization of intangibles and acquisition-related expenses to be in the range of $21 million to $23 million, or a loss of $0.78 to $0.85 per share. This assumes a tax provision of $750,000 to $1 million and weighted average shares of approximately $27 million for the full year.

We expect capital expenditures for the full year to be in the range of $3.5 million to $4.5 million. And finally, we expect to generate negative cash flow from operations in 2014 with the additions of SkyFence and Tomium, as well as the increased investment in Imperva's existing business that I mentioned earlier.

Now, turning to our outlook for the first quarter of 2014. We expect total revenue to be in the range of $36 million to $37 million, or growth of approximately 28% at the midpoint, compared to the same period in 2013. Non-GAAP gross margin is expected to be approximately 79%. Non-GAAP operating loss is expected to be in the range of $8 million to $9 million.

The operating loss guidance includes the addition of SkyFence and Tomium for the full quarter, as well as our increase in spending for Imperva's existing business. Non-GAAP net loss attributable to Imperva stockholders, excluding the impact of stock-based compensation, amortization of intangibles and acquisition related expenses, is expected to be in the range of $8.5 million to $9.5 million, or $0.33 to $0.37 per share. This assumes a provision for income taxes of $200,000 to $300,000 for the quarter and weighted average shares outstanding of approximately 25.5 million.

In summary, we are very pleased with our fourth quarter execution which resulted in a strong finish to the year and our ability to exceed revenue expectations. We are also very excited by the opportunity of our announced acquisitions giving Imperva to expand our product offering, both within the enterprise and to additional and fast-growing cloud-based environments and deployments. Imperva remains well positioned to maintain its momentum due to the ongoing demand for our integrated solutions, as well as our comprehensive plan for addressing the security challenges for the cloud. With that, we'd be happy to take your questions.

Questions and Answers

OPERATOR: (Operator Instructions)

We will take our first question from Rob Owens with Pacific Crest.

ROB OWENS, ANALYST, PACIFIC CREST SECURITIES: Thank you. Good afternoon, guys.

If I look at your product and service number, the growth's the highest it's been in over two years. It's clear that you are seeing an inflection here in the back half. So, maybe you can talk just about what the environment is like right now, shifting from more of a missionary sale to being a budgeted item and just where this market is.

I know you have been there a long time. I think you were convincing customers early on it's importance. Seems like given the news and everything else that's going on, the market is coming your way.

SHLOMO KRAMER: We definitely see that the market is increasingly becoming mainstream. I would say that is both reflected by the pressure we believe see with customers as well as acceptance -- increased acceptance. We believe we see that with the analysts, the industry analysts and others.

So yes, I fully agree. The process that we believe we are seeing is increasingly mainstreaming of the data centers in the security category.

ROB OWENS: And then in terms of the product and license revenue, if you could, can you give us any sense of what's being driven by new customers and existing customer follow-ons? And I guess to that end, help us understand to a degree how penetrated you are into some of your larger customers. Thanks.

TERRY SCHMID: Sure. I don't -- things in the fourth quarter and in the second half of the year didn't fundamentally change from where they've been before. So we're -- we have a lot of runway left in our customer base. We still think we are 10% or less penetrated into them.

And some of our larger customers, our larger accounts were certainly more penetrated than that. We have got more databases covered than 10%. Some of them we had a lot of success with and sold a lot of product services to.

But fundamentally, I would still add that our penetration into our existing customer base is still very, very light. There is not a typical rollout or way a customer purchases, there is not a typical purchasing pattern. But we do have a good understanding of what their needs are and we have still got a lot of room to grow there.

OPERATOR: We'll go next to Nandan Amladi with Deutsche Bank.

NANDAN AMLADI, ANALYST, DEUTSCHE BANK: Good afternoon. Thanks for taking my question.

On the acquisition that you made of SkyFence, given this is a softer product that's cloud-based relative to your traditional products that are appliance-based, is there going to be any change in your go-to-market strategy and your channel structure?

MARK KRAYNAK, SVP OF WORLDWIDE MARKETING, IMPERVA INC: This is Mark Kraynak, I'll answer that.

I think first I might need to make a correction. SkyFence offers both an appliance-based version of their product and a cloud-based version, and that's because different customers are going to want to consume it differently. Some industries are more sensitive about putting certain security controls out in the cloud, so they might use appliances on-premise. Other industries might take a different view of that and prefer the ease of use of a cloud deployment. So, from that perspective, they offer both.

If you look at the rest of our business, it's actually very familiar it to us. We offer on-premise appliances, virtual appliances and cloud-based services through Incapsula. So, I don't really see any change in our go-to-market strategy due to the form factor for SkyFence.

NANDAN AMLADI: Thank you, and a quick follow-up if I might for Terry. The Q1 guidance implies a sequential decrease in revenues of 15%. Obviously, it's still early in the year. How much of this is conservatism versus seasonality or other factors?

TERRY SCHMID: I don't think the guidance is any different than what we typically see in the seasonal dip in Q1 from Q4.

NANDAN AMLADI: All right. Thank you.

OPERATOR: We will go next to Joel Fishbein with BMO Capital Markets.

JOEL FISHBEIN, ANALYST, BMO CAPITAL MARKETS: Nice job on the acquisitions. I have a follow-up, too, on SkyFence. Terry, do you expect any revenue from SkyFence in 2014, or is it still in ramp mode? And then as a follow-up to that, what metrics -- or will you break that out going forward as it gets material, or how are you thinking about that?

TERRY SCHMID: So, it's very minimal revenue impact. It's reflected in the guidance that we gave. They are in the very, very early stages of what they're doing.

As far as metrics for SkyFence that we would break out later, I don't -- we don't intend to specifically call SkyFence out or how they're doing. They are a subscription-based product, would be part of our subscription and services reporting, and their appliance products would be part of what we report in products and license revenue.

JOEL FISHBEIN: All right, and do you expect to sell it into the same person that you are currently selling your current products into your customer base?

JASON FORGET, VP BUS OPS, IMPERVA INC: So, in terms of the SkyFence products, I think it's going to be a lot of overlap between the buyers. And so typically we sell to enterprise security, sometimes enterprise IT infrastructure. Those are the same people that have this problem that are tasked with securing the corporate applications that move to the cloud.

And some of them are also tasked with figuring out what's in use. We talked about the shadow IT use case. That's another one that is appealing to our customers. We think we can derive some leverage for SkyFence by having our sales team help them find deals. Because it's an early market, we think they are going to have to operate somewhat independently. So, they will have their own sales force.

OPERATOR: We will go next to Sterling Auty with JPMorgan.

UNIDENTIFIED PARTICIPANT, ANALYST, JPMORGAN: Hello, guys, it's Zach that's sitting in here for Sterling. Thanks for taking my questions. A couple, if I may.

Shlomo, how is the WAS solution for AWS priced? Is it on a subscription base or per instance? And then how do you think about that potential -- the potential size of that opportunity?

SHLOMO KRAMER: So, let me start with the second one. We are seeing an early sign of strong production for that solution. And on top of the -- so we are optimistic about the potential here. In terms of pricing on top of the regular pricing, obviously the AWS includes also time-based pricing, and we introduced that, as well to the equation. So, basically, you can buy this to address temporary bursts and needs in your capacity, which is what customers expect.

UNIDENTIFIED PARTICIPANT: Right, right. And I guess my follow-up to that is, how does the competitive landscape change as you go into the public cloud. And a similar question around SkyFence. How does the competitive landscape change now that that's under your belt as well?

SHLOMO KRAMER: That's a good question, and I think that the cloud club is an [indication[ of data center changes -- we believe changes everything. It's a very significant and underlying driver in the IT and will influence in a big way security solutions. And we are very early on here.

I believe that we are today introducing a security strategy that no one else has in the market, and we are attacking this very big opportunity head on. So, I would say that this very significantly changes the landscape of where we stand versus our traditional application and security competition that focuses -- still focuses only on on-premise solution.

OPERATOR: We will go next to David Kaplan with Barclays.

DAVID KAPLAN, ANALYST, BARCLAYS CAPITAL: Hello. Can you talk a little bit about the move from the subscription-based -- sorry, from the revenue model of -- you talked on the call about -- sorry. I lost my train of thought for a second.

From the professional license, sorry, for the professional licenses subscription-based offerings. Do you see that move continuing? And then how does that fit in with some of the acquisitions? What models are they running? Are they running traditional -- perpetual licenses or are they running subscription models?

And so when we think about the profitability going forward, maybe not in the first year of the acquisitions, 2014 to 2015 and onward, do you see the model moving more towards that in the gross margin leverage in that type of model?

Sorry. Thanks.

TERRY SCHMID: So, what we're not experiencing right now is a move from perpetual license to subscription. We're seeing growth in both, and based on the use case or the application that's required to be protected or audited, that's what we sell to. So, we're not experiencing a transition from one model to the other at the moment. That may happen later on, but that's not currently where we're at.

I think over time, and I'll let Mark address more the pricing model and how that model is going to be brought to market by SkyFence, that's certainly going to have a subscription component to it that's going to be very, very critical and important to how that business grows. And as you can see, our business in subscription products is more than doubling every year. It's going to become more and more important to the business over time.

Right now, it isn't a threat to the perpetual license stream. That might change over time, but right now, we are not seeing a transition from one to the other. It's just the subscription business is growing faster and becoming more and more important to us.

I'll go ahead and let Mark talk about the pricing models that go to market with SkyFence.

MARK KRAYNAK: SkyFence is a subscription model. It grows with the size of the organization. Incapsula is also a subscription model, probably already you knew that, and I think the dynamics are going to be similar.

SkyFence, I believe, will be a high growth business. It will impact by adding to our subscription line. But I don't see that it's going to be taking away from another line as it's doing that.

Amazon, just to cover that off, today we had a combination model. You can buy subscription or you can buy license. And how that plays out is going to be a direct result of how the market wants it to play out. Again, I don't think there that it's going to take away from the other part of our business; that will be incremental in the new environment.

DAVID KAPLAN: Okay. And then as far as the gross margin progressions going forward, so you think farther out?

TERRY SCHMID: So, we gave gross margin guidance for 2014 at 80%. Beyond that, that's reflective of the businesses that we bought that -- I don't think what we've acquired and when it gets to scale is going to fundamentally impact our gross margin position.

DAVID KAPLAN: Okay, great. Thanks.

OPERATOR: We will go next to Matt Hedberg with RBC Capital Markets.

MATT HEDBERG, ANALYST, RBC CAPITAL MARKETS: Thanks for taking my questions. As a follow-up to an earlier question, I'm wondering if you can talk about the size of the cloud-based security market in terms of the TAM relative to your traditional on-prem market?

MARK KRAYNAK: So, the overall cloud-based security market, I throw two stats out at you. For overall cloud services, going to estimate the overall spend on cloud services, not necessarily security, over $100 billion, growing pretty fast.

For SaaS itself, the sub component of that, 2014 they are expecting $24 billion in spend. In 2016, $33 billion. So, pretty fast growth of the underlying assets that we would be protecting.

We would look at the opportunity for security for that market to be some cut of that. In a mature security market, I would expect it to be between $5 billion and $20 billion. It's early days. We are not at that level of penetration, but it gives you an idea of how al least we think about the opportunity going forward.

MATT HEDBERG: And then, when do you think SkyFence will start to generate revenue? Sounds like it's still in beta.

TERRY SCHMID: We have -- it will generate some small revenue this year.

MATT HEDBERG: Okay.

TERRY SCHMID: It's reflected in the guidance that we gave.

MATT HEDBERG: That's great. And then, Terry, maybe on the accelerating product revenue, which is good to see this quarter, how should we think about that relative to you 2014 guidance between 21% and 37%? Should the mix between the growth on license and product change much?

TERRY SCHMID: I don't think it will change much as a percentage of the overall total. I think it will be relatively stable. But -- and I think we'll continue to see a lot of the driver coming from a subscription business, just as we did in 2013. But I don't think it's going to fundamentally shift from what it was overall for the year 2013. Individual quarters may vary, of course.

OPERATOR: We'll go next with Robert Breza from Sterne, Agee.

ROBERT BREZA, ANALYST, STERNE, AGEE & LEACH: Hello, thanks for taking my questions. Maybe as a follow-up to Matt's question. As you think about the overall market size and markets helpful to get to growth rates, specifically looking at like some of the specific areas with mainframe, et cetera, how much would you say this expands your total addressable market with these acquisitions and the further movement of Incapsula inside?

SHLOMO KRAMER: So again, this is a very early market, moving of data center assets to the cloud. But we believe this is a very significant market down the road. Think about Telfos, Workday, Nextweek. All these assets out there in the cloud being accessed without any control by the organization of who is doing that and what they are doing. It's a very significant, we believe, problem that will create a significant market.

TERRY SCHMID: Rob, one of the other things you mentioned was the mainframe piece of the business and how that would expand our market opportunity. That doesn't necessarily expand our opportunity, but it makes us much more competitive in the most competitive deals that we are in, which are the large database deals in very large enterprises. What that does it, it doesn't necessarily increase the market opportunity, but it should increase our success rate in those very large deals.

ROBERT BREZA: That's helpful.

And Terry, maybe as a follow-up quickly, just as you think about all the acquisitions, how do you think about the headcount maybe -- I'm not sure if you mentioned that during your prepared remarks, but how many people are you taking on through the acquisitions?

Thanks.

TERRY SCHMID: So, I didn't mention it in my prepared remarks, and we are not disclosing how many we are taking on or how many we are adding. But we definitely are going to invest in both of these businesses that we're acquiring in addition to Incapsula. So, we've -- we're taking on, when the deal closes, the remaining piece of Incapsula. We have plans to invest substantially in Incapsula. They're in hypergrowth mode, and we need make sure we are behind that hypergrowth and ahead of the curve in terms of building up the organization and the operating capacity of that service.

We will be investing heavily there. Not just headcount, but in the ability to deliver capacity. And SkyFence is a new business, and they are entering a phase as a business where we really need to put resources into that business. And it will be across the board. We will be adding sales resources, marketing resources, R&D resources over and above where they are at today substantially more than we're acquiring now.

In the Tomium piece of the business, while relatively small, also requires a good piece of investment, including headcount to expand the offerings that we have available in these large enterprise database environments. So, I know that's not the detail you want on the headcount, but we will be making substantial investments in both program spending and headcount spending in all three of those areas.

OPERATOR: We'll go next to Jonathan Ho with William Blair.

JONATHAN HO, ANALYST, WILLIAM BLAIR & COMPANY: Hello. Just wanted to understand a little bit better, as we think about Incapsula and SkyFence, is this going to be sort of a new cloud platform that even beyond the services that you have acquired, down the road you will continue to add more services and bolster the security capabilities in and around the platform?

MARK KRAYNAK: So, this is Mark.

In a nutshell, yes, they are going to continue to add different services and offerings. Incapsula will be -- they has been doing that for a while, and I think they'll continue to do it. An example would be they added a low balance offering. They have added a two factor authentication offering recently. I expect they will continue to add things to the service to meet the demands of their customers.

SkyFence is early days, they're still building out their solution. Just coming out of trials now. But I think it's safe to say that they will find the need to add other features and capabilities and continue to do that over time in order to win that market.

JONATHAN HO: As you add more and more of these capabilities, are you seeing sort of more traction with the large enterprises? Can you maybe talk to the target markets that this opens up or what this -- what these services potentially appeal to longer term?

SHLOMO KRAMER: So, perhaps Incapsula is a good example because we have more history with that. Originally, Incapsula was launched to address the smaller organizations, SMBs and small enterprise. But we have seen, as we've -- as stated earlier, significant success in the largest enterprises. For example, their ability to deliver application level DDoS protection for the largest organizations in the world.

So, absolutely. We are definitely seeing, I think, this cloud-based security requirements relevant to the entire spectrum of customers, from the smallest one to the largest organizations in the world.

OPERATOR: (Operator Instructions)

We will go next to Jonathan Ruykhaver with Stephens, Inc.

JONATHAN RUYKHAVER , ANALYST, STEPHENS INC.: Congratulations on the execution.

Shlomo, you mentioned the DDoS. I am curious. The DDoS attacks seems to be increasing in frequency and complexity. I am curious what you are seeing in that regard and how much of a driver is DDoS to your business today?

SHLOMO KRAMER: DDoS is one of the key drivers to the Incapsula business, for example, and there we are seeing the DDoS campaign intensify. When the attackers attack in bigger volumes, so attacks of 100-gigabites are not rare any more. And not only bigger volume, but far more sophisticated. So, it's not only network-based attacks, but sophisticated application level DDoS attacks. And in both cases, both the ability to address the volume, as well as the ability to address

the sophistication of the modern application levels DDoS attacks, Incapsula has a unique advantage. And because of that, we see the hypergrowth develop.

JONATHAN RUYKHAVER : Can you talk about how Incapsula performs relative to Prolexic? It was my understanding that Prolexic was doing more and more business with large banks, Internet and SaaS companies. Is that an opportunity you serve at that high end, or do you need to do more of Incapsula to get that segment of the market?

MARK KRAYNAK: So, Prolexic's solution is very much focused on one half of the DDoS problem, which is a network problem. Indicators are they can do a pretty good job there. What we have seen change in the threat environment is the more significant attacks have more. They might have a network component, but there is also an application level component. And we believe our technology and feedback from the customers is that our solution is far superior to Prolexic for application DDoS.

It is a competitive market, and they have now, as a part of Akamai, haven't seen exactly what's going to come out of that. But we feel pretty confident going into our customers and talking to them about the reality of today's DDoS and how our solution technically is superior. And it's proven itself. We have defended against some of the largest DDoS ever recorded in the last six months or so.

JONATHAN RUYKHAVER : Okay, good enough. Thank you, guys.

OPERATOR: We will go next to Rohit Chopra with Wedbush.

ROHIT CHOPRA, ANALYST, WEDBUSH SECURITIES: Thanks for taking my question.

Terry, wanted to ask you about gross margin. 82%, and you talked a little bit about virtual. Can you just tell us what actually drove that? Were there some large deals? What's actually happening there and can that be driven higher in the future? And I understand you have given guidance for 2014, but just want to get a sense on the gross margin first.

TERRY SCHMID: So, the significance of virtual appliances in the fourth quarter as a percentage of total unit shipments certainly affected some large deals. It varies quarter to quarter. So, I wouldn't try to make a prediction about what the directionality is going to be on virtual appliances over the course of the year in any given quarter.

But I would say for the full year, the guidance that we gave for the 80% gross margins accounts for the fact that we are going to be spending money on both gross margin line on SkyFence, developing some of the operating components that we need there. And that's balanced out by what's probably going to be a slight improvement in the mix from virtual appliances to keep things steady at 80% over the course of the year.

ROHIT CHOPRA: All right. And then the other question I had was I just want today get a sense, and I know SkyFence is just sort of coming out of develop mode. But I want to get a sense, were there any customers in data? I know there is some that you guys have put out a press release on, or maybe SkyFence did on Virgin. But are there any other significant test partners that come with any of the acquisitions?

TERRY SCHMID: So, on SkyFence, yes, they have all the customers in trials that we're willing -- we're able to disclose or talk about publicly today. But yes, the trials were certainly more than just the one.

ROHIT CHOPRA: Okay. And then, Terry, just a question that I always get -- give you. Ramping up backs to a little bit of leverage in this past quarter. But given that all the expense ramps started in Q1 earlier, are you satisfied with where you are? Do you think you're on track or maybe a little bit behind with the amount of leverage you're getting, given where revenue is, say, today and into the upcoming quarter?

TERRY SCHMID: I may not answer it in the way you are asking it, but I will say I am satisfied with the investments that we made over the course of the year and the impact that they had on accelerating revenue over the second half of the year in particular. And I think that that's reflected also in the fact that we think those investments have been successful because we raised our guidance for 2014 to the 27% to 31% range with a midpoint of 29%. So, I'd definitely say that we think that

the investments that we made and accelerating those investments and putting more sales and infrastructure in was absolutely the right thing to do to drive growth.

OPERATOR: We'll take our last question from Michael Kim with Imperial Capital.

MICHAEL KIM, ANALYST, IMPERIAL CAPITAL: Good afternoon, guys. Hoping you can talk a little bit about file activity monitoring. Are you starting to see maybe a greater focus on unstructured data and maybe a ramp in bookings in the pipeline, and especially larger size deal opportunities?

SHLOMO KRAMER: We continue to be pleased with the ramp up of this product line, both overall, as well as kind of more strategic and large deals that we see in the pipeline, although it's moving in the right direction.

MICHAEL KIM: And I know you don't typically talk about individual areas, but do you see this unstructured data opportunity as something that crosses the 10% threshold sometime over the next year or two? Or is it maybe a little bit longer term than that?

TERRY SCHMID: I wouldn't even attempt to tell you what that means, when that would happen.

OPERATOR: At this time, we have no further questions in queue. So, I will turn the call back over to management for any additional or closing remarks.

TERRY SCHMID: Thank you all for joining the call today. We appreciate your continued support and interest in Imperva.

OPERATOR: That does conclude today's conference. We thank you for your participation.

[Thomson Financial reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON FINANCIAL OR THE APPLICABLE COMPANY OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.]

## Classification

**Language:** ENGLISH

**Publication-Type:** Transcript

**Transcript:** 020614a5272102.702

**Subject:** EXECUTIVES (95%); CONFERENCE CALLS (92%); COMPANY EARNINGS (90%); BANKING & FINANCE (77%); FINANCIAL RESULTS (77%)

**Company:** IMPERVA INC (96%); WILLIAM BLAIR & CO LLC (71%); STEPHENS INC (71%); JPMORGAN CHASE & CO (58%); DEUTSCHE BANK AG (58%); BARCLAYS CAPITAL INC (57%); STERNE AGEE GROUP INC (57%); RBC DOMINION SECURITIES INC (57%); RBC WEALTH MANAGEMENT (57%)

**Ticker:** IMPV (NYSE) (96%); JPM (NYSE) (58%); JPM (LSE) (58%); 8634 (TSE) (58%); DEUT (JSE) (58%); DBK (FRA) (58%); DBK (BIT) (58%); DBETN (JSE) (58%); DB (NYSE) (58%)

**Industry:** NAICS541511 CUSTOM COMPUTER PROGRAMMING SERVICES (96%); NAICS511210 SOFTWARE PUBLISHERS (96%); NAICS523120 SECURITIES BROKERAGE (71%); NAICS523110 INVESTMENT BANKING & SECURITIES DEALING (71%); SIC6282 INVESTMENT ADVICE (71%); SIC6211 SECURITY BROKERS, DEALERS, & FLOTATION COMPANIES (71%); NAICS551111 OFFICES OF BANK HOLDING COMPANIES (58%); NAICS523999 MISCELLANEOUS FINANCIAL INVESTMENT ACTIVITIES (58%); NAICS522110 COMMERCIAL BANKING (58%); SIC6022 STATE COMMERCIAL BANKS (58%); NAICS523920 PORTFOLIO MANAGEMENT (58%); SIC6081 BRANCHES & AGENCIES OF FOREIGN BANKS (58%); NAICS541611 ADMINISTRATIVE MANAGEMENT & GENERAL MANAGEMENT CONSULTING SERVICES (57%)

**Load-Date:** February 23, 2014

# Exhibit O

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# Form 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the Fiscal Year Ended December 31, 2011**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 001-35338**

---

# Imperva, Inc.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **03-0460133** |
|---|---|
| **(State or Other Jurisdiction of Incorporation or Organization)** | **(I.R.S. Employer Identification No.)** |

**3400 Bridge Parkway, Suite 200**
**Redwood Shores, California 94065**
**(Address of Principal Executive Offices, including Zip Code)**

**(650) 345-9000**
**(Registrant's Telephone Number, including Area Code)**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, par value $0.0001 per share | New York Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**
**(Title of Class)**

---

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☒   No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.   ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer | ☐ | | Accelerated filer | ☐ |
|---|---|---|---|---|
| Non-accelerated filer | ☒ (Do not check if a smaller reporting company) | | Smaller reporting company | ☐ |

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

As of June 30, 2011, the last business day of the registrant's most recently completed second fiscal quarter, the registrant's common stock was not listed on any exchange or over-the-counter market. The registrant's common stock began trading on the New York Stock Exchange on November 9, 2011.

The number of outstanding shares of the registrant's common stock as of March 1, 2012 was 23,021,259.

---

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the definitive proxy statement for registrant's 2012 Annual Meeting of Stockholders to be held on June 7, 2012 and to be filed pursuant to Regulation 14A within 120 days after registrant's fiscal year ended December 31, 2011 are incorporated by reference into Part III of this Annual Report on Form 10-K.



**2011 ANNUAL REPORT ON FORM 10-K**

**TABLE OF CONTENTS**

|  |  |  | Page |
|---|---|---|---|
|  | **PART I** |  |  |
| Item 1. | Business | | 3 |
| Item 1A. | Risk Factors | | 12 |
| Item 1B. | Unresolved Staff Comments | | 29 |
| Item 2. | Properties | | 29 |
| Item 3. | Legal Proceedings | | 29 |
| Item 4. | Mine Safety Disclosures | | 29 |
|  | **PART II** |  |  |
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | | 29 |
| Item 6. | Selected Financial Data | | 32 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | | 34 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | | 53 |
| Item 8. | Financial Statements and Supplementary Data | | 53 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | | 88 |
| Item 9A. | Controls and Procedures | | 88 |
| Item 9B. | Other Information | | 88 |
|  | **PART III** |  |  |
| Item 10. | Directors, Executive Officers and Corporate Governance | | 88 |
| Item 11. | Executive Compensation | | 89 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | | 89 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | | 89 |
| Item 14. | Principal Accounting Fees and Services | | 89 |
|  | **PART IV** |  |  |
| Item 15. | Exhibits, Financial Statement Schedules | | 89 |
| Signatures | | | 90 |

In May 2011, the FASB issued ASU 2011-04, *Fair Value Measurement: Amendments to Achieve Common Fair Value Measurement and Disclosure Requirements in U.S. GAAP and IFRS.* ASU 2011-04 amends the fair value measurement guidance and includes some enhanced disclosure requirements. The most significant change in disclosures is an expansion of the information required for Level 3 measurements based on unobservable inputs. The standard is effective for fiscal years beginning after December 15, 2011. We are currently evaluating the impact of adopting the guidance on our consolidated financial statements.

In June 2011, the FASB issued an ASU No. 2011-5, *Comprehensive Income.* ASU No. 2011-5 requires companies to present comprehensive income in a single statement below net income or in a separate statement of comprehensive income immediately following the income statement. This update does not change which items are reported in other comprehensive income or the requirement to report reclassifications of items from other comprehensive income to net income. This requirement will become effective for us beginning with the Quarterly Report on Form 10-Q for the quarter ended March 31, 2012 and will require retrospective application for all periods presented.

In September 2011, the FASB issued an ASU No. 2011-08, *Intangibles —Goodwill and Other.* Under ASU 2011-08, an entity has the option to first assess qualitative factors to determine whether the existence of events or circumstances leads to a determination that it is more likely than not that the fair value of a reporting unit is less than its carrying amount. If the entity determines that this threshold is not met, then performing the two-step impairment is unnecessary. ASU 2011-08 is effective for fiscal years beginning after December 15, 2011. The adoption of this guidance is not expected to have a material impact on our consolidated financial statements.

## Item 7A. *Quantitative and Qualitative Disclosures about Market Risk*

We are exposed to market risks in the ordinary course of our business. Market risk represents the risk of loss that may impact our financial position due to adverse changes in financial market prices and rates. Our market risk exposure is primarily a result of fluctuations in interest rates and foreign currency exchange rates. We do not hold or issue financial instruments for trading purposes.

### *Interest Rate Sensitivity*

Our exposure to market risk for changes in interest rates relates primarily to our investment portfolio and our outstanding debt obligations. Our cash, cash equivalents and short-term investment accounts as of December 31, 2011 and 2010 totaled $97.6 million and $17.7 million, respectively, and consist primarily of cash, cash equivalents and short-term investments with maturities of less than one year from the date of purchase. Our primary exposure to market risk is interest income sensitivity, which is affected by changes in the general level of the interest rates in the United States. However, because of the short-term nature of the instruments in our portfolio, a sudden change in market interest rates would not be expected to have a material impact on our financial condition or our results of operation.

As of December 31, 2011, we have no amounts outstanding under our credit facility agreement. To the extent in the future we enter into other long-term debt arrangements, we would be subject to fluctuations in interest rates which could have a material impact on our future financial condition and results of operation.

### *Foreign Currency Exchange Risk*

Our consolidated results of operations and cash flow are subject to fluctuations due to changes in foreign currency exchange rates. Substantially all of our revenue is generated in U.S. dollars. Our expenses are generally denominated in the currencies in which our operations are located, which is primarily in the U.S. and Israel and to a lesser extent in EMEA and Asia Pacific. Our consolidated results of operations and cash flow are, therefore, subject to fluctuations due to changes in foreign currency exchange rates and may be adversely affected in the future due to changes in foreign exchange rates. The effect of a hypothetical 10% change in foreign currency exchanges rates applicable to our business would not have a material impact on our historical consolidated financial statements.

To date, we have used derivative financial instruments, specifically foreign currency forward contracts, to manage exposure to foreign currency risks, by hedging a portion of our forecasted expenses denominated in Israeli shekels expected to occur within a year. The effect of exchange rate changes on foreign currency forward contracts is expected to offset the effect of exchange rate changes on the underlying hedged item. We do not use derivative financial instruments for speculative or trading purposes.

## Item 8. *Financial Statements and Supplementary Data*

## Quarterly Results of Operations

The following table sets forth unaudited quarterly consolidated statements of operations data for each of the years in the two-year period ended December 31, 2011 (in thousands, except per share data). We derived this information from our unaudited consolidated financial statements, which we prepared on the same basis as our audited consolidated financial statements contained in this Annual Report on Form 10-K. In our opinion, these unaudited statements include all adjustments, consisting only of normal recurring adjustments that we consider necessary for a fair statement of that information when read in conjunction with the consolidated financial statements and related notes included elsewhere in this Annual Report on Form 10-K. The operating results for any quarter should not be considered indicative of results for any future period.

| | Three Months Ended | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Dec. 31, 2011 | Sept. 30, 2011 | June 30, 2011 | March 31, 2011 | Dec. 31, 2010 | Sept. 30, 2010 | June 30, 2010 | March 31, 2010 |
| | (in thousands, except percentage and per share amounts) | | | | | | | |
| Net revenue: | | | | | | | | |
| Products and license | $ 14,779 | $ 11,464 | $ 11,379 | $ 9,978 | $ 10,947 | $ 8,247 | $ 8,319 | $ 6,966 |
| Services: | | | | | | | | |
| Maintenance and support | 6,731 | 6,452 | 5,907 | 5,407 | 5,148 | 4,704 | 4,402 | 3,810 |
| Professional services and training | 1,252 | 1,418 | 1,243 | 817 | 749 | 584 | 667 | 465 |
| Subscriptions | 553 | 404 | 297 | 221 | 140 | 111 | 48 | 75 |
| Total services | 8,536 | 8,274 | 7,447 | 6,445 | 6,037 | 5,399 | 5,117 | 4,350 |
| Total net revenue | 23,315 | 19,738 | 18,826 | 16,423 | 16,984 | 13,646 | 13,436 | 11,316 |
| Cost of revenue: | | | | | | | | |
| Products and license | 2,278 | 1,357 | 1,705 | 1,371 | 1,782 | 1,432 | 1,537 | 1,154 |
| Services | 2,448 | 2,893 | 2,206 | 1,963 | 1,789 | 1,623 | 1,564 | 1,452 |
| Total cost of revenue | 4,726 | 4,250 | 3,911 | 3,334 | 3,571 | 3,055 | 3,101 | 2,606 |
| Gross profit | 18,589 | 15,488 | 14,915 | 13,089 | 13,413 | 10,591 | 10,335 | 8,710 |
| Gross margin | 80% | 78% | 79% | 80% | 79% | 78% | 77% | 77% |
| Operating expenses: | | | | | | | | |
| Research and development | 4,740 | 4,615 | 4,316 | 3,927 | 3,746 | 3,470 | 3,042 | 2,956 |
| Sales and marketing | 11,712 | 10,411 | 10,559 | 10,000 | 10,073 | 8,430 | 8,072 | 7,593 |
| General and administrative | 3,612 | 3,063 | 2,829 | 2,294 | 2,690 | 2,111 | 1,662 | 1,519 |
| Total operating expenses | 20,073 | 18,089 | 17,704 | 16,221 | 16,509 | 14,011 | 12,776 | 12,068 |
| Loss from operations | (1,484) | (2,601) | (2,789) | (3,132) | (3,096) | (3,420) | (2,441) | (3,358) |
| Other income (expense), net | 48 | (63) | (86) | (89) | 117 | 805 | (471) | 23 |
| Loss before provision from income taxes | (1,436) | (2,664) | (2,875) | (3,221) | (2,979) | (2,615) | (2,912) | (3,335) |
| Provision for income taxes | 191 | 205 | 150 | 116 | 196 | 243 | 26 | 62 |
| Net loss | (1,627) | (2,869) | (3,025) | (3,337) | (3,175) | (2,858) | (2,938) | (3,397) |
| Loss attributable to noncontrolling interest | 131 | 178 | 149 | 131 | 99 | 63 | 104 | 89 |
| Net loss attributable to Imperva, Inc. stockholders | $ (1,496) | $ (2,691) | $ (2,876) | $ (3,206) | $ (3,076) | $ (2,795) | $ (2,834) | $ (3,308) |
| Net loss per share attributable to Imperva, Inc. stockholders, basic and diluted | $ 0.10 | $ 0.48 | $ 0.53 | $ 0.63 | $ 0.63 | $ 0.57 | $ 0.58 | $ 0.71 |
| Weighted-average shares used to compute net loss per share attributable to Imperva, Inc. stockholders, basic and diluted: | 14,618 | 5,554 | 5,392 | 5,075 | 4,920 | 4,891 | 4,857 | 4,679 |

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, on March 27, 2012, the Registrant has duly caused this Annual Report on Form 10-K to be signed on its behalf by the undersigned, thereunto duly authorized.

**IMPERVA, INC.**

By: /s/ Shlomo Kramer        By: /s/ Terrence J. Schmid

Shlomo Kramer                Terrence J. Schmid

President and Chief Executive Officer      Chief Financial Officer

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Shlomo Kramer and Terrence J. Schmid as his attorneys-in-fact, with the power of substitution, for him in any and all capacities, to sign any amendments to this Annual Report on Form 10-K, and to file the same, with exhibits thereto and other documents in connection therewith with the Securities and Exchange Commission, hereby ratifying and confirming all that each said attorney-in-fact, or his substitute or substitutes, may do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this Report has been signed below by the following persons in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /s/ Shlomo Kramer<br>Shlomo Kramer | President, Chief Executive Officer and Director<br>(Principal Executive Officer) | March 27, 2012 |
| /s/ Terrence J. Schmid<br>Terrence J. Schmid | Chief Financial Officer<br>(Principal Accounting and Financial Officer) | March 27, 2012 |
| /s/ Michael Boodaei<br>Michael Boodaei | Director | March 27, 2012 |
| /s/ Asheem Chandna<br>Asheem Chandna | Director | March 27, 2012 |
| /s/ Theresia Gouw Ranzetta<br>Theresia Gouw Ranzetta | Director | March 27, 2012 |
| /s/ Steven Krausz<br>Steven Krausz | Director | March 27, 2012 |

90

| | | |
|---|---|---|
| /s/ Albert A. Pimentel | Director | March 27, 2012 |
| Albert A. Pimentel | | |
| /s/ Frank Slootman | Director | March 27, 2012 |
| Frank Slootman | | |
| /s/ David N. Strohm | Director | March 27, 2012 |
| David N. Strohm | | |

91

# Exhibit P

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, DC 20549

## FORM 8-K

### CURRENT REPORT

### PURSUANT TO SECTION 13 OR 15(d) OF THE
### SECURITIES EXCHANGE ACT OF 1934

### Date of report: February 7, 2014

### (Date of earliest event reported)

# Imperva, Inc.
### (Exact Name of Registrant as Specified in Its Charter)

### Delaware
#### (State or Other Jurisdiction of Incorporation)

| 001-35338 | 03-0460133 |
|---|---|
| (Commission File Number) | (IRS Employer Identification No.) |

| 3400 Bridge Parkway, Suite 200 | |
|---|---|
| Redwood Shores, California | 94065 |
| (Address of Principal Executive Offices) | (Zip Code) |

### (650) 345-9000
#### (Registrant's Telephone Number, Including Area Code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 1.01.     Entry into a Material Definitive Agreement.**

Signing of Share Exchange Agreement to Acquire Outstanding Securities of Incapsula, Inc.

On February 11, 2014, Imperva, Inc., a Delaware corporation (" ***Imperva***"), entered into a Share Exchange Agreement (the " ***Incapsula Exchange Agreement***") with Incapsula, Inc., a Delaware corporation and  majority-owned subsidiary of Imperva (" ***Incapsula***"), Incapsula, Ltd., Incapsula's wholly-owned subsidiary incorporated under the laws of the State of Israel, the stockholders of Incapsula (the " ***Incapsula Stockholders***"), and Gur Shatz, in his separate capacity as the Seller's Representative. Shlomo Kramer, a director and the President and Chief Executive Officer of Imperva, and Mark E. Kraynak, Imperva's Senior Vice President of Worldwide Marketing, are each directors of Incapsula, but held no direct or indirect interest in Incapsula (other than via their ownership interests in Imperva) and neither are receiving any portion of the Incapsula Consideration (as defined below).

Pursuant to the terms and conditions set forth in the Incapsula Exchange Agreement, Imperva will acquire from the Incapsula Stockholders all of the issued outstanding common stock of Incapsula not already held by Imperva in exchange for approximately $8.1 million, which will be paid to the Incapsula Stockholders in the form of Imperva Common Stock and Incapsula optionholders though assumption of the options and conversion into options to purchase Imperva Common Stock (the " ***Incapsula Consideration***" and such transaction, the " ***Incapsula Share Exchange***" or the " ***Incapsula Acquisition***"). In connection with the Incapsula Acquisition, in addition to the Incapsula Consideration for the Incapsula Acquisition, Imperva also agreed to assume Incapsula restricted stock unite (" ***RSUs***") with performance-based vesting tied to 2014 revenue for Incapsula and  Incapsula-related products and services, which are expected to convert into approximately 180,890 shares of our common stock at the same exchange ratio applicable to the Incapsula Acquisition, as more fully described below. The Incapsula Consideration is subject to certain adjustments that may be made prior to and following the closing of the Incapsula Share Exchange, as set forth in the Incapsula Exchange Agreement and detailed below. The Incapsula Consideration is net of certain deductions, including deductions for transaction expenses and a deduction for the cancellation of that certain promissory note issued by Imperva to Incapsula in October 2013 in the principal amount of approximately $1.1 million. Approximately 80% of Incapsula's outstanding stock are held by Imperva and, upon completion of the Incapsula Share Exchange, Incapsula will be a  wholly-owned subsidiary of Imperva.

At the closing of the Incapsula Share Exchange, approximately fifteen percent (15%) of the total Incapsula Consideration payable to the Incapsula Stockholders (the " ***Indemnity Shares***") will be held back by Imperva from being issued to the Incapsula Stockholders and be available to compensate Imperva (on behalf of itself and any other persons entitled to indemnification under the Incapsula Exchange Agreement) for indemnifiable damages specified in the Incapsula Exchange Agreement. Subject to certain exceptions, the indemnification obligations of the Incapsula Stockholders will expire 15 months following the closing of the Incapsula Share Exchange, at which time any remaining Indemnity Shares not subject to pending indemnification obligations will be issued to the Incapsula Stockholders pursuant to the terms of the Incapsula Exchange Agreement.

At the closing of the Incapsula Share Exchange, approximately ten percent (10%) of the total Incapsula Consideration payable to the Incapsula Stockholders (the " ***Adjustment Shares***") will be held back by Imperva from being issued to the Incapsula Stockholders for purposes of permitting Imperva to confirm Incapsula's 2013 revenues following the closing, and reduce the total Incapsula Consideration accordingly if the actual revenue is less than the estimate at the time of the Incapsula Exchange Agreement. In addition, Imperva may issue up to an amount equal to the Adjustment Shares in addition to the Incapsula Consideration described above, if the actual revenues are greater than the estimate. The Adjustment Shares, if any, will be issued to the Incapsula Stockholders following determination of Incapsula's 2013 revenues pursuant to the terms of the Incapsula Exchange Agreement.

For purposes of determining the exchange ratio and number of shares to be issued at the closing, each share of Imperva Common Stock issued as part of the Incapsula Consideration will have an ascribed value equal to the average closing stock price of Imperva Common Stock for the ten (10) trading days ending on the day that is the third day prior to the closing of the Incapsula Share Exchange, with the maximum and minimum values ascribed being subject to an upper and lower price collar of $47.10 and $31.40, respectively.

The options to purchase common stock and RSUs of Incapsula that are outstanding as of the closing of the Incapsula Share Exchange and held by Incapsula employees will be assumed by Imperva with the existing vesting schedule and converted into options to purchase or RSUs for, as applicable, Imperva Common Stock, with the exercise price (if applicable) and number of shares subject to such options or RSUs proportionally adjusted by the exchange ratio applicable to the common stock of Incapsula. The Incapsula Exchange Agreement provides that, to the extent any assumed unvested options do not become vested, a number of Imperva restricted stock units equal to the options that cannot become vested will be issued, on a pro rata basis, to Incapsula Stockholders then-providing services to Imperva.

The closing of the Incapsula Share Exchange (including the assumption of the RSUs) is subject to several closing conditions, including, among other things, (i) the accuracy, in all material respects, of the representations and warranties of the other parties at the closing, (ii) compliance in all material respects by the other party with its covenants and (iii) receipt of an interim tax ruling from the Israeli tax authorities, as well as other customary closing conditions. The Incapsula Exchange Agreement may be terminated by either Imperva or the Incapsula Stockholders upon the occurrence of certain events, including if the Incapsula Share Exchange has not closed by June 30, 2014. The parties intend to consummate the transaction as soon as practicable and currently anticipate that the closing will occur during the first quarter of calendar year 2014.

The Incapsula Exchange Agreement contains customary covenants of Imperva and Incapsula, including, among other things, covenants by Incapsula to conduct its business in the ordinary course between the execution of the Incapsula Exchange Agreement and consummation of the Incapsula Share Exchange and not to engage in certain kinds of transactions during such period (including restrictions on solicitation of proposals with respect to alternative transactions).

The Incapsula Exchange Agreement contains customary representations and warranties of each of Imperva, Incapsula, and the Incapsula Stockholders. Pursuant to the Incapsula Exchange Agreement, following the consummation of the Incapsula Share Exchange, the Incapsula Stockholders have agreed to indemnify Imperva for any losses related to breaches of representations or warranties and covenants, among other things, subject to limits specified in the Incapsula Exchange Agreement. As described above, the Indemnity Shares will be available to compensate Imperva (on behalf of itself and any other persons entitled to indemnification under the Incapsula Exchange Agreement) for indemnifiable damages specified in the Incapsula Exchange Agreement.

The foregoing description of the Incapsula Exchange Agreement is only a summary, does not purport to be complete and is qualified in its entirety by reference to the Incapsula Exchange Agreement, a copy of which is filed as Exhibit 2.1 hereto and is incorporated herein by reference. The representations, warranties and covenants contained in the Incapsula Exchange Agreement are subject to qualifications and limitations agreed to by the respective parties, including information contained in confidential schedules exchanged between the parties, were made only for the purposes of such agreement and as of specified dates and were solely for the benefit of the parties to such agreement. A number of the

2

representations and warranties have been made for the purposes of allocating contractual risk between the parties to the agreement instead of establishing these matters as facts and may be subject to a contractual standard of materiality different from what might be viewed as material to investors. Investors are not third-party beneficiaries under the Incapsula Exchange Agreement. Moreover, information concerning the subject matter of the representations and warranties may change after the date of the Incapsula Exchange Agreement or the date of the closing, which subsequent information may or may not be fully reflected in Imperva's public disclosures. Accordingly, investors should not rely on the representations and warranties as characterizations of the actual state of facts or condition of Imperva or Incapsula or any of their respective subsidiaries or affiliates.

**Item 2.01.       Completion of Acquisition or Disposition of Assets.**

Closing of Skyfence Share Exchange

On February 7, 2014, Imperva completed its previously-announced acquisition of SkyFence Networks, Ltd., a company incorporated under the laws of the State of Israel ("**SkyFence**"), which is now a wholly-owned subsidiary of Imperva.

Pursuant to the Share Exchange Agreement (the "**SkyFence Exchange Agreement**"), dated February 6, 2014, by and among Imperva, SkyFence, the shareholders of SkyFence (the "**SkyFence Shareholders**") and Ofer Hendler, in his separate capacity as the Sellers' Representative, Imperva acquired from the SkyFence Shareholders all of the outstanding capital stock of SkyFence (and all rights to acquire such stock) (such transaction, the "**SkyFence Share Exchange**" or the "**SkyFence Acquisition**"), and in exchange therefor Imperva has (i) issued an aggregate of 796,747 shares of Imperva common stock (the "**Stock Consideration**") to the SkyFence Shareholders and (ii) paid approximately $2.8 million in cash to the founders of SkyFence (the "**Founders**"). Pursuant to the SkyFence Exchange Agreement, the Closing Shares (i) have an ascribed value of approximately $38 million based on a per share price equal to $47.64, which is which is the average closing stock price of Imperva Common Stock for the sixty (60) trading days ending on February 6, 2014 and (ii) reflect working capital and other adjustments that were made prior to the closing of the Share Exchange and as are set forth in the SkyFence Exchange Agreement.

As a result of the SkyFence Share Exchange and pursuant to the SkyFence Exchange Agreement, at closing: (i) 1,683 shares of Imperva Common Stock (having an aggregate value of approximately $80,000 at closing valued at the method described above) were deposited into an adjustment holdback fund for a period of up to 75 days as security for the accuracy of the working capital and other adjustments described above; (ii) 365,586 shares of Imperva Common Stock (having an aggregate value of approximately $17.5 million at closing valued at the method described above) were deposited into an indemnity holdback fund for a period of 24 months (subject to certain exceptions) as security for the indemnification obligations of the SkyFence Shareholders as set forth in the SkyFence Exchange Agreement; and (iii) all options to purchase Ordinary Shares of SkyFence that were outstanding as of the closing and held by SkyFence employees who were offered and accepted employment with Imperva were assumed by Imperva with the existing vesting schedules and converted into options to purchase an aggregate of 24,248 shares of Imperva Common Stock, with the exercise price of the shares subject to such options proportionally adjusted by the exchange ratio applicable to the SkyFence Ordinary Shares.

The above description of the SkyFence Exchange Agreement does not purport to be complete and is qualified in its entirety by reference to the full text of the SkyFence Exchange Agreement which is filed as Exhibit 2.1 to Imperva's Current Report on Form 8-K dated February 6, 2014 and incorporated herein by reference.

**Item 3.02     Unregistered Sales of Equity Securities**

Issuance of Shares in SkyFence Share Exchange

The information set forth in Item 2.01 is incorporated herein by reference. The issuance of the shares in the SkyFence Share Exchange was not registered under the Securities Act of 1933, as amended (the "***Securities Act***"). The shares were issued pursuant to the exemption from registration provided by Rule 506 of Regulation D under the Securities Act or Regulation S under the Securities Act. In issuing the shares, Imperva relied upon the representations and warranties of SkyFence Shareholders provided in the SkyFence Exchange Agreement in support of the satisfaction of the conditions contained in Regulation D or Regulation S, as applicable.

Issuance of Shares in Incapsula Share Exchange

The information set forth in Item 1.01 is incorporated herein by reference. The issuance of Imperva shares representing the Incapsula Consideration (the number of which, if any, is contingent upon and subject to the terms and conditions of the Incapsula Exchange Agreement) will not be registered under the Securities Act. The shares will be issued pursuant to the exemption from registration provided by Rule 506 of Regulation D under the Securities Act or Regulation S under the Securities Act. In issuing the shares, Imperva will rely upon the representations and warranties of Incapsula Stockholders provided in the Incapsula Exchange Agreement in support of the satisfaction of the conditions contained in Regulation D or Regulation S, as applicable.

Issuance of Shares in Acquisition of Tomium Assets

Subsequent to its last periodic report, on January 30, 2014, Imperva completed the purchase of certain assets of Tomium Software, LLC. (" ***Tomium***") In connection with that acquisition, Imperva issued 60,556 shares of Imperva Common Stock. The shares were issued pursuant to the exemption from registration provided by Rule 506 of Regulation D under the Securities Act. In issuing the shares, Imperva relied upon the representations and warranties of the owners of Tomium provided in asset purchase agreement in support of the satisfaction of the conditions contained in Regulation D.


**Item 5.03     Amendments to Articles of Incorporation or Bylaws; Change in Fiscal Year**

(a)    Amendment to Bylaws.

On February 11, 2014, the board of directors of Imperva approved and adopted Amended and Restated Bylaws of the Company (the " ***Restated Bylaws***"). The Restated Bylaws became effective immediately upon adoption by the Board and amended Imperva's bylaws as described below.

The Restated Bylaws amend Section 9.7 thereof to clarify the types of actions and proceedings for which the Court of Chancery in the State of Delaware (the "***Chancery Court***") shall be the sole and exclusive forum, subject to certain exceptions. Specifically, Section 9.7 of the Restated Bylaws provide that the following matters shall be heard exclusively by the Chancery Court:

(i) derivative proceedings, in addition to derivative actions, brought by or on behalf of Imperva.

(ii) any direct actions against Imperva asserting a claim pursuant to any provisions of the Delaware General Corporation Law, whether brought by a stockholder or otherwise.

(iii) actions asserting a claim of breach of fiduciary duties made specifically against any director, officer, or other employee of Imperva and any actions asserting a violation of Delaware decisional law relating to the internal affairs of Imperva.

The foregoing description is qualified in its entirety by reference to the text of the Restated Bylaws, which are filed as Exhibit 3.1 hereto and incorporated herein by reference. In addition, a marked conformed copy of the Restated Bylaws indicating changes made to the bylaws as they existed immediately prior to the filing of the amendment and restatement is attached as Exhibit 3.2.

**Item 9.01.        Financial Statements and Exhibits.**

(a)    <u>Financial Statements of Business Acquired</u>.

Financial statements of SkyFence for the periods specified in Rule 3-05(b) of Regulation S-X are not included in this report, and will be filed with the Securities and Exchange Commission by amendment of this report not later than April 25, 2014.

(b)    <u>Pro Forma Financial Information</u>.

Pro forma financial information required pursuant to Article 11 of Regulation S-X is not included in this report, and will be filed with the Securities and Exchange Commission by amendment of this report not later than April 25, 2014.

(d)    <u>Exhibits</u>.

| Number | Description |
| --- | --- |
| 2.1 | Share Exchange Agreement, dated as of February 11, 2014, by and among Imperva, Inc. Incapsula, Inc., Incapsula, Ltd., the stockholders of Incapsula, Inc. and Gur Shatz, in his separate capacity as the Sellers' Representative. |
| 2.2* | Share Exchange Agreement, dated as of February 6, 2014, by and among Imperva, Inc. SkyFence Networks, Ltd., the shareholders of SkyFence Networks, Ltd. and Ofer Hendler, in his separate capacity as the Sellers' Representative. |
| 3.1 | Amended and Restated Bylaws. |
| 3.2 | Amended and Restated Bylaws (marked copy). |

\* Incorporated by reference to exhibit filed with Registrant's Current Report on Form 8-K, filed February 6, 2014.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By: /s/    Terrence J. Schmid

Terrence J. Schmid
Chief Financial Officer

Date: February 11, 2014

## EXHIBIT INDEX

| Number | Description |
| --- | --- |
| 2.1 | Share Exchange Agreement, dated as of February 11, 2014, by and among Imperva, Inc. Incapsula, Inc., Incapsula, Ltd., the stockholders of Incapsula, Inc. and Gur Shatz, in his separate capacity as the Sellers' Representative. |
| 2.2* | Share Exchange Agreement, dated as of February 6, 2014, by and among Imperva, Inc. SkyFence Networks, Ltd., the shareholders of SkyFence Networks, Ltd. and Ofer Hendler, in his separate capacity as the Sellers' Representative. |
| 3.1 | Amended and Restated Bylaws. |
| 3.2 | Amended and Restated Bylaws (marked copy). |

\* Incorporated by reference to exhibit filed with Registrant's Current Report on Form 8-K, filed February 6, 2014.

# Exhibit Q

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

---

# FORM 8-K

---

## CURRENT REPORT
## PURSUANT TO SECTION 13 OR 15(d)
## OF THE SECURITIES EXCHANGE ACT OF 1934

**Date of report: February 19, 2014**
(Date of earliest event reported)

---

# Imperva, Inc.
**(Exact Name of Registrant as Specified in Its Charter)**

---

**Delaware**
(State or Other Jurisdiction of Incorporation)

| | |
|---|---|
| **001-35338** | **03-0460133** |
| (Commission File Number) | (IRS Employer Identification No.) |
| **3400 Bridge Parkway, Suite 200** | |
| **Redwood Shores, California** | **94065** |
| (Address of Principal Executive Offices) | (Zip Code) |

**(650) 345-9000**
(Registrant's Telephone Number, Including Area Code)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 1.01. Entry into a Material Definitive Agreement.**

As previously disclosed in a Current Report on Form 8-K that Imperva, Inc., a Delaware corporation ("Imperva"), filed with the Securities and Exchange Commission ("SEC") on February 6, 2014 (the "First Original 8-K"), on February 6, 2014, Imperva entered into a Share Exchange Agreement (the "Exchange Agreement") with SkyFence Networks, Ltd., a company incorporated under the laws of the State of Israel ("SkyFence"), the shareholders of SkyFence (the "SkyFence Shareholders") and Ofer Hendler, in his separate capacity as the Sellers' Representative, pursuant to which Imperva would acquire from the SkyFence Shareholders all of the outstanding capital stock of SkyFence (and all rights to acquire such stock) in exchange for approximately $60 million in Imperva common stock (or rights to acquire such stock), valued based on the conversion formula set forth in the Exchange Agreement (the "Stock Consideration") and cash (together with the Stock Consideration, the "Consideration" and such transaction, the "Share Exchange" or the "SkyFence Acquisition") subject to potential working capital and other adjustments that may be made prior to the closing of the Share Exchange (the "Closing"), as are set forth in the Exchange Agreement. Capitalized terms used in this Form 8-K and not otherwise defined have the meanings given to them in the Exchange Agreement.

As previously disclosed in a Current Report on Form 8-K that Imperva filed with the SEC on February 11, 2014 (the "Second Original 8-K"), on February 7, 2014, Imperva completed the Share Exchange pursuant to the Exchange Agreement and, as a result, SkyFence became a wholly-owned subsidiary of Imperva.

On February 19, 2014, Imperva, SkyFence, SkyFence Shareholders constituting a Sellers' Majority and the Sellers' Representative entered into an amendment to the Exchange Agreement (the "Amendment") in order to ensure compliance with the rules and regulations of the New York Stock Exchange (the "NYSE"). As amended, the Exchange Agreement provides that:

- to the extent that Imperva would have otherwise been required to issue shares of its common stock ("Shares") to a Related Party, as defined in the Amendment, under the Exchange Agreement in excess of 1% of the total number of shares of Imperva common stock that were outstanding immediately prior to the Closing (such excess amount, the "Excess Shares"), Imperva will instead deliver to such Related Party an amount of cash (the "Replacement Cash") equal to the value of the Excess Shares (as determined in the Exchange Agreement, as amended) in satisfaction of its obligations; and

- such Replacement Cash shall be allocated and deemed to be paid in respect and in lieu of, as applicable:

  - first, the Shares that are withheld from delivery to such Seller as Imperva's security for such Seller's indemnification obligations for breaches of its or SkyFence's representations, warranties and covenants (the "Indemnity Holdback"),

  - then, the Shares that are withheld from delivery to such Seller as Imperva's security for working capital and other adjustments to the Consideration that may be made following the Closing (the "Adjustment Holdback"), and

  - then, the Shares that are to be delivered to such Seller at the Closing (the "Closing Payment").

As amended, pursuant to the Exchange Agreement, Imperva will (i) issue or pay to SkyFence Shareholders up to an aggregate of 884,422 shares of Imperva common stock and $16.1 million in cash, of which (x) 956 Shares and approximately $34,000 in cash are subject to the Adjustment Holdback for

1

approximately 75 days after the Closing and (y) 206,499 Shares and approximately $7.6 million in cash are subject to the Indemnity Holdback for approximately 24 months after the Closing, and (ii) assume SkyFence options exercisable, as adjusted for the ratio applicable to the Share Exchange, for an aggregate of up to 24,248 Shares.

Shlomo Kramer, Chief Executive Officer of Imperva and a Related Party, was a member of the board of directors of SkyFence and was a SkyFence Shareholder, owning 42.67% of the outstanding fully diluted capital stock of SkyFence. As amended, pursuant to the Exchange Agreement, Mr. Kramer will receive up to an aggregate of 252,669 Shares and approximately $13.3 million in cash, of which cash approximately $34,000 is subject to the Adjustment Holdback for approximately 75 days after the Closing and approximately $7.6 million is subject to the Indemnity Holdback for 24 months after the Closing.

Mr. Kramer was fully recused from management's consideration and valuation of the SkyFence Acquisition. In addition, at the recommendation of the nominating and corporate governance committee of Imperva's Board of Directors (the "Board") in light of Imperva's related party transactions approval policy, a special Acquisitions Committee of the Board (the "Acquisitions Committee"), consisting solely of independent, disinterested directors, had oversight of management during the course of the consideration, valuation and approval of the transaction, which was ultimately approved by the Board. Mr. Kramer was fully recused from all consideration, evaluation and discussion by the Acquisitions Committee and the Board of the SkyFence Acquisition, including the amount and type of the consideration paid.

In connection with their approval of the SkyFence Acquisition, the Acquisitions Committee and the Board received the opinion of an investment bank addressed to the Board as to the fairness to Imperva and the stockholders of Imperva from a financial point of view of the aggregate Consideration, and in connection with the approval of the Amendment, the investment bank confirmed to the Board that if the terms of the Amendment had been set forth in the original Exchange Agreement, it did not believe that its ability to render the opinion, as of the date thereof, would have been adversely affected. Both the original opinion and the statement described above were based upon and subject to a number of qualifications and assumptions set forth in letters from the investment bank to the Board.

The above description of the Amendment is qualified in its entirety by reference to the copy of the Amendment which is filed as Exhibit 2.1 to this Current Report on Form 8-K and incorporated herein by reference.

### Item 5.02. Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.

On February 21, 2014, the Compensation Committee approved an amendment to the annual base salary and annual bonus target for Mr. Kramer and Amichai Shulman, our Chief Technology Officer, both of whom reside in Israel, to reflect that such amounts would be based on shekels rather than U.S. dollars. The Compensation Committee approved an annual base salary for Messrs. Kramer and Shulman of NIS 1,207,000 and NIS 770,000, respectively, and an annual bonus target for Messrs. Kramer and Shulman of NIS 1,207,000 and NIS 153,000, respectively, in each case effective January 1, 2014. Based on the average exchange rate for 2013 of NIS 1.00 to US$0.2771, the annual base salary for Messrs. Kramer and Shulman would be $334,460 and $213,367, respectively, and the annual bonus target for Messrs. Kramer and Shulman would be $334,460 and $42,396.

**Item 9.01. Financial Statements and Exhibits.**

(d) <u>Exhibits</u>.

| Number | Description |
|---|---|
| 2.1 | Amendment to Share Exchange Agreement, dated as of February 19, 2014, and Share Exchange Agreement, dated as of February 6, 2014, each by and among Imperva, Inc. SkyFence Networks, Ltd., the shareholders of SkyFence Networks, Ltd. and Ofer Hendler, in his separate capacity as the Sellers' Representative. |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

IMPERVA, INC.

By: /s/ Terrence J. Schmid
_____
Terrence J. Schmid
Chief Financial Officer

Date: February 21, 2014

4

**EXHIBIT INDEX**

| Number | Description |
| --- | --- |
| 2.1 | Amendment to Share Exchange Agreement, dated as of February 19, 2014, and Share Exchange Agreement, dated as of February 6, 2014, each by and among Imperva, Inc. SkyFence Networks, Ltd., the shareholders of SkyFence Networks, Ltd. and Ofer Hendler, in his separate capacity as the Sellers' Representative. |

# Exhibit R

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

## SCHEDULE 14A
### (RULE 14a-101)

## SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

---

Filed by the Registrant ☒          Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐   Preliminary Proxy Statement.

☐   **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2)).**

☒   Definitive Proxy Statement.

☐   Definitive Additional Materials.

☐   Soliciting Material Pursuant to §240.14a-12.

# IMPERVA, INC.
### (Name of Registrant as Specified In Its Charter)

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒   No fee required.

☐   Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)   Title of each class of securities to which transaction applies:

    (2)   Aggregate number of securities to which transaction applies:

    (3)   Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)   Proposed maximum aggregate value of transaction:

    (5)   Total fee paid:

☐   Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1) Amount Previously Paid:

_____

(2) Form, Schedule or Registration Statement No.:

_____

(3) Filing Party:

_____

(4) Date Filed:

_____



**IMPERVA, INC.**
**3400 Bridge Parkway, Suite 200**
**Redwood Shores, California 94065**

March 31, 2014

Dear Stockholder:

You are cordially invited to attend the annual meeting of stockholders of Imperva, Inc. to be held at Imperva's headquarters located at 3400 Bridge Parkway, Suite 200, Redwood Shores, California, on May 6, 2014 at 9:30 a.m. Pacific Time.

At the annual meeting, you will be asked to vote upon two proposals:

1.  The election of three Class III directors to serve until the third succeeding annual meeting or until their successors are duly elected and qualified.

2.  The ratification of our independent registered public accounting firm for our year ending December 31, 2014.

Accompanying this letter is the formal notice of annual meeting, proxy statement and proxy card relating to the annual meeting, as well as our annual report for the year ended December 31, 2013. The proxy statement contains important information concerning the matters to be voted upon at the annual meeting. We hope you will take the time to study it carefully.

All stockholders of record at the close of business on the record date, which is March 15, 2014, are entitled to vote at the annual meeting, and your vote is very important regardless of how many shares you own. Regardless of whether you plan to attend the annual meeting, we urge you to submit your proxy as soon as possible. Instructions on the proxy card will tell you how to submit your proxy over the Internet, by telephone or by returning your proxy card in the enclosed postage-paid envelope. If you plan to attend the annual meeting and vote in person, and your shares are held in the name of a broker or other nominee as of the record date, you must bring with you a proxy or letter from the broker or nominee to confirm your ownership of such shares.

Sincerely,

Shlomo Kramer
President and Chief Executive Officer

**IMPERVA, INC.**
**3400 Bridge Parkway, Suite 200**
**Redwood Shores, California 94065**

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**
**To Be Held on May 6, 2014**

NOTICE IS HEREBY GIVEN that an annual meeting of stockholders of Imperva, Inc., a Delaware corporation, will be held at 3400 Bridge Parkway, Suite 200, Redwood Shores, California 94065, on May 6, 2014 at 9:30 a.m. Pacific Time. At the annual meeting, our stockholders will be asked to consider and vote upon:

1. The election of three Class III directors to serve on our board of directors, each to serve until our annual meeting of stockholders to be held in 2016 and until his or her successor is elected and qualified, or until his or her death, resignation or removal.

2. Ratification of the appointment of Ernst & Young LLP as our independent registered public accounting firm for the year ending December 31, 2014.

3. Transaction of such other business as may properly come before the annual meeting or before any adjournments or postponements thereof.

Only stockholders of record of our common stock at the close of business on March 15, 2014 are entitled to notice of, and to vote at, the annual meeting or any adjournments or postponements thereof.

**IMPORTANT NOTICE**

ALL STOCKHOLDERS ARE CORDIALLY INVITED TO ATTEND THE MEETING IN PERSON. TO ENSURE THAT YOUR SHARES ARE REPRESENTED AT THE ANNUAL MEETING, YOU ARE URGED TO SUBMIT YOUR PROXY OVER THE INTERNET, BY TELEPHONE OR BY COMPLETING, DATING AND SIGNING THE ENCLOSED PROXY CARD AND MAILING IT PROMPTLY IN THE ENCLOSED POSTAGE-PAID ENVELOPE, REGARDLESS OF WHETHER YOU PLAN TO ATTEND THE ANNUAL MEETING IN PERSON. EVEN IF YOU HAVE GIVEN YOUR PROXY, YOU MAY STILL VOTE IN PERSON IF YOU ATTEND THE MEETING. PLEASE NOTE, HOWEVER, THAT IF YOUR SHARES ARE HELD OF RECORD BY A BROKER, BANK OR OTHER NOMINEE AND YOU WISH TO VOTE AT THE MEETING, YOU MUST OBTAIN FROM THE RECORD HOLDER A PROXY ISSUED IN YOUR NAME. YOU CAN WITHDRAW YOUR PROXY AT ANY TIME BEFORE IT IS VOTED.

**PLEASE VOTE YOUR SHARES PROMPTLY**

By Order of the Board of Directors,

Trâm T. Phi
Senior Vice President, General Counsel and Secretary

Redwood Shores, California
March 31, 2014

## TABLE OF CONTENTS

|  | Page |
|---|---|
| Proxy Statement | 1 |
| Voting Rights and Proxies | 1 |
| Election of Class III Directors | 5 |
| Compensation Discussion and Analysis | 17 |
| Executive Compensation | 28 |
| Certain Relationships and Related Party Transactions | 36 |
| Principal Stockholders | 41 |
| Report of the Audit Committee of the Board of Directors | 43 |
| Ratification of Independent Registered Public Accounting Firm, Ernst & Young LLP, for the Year Ending December 31, 2014 | 44 |
| Stockholder Proposals for the 2015 Annual Meeting of Stockholders | 46 |
| Transaction of Other Business | 46 |

## PRINCIPAL STOCKHOLDERS

The following table sets forth certain information with respect to the beneficial ownership of our common stock as of March 15, 2014 for:

- each person who we know beneficially owns more than 5% of our common stock;

- each of our directors;

- each of our named executive officers; and

- all of our directors and executive officers as a group.

We have determined beneficial ownership in accordance with the rules of the SEC. Except as indicated by the footnotes below, we believe, based on the information furnished to us, that the persons and entities named in the table below have sole voting and investment power with respect to all shares of common stock that they beneficially own, subject to applicable community property laws.

Applicable percentage ownership is based on 26,196,316 shares of common stock outstanding at March 15, 2014. In computing the number of shares of common stock beneficially owned by a person and the percentage ownership of that person, we deemed to be outstanding all shares of common stock subject to options, warrants or other convertible securities held by that person or entity that are currently exercisable or exercisable within 60 days of March 15, 2014. We did not deem these shares outstanding, however, for the purpose of computing the percentage ownership of any other person. Unless otherwise indicated, the address of each beneficial owner listed in the table below is care of Imperva, Inc., 3400 Bridge Parkway, Suite 200, Redwood Shores, CA 94065.

| Name of Beneficial Owner | Shares Beneficially Owned | Percentage |
|---|---|---|
| **Directors and Executive Officers:** | | |
| Shlomo Kramer[1] | 3,772,457 | 14.4% |
| Charles Giancarlo | — | — |
| Theresia Gouw[2] | 84,867 | * |
| Steven Krausz[3] | 12,353 | * |
| Albert A. Pimentel[4] | 58,399 | * |
| Frank Slootman [5] | 28,399 | * |
| David N. Strohm[6] | 83,399 | * |
| James Tolonen[7] | 9,096 | * |
| Jason Forget [8] | 15,086 | * |
| Mark Kraynak[9] | 32,267 | * |
| Trâm Phi[10] | 32,546 | * |
| Ralph Pisani[11] | 17,482 | * |
| Terrence Schmid[12] | 33,707 | * |
| Yaniv Shaya[13] | 28,751 | * |
| Amichai Shulman[14] | 168,505 | * |
| All executive officers and directors as a group (15 persons) [15] | 4,377,314 | 16.6% |
| **Other 5% Stockholders:** | | |
| JPMorgan Chase & Co.[16] | 2,032,392 | 7.8% |

---

\* Represents beneficial ownership of less than 1% of the shares of common stock.

1 Includes (i) 1,229,521 shares of common stock owned of record by Mr. Kramer, of which 210,954 shares are subject to the company's right of repurchase within 60 days of March 15, 2014, (ii) options exercisable for 12,500 shares of common stock within 60 days of March 15, 2014, and (iii) 2,530,436 shares of common stock owned of record by HAPRI LIMITED, an investment holding company. Mr. Kramer is one of two directors of HAPRI LIMITED, with Amir Rapoport, the Kramer family office Chief Financial Officer, being the other director. All of

# Exhibit S

SEC Form 4

## FORM 4

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP**

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) |
|---|---|---|
| KRAMER SHLOMO | IMPERVA INC [ IMPV ] | X Director    X 10% Owner |
| (Last)   (First)   (Middle) | | X Officer (give title below)    Other (specify below) |
| C/O IMPERVA, INC. 3400 BRIDGE PARKWAY, SUITE 200 | 3. Date of Earliest Transaction (Month/Day/Year) 04/01/2014 | President and CEO |
| (Street) REDWOOD SHORES   CA   94065 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person   Form filed by More than One Reporting Person |
| (City)   (State)   (Zip) | | |

### Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/01/2014 | | S [1] | | 10,810 | D | $56.35 [2] | 2,519,626 | I | See footnote [3] |
| Common Stock | 04/01/2014 | | S [1] | | 9,190 | D | $56.99 [4] | 2,510,436 | I | See footnote [3] |
| Common Stock | 04/02/2014 | | S [1] | | 9,343 | D | $53.95 [5] | 2,501,093 | I | See footnote [3] |
| Common Stock | 04/02/2014 | | S [1] | | 7,886 | D | $55.11 [6] | 2,493,207 | I | See footnote [3] |
| Common Stock | 04/02/2014 | | S [1] | | 1,671 | D | $55.66 [7] | 2,491,536 | I | See footnote [3] |
| Common Stock | 04/02/2014 | | S [1] | | 1,100 | D | $56.52 [8] | 2,490,436 | I | See footnote [3] |
| Common Stock | | | | | | | | 1,229,521 | D | |

### Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security | 2. | 3. Transaction | 3A. Deemed | 4. Transaction | 5. Number of | 6. Date Exercisable and | 7. Title and Amount of Securities | 8. Price of | 9. Number | 10. | 11. Nature of |
|---|---|---|---|---|---|---|---|---|---|---|---|

| (Instr. 3) | Conversion or Exercise Price of Derivative Security | Date (Month/Day/Year) | Execution Date, if any (Month/Day/Year) | Code (Instr. 8) | | Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | Expiration Date (Month/Day/Year) | | Underlying Derivative Security (Instr. 3 and 4) | | Derivative Security (Instr. 5) | of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was effected pursuant to a Rule 10b5-1 plan adopted by the Reporting Person.

2. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $55.82 to $56.69. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

3. The shares are owned of record by HAPRI LIMITED, an investment holding company. The Reporting Person is one of two directors of HAPRI LIMITED. All of HAPRI LIMITED's shares are ultimately controlled by a trust of which the Reporting Person is the sole grantor and sole beneficiary during his life.

4. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $56.70 to $57.38. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

5. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $53.47 to $54.44. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

6. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $54.58 to $55.50. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

7. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $55.53 to $55.90. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

8. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $56.02 to $56.90. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

**Remarks:**

| | |
|---|---|
| /s/ Tram Phi, Attorney-in-Fact | 04/02/2014 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**

# Exhibit T

SEC Form 4

# FORM 4

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**

Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934 or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Expires: | December 31, 2014 |
| Estimated average burden hours per response: | 0.5 |

| 1. Name and Address of Reporting Person* | 2. Issuer Name **and** Ticker or Trading Symbol | 5. Relationship of Reporting Person(s) to Issuer (Check all applicable) | |
|---|---|---|---|
| KRAMER SHLOMO | IMPERVA INC [ IMPV ] | X Director | X 10% Owner |
| (Last)        (First)        (Middle) | | X Officer (give title below) | Other (specify below) |
| C/O IMPERVA, INC. 3400 BRIDGE PARKWAY, SUITE 200 | 3. Date of Earliest Transaction (Month/Day/Year) 04/03/2014 | President and CEO | |
| (Street) REDWOOD SHORES      CA       94065 | 4. If Amendment, Date of Original Filed (Month/Day/Year) | 6. Individual or Joint/Group Filing (Check Applicable Line) X Form filed by One Reporting Person | |
| (City)      (State)      (Zip) | | Form filed by More than One Reporting Person | |

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/03/2014 | | S [1] | | 12,056 | D | $51.95 [2] | 2,478,380 | I | See footnote [3] |
| Common Stock | 04/03/2014 | | S [1] | | 7,944 | D | $52.4 [4] | 2,470,436 | I | See footnote [3] |
| Common Stock | 04/04/2014 | | S [1] | | 8,830 | D | $49.18 [5] | 2,461,606 | I | See footnote [3] |
| Common Stock | 04/04/2014 | | S [1] | | 4,384 | D | $49.99 [6] | 2,457,222 | I | See footnote [3] |
| Common Stock | 04/04/2014 | | S [1] | | 3,783 | D | $51.46 [7] | 2,453,439 | I | See footnote [3] |
| Common Stock | 04/04/2014 | | S [1] | | 3,003 | D | $51.85 [8] | 2,450,436 | I | See footnote [3] |
| Common Stock | 04/07/2014 | | S [1] | | 9,293 | D | $48.83 [9] | 2,441,143 | I | See footnote [3] |
| Common Stock | 04/07/2014 | | S [1] | | 6,127 | D | $49.39 [10] | 2,435,016 | I | See footnote [3] |

| Common Stock | | 04/07/2014 | | S [1] | 4,580 | D | $50.06 [11] | 2,430,436 | I | See footnote [3] |
| Common Stock | | | | | | | | 1,229,521 | D | |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
### (e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction (s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |

**Explanation of Responses:**

1. This transaction was effected pursuant to a Rule 10b5-1 plan adopted by the Reporting Person.

2. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $51.65 to $52.11. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

3. The shares are owned of record by HAPRI LIMITED, an investment holding company. The Reporting Person is one of two directors of HAPRI LIMITED. All of HAPRI LIMITED's shares are ultimately controlled by a trust of which the Reporting Person is the sole grantor and sole beneficiary during his life.

4. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $52.12 to $53.11. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

5. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $48.70 to $49.68. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

6. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $49.73 to $50.51. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

7. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $50.81 to $51.77. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

8. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $51.79 to $51.98. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

9. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $48.14 to $49.13. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

10. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $49.14 to $49.67. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

11. Represents a weighted average sales price per share. These shares were sold in multiple transactions at prices ranging from $49.70 to $50.67. The Reporting Person has provided to the Issuer, and undertakes to provide to the staff of the Securities and Exchange Commission or any security holder of the Issuer, upon request, full information regarding the number of shares sold at each separate price within the range.

**Remarks:**

| /s/ Tram Phi, Attorney-in-Fact | 04/07/2014 |
| ** Signature of Reporting Person | Date |

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.

* If the form is filed by more than one reporting person, see Instruction 4 (b)(v).

** Intentional misstatements or omissions of facts constitute Federal Criminal Violations See 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).

Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, see Instruction 6 for procedure.

**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**