SUSAN S. MUCK (CSB No. 126930)
smuck@fenwick.com
DEAN S. KRISTY (CSB No. 157646)
dkristy@fenwick.com
JENNIFER C. BRETAN (CSB No. 233475)
jbretan@fenwick.com
MATTHEW MEYERHOFER (CSB No. 268559)
mmeyerhofer@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875.2300
Facsimile:   (415) 281.1350

DEBORAH KANG (CSB No. 288143)
dkang@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988.8500
Facsimile:   (650) 938.5200

Attorneys for Defendants Imperva, Inc.,
Shlomo Kramer and Terrence J. Schmid

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VISWANATH V. SHANKAR, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>IMPERVA, INC., SHLOMO KRAMER and TERRENCE J. SCHMID,<br><br>    Defendants. | Case No.: CV 14-01680 PJH<br><br><u>CLASS ACTION</u><br><br>**REPLY DECLARATION OF JENNIFER BRETAN IN SUPPORT OF MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date:          May 13, 2015<br>Time:          9:00 a.m.<br>Judge:        Hon. Phyllis J. Hamilton<br>Action Filed:  April 11, 2014 |

I, Jennifer Bretan, hereby declare:

1.     I am an attorney admitted to practice before this Court and a partner at the law firm of Fenwick & West LLP which represents defendants Imperva, Inc. ("Imperva" or the "Company"), Shlomo Kramer and Terrence J. Schmid in this action. I have personal knowledge of the matters set forth in this declaration and, if called upon to do so, could and would testify competently as to the matters set forth herein.

2.     Attached hereto as **Exhibit U** is a true and correct copy of an April 9, 2014 report from Wedbush Securities, which report is referenced and relied on, and thereby incorporated by reference into, the Amended Complaint (*see* Amended Complaint ¶ 70).  The report is also discussed in Plaintiff's Opposition to Defendants' Motion To Dismiss the Amended Complaint ("Opposition" or "Opp.") (*see* Opp. at 2, 4, 10, 12, 13, 24).

3.     Attached hereto as **Exhibit V** is a true and correct copy of the April 9, 2014 report from William Blair & Company, L.L.C., which report is referenced and relied on, and thereby incorporated by reference into, the Amended Complaint (*see* Amended Complaint ¶ 70) and which is also discussed in the Opposition (*see* Opp. at 2, 24).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and was executed at San Francisco, California on March 27, 2015.

Dated:   March 27, 2015          FENWICK & WEST LLP

By: */s/ Jennifer C. Bretan*
          Jennifer C. Bretan

          Attorneys for Defendants Imperva, Inc..,
          Shlomo Kramer and Terrence J. Schmid

# Exhibit U


# Enterprise Security

April 9, 2014

**Sanjit Singh**
(212) 938-9922
sanjit.singh@wedbush.com

## Imperva's Large Q1 Miss Not an Indication of Overall Security Spending, in Our View

- **Imperva negatively pre-announced Q1 results.** The company now expects revenue of $31-31.5mn versus original guidance of $36-37mn. Q1 EPS loss is now expected to be $(0.40)-$0.42) versus original guidance of $(0.33)-(0.37). Q1 consensus revenue and EPS expectations were $36.7mn and $(0.35), respectively.

- **Miss driven by poor sales execution and extended sales cycles due to intensifying competition.** The company cited weakness in the U.S. particularly, with deals of $100k and longer-than-expected sales cycles. The company said longer sales cycles were due to intensifying competition which resulted in a more extensive approval and deal sign-off process. We believe intensifying competition is concentrated in Imperva's database security business (accounts for slightly less than 50% of overall sales), which we think is driven by more aggressive discounting/bundling practices by IBM. Our industry contacts tells us that the IBM Guardium product is attractively priced and can cover a variety of uses cases, including both relational and mainframe databases. We think lack of mainframe coverage forced Imperva to acquire Tomium in February of 2014 and we think the company is actively restructuring its sales force to more effectively compete with IBM. We note that in an 8k filing last week, the company announced the departure of Ralph Pisani, Senior Vice President of Worldwide Sales effective June 30 and promoted Jason Forget to Senior Vice President of Worldwide Field Operations where he will assume leadership over direct sales, channel sales, services, and customer support.

- **We do not believe Imperva's weakness is a sign of an unhealthy security spending environment, but rather is suggestive of more competition among data center and infrastructure vendors.** Imperva as an application security and database security vendor has little to no overlap with network security or endpoint security vendors such as Checkpoint, Fortinet, FireEye, Proofpoint, Qualys or Palo Alto Networks. However, given Imperva's exposure to IT spending in the data center where the buyers are different than buyers of traditional security services, we surmise that weakness by Imperva could signal increasing competition among infrastructure vendors such as F5, Radware, Cisco, Juniper, HP and IBM.

*Wedbush Securities does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. Please see page 2 of this report for analyst certification and important disclosure information.*



## COVERED PUBLC COMPANIES

| Company | Ticker | Price | Rating | Target |
|---|---|---|---|---|
| Qualys | QLYS | $23.25 | OUTPERFORM | $30 |
| Radware | RDWR | $17.45 | OUTPERFORM | $20 |
| FireEye | FFIV | $56.39 | NEUTRAL | $72 |
| Fortinet | FTNT | $23.30 | OUTPERFORM | $25 |
| Imperva | IMPV | $49.73 | NEUTRAL | $51 |
| Proofpoint | PFPT | $35.91 | OUTPERFORM | $46 |

**Analyst Certification**

I, Sanjit Singh, certify that the views expressed in this report accurately reflect my personal opinion and that I have not and will not, directly or indirectly, receive compensation or other payments in connection with my specific recommendations or views contained in this report.

Disclosure information regarding historical ratings and price targets is available at http://www.wedbush.com/ResearchDisclosure/DisclosureQ114.pdf

**Investment Rating System:**

Outperform: Expect the total return of the stock to outperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.
Neutral: Expect the total return of the stock to perform in-line with the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.
Underperform: Expect the total return of the stock to underperform relative to the median total return of the analyst's (or the analyst's team) coverage universe over the next 6-12 months.

The Investment Ratings are based on the expected performance of a stock (based on anticipated total return to price target) relative to the other stocks in the analyst's coverage universe (or the analyst's team coverage).*

| Rating Distribution<br>(as of March 31, 2014) | Investment Banking Relationships<br>(as of March 31, 2014) |
|---|---|
| Outperform:54%<br>Neutral: 43%<br>Underperform: 3% | Outperform:22%<br>Neutral: 2%<br>Underperform: 0% |

The Distribution of Ratings is required by FINRA rules; however, WS' stock ratings of Outperform, Neutral, and Underperform most closely conform to Buy, Hold, and Sell, respectively. Please note, however, the definitions are not the same as WS' stock ratings are on a relative basis.

The analysts responsible for preparing research reports do not receive compensation based on specific investment banking activity. The analysts receive compensation that is based upon various factors including WS' total revenues, a portion of which are generated by WS' investment banking activities.

**Wedbush Equity Research Disclosures as of April 9, 2014**

| Company | Disclosure |
|---|---|
| Imperva | 1 |
| FireEye | 1 |
| Fortinet | 1 |
| Proofpoint | 1 |
| Qualys | 1 |
| Radware | 1 |

**Research Disclosure Legend**

1. WS makes a market in the securities of the subject company.
2. WS managed a public offering of securities within the last 12 months.
3. WS co-managed a public offering of securities within the last 12 months.
4. WS has received compensation for investment banking services within the last 12 months.
5. WS provided investment banking services within the last 12 months.
6. WS is acting as financial advisor.
7. WS expects to receive compensation for investment banking services within the next 3 months.
8. WS provided non-investment banking securities-related services within the past 12 months.
9. WS has received compensation for products and services other than investment banking services within the past 12 months.
10. The research analyst, a member of the research analyst's household, any associate of the research analyst, or any individual directly involved in the preparation of this report has a long position in the common stocks.
11. WS or one of its affiliates beneficially own 1% or more of the common equity securities.
12. The analyst maintains Contingent Value Rights that enables him/her to receive payments of cash upon the company's meeting



certain clinical and regulatory milestones.

**Price Charts**
Wedbush disclosure price charts are updated within the first fifteen days of each new calendar quarter per FINRA regulations. Price charts for companies initiated upon in the current quarter, and rating and target price changes occurring in the current quarter, will not be displayed until the following quarter. Additional information on recommended securities is available on request.





## PFPT

| 1) 07/09/13 | 2) 10/25/13 | 3) 10/31/13 |
|---|---|---|
| NEUTRAL $26 | NEUTRAL $29 | NEUTRAL $30 |

## QLYS

| 1) 07/09/13 | 2) 09/13/13 |
|---|---|
| OUTPERFORM $20 | OUTPERFORM $23 |

* WS changed its rating system from (Strong Buy/Buy/Hold/Sell) to (Outperform/ Neutral/Underperform) on July 14, 2009.
Please access the attached hyperlink for WS' Coverage Universe: http://www.wedbush.com/services/cmg/equities-division/research/equity-research Applicable disclosure information is also available upon request by contacting Ellen Kang in the Research Department at (213) 688-4529, by email to ellen.kang@wedbush.com, or the Business Conduct Department at (213) 688-8090.  You may also submit a written request to the following: Business Conduct Department, 1000 Wilshire Blvd., Los Angeles, CA 90017.

## OTHER DISCLOSURES

**RESEARCH DEPT. * (213) 688-4505 * www.wedbush.com**
EQUITY TRADING  Los Angeles (213) 688-4470 / (800) 421-0178  *  EQUITY SALES  Los Angeles (800) 444-8076
CORPORATE HEADQUARTERS (213) 688-8000
The information herein is based on sources that we consider reliable, but its accuracy is not guaranteed. The information contained herein is not a representation by this corporation, nor is any recommendation made herein based on any privileged information. This information is not intended to be nor should it be relied upon as a complete record or analysis; neither is it an offer nor a solicitation of an offer to sell or buy any security mentioned herein. This firm, Wedbush Securities, its officers, employees, and members of their families, or any one or more of them, and its discretionary and advisory accounts, may have a position in any security discussed herein or in related securities and may make, from time to time, purchases or sales thereof in the open market or otherwise. The information and expressions of opinion contained herein are subject to change without further notice. The herein mentioned securities may be sold to or bought from customers on a principal basis by this firm. Additional information with respect to the information contained herein may be obtained upon request.



# WEDBUSH

## EQUITY RESEARCH DEPARTMENT
**(213) 688-4529**

**DIRECTOR OF RESEARCH**
Mark D. Benson  (213) 688-4435

**MANAGER, RESEARCH OPERATIONS**
Ellen Kang  (213) 688-4529

---

### RETAIL AND CONSUMER

**Consumer Products**
Rommel T. Dionisio          (212) 938-9934
Alicia Reese                (212) 938-9927

**Footwear, Apparel and Accessories**
Corinna Freedman            (212) 668-9876

**Healthy Lifestyles**
Kurt M. Frederick, CFA CPA  (415) 274-6822
Alicia Reese                (212) 938-9927

**Restaurants**
Nick Setyan                 (213) 688-4519
Colin Radke                 (213) 688-6624

**Specialty Retail: Hardlines**
Joan L. Storms, CFA         (213) 688-4537
John Garrett, CFA           (213) 688-4523

Seth Basham, CFA            (212) 938-9954

**Specialty Retail: Softlines**
Morry Brown                 (213) 688-4311
Taryn Kuida                 (213) 688-4505

---

### RETAIL/CONSUMER MARKET RESEARCH

Gabriella Santaniello       (213) 688-4557

---

### INDUSTRIAL GROWTH TECHNOLOGY

**Clean Technology**
Craig Irwin                 (212) 938-9926

**Environmental Services / Building Products**
Al Kaschalk                 (213) 688-4539

**Water and Renewable Energy Solutions**
David Rose, CFA             (213) 688-4319
James Kim                   (213) 688-4380

---

### TECHNOLOGY, INTERNET, MEDIA & SOCIAL MEDIA

**Communications and Application Software**
Shyam Patil, CFA            (213) 688-8062
Andy Cheng                  (213) 688-4548

**Enterprise Security**
Sanjit Singh                (212) 938-9922

**Computer Services: Financial Technology**
Gil B. Luria                (213) 688-4501
Aaron Turner                (213) 688-4429

**Enterprise Software**
Steve Koenig                (415) 274-6801
Kevin Ikeda                 (213) 688-4423

**Entertainment: Retail**
Michael Pachter             (213) 688-4474
Nick McKay                  (213) 688-4343
Nick Citrin                 (213) 688-4495

**Entertainment: Software**
Michael Pachter             (213) 688-4474
Nick McKay                  (213) 688-4343
Nick Citrin                 (213) 688-4495

**Internet: Media and Gaming**
Michael Pachter             (213) 688-4474
Nick McKay                  (213) 688-4343
Nick Citrin                 (213) 688-4495

**Internet: Social Media, Advertising & Technology**
Shyam Patil, CFA            (213) 688-8062
Andy Cheng                  (213) 688-4548

**Media**
James Dix, CFA              (213) 688-4315

**Movies and Entertainment**
Michael Pachter             (213) 688-4474
Nick McKay                  (213) 688-4343
Nick Citrin                 (213) 688-4495

**Semiconductors**
Betsy Van Hees              (415) 274-6869
Ryan Jue, CFA               (415) 263-6669

---

### LIFE SCIENCES AND HEALTH CARE

**Biotechnology/Biopharmaceuticals/BioDefense**
Gregory R. Wade, Ph.D.       (415) 274-6863
David M. Nierengarten, Ph.D. (415) 274-6862
Christopher N. Marai, Ph.D.  (415) 274-6861
Dilip Joseph                 (415) 273-7308

**Emerging Pharmaceuticals**
Liana Moussatos, Ph.D.       (415) 263-6626

**Healthcare Services - Managed Care**
Sarah James                  (213) 688-4503

**Medical Devices**
Tao Levy                     (212) 938-9948

**Medical Diagnostics and Life Sciences Tools**
Zarak Khurshid               (415) 274-6823

---

| EQUITY SALES | | EQUITY TRADING | |
|---|---|---|---|
| Los Angeles | (213) 688-4470 / (800) 444-8076 | Los Angeles | (213) 688-4470 / (800) 421-0178 |
| San Francisco | (415) 274-6800 | San Francisco | (415) 274-6811 |
| New York | (212) 938-9931 | New York | (212) 344-2382 |
| Boston | (617) 832-3700 | Boston | (617) 832-3700 |

**CORPORATE HEADQUARTERS**
1000 Wilshire Blvd., Los Angeles, CA 90017-2465
Tel: (213) 688-8000    www.wedbush.com

# Exhibit V



# Imperva, Inc.

## Negative Preannouncement Attributed to Large Deal Delays, Increased Competition, and Sales Execution Missteps

April 09, 2014

| | |
|---|---|
| Stock Rating: | **Outperform** |
| Company Profile: | **Aggressive Growth** |

| | |
|---|---|
| Symbol: | IMPV (NYSE) |
| Price: | $49.73 (52-Wk.: $36-$67) |
| Market Value (mil.): | $1,292 |
| Fiscal Year End: | December |
| Long-Term EPS Growth Rate: | 25% |
| Dividend/Yield: | None |

|  | 2013A | 2014E | 2015E |
|---|---|---|---|
| **Estimates** | | | |
| EPS FY | $-0.12 | $-0.81 | $-0.77 |
| CY | | $-0.81 | $-0.77 |
| Sales (mil.) | 138 | 178 | 228 |
| **Valuation** | | | |
| FY P/E | NM | NM | NM |
| CY P/E | | NM | NM |

**Trading Data** (FactSet)

| | |
|---|---|
| Shares Outstanding (mil.) | 25 |
| Float (mil.) | 22 |
| Average Daily Volume | 270,526 |

**Financial Data** (FactSet)

| | |
|---|---|
| Long-Term Debt/Total Capital (MRQ) | 0.0 |
| Book Value Per Share (MRQ) | 3.5 |
| Enterprise Value (mil.) | 1,080.5 |
| EBITDA (TTM) | -24.6 |
| Enterprise Value/EBITDA (TTM) | -43.9x |
| Return on Equity (TTM) | -28.9 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

### Summary

Imperva reported preliminary results significantly below our and Street consensus estimates for both revenue and pro forma earnings per share, projecting revenue for the March quarter to grow about 9.3% (down from its prior guidance of 27.7%) and pro forma earnings per share to be -$0.44 to -$0.40, down from its original outlook of -$0.37 to -$0.33.

The results were particularly disappointing following the company's decision the past several quarters to step up spending to accelerate top-line growth and make several acquisitions to open up new market opportunities. In our view, given the magnitude of the miss, multiple factors likely contributed to the poor results, which the company indicated it will be taking steps to correct. As an example, the head of worldwide sales recently resigned, and we believe improved sales execution and consistency continues to be a significant challenge. As a result of the first-quarter miss, we believe investors will expect a material cut to full-year growth rates, reflecting a more difficult environment and uncertainty regarding the pipeline. Given that the company's subscription revenue likely grew sequentially, the miss is likely to be concentrated in product revenue.

The company reported that intensified competition for large orders and sales execution challenges in the United States led to its March quarterly results being affected by extended sales cycles on deals greater than $100,000. In particular, product revenue in the United States was affected. However, management indicated that overall deal win rates remained consistent in the March quarter, but that the increased competitive market led to additional review and approval cycles by customers.

The company did not host a call and expects to provide additional details on its May 1 earnings call as well as a revised annual outlook based on the disappointing results. We will wait until additional color is provided before revising our estimates.

On a positive note, the company reported strong performance in its EMEA region and in overall subscription revenue for the March quarter. Management conveyed its continued confidence in long-term growth, based on global demand for data center security and the company's global pipeline of opportunities.

### Conference Call Information

The earnings call will be held Thursday, May 1, at 4 p.m. Central time; the dial-in number is +1 888 505 4347 (for the United States and Canada) or +1 719 457 0349 (for international) with an access code of 8991202.

*Imperva provides data security solutions used to protect databases and unstructured files against unauthorized access or theft of sensitive information. Its solutions consist of Web application firewalls, database activity monitoring, and file monitoring technologies. Imperva's solutions are used by government agencies, enterprises, and SMB customers as a component of a broader, layered cybersecurity defense posture.*

**Jonathan Ho**
+1 312 364 8276
jho@williamblair.com

**John Weidemoyer, CFA**
+1 312 364 8154
jweidemoyer@williamblair.com

**Please consult pages 4-5 of this report for all disclosures. Analyst certification is on page 4.**
**William Blair & Company, L.L.C. does and seeks to do business with companies covered in its research reports.**
**As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as a single factor in making an investment decision.**

## Stock Thoughts

We were surprised by the magnitude of the miss given the decision to increase investments and the solid pipeline of opportunities. Our discussions with private companies suggest a strong spending environment where deal cycles are shortening given heightened breach activity rather than one where spending is undergoing delays. It is possible spending may be shifted between projects, but we believe Imperva's technology remains a critical part of any layered cybersecurity solution. Imperva's business model is still highly reliant on end-of-the-month large deal closures, which partly explain the inconsistency in results. In our view, the company will likely take corrective action to improve sales execution and to take a more conservative view of the pipeline given the challenges in predicting the timing of deal closures.

Longer term, we believe the competitive environment should still be favorable to Imperva and that demand for its products should remain strong. While we are frustrated by the lack of consistent execution, we do not believe the competitive landscape or data center security opportunity has diminished or suddenly shifted within a single quarter.

Without the company providing guidance or holding a conference call on its preliminary results, we have chosen not to update our model; we expect to update our estimates once the company hosts its earnings call on May 1. Based on our existing estimates, Imperva closed trading with an enterprise-value-to-revenue multiple of 5 times our (existing) forecast for 2015 revenue of $228.0 million. We would expect the stock to open materially lower, but we believe 2014 estimates will also need to come down significantly as well. From that perspective, we see Imperva as attractively valued, particularly for long-term-oriented investors who are looking for exposure to the sector. Near term, we believe it will take several quarters for the company to demonstrate improved results. We are maintaining our Outperform rating.

### Outlook for Quarter and Full Year

| Guidance and Estimates Summary | | | | | | |
|---|---|---|---|---|---|---|
| | Management | | William Blair Estimates | | Consensus Estimates | |
| Metric | Guidance | YOY Change | Estimate | YOY Change | Estimate | YOY Change |
| 1Q14 GAAP Revenue | $31.0M-$31.5M | 9.3% | $36.5M | 27.7% | $36.7M | 28.4% |
| 1Q14 non-GAAP Op Inc/(Loss) | ($10.5M)-($9.5M) | N/A | $-8.5M | -170.6% | N/A | N/A |
| 1Q14 non-GAAP EPS | ($0.44)-($0.40) | (213.2%) | $-0.35 | -157.9% | ($0.35) | (161.0%) |

Note: For guidance items, YOY Change is using mid-point of range
Sources: Company, Factset, and William Blair & Company, L.L.C. estimates

Our existing earnings model is shown on the next page. We expect to revise our estimates after the company's earnings call on May 1.

**Imperva, Inc. (IMPV)** — Stock Rating: Outperform
**Earnings Model** — Company Profile: Aggressive Growth
**April 9, 2014: $49.73** — EV/Revenue (FY2) 5.2 — FCF Yield (FCF/Equity, TTM) 0.6%

| Fiscal Year Ends December ($ in thousands, except per-share items) | FY2011 | 1Q12 Mar-12 | 2Q12 Jun-12 | 3Q12 Sep-12 | 4Q12 Dec-12 | FY2012 | 1Q13 Mar-13 | 2Q13 Jun-13 | 3Q13 Sep-13 | 4Q13 Dec-13 | FY2013 | 1Q14E Mar-14 | 2Q14E Jun-14 | 3Q14E Sep-14 | 4Q14E Dec-14 | FY2014E | FY2015E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | | | | | |
| Products and License | 47,600 | 12,052 | 14,044 | 14,677 | 18,717 | 59,490 | 14,154 | 15,671 | 18,178 | 24,150 | 72,153 | 17,339 | 19,667 | 22,723 | 29,946 | 89,674 | 110,522 |
| Services | 30,702 | 9,466 | 10,510 | 11,667 | 13,102 | 44,745 | 14,431 | 15,668 | 16,924 | 18,583 | 65,606 | 19,176 | 20,963 | 22,838 | 24,998 | 87,975 | 117,519 |
| **Revenue (GAAP)** | 78,302 | 21,518 | 24,554 | 26,344 | 31,819 | 104,235 | 28,585 | 31,339 | 35,102 | 42,733 | 137,759 | 36,514 | 40,630 | 45,560 | 54,944 | 177,649 | 228,040 |
| **Cost of Revenue** | | | | | | | | | | | | | | | | | |
| Products and License | 6,711 | 1,854 | 2,274 | 2,064 | 2,338 | 8,530 | 1,876 | 2,446 | 1,804 | 2,540 | 8,756 | 2,081 | 2,950 | 2,363 | 3,144 | 10,538 | 12,218 |
| Services | 9,591 | 2,733 | 3,139 | 3,466 | 4,036 | 13,374 | 4,415 | 5,098 | 5,396 | 6,031 | 20,940 | 5,791 | 6,289 | 6,851 | 7,449 | 26,381 | 34,973 |
| Adjustments to Cost of Revenue | 118 | 55 | 104 | 143 | 167 | 469 | 211 | 255 | 254 | 718 | 1,438 | 150 | 300 | 325 | 850 | 1,625 | 2,135 |
| Total Cost of Revenue, pro forma | 16,184 | 4,532 | 5,309 | 5,387 | 6,207 | 21,435 | 6,080 | 7,289 | 7,036 | 7,853 | 28,258 | 7,722 | 8,939 | 8,889 | 9,744 | 35,294 | 45,056 |
| **Gross profit, non-GAAP** | 62,118 | 16,986 | 19,245 | 20,957 | 25,612 | 82,800 | 22,505 | 24,050 | 28,066 | 34,880 | 109,501 | 28,793 | 31,691 | 36,671 | 45,200 | 142,355 | 182,984 |
| **Operating Expenses** | | | | | | | | | | | | | | | | | |
| Research and development, pro forma | 17,468 | 4,866 | 4,665 | 4,782 | 5,015 | 19,328 | 5,691 | 5,926 | 5,978 | 6,300 | 23,895 | 9,182 | 9,595 | 9,876 | 10,802 | 39,455 | 51,507 |
| Sales and marketing, pro forma | 42,507 | 11,335 | 11,487 | 12,553 | 15,591 | 50,966 | 16,213 | 16,638 | 18,515 | 21,596 | 72,962 | 23,161 | 23,875 | 26,635 | 30,840 | 104,511 | 130,671 |
| General and administrative, pro forma | 10,832 | 3,268 | 3,376 | 3,522 | 3,476 | 13,642 | 3,742 | 3,623 | 3,905 | 3,960 | 15,230 | 4,950 | 4,600 | 5,000 | 4,450 | 19,000 | 22,050 |
| Operating income/(loss), pro forma | (8,689) | (2,483) | (283) | 100 | 1,530 | (1,136) | (3,141) | (2,137) | (332) | 3,024 | (2,586) | (8,500) | (6,379) | (4,840) | (892) | (20,611) | (21,244) |
| Financial/other income/(expense) | 220 | (70) | 11 | (9) | (117) | (117) | (243) | (47) | (55) | 113 | (136) | (125) | (80) | (90) | (100) | (355) | (355) |
| Income/(loss) before taxes (GAAP) | (10,196) | (3,221) | (1,438) | (1,729) | (959) | (7,347) | (6,041) | (5,784) | (3,632) | (10,097) | (25,554) | (11,630) | (11,314) | (9,705) | (9,392) | (42,041) | (42,934) |
| Income/(loss) before taxes, pro forma | (8,469) | (2,553) | (272) | 91 | 1,413 | (1,379) | (3,188) | (2,192) | (219) | 2,888 | (2,711) | (8,580) | (6,464) | (4,930) | (992) | (20,966) | (21,599) |
| Income tax provision (benefit) (GAAP) | 662 | 153 | 227 | 262 | (97) | 545 | 154 | 261 | 288 | 74 | 777 | 244 | 283 | 243 | 235 | 1,004 | 1,073 |
| Effective tax rate (income)/loss | -6.5% | -4.8% | -15.8% | -15.2% | 10.1% | -7.4% | -2.5% | -4.5% | -7.9% | -0.7% | -3.0% | -2.1% | -2.5% | -2.5% | -2.5% | -2.4% | -2.5% |
| Minority interest (income)/loss | 589 | 103 | 132 | 132 | 138 | 505 | 136 | 130 | 145 | 742 | 1,153 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net income/(loss) (GAAP) | (10,269) | (3,271) | (1,533) | (1,859) | (724) | (7,387) | (6,059) | (5,915) | (3,775) | (9,429) | (25,178) | (11,874) | (11,597) | (9,948) | (9,626) | (43,045) | (44,008) |
| Net income/(loss), pro forma | (8,542) | (2,603) | (367) | (97) | 1,648 | (1,419) | (3,206) | (2,323) | (362) | 3,008 | (2,883) | (8,824) | (6,747) | (5,173) | (1,226) | (21,970) | (22,673) |
| EPS (GAAP) | ($1.34) | ($0.15) | ($0.07) | ($0.08) | ($0.03) | ($0.32) | ($0.25) | ($0.24) | ($0.15) | ($0.38) | ($1.04) | ($0.47) | ($0.44) | ($0.36) | ($0.34) | ($1.60) | ($1.49) |
| EPS, pro forma | ($0.51) | ($0.12) | ($0.02) | ($0.00) | $0.06 | ($0.06) | ($0.13) | ($0.10) | ($0.01) | $0.12 | ($0.12) | ($0.35) | ($0.26) | ($0.19) | ($0.04) | ($0.81) | ($0.77) |
| Diluted share count, pro forma | 16,903 | 22,304 | 22,583 | 23,160 | 25,363 | 22,916 | 23,905 | 24,171 | 24,453 | 25,931 | 24,615 | 25,516 | 26,460 | 27,439 | 28,454 | 26,968 | 29,538 |
| Adjusted EBITDA | (7,149) | (2,072) | 156 | 562 | 2,059 | 705 | (2,515) | (1,494) | 334 | 3,731 | 56 | (7,700) | (5,553) | (4,012) | (33) | (17,298) | (17,042) |
| **Margin Analysis** | | | | | | | | | | | | | | | | | |
| Gross margin, pro forma | 79.3% | 78.9% | 78.4% | 79.6% | 80.5% | 79.4% | 78.7% | 76.7% | 80.0% | 81.6% | 79.5% | 78.9% | 78.0% | 80.5% | 82.3% | 80.1% | 80.2% |
| Operating margin, pro forma | -11.1% | -11.5% | -1.2% | 0.4% | 4.8% | -1.1% | -11.0% | -6.8% | -0.9% | 7.1% | -1.9% | -23.3% | -15.7% | -10.6% | -1.6% | -11.6% | -9.3% |
| R&D as % of rev, pro forma | 22.3% | 22.6% | 19.0% | 18.2% | 15.8% | 18.5% | 19.9% | 18.9% | 17.0% | 14.7% | 17.3% | 25.1% | 23.6% | 21.7% | 19.7% | 22.2% | 22.6% |
| S&M as % of rev, pro forma | 54.3% | 52.7% | 46.8% | 47.7% | 49.0% | 48.9% | 56.7% | 53.1% | 52.7% | 50.5% | 53.0% | 63.4% | 58.8% | 58.5% | 56.1% | 58.8% | 57.3% |
| G&A as % of rev, pro forma | 13.8% | 15.2% | 13.7% | 13.4% | 10.9% | 13.1% | 13.1% | 11.6% | 11.1% | 9.3% | 11.1% | 13.6% | 11.3% | 11.0% | 8.1% | 10.7% | 9.7% |
| Net margin, pro forma | -10.9% | -12.1% | -1.5% | -0.4% | 5.2% | -1.4% | -11.2% | -7.4% | -1.0% | 7.0% | -2.1% | -24.2% | -16.6% | -11.4% | -2.2% | -12.4% | -9.9% |
| Adjusted EBITDA margin | -9.1% | -9.6% | 0.6% | 2.1% | 6.5% | 0.7% | -8.8% | -4.8% | 1.0% | 8.7% | 0.0% | -21.1% | -13.7% | -8.8% | -0.1% | -9.7% | -7.5% |
| **Growth Analysis** | | | | | | | | | | | | | | | | | |
| Revenue - YOY growth | 41.4% | 31.0% | 30.4% | 33.5% | 36.5% | 33.1% | 32.8% | 27.6% | 33.2% | 34.3% | 32.2% | 27.7% | 29.6% | 29.8% | 28.6% | 29.0% | 28.4% |
| Op. Inc., non-GAAP - YOY growth | 25.6% | 12.8% | 88.7% | 104.9% | 215.8% | 86.9% | -26.5% | -655.2% | -432.0% | 97.6% | -127.6% | -178.0% | -170.6% | -108.5% | -159.0% | -697.0% | -3.1% |
| EPS (GAAP) - YOY growth | 45.6% | 76.8% | 62.2% | 83.4% | 70.0% | 75.9% | -72.6% | -260.5% | -92.3% | -1143.5% | -221.3% | -83.6% | -79.1% | -134.9% | 11.3% | -54.2% | 6.7% |
| EPS, non-GAAP - YOY growth | 30.5% | 36.8% | 89.8% | 96.8% | 235.8% | 87.7% | -14.9% | -491.4% | -253.5% | 78.5% | -91.5% | -197.9% | -165.3% | -1173.5% | -137.2% | -587.1% | 5.8% |
| Adjusted EBITDA - YOY growth | 31.9% | 16.5% | 107.3% | 134.7% | 327.8% | 109.9% | -21.4% | -1057.6% | -40.6% | 81.2% | -92.1% | -206.2% | -271.7% | -1301.3% | -100.9% | -30989.8% | 1.5% |
| **Component Revenue Analysis** | | | | | | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | | | | | | |
| Products and License | 47,600 | 12,052 | 14,044 | 14,677 | 18,717 | 59,490 | 14,154 | 15,671 | 18,178 | 24,150 | 72,153 | 17,339 | 19,667 | 22,723 | 29,946 | 89,674 | 110,522 |
| Services | 30,702 | 9,466 | 10,510 | 11,667 | 13,102 | 44,745 | 14,431 | 15,668 | 16,924 | 18,583 | 65,606 | 19,176 | 20,963 | 22,838 | 24,998 | 87,975 | 117,519 |
| Maintenance and Support | 24,497 | 7,640 | 8,117 | 8,632 | 9,575 | 33,864 | 10,131 | 10,668 | 11,124 | 11,782 | 43,705 | 12,765 | 13,388 | 14,072 | 14,821 | 55,047 | 68,886 |
| Professional Services and Training | 4,730 | 1,256 | 1,417 | 1,735 | 1,839 | 6,247 | 2,300 | 2,500 | 2,700 | 3,001 | 10,501 | 2,611 | 2,950 | 3,186 | 3,526 | 12,273 | 14,187 |
| Subscriptions | 1,475 | 670 | 976 | 1,300 | 1,688 | 4,634 | 2,000 | 2,500 | 3,100 | 3,800 | 11,400 | 3,800 | 4,625 | 5,580 | 6,650 | 20,655 | 34,636 |
| **Revenue Growth (YOY)** | | | | | | | | | | | | | | | | | |
| Products and License | 38.1% | 20.8% | 23.4% | 28.0% | 26.8% | 25.0% | 17.4% | 11.6% | 23.9% | 29.0% | 21.3% | 22.5% | 25.5% | 25.0% | 24.0% | 24.3% | 23.2% |
| Services | 46.9% | 46.9% | 41.1% | 41.0% | 53.5% | 45.7% | 52.5% | 49.1% | 45.1% | 41.8% | 46.6% | 32.9% | 33.8% | 34.9% | 34.5% | 34.1% | 33.6% |
| Maintenance and Support | 35.6% | 39.4% | 37.4% | 33.8% | 42.3% | 38.2% | 34.1% | 31.5% | 28.9% | 23.0% | 29.1% | 26.0% | 25.5% | 26.5% | 25.8% | 26.0% | 24.9% |
| Professional Services and Training | 91.9% | 53.7% | 14.0% | 22.4% | 46.3% | 32.1% | 83.1% | 76.4% | 55.6% | 63.2% | 68.1% | 13.5% | 18.0% | 18.0% | 17.5% | 16.9% | 15.6% |
| Subscriptions | 294.4% | 203.2% | 228.6% | 221.8% | 205.2% | 214.2% | 198.5% | 156.1% | 138.5% | 110.0% | 146.0% | 90.0% | 85.0% | 80.0% | 75.0% | 81.2% | 67.7% |
| **Gross Margin** | | | | | | | | | | | | | | | | | |
| Products and License | 85.9% | 84.6% | 83.8% | 85.9% | 87.5% | 85.7% | 86.7% | 84.4% | 89.6% | 89.5% | 87.9% | 88.0% | 85.0% | 89.6% | 89.5% | 88.2% | 88.9% |
| Services | 68.8% | 71.1% | 70.1% | 70.3% | 69.2% | 70.1% | 69.4% | 67.5% | 68.1% | 67.5% | 68.1% | 69.8% | 70.0% | 70.0% | 70.2% | 70.0% | 70.2% |
| **Metrics Analysis** | | | | | | | | | | | | | | | | | |
| **Deferred Revenue Metrics** | | | | | | | | | | | | | | | | | |
| Deferred Revenue (GAAP) | 32,925 | 35,151 | 36,473 | 38,298 | 46,291 | 46,291 | 46,649 | 48,303 | 52,648 | 63,052 | 63,052 | 64,628 | 67,084 | 72,115 | 86,178 | 86,178 | 117,786 |
| Seq Change in Deferred Revenue | N/A | 2,226 | 1,322 | 1,825 | 7,993 | N/A | 358 | 1,654 | 4,345 | 10,404 | N/A | 1,576 | 2,456 | 5,031 | 14,063 | N/A | N/A |
| Proxy for sales activity ("bookings")* | 90,009 | 23,744 | 25,876 | 28,169 | 39,812 | 117,601 | 28,943 | 32,993 | 39,447 | 53,137 | 154,520 | 38,091 | 43,086 | 50,592 | 69,006 | 200,775 | 259,849 |
| % YOY change in sales activity | 42.4% | 29.7% | 28.5% | 38.1% | 29.8% | 30.7% | 21.9% | 27.5% | 40.0% | 33.5% | 31.4% | 31.6% | 30.6% | 28.3% | 29.9% | 29.9% | 29.3% |
| Book-to-bill (proxy)** | 1.15 | 1.10 | 1.05 | 1.07 | 1.25 | 1.13 | 1.01 | 1.05 | 1.12 | 1.24 | 1.12 | 1.04 | 1.06 | 1.11 | 1.26 | 1.13 | 1.14 |
| **Cash Flow Metrics** | | | | | | | | | | | | | | | | | |
| Free cash flow | (8,002) | 3,055 | (1,083) | 411 | (1,246) | 1,137 | 7,180 | (1,485) | (5,199) | 6,699 | 7,195 | 5,804 | (5,831) | (9,090) | 2,206 | (6,910) | (1,440) |
| YOY growth | 103.2% | 327.9% | -74.9% | -116.5% | -34.8% | -114.2% | 135.0% | 37.1% | -1365.0% | -637.6% | 532.8% | -19.2% | 292.6% | 74.8% | -67.1% | -196.0% | -79.2% |
| as % of net income | -78.0% | 93.4% | 70.6% | 22.1% | 172.1% | -15.4% | -118.5% | 25.1% | 137.7% | -71.0% | -28.6% | -48.9% | 51.3% | 64.4% | -49.1% | -22.9% | 3.3% |
| FCF margin | -10.2% | 14.2% | -4.4% | 1.6% | -3.9% | 1.1% | 25.1% | -4.7% | -14.8% | 15.7% | 5.2% | 15.9% | -14.4% | -20.0% | 4.0% | -3.9% | -0.6% |
| Net cash/share | $5.06 | $4.51 | $4.44 | $4.39 | $4.03 | $4.03 | $4.60 | $4.57 | $4.37 | $4.44 | $4.44 | $4.75 | $4.42 | $3.99 | $3.99 | $3.99 | $3.88 |

* Proxy for sales activity = revenue + sequential change in deferred revenue
** Proxy for book-to-bill = sales activity / revenue

William Blair & Company, L.L.C.

**IMPORTANT DISCLOSURES**

William Blair is a market maker in the security of Imperva, Inc. and may have a long or short position.

William Blair intends to seek investment banking compensation in the next three months from Imperva, Inc.

Additional information is available upon request.

This report is available in electronic form to registered users via R*Docs™ at www.rdocs.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Jonathan Ho attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate, but various regulations may prohibit us from doing so. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the analyst.

DOW JONES: 16,256.14
S&P 500: 1,851.96
NASDAQ: 4,112.98



**Imperva, Inc. (IMPV)**

Apr 8, 2011 - Apr 8, 2014          Previous Close: $49.31

7/5/12 - I-O

Source: FactSet and William Blair    Legend: I = Initiation, RI = Reinitiated, @ = Analyst Change PT = Price Target

**Current Rating Distribution (as of 03/31/14)**

| Coverage Universe | Percent | Inv. Banking Relationships* | Percent |
|---|---|---|---|
| Outperform (Buy) | 65 | Outperform (Buy) | 13 |
| Market Perform (Hold) | 32 | Market Perform (Hold) | 2 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

**OTHER IMPORTANT DISCLOSURES**

Stock ratings, price targets, and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings and price targets (where used) reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) – stock expected to outperform the broader market over the next 12 months; Market Perform (M) – stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) – stock expected to underperform the broader market over the next 12 months; not rated (NR) – the stock is not currently rated. The valuation methodologies used to determine price targets (where

William Blair & Company, L.L.C.

used) include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others.

Company Profile: The William Blair research philosophy is focused on quality growth companies. Growth companies by their nature tend to be more volatile than the overall stock market. Company profile is a fundamental assessment, over a longer-term horizon, of the business risk of the company relative to the broader William Blair universe. Factors assessed include: 1) durability and strength of franchise (management strength and track record, market leadership, distinctive capabilities); 2) financial profile (earnings growth rate/consistency, cash flow generation, return on investment, balance sheet, accounting); 3) other factors such as sector or industry conditions, economic environment, confidence in long-term growth prospects, etc. Established Growth (E) – Fundamental risk is lower relative to the broader William Blair universe; Core Growth (C) – Fundamental risk is approximately in line with the broader William Blair universe; Aggressive Growth (A) – Fundamental risk is higher relative to the broader William Blair universe.

The ratings, price targets (where used), valuation methodologies, and company profile assessments reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary or trading strategies—to our clients and our trading desks—that are contrary to opinions expressed in this research. Certain outstanding reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer before making an investment decision. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Electronic research is simultaneously available to all clients. This research is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. PRICES SHOWN ARE APPROXIMATE.

THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR INTERNATIONAL, LIMITED, REGULATED BY THE FINANCIAL CONDUCT AUTHORITY (FCA), AND IS DIRECTED ONLY AT, AND IS ONLY MADE AVAILABLE TO, PERSONS FALLING WITHIN COB 3.5 AND 3.6 OF THE FCA HANDBOOK (BEING "ELIGIBLE COUNTERPARTIES" AND "PROFESSIONAL CLIENTS"). THIS DOCUMENT IS NOT TO BE DISTRIBUTED OR PASSED ON TO ANY "RETAIL CLIENTS." NO PERSONS OTHER THAN PERSONS TO WHOM THIS DOCUMENT IS DIRECTED SHOULD RELY ON IT OR ITS CONTENTS OR USE IT AS THE BASIS TO MAKE AN INVESTMENT DECISION.

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2014, William Blair & Company, L.L.C. All rights reserved.