ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
    – and –
DOUGLAS R. BRITTON (188769)
CODY R. LeJEUNE (249242)
ASHLEY M. PRICE (281797)
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)
dougb@rgrdlaw.com
clejeune@rgrdlaw.com
aprice@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISWANATH V. SHANKAR, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>IMPERVA, INC., et al.,<br><br>            Defendants. | Case No. 3:14-cv-01680-PJH<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO ALLEGE ADDITIONAL FALSE AND MISLEADING STATEMENTS AND TO MODIFY THE CLASS PERIOD<br><br>DATE:    TBD<br>TIME:    TBD<br>JUDGE:  Hon. Phyllis J. Hamilton<br><br>DATE ACTION FILED: April 11, 2014 |

1083403_1

## NOTICE OF MOTION AND MOTION

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on [DATE], at [TIME], or as soon thereafter as the matter may be heard in Courtroom 3 (3rd Floor), 1301 Clay Street, Oakland, CA 94612, before the Honorable Phyllis J. Hamilton, court-appointed Lead Plaintiff Delaware County Employees Retirement System ("plaintiff"), on behalf of itself and all others similarly situated, by its undersigned attorneys, will and hereby does respectfully move this Court to grant plaintiff leave to allege certain additional false and misleading statements made by defendants Imperva, Inc. ("Imperva"), Shlomo Kramer ("Kramer"), and Terrence J. Schmid ("Schmid") and to modify the Class Period.

This motion is made pursuant to this Court's September 17, 2015 Order (Dkt. No. 53), which allowed plaintiff to amend its complaint regarding "(1) defendants' statements about Imperva's competitive success, and (2) the revenue guidance for the first quarter," but instructed plaintiff to refrain from adding "any new alleged false/misleading statements" in the Second Amended Complaint ("SAC") without leave of this Court or unanimous consent. Plaintiff's counsel met and conferred via telephone on October 14, 2015 with defendants' counsel to seek such consent but was informed that they would oppose this motion.

## ISSUES TO BE DECIDED

1. Whether plaintiff may allege additional false and misleading statements.
2. Whether plaintiff may modify the date the Class Period starts, such that the Class Period commences on March 7, 2013 and ends April 9, 2014, inclusive.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Plaintiff's further investigation to support allegations regarding Imperva's purported competitive success in a Second Amended Complaint uncovered additional false and misleading statements regarding Imperva's competitive success against IBM, consistent with those already alleged in the Amended Complaint ("AC") (Dkt. No. 33). Because these statements are effectively

the same statements as previously alleged, plaintiff respectfully requests leave to include these statements in the SAC. Specifically, plaintiff seeks leave to include statements made on March 7, 2013, May 21, 2013, and March 4, 2014, as outlined below (*see* "Additional False Statements"). And because one of these statements (on March 7, 2013) was made prior to the alleged Class Period, plaintiff also seeks leave to modify the Class Period to start on the date of that statement, such that the class includes all persons who purchased or otherwise acquired the publicly-traded securities of Imperva between March 7, 2013 and April 9, 2014, inclusive.

## II.     ADDITIONAL FALSE STATEMENTS

**Statement 1:**

On March 7, 2013, while speaking at the Wedbush Technology, Media Telecommunication Management Access Conference, Schmid stated:

> [W]e have been competing for the longest period of time against large companies like F5 on the Web application side, IBM on the database side. Those are the two biggest competitors we face and the ones that we face most frequently. ***We have win rates against both of them that are around 4 out of 5, and this has been trending up slightly over time***. But we are very successful against them.

**Statement 2:**

On May 21, 2013, while speaking at the B. Riley & Co. Investor Conference, Schmid stated:

> We compete against f5 and win four out of five times. We win those four out of five times, frankly, because of the technological advantage we have. And when people are focused on technology, they pick our solution because it's best of breed. We do lose 20% of the time. Why? Primarily political – f5 is a very large company with a lot of account control, and they exert a lot of influence within that account. So 20% of the time they win that way.
>
> On the data security side and focused on the database security side right now, our largest competitor is IBM, by far. Oracle obviously plays in the security space for database security. McAfee does, and a couple of other smaller players, but, by far, ***it's us and IBM that have the lead here. And the competitive dynamics are very similar***. We have better technology, ***we win four out of five times***, but nobody exerts account control like IBM. They are masters of it, and they are very, very formidable competitors because of it. But when it comes down to technology, we're going to win there.

1083403_1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO ALLEGE ADDITIONAL
FALSE AND MISLEADING STATEMENTS AND TO MODIFY THE CLASS PERIOD –
3:14-cv-01680-PJH                                                                                              - 2 -

**Statement 3:**

On March 5, 2014, at the Morgan Stanley Technology, Media & Telecom Conference, Schmid stated: "We went *four out of five times* against [F5]. Sounds like a Trident commercial, I know. *And the same is true on the database side with IBM*."

## III. ARGUMENT

Plaintiff seeks leave to allege that the statements detailed above were false and/or misleading. These statements are effectively the same statements already alleged in the AC and for which the Court granted plaintiff leave to amend. As the Court's order states, "plaintiff may add new facts supporting his allegation that the already-identified statements were false or misleading." Order at 16. The Amended Complaint already alleged that defendants' professed "four out of five" win-loss ratio was false and misleading and further that defendants' statements about the reasons for losing to IBM were false and misleading. *See, e.g.*, AC ¶92. Plaintiff should be permitted to allege that the same statements made on a different day were false and misleading. Defendants will not be unduly prejudiced by this request since there is no substantive difference between the competitive success statements in the AC and the Additional Statements identified in this motion.

## IV. CONCLUSION

Pursuant to this Court's September 17, 2015 Order and for the reasons stated herein, plaintiff respectfully requests leave to allege the Additional False Statements as detailed herein and to modify the Class Period to include all persons who purchased or otherwise acquired Imperva's publicly traded securities between March 7, 2013 and April 9, 2014, inclusive.

DATED: October 15, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
DOUGLAS R. BRITTON
CODY R. LeJEUNE
ASHLEY M. PRICE

    s/ DOUGLAS R. BRITTON
    DOUGLAS R. BRITTON

1083403_1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO ALLEGE ADDITIONAL
FALSE AND MISLEADING STATEMENTS AND TO MODIFY THE CLASS PERIOD –
3:14-cv-01680-PJH - 3 -

655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiff

1083403_1

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO ALLEGE ADDITIONAL
FALSE AND MISLEADING STATEMENTS AND TO MODIFY THE CLASS PERIOD –
3:14-cv-01680-PJH - 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 15, 2015.

                                              s/ DOUGLAS R. BRITTON
                                              DOUGLAS R. BRITTON

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dougb@rgrdlaw.com

# Mailing Information for a Case 4:14-cv-01680-PJH Shankar v. Imperva, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennifer Corinne Bretan**
  jbretan@fenwick.com,vsheehan@fenwick.com,mbafus@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com

- **Doug Britton**
  dougb@rgrdlaw.com,kathyj@rgrdlaw.com,e_file_sd@rgrdlaw.com,tjohnson@rgrdlaw.com,ldeem@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Frank James Johnson**
  frankj@johnsonandweaver.com,paralegal@johnsonandweaver.com,shawnf@johnsonandweaver.com,michaelf@johnsonandweaver.com,ceciliar@johnsonandweaver.com

- **Deborah Kang**
  dkang@fenwick.com,tchow@fenwick.com

- **Dean S. Kristy**
  dkristy@fenwick.com,vsheehan@fenwick.com,kayoung@fenwick.com

- **Cody Ross LeJeune**
  clejeune@rgrdlaw.com

- **Tricia Lynn McCormick**
  triciam@rgrdlaw.com,e_file_sd@rgrdlaw.com,tjohnson@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Susan Samuels Muck**
  smuck@fenwick.com,kayoung@fenwick.com,pnichols@fenwick.com,acaloza@fenwick.com

- **Ashley Price**
  aprice@rgrdlaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Darren Jay Robbins**
  e_file_sd@rgrdlaw.com

- **David Conrad Walton**
  davew@rgrdlaw.com,ldeem@rgrdlaw.com

- **Shawn A. Williams**
  shawnw@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)