UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISWANATH V. SHANKAR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>IMPERVA, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-01680-PJH<br><br>**ORDER REGARDING CASE STATUS** |

Pursuant to stipulation, the court stayed the briefing on the plaintiffs' class certification motion in light of a mediation scheduled for February 16, 2017.  Dkt. 101. The parties indicated that they would file a "further stipulation and proposed order resuming and resetting the class certification briefing schedule and hearing" if the mediation was not successful.  Id.  The court has not received any report from the parties or other update following the February 16 mediation.

The parties are hereby ORDERED to file, within seven days of the date of this order, a joint update regarding the current case status, including whether mediation efforts were successful, unsuccessful, or continuing.

**IT IS SO ORDERED.**

Dated: March 6, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge