UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VISWANATH V. SHANKAR, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>IMPERVA, INC., et al.,<br><br>    Defendants. | Case No. 4:14-cv-01680-PJH<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER AWARDING ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF PURSUANT TO 15 U.S.C. §78u-4(a)(4) |

1  THIS MATTER having come before the Court on Lead Counsel's Motion for an Award of
2  Attorneys' Fees and Expenses and Award to Lead Plaintiff Pursuant to 15 U.S.C. §78u-4(a)(4) (ECF
3  No. 151) in the above-captioned action; the Court having considered all papers filed and proceedings
4  conducted herein and otherwise being fully informed of the matters hereto and good cause appearing
5  therefore;

6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

7  1. For purposes of this Order, the terms used herein shall have the same meanings as set
8  forth in the Stipulation of Settlement dated as of August 30, 2017 (the "Stipulation"), and filed with
9  the Court on August 31, 2017. ECF No. 143.

10  2. This Court has jurisdiction over the subject matter of this Litigation and all matters
11  relating hereto, including all Members of the Class who have not timely and validly requested
12  exclusion.

13  3. The Court hereby awards Lead Counsel attorneys' fees of 25% of the Settlement
14  Amount, plus expenses in the amount of $346,800.96 together with the interest earned thereon for
15  the same time period and at the same rate as that earned on the Settlement Fund until paid. The
16  Court finds that the amount of fees awarded is appropriate, fair, and reasonable under the
17  "percentage-of-recovery" method given the substantial risks of non-recovery, the contingent nature
18  of the representation, awards in similar cases, the time and effort involved, and the result obtained
19  for the Class. See Vizcaino v. Microsoft Corp., 290 F.3d 1043, 1049-50 (9th Cir. 2002).

20  4. The awarded attorneys' fees and expenses and interest earned thereon shall be paid to
21  Lead Counsel from the Settlement Fund immediately upon entry of this Order, subject to the terms,
22  conditions, and obligations of the Stipulation, the terms, conditions, and obligations of which are
23  incorporated herein.

24  5. In making this award of fees and expenses to Lead Counsel, the Court has considered
25  and found that:

26  (a) the settlement has created a fund of $19,000,000 in cash that is already on
27  deposit, and numerous Class Members who submit, or have submitted, valid Proof of Claim and
28  Release forms will benefit from the settlement created by Lead Counsel;

(b) over 13,000 copies of the Notice were disseminated to potential Class Members indicating that Lead Counsel would move for attorneys' fees of 25% of the Settlement Amount and for expenses in an amount not to exceed $400,000, plus interest thereon, and no objections to the fees or expenses were filed by Class Members;

(c) Lead Counsel has pursued the Litigation and achieved the settlement with skill, perseverance and diligent advocacy;

(d) Lead Counsel has expended substantial time and effort pursuing the Litigation on behalf of the Class;

(e) Lead Counsel pursued the Litigation on a contingent basis, having received no compensation during the Litigation, and any fee amount has been contingent on the result achieved;

(f) the Litigation involves complex factual and legal issues and, in the absence of settlement, would involve lengthy proceedings whose resolution would be uncertain;

(g) had Lead Counsel not achieved the settlement, there would remain a significant risk that the Class may have recovered less or nothing from Defendants;

(h) Lead Counsel has devoted over 8,400 hours, with a lodestar value of $4,605,164.00 to achieve the settlement;

(i) Lead Plaintiff approved the amount of attorneys' fees awarded as fair and reasonable; and

(j) the attorneys' fees and expenses awarded are fair and reasonable and consistent with awards in similar cases within the Ninth Circuit.

6. In accordance with 15 U.S.C. §78u-4(a)(4), for its representation of the Class, the Court hereby awards Delaware County Employees Retirement System $10,960.00 for its time directly related to its representation of the Class.

IT IS SO ORDERED.

DATED: January 31, 2018

_____
THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

1348083_1    [PROPOSED] ORDER AWARDING ATTYS' FEES & EXPS & AWARD TO LEAD PLTF - 4:14-cv-01680-PJH    - 2 -